1

2

3

4

5

6

7

8

9

The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

10

11

12

13

BUILDING INDUSTRY
ASSOCIATION OF WASHINGTON;
AIR AMERICA INC.; AIREFCO INC.;
BOA CONSTRUCTION CO.,
COMPLETE DESIGN INC.; CVH INC.;
ENTEK CORP.; SADLER
CONSTRUCTION INC.; TRACY
CONSTRUCTION CO.,

No.  3:10-CV-05373-RJB

**ORDER AMENDING MINUTE**
**ORDER REGARDING INITIAL**
**DISCLOSURES, JOINT**
**STATUS REPORT, AND**
**EARLY SETTLEMENT**

14

Plaintiffs,

15

v.

16

17

WASHINGTON STATE BUILDING
CODE COUNCIL,

Defendant.

18

19

20

21

22

THIS MATTER having come before the Court without oral argument on the Joint

Motion for Relief from Deadline (Doc. 35) and the Court, having reviewed the records and

files herein does hereby find and ORDER:

23

1. The Joint Motion for Relief from Deadline is hereby GRANTED.

24

25

2. The Court extends the deadlines in its May 27, 2010 Minute Order (Doc. 11) as

follows:

26

ORDER AMENDING MINUTE ORDER
REGARDING INITIAL DISCLOSURES,
JOINT STATUS REPORT AND EARLY
SETTLEMENT
No. 3:10-cv-05373-RJB

1

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

1

Deadline for FRCP 26(f) Conference:        09/09/2010

2

Initial Disclosures Pursuant to FRCP 26(a)(1):   09/15/2010

3

Combined Joint Status Report and Discovery
4    Plan as Required by FRCP 26(f) and
Local Rule CR 16:                     09/22/2010
5

6    DATED this 9th day of August, 2010.

7

8

9

10

_____
ROBERT J. BRYAN
11   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER AMENDING MINUTE ORDER                    2         **ERROR! AUTOTEXT ENTRY NOT DEFINED.**
REGARDING INITIAL DISCLOSURES,
JOINT STATUS REPORT AND EARLY
SETTLEMENT
No. 3:10-cv-05373-RJB