# ATTACHMENT A

# WASHINGTON STATE ENERGY CODE
## 2006 EDITION

# CHAPTER 51-11 WAC



## WASHINGTON STATE BUILDING CODE COUNCIL

### EFFECTIVE JULY 1, 2007

13

Copies of the State Building Codes and
complete copies of the 2006 International Building Code
as published by the International Code Council
may be obtained from:

Washington Association of Building Officials
Post Office Box 7310
Olympia, Washington 98507-7310
(360) 586-6725          www.wabo.org
or toll free in Washington State at (888) 664-9515

First Edition
2006 Washington State Energy Code
Effective July 1, 2007
Printed February 2007

First Edition based on
WSR 07-01-089

Chapter 51-11 WAC

# *PREFACE*

**Authority:**  The Washington State Energy Code (Chapter 51-11 WAC) is adopted by the Washington State Building Code Council pursuant to Chapter 19.27A.020.  This code provides a minimum level of energy efficiency, but allows flexibility in building design, construction and heating equipment efficiencies.  The design of this code allows space heating equipment efficiencies to offset or substitute for building envelope thermal performance.

The 2006 Washington State Energy Code (WSEC) amends the 2004 WSEC, Chapter 51-11 WAC, as published in the Washington State Administrative Code.

**Code Precedence:**  The State Building Code Act, Chapter 19.27 RCW, establishes the following order of precedence among the documents adopted as parts of the State Building Code:

> International Building Code, Standards and amendments – WAC 51-50;
> International Residential Code, Standards and amendments – WAC 51-51;
> International Mechanical Code, Standards and amendments – WAC 51-52;
> International Fire Code, Standards and amendments – WAC 51-54;
> Uniform Plumbing Code, Standards and amendments - WAC 51-56, 51-57.

Where there is a conflict between codes, an earlier named code takes precedence over a later named code.  In the case of conflict between the duct insulation requirements of the International Mechanical Code and the duct insulation requirements of the Energy Code, the Energy Code, or where applicable, a local jurisdiction's energy code, shall govern.

Where, in any specific case, different sections of this Code specify different materials, methods of construction or other requirements, the most restrictive shall govern.  Where there is conflict between a general requirement and a specific requirement, the specific requirement shall be applicable.

**Enforcement:**  The State Building Code Act requires that each local jurisdiction enforce the State Building Code within its jurisdiction.  Any jurisdiction can contract with another jurisdiction or an inspection agency to provide the mandated enforcement activities.

**Amendments to the State Building Code:**  The State Building Code Council has adopted review procedures and approval criteria for local amendments.  These procedures and criteria are found in Chapter 51-04 WAC.  The Council has exempted from its review any amendments to the administrative provisions of the various codes.

Forms for proposing statewide amendments to the State Building Code are available from the State Building Code Council staff.

A.  **Amendments of Statewide Application**:  On a yearly basis the State Building Code Council will consider proposals to amend the State Building Code.  Unless directed by the State Legislature, federal mandates or court order, the Council will not enter formal rulemaking until 2009 as part of its consideration of adoption of the 2009 series of codes.

   Proposals to amend the State Building Code shall be made on forms provided by the Building Code Council.

   Code Change Proposal Submittal Deadline: March 1st of each year.

B.  **Local Amendments**:  Any jurisdiction may amend the State Building Code provided the amendments do not reduce the minimum performance standards of the codes.  There are two areas where local amendments are limited or prohibited:

**15**

**Prohibited Amendments**:  Residential provisions of the State Energy Code (WAC 51-11), the Ventilation and Indoor Air Quality Code (WAC 51-13); any provision of the International Building Code or International Residential Code affecting accessibility; and standards specifically adopted in Chapters 19.27 and 19.27A RCW cannot be amended by any local jurisdiction.

**Residential Amendments**:  Amendments by local jurisdictions which affect the construction of single family and multi-family residential buildings must be reviewed and approved by the State Building Code Council before such amendments can be enforced.  The State Building Code Act provides the following definition:

> **Multi-family residential building:**  means common wall residential buildings that consist of four or fewer units, that do not exceed two stories in height, that are less than 5,000 square feet in area, and that have a one-hour fire-resistive occupancy separation between units.

Application forms for Council review of local amendments are available from the State Building Code Council Staff or can be found on our web site:

Washington State Building Code Council
Post Office Box 42525
Olympia, Washington  98504-42525
www.sbcc.wa.gov
(360) 725-2967    Fax (360) 586-9383
e-mail:  sbcc@cted.wa.gov

**Effective Date:**  These rules were adopted by the State Building Code Council on November 17, 2006.  The rules are effective throughout the state on July 1, 2007.  (This version of the code is based on WAC 51-11 as published in WSR 06-24-xxx.  It is subject to review by the State Legislature during the 2007 session.)

**Building Permit Fees**:  The activities of the State Building Code Council are supported by permit fees collected by each city and county.  Section 19.27.085 of the State Building Code Act requires that a fee of $4.50 be imposed on each building permit issued by each city and county.  In addition, a fee of $2.00 per unit shall be imposed for each dwelling unit after the first unit, on each building containing more than one residential unit.  For the purpose of this fee, WAC 365-110-035 defines building permits as any permit to construct, enlarge, alter, repair, move, improve, remove, convert or demolish any building or structure regulated by the Building Code.  Exempt from the fee are plumbing, electrical, mechanical permits, permits issued to install a mobile/manufactured home, commercial coach or factory built structure, or permits issued pursuant to the International Fire Code.

Each city and county shall remit moneys collected to the state treasury quarterly.  No remittance is required until a minimum of $50.00 has accumulated.

These permit fees are the amounts current in January 2006.  Such fees may be changed by the State Legislature.

**Opinions**:  Only at the request of local enforcement official, the State Building Code Council may issue interpretations/opinions of those provisions of the State Building Code created by the Council, or provisions of the model codes amended by the Council.  Final interpretation authority for any specific permit resides with the local enforcement official.

**16**

# 2006 WASHINGTON STATE ENERGY CODE

## TABLE OF CONTENTS

**CHAPTER 1  ADMINISTRATION AND ENFORCEMENT**

**SECTION 101 — Scope And General Requirements** ........................................................................... **1**

101.1  Title ................................................................................................................................................. 1

101.2  Purpose and Intent ......................................................................................................................... 1

101.3  Scope ............................................................................................................................................... 1

    101.3.1  Exempt Buildings ...................................................................................................................... 1

        101.3.1.1 ................................................................................................................................... 1

        101.3.1.2 ................................................................................................................................... 1

        101.3.1.3 ................................................................................................................................... 1

    101.3.2  Application to Existing Buildings ............................................................................................ 1

        101.3.2.1  Additions to Existing Buildings ........................................................................... 1

        101.3.2.2  Historic Buildings ................................................................................................. 2

        101.3.2.3  Change of Occupancy or Use .............................................................................. 2

        101.3.2.4  Alterations and Repairs ....................................................................................... 2

        101.3.2.5  Building Envelope ................................................................................................. 2

        101.3.2.6  Building Mechanical Systems ............................................................................. 2

        101.3.2.7  Service Water Heating .......................................................................................... 2

        101.3.2.8  Lighting ................................................................................................................. 2

    101.3.3  Mixed Occupancy ..................................................................................................................... 2

101.4  Amendments by Local Government .............................................................................................. 2

**SECTION 102 — Materials And Equipment** ................................................................................... **2**

102.1 Identification .................................................................................................................................. 2

102.2 Maintenance Information ............................................................................................................... 2

**SECTION 103 — Alternate Materials–Method Of Construction,
Design Or Insulating Systems** ........................................................................................................ **2**

**SECTION 104 — Plans And Specifications** ...................................................................................... **3**

104.1  General ............................................................................................................................................ 3

104.2  Details ............................................................................................................................................. 3

**SECTION 105 — Inspections And Enforcement** ............................................................................ **3**

105.1  General ............................................................................................................................................ 3

105.2  Approvals Required ....................................................................................................................... 3

    105.2.1  Required Inspections ............................................................................................................... 3

105.3  Reinspection ................................................................................................................................... 3

**SECTION 106 — Violations** ............................................................................................................... **3**

**SECTION 107 — Liability** .................................................................................................................. **3**

**SECTION 108 — Conflicts With Other Codes** ............................................................................... **3**

**SECTION 109 — Severability** ............................................................................................................ **3**

**17**

# CHAPTER 2  DEFINITIONS

## SECTION 201 — General Definitions ..................................................................................... 5
201.1  Application of Terms ......................................................................................................... 5

# CHAPTER 3  DESIGN CONDITIONS

## SECTION 301 — Design Criteria ....................................................................................... 13
301.1  General ............................................................................................................................. 13
301.2  Heating and Cooling ....................................................................................................... 13

## SECTION 302 — Thermal Design Parameters ................................................................. 13
302.1  Exterior Design Conditions ............................................................................................ 13
302.2  Interior Design Conditions ............................................................................................. 13
302.2.1  Indoor Design Temperature ........................................................................................ 13
302.2.2  Humidification ............................................................................................................ 13
302.3  Climate Zones .................................................................................................................. 13

## SECTION 303 — Mechanical Ventilation ......................................................................... 13

# CHAPTER 4  BUILDING DESIGN BY SYSTEMS ANALYSIS

## SECTION 401 — Scope ....................................................................................................... 15
401.1  General ............................................................................................................................. 15

## SECTION 402 — Systems Analysis ................................................................................... 15
402.1  Special Requirements for All Group R Occupancies ..................................................... 15
402.1.1  Energy Budgets ........................................................................................................... 15
402.1.2  Calculation of Energy Consumption ........................................................................... 15
402.1.3  Input Values ................................................................................................................ 15
402.1.4  Solar Shading and Access ........................................................................................... 15
402.1.5  Infiltration ................................................................................................................... 15
402.1.6  Heat Pumps ................................................................................................................. 15
402.2  Energy Analysis ............................................................................................................... 16
402.3  Design ............................................................................................................................... 16
402.4  Analysis Procedure .......................................................................................................... 16
402.5  Calculation Procedure ..................................................................................................... 16
402.6  Documentation ................................................................................................................. 16

# CHAPTER 5  BUILDING DESIGN BY COMPONENT PERFORMANCE APPROACH

## SECTION 501 — Scope ....................................................................................................... 17
501.1  General ............................................................................................................................. 17

## SECTION 502 — Building Envelope Requirements .......................................................... 17
502.1  General ............................................................................................................................. 17
502.1.1 .................................................................................................................................... 17
502.1.2 .................................................................................................................................... 17
502.1.3 .................................................................................................................................... 17
502.1.4  Insulation ..................................................................................................................... 17
502.1.4.1  General ..................................................................................................................... 17
502.1.4.2  Insulation Materials ................................................................................................. 17
502.1.4.3  Clearances ................................................................................................................ 18
502.1.4.4  Access Hatches and Doors ...................................................................................... 18
502.1.4.5  Roof/Ceiling Insulation ........................................................................................... 18

**18**

502.1.4.6  Wall Insulation ........................................................................................ 18
502.1.4.7  Floor Insulation ........................................................................................ 18
502.1.4.8  Slab-On-Grade ......................................................................................... 18
502.1.4.9  Radiant Slabs ........................................................................................... 18
502.1.4.10  Below-Grade Walls ................................................................................ 18
502.1.5  Glazing and Door U-Factors ............................................................................ 18
502.1.5.1  Standard Procedure for Determination of Glazing U-Factors ............... 19
502.1.5.2  Standard Procedure for Determination of Door U-Factors ................... 19
502.1.6  Moisture Control ............................................................................................... 19
502.1.6.1  Vapor Retarders ...................................................................................... 19
502.1.6.2  Floors ....................................................................................................... 19
502.1.6.3  Roof/Ceilings ........................................................................................... 19
502.1.6.4 ................................................................................................................... 19
502.1.6.5 ................................................................................................................... 19
502.1.6.6  Walls ........................................................................................................ 19
502.1.6.7  Ground Cover ........................................................................................... 20
502.2  Thermal Criteria for Group R Occupancy .................................................................... 20
502.2.1  UA Calculations ............................................................................................... 20
502.2.2  Space Heat Type ............................................................................................... 20
502.3  Reserved ....................................................................................................................... 20
502.4  Air Leakage .................................................................................................................. 20
502.4.1  General ............................................................................................................. 20
502.4.2  Doors and Windows, General .......................................................................... 20
502.4.3  Seals and Weatherstripping ............................................................................. 20
502.4.4  Recessed Lighting Fixtures .............................................................................. 20
SECTION 503 — Building Mechanical Systems  .................................................................. 20
503.1  General ......................................................................................................................... 20
503.2  Calculations of Heating/Cooling Loads and System Sizing Limits .............................. 20
503.2.1  Calculation Procedures .................................................................................... 20
503.2.2  Space Heating and Space Cooling System Sizing Limits ................................ 21
503.3  Simultaneous Heating and Cooling .............................................................................. 21
503.4  HVAC Equipment Performance Requirements .............................................................. 21
503.4.1  Equipment Components ..................................................................................... 21
503.5  Reserved ....................................................................................................................... 21
503.6  Balancing ...................................................................................................................... 21
503.7  Cooling with Outdoor Air (Economizer Cycle) ............................................................ 21
503.8  Controls ........................................................................................................................ 21
503.8.1  Temperature Control ......................................................................................... 21
503.8.1.1 ................................................................................................................... 21
503.8.1.2 ................................................................................................................... 21
503.8.1.3 ................................................................................................................... 21
503.8.2  Humidity Control .............................................................................................. 21
503.8.3  Zoning for Temperature Control ...................................................................... 21
503.8.3.1  One- and Two-Family Dwellings ........................................................... 21
503.8.3.2  Multi-Family Dwellings .......................................................................... 21
503.8.3.3  Control Setback and Shut-Off ................................................................. 21
503.8.3.4  Systems Serving Multiple Dwelling Units, Guest Rooms and Common Areas ... 21
503.8.3.5  Heat Pump Controls ................................................................................ 21
503.9  Air Handling Duct System Insulation ........................................................................... 21

**19**

503.10  Duct Construction ................................................................................................. 22
    503.10.1  Leakage Testing ........................................................................................ 22
    503.10.2  Seams and Joints ....................................................................................... 22
    503.10.3  Dampers .................................................................................................... 22
503.11  Piping Insulation ................................................................................................... 22

**SECTION 504 — Service Water Heating** ........................................................................ **22**
504.1  Scope ...................................................................................................................... 22
504.2  Water Heaters, Storage Tanks and Boilers ............................................................ 22
    504.2.1  Performance Efficiency ............................................................................. 22
    504.2.2  Insulation .................................................................................................. 22
    504.2.3  Combination Service Water Heating/Space Heating Boilers ................... 22
504.3  Automatic Controls ................................................................................................ 22
504.4  Shutdown ............................................................................................................... 22
504.5  Swimming Pools .................................................................................................... 23
    504.5.1  Controls ..................................................................................................... 23
    504.5.2  Pool Covers ............................................................................................... 23
504.6  Pump Operation ..................................................................................................... 23
504.7  Pipe Insulation ...................................................................................................... 23
504.8  Conservation of Hot Water .................................................................................... 23
    504.8.1  Showers and Lavatories ............................................................................ 23

**SECTION 505 — Lighting** ............................................................................................. **23**
505.1  Lighting Controls ................................................................................................... 23
505.2  Lighting Power ...................................................................................................... 23
505.3  Outdoor Lighting ................................................................................................... 23
505.4  Linear Fluorescent Fixtures .................................................................................. 23

**EQUATION 1 — Group R Occupancy Target UA** ....................................................... **24**

**EQUATION 2 — All Occupancies** ................................................................................. **25**

**EQUATION 3 — Group R Occupancy Proposed UA** .................................................... **26**

**TABLE 5-1 — Target Component Values For Group R Occupancy** .............................. **27**

**TABLE 5-2  through  TABLE 5-10 — RESERVED** ....................................................... **28**

**TABLE 5-11 — Insulation Of Ducts** .............................................................................. **29**

**TABLE 5-12 — Minimum Pipe Insulation Requirements** ............................................ **30**

**CHAPTER 6  BUILDING DESIGN BY PRESCRIPTIVE REQUIREMENTS APPROACH**

**SECTION 601 — Scope** ................................................................................................... **31**
601.1  General ................................................................................................................... 31

**SECTION 602 — Building Envelope Requirements For
Group R Occupancy** ...................................................................................................... **31**
602.1  Roof/Ceiling .......................................................................................................... 31
602.2  Exterior Walls Both Above and Below Grade ........................................................ 31
602.3  Exterior Walls (Below-Grade) ............................................................................... 31
602.4  Slab-on-Grade Floors ............................................................................................ 31
602.5  Floors Over Unconditioned Space ........................................................................ 31
602.6  Exterior Doors ....................................................................................................... 31
    602.6.1  Exterior Door Area ................................................................................... 31
    602.6.2  Exterior Door U-Factor ............................................................................ 31

**20**

602.7  Glazing .............................................................................................. 31
    602.7.1  Glazing Area ...................................................................... 31
    602.7.2  Glazing U-Factor .............................................................. 31
602.8  Air Leakage for Group R Occupancy ............................................ 32

**SECTION 603 — Building Mechanical Systems For Group R Occupancy** ............................................. **32**
603.1 ............................................................................................... 32

**SECTION 604 — RESERVED** ................................................................ **32**

**SECTION 605 — Lighting** ..................................................................... **32**

**TABLE 6-1 — Prescriptive Requirements For Group R Occupancy, Climate Zone 1** ............................................................ **33**

**TABLE 6-2 — Prescriptive Requirements For Group R Occupancy, Climate Zone 2** ............................................................ **34**

## CHAPTER 7  STANDARDS
**SECTION 701 — Standards** .................................................................... **35**

## CHAPTER 8  SUGGESTED SOFTWARE FOR CHAPTER 4 SYSTEMS ANALYSIS APPROACH FOR GROUP R OCCUPANCY ............................................. **37**

## CHAPTER 9  RESERVED ................................................................... **38**

## CHAPTER 10  DEFAULT HEAT LOSS COEFFICIENTS
**SECTION 1001 — General** ..................................................................... **39**
1001.1  Scope ......................................................................................... 39
1001.2  Description ................................................................................ 39
1001.3  Air Films ................................................................................... 39
1001.4  Compression of Insulation ........................................................ 39
**SECTION 1002 — Below Grade Walls And Slabs** .............................. **39**
1002.1  General ...................................................................................... 39
1002.2  Component Description .............................................................. 39
1002.3  Insulation Description ............................................................... 36

**TABLE 10-A — R-Value Of Fiberglass Batts Compressed Within Various Depth Cavities** ............................................. **40**

**TABLE 10-1 — Default Wall U-Factors And Slab F-Factors For Basements** ....................................................................... **40**

**SECTION 1003 — On-Grade Slab Floors** ........................................... **41**
1003.1  General ...................................................................................... 41
1003.2  Component Description .............................................................. 41
1003.3  Insulation Description ............................................................... 41

**TABLE 10-2 — Default F-Factors For On-Grade Slabs** ................... **41**

**SECTION 1004 — Floors Over Unconditioned Space** ....................... **42**
1004.1  General ...................................................................................... 42
1004.2  Crawlspace Description ............................................................. 42
1004.3  Construction Description ........................................................... 42

**21**

**TABLE 10-3 — Default U-Factors For Floors Over Vented Crawlspace Or Unheated Basement** ........................................................................ **42**

**TABLE 10-4 — Default U-Factors For Floors Over Heated Plenum Crawlspaces** ...................................................................... **43**

**TABLE 10-4A — Default U-Factors For Exposed Floors** ....................... **43**

**SECTION 1005 — Above-Grade Walls** ................................................... **43**

1005.1 General .................................................................................. 43

1005.2 Framing Description .............................................................. 43

1005.3 Component Description ......................................................... 43

**TABLE 10-5 — Default U-Factors For Above-Grade Walls** ................. **44**

**TABLE 10-5A — Default U-Factors For Overall Assembly Metal Stud Walls, Effective R-Values For Metal Framing And Cavity Only, And Default Metal Building U-Factors** ......... **49**

**TABLE 10-5B — Default U-Factors For Concrete And Masonry Walls** ... **50**

**SECTION 1006 — Default U-Factors For Glazing And Doors** .............. **52**

1006.1 Glazing and Doors Without NFRC Certification ................... 52

**TABLE 10-6 — Other Than Group R Occupancy: Default U-Factors For Vertical Glazing, Overhead Glazing And Opaque Doors** ...................................................................... **52**

**TABLE 10-6A — Group R Occupancy: Default U-Factors For Vertical Glazing** ...................................... **53**

**TABLE 10-6B — Group R Occupancy: Small Business Compliance Table For Vertical Glazing** .......... **54**

**TABLE 10-6C — Group R Occupancy: Default U-Factors For Doors** ................................................... **56**

**TABLE 10-6D — Reserved (See Table 10-6C)** ................................... **57**

**TABLE 10-6E — Group R Occupancy: Default U-Factors For Overhead Glazing** ................................ **58**

**SECTION 1007 — Ceilings** ..................................................................... **58**

1007.1 General .................................................................................. 58

1007.2 Component Description ......................................................... 58

**TABLE 10-7 — Default U-Factors For Ceilings** .................................... **59**

**TABLE 10-7A — Steel Truss Framed Ceiling $U_o$** .............................. **60**

**TABLE 10-7B — Steel Truss Framed Ceiling $U_o$ With R-3 Sheathing** ... **60**

**TABLE 10-7C — Steel Truss Framed Ceiling $U_o$ With R-5 Sheathing** ... **60**

**TABLE 10-7D — Steel Truss Framed Ceiling $U_o$ With R-10 Sheathing** ... **60**

**TABLE 10-7E — Steel Truss Framed Ceiling $U_o$ With R-15 Sheathing** ... **60**

**SECTION 1008 — Air Infiltration** .......................................................... **61**

1008.1 General .................................................................................. 61

**TABLE 10-8 — Assumed Effective Air Changes Per Hour** ................... **61**

**TABLE 10-8A — Default Heat Capacity/Density Product for Air** ......... **61**

**22**

**SECTION 1009 — Mass** ........................................................................................................ **61**

1009.1  General .......................................................................................................................... 61

1009.2  Mass Description .......................................................................................................... 61

1009.3  Component Description .................................................................................................. 61

**TABLE 10-9 — Heat Capacity** ............................................................................................. **62**

**TABLE 10-10 — Default Mass Values** ................................................................................. **62**

**CHAPTER 11  ADMINISTRATION AND ENFORCEMENT**

**SECTION 1100 — Title** ......................................................................................................... **63**

**SECTION 1110 — Purpose And Intent** ................................................................................ **63**

**SECTION 1120 — Scope** ........................................................................................................ **63**

**SECTION 1130 — Application To Existing Buildings** ....................................................... **63**

1131  Additions to Existing Buildings ....................................................................................... 63

1132  Alterations and Repairs .................................................................................................... 63

1132.1  Building Envelope ...................................................................................................... 63

1132.2  Building Mechanical Systems .................................................................................... 64

1132.3  Lighting and Motors .................................................................................................. 64

1133  Change of Occupancy or Use ............................................................................................ 64

1134  Historic Buildings ............................................................................................................ 64

**SECTION 1140 — Enforcement** ........................................................................................... **64**

1141  Plans and Specifications ................................................................................................... 65

1141.1  General ....................................................................................................................... 66

1141.2  Details ........................................................................................................................ 66

1141.3  Alternate Materials and Method of Construction ...................................................... 65

1141.4  Systems Analysis Approach for the Entire Building .................................................. 65

1142  Materials and Equipment ................................................................................................. 65

1142.1  Identification .............................................................................................................. 65

1142.2  Maintenance Information ............................................................................................ 65

1143  Inspections ....................................................................................................................... 65

1143.1  General ....................................................................................................................... 65

1143.2  Required Inspections .................................................................................................. 65

1143.2.1  Envelope ............................................................................................................ 65

1143.2.2  Mechanical ......................................................................................................... 65

1143.2.3  Lighting and Motors .......................................................................................... 65

1143.3  Re-Inspection ............................................................................................................. 65

1144  Violations ......................................................................................................................... 65

**TABLE 11-1 — Economizer Compliance Options**
**For Mechanical Alterations** ................................................................................................. **66**

**SECTION 1150 — Conflicts With Other Codes** ................................................................. **68**

**SECTION 1160 — Severability And Liability** .................................................................... **68**

1161  Severability ...................................................................................................................... 68

1162  Liability ............................................................................................................................ 68

**CHAPTER 12  RESERVED**

**23**

# CHAPTER 13  BUILDING ENVELOPE

1301  Scope ......................................................................................................................... 69
1302  Space Heat Type ......................................................................................................... 69
1303  Climate Zones .............................................................................................................. 69

## SECTION 1310 — General Requirements .......................................................... 69

1310.1  Conditioned Spaces .................................................................................................. 69
1310.2  Semi-Heated Spaces .................................................................................................. 69

## FIGURE 13A — Building Envelope Compliance Options ......................... 69

1311  Insulation .................................................................................................................... 70
    1311.1  Installation Requirements ......................................................................................... 70
    1311.2  Roof/Ceiling Insulation ............................................................................................ 70
    1311.3  Wall Insulation ......................................................................................................... 70
    1311.4  Floor Insulation ........................................................................................................ 70
    1311.5  Slab-on-Grade Floor ................................................................................................ 70
    1311.6  Radiant Floors (on or below grade) .......................................................................... 70
1312  Glazing and Doors ...................................................................................................... 70
    1312.1  Standard Procedure for Determination of Glazing and Door U-Factors ................... 70
    1312.2  Solar Heat Gain Coefficient and Shading Coefficient .............................................. 70
1313  Moisture Control .......................................................................................................... 70
    1313.1  Vapor Retarders ........................................................................................................ 70
    1313.2  Roof/Ceiling Assemblies .......................................................................................... 70
    1313.3  Walls ......................................................................................................................... 70
    1313.4  Floors ........................................................................................................................ 70
    1313.5  Crawlspaces .............................................................................................................. 70
1314  Air Leakage ................................................................................................................. 71
    1314.1  Building Envelope ..................................................................................................... 71
    1314.2  Glazing and Doors .................................................................................................... 71
    1314.3  Building Assemblies used as Ducts or Plenums ....................................................... 71

## SECTION 1320 — Prescriptive Building Envelope Option ..................... 71

1321  General ....................................................................................................................... 71
1322  Opaque Envelope ........................................................................................................ 71
1323  Glazing ....................................................................................................................... 71
    1323.1  Area ........................................................................................................................... 71
    1323.2  U-Factor .................................................................................................................... 71
    1323.3  Solar Heat Gain Coefficient ..................................................................................... 71

## SECTION 1330 — Component Performance Building Envelope Option ......... 72

1331  General ....................................................................................................................... 72
1332  Component U-Factors .................................................................................................. 72
1333  UA Calculations .......................................................................................................... 72
1334  Solar Heat Gain Coefficient Rate Calculations ......................................................... 72

## EQUATION 13-1 — Target $UA_t$ ......................................................................... 73

## EQUATION 13-2 — Proposed $UA_p$ ................................................................... 75

## EQUATION 13-3 — Target $SHGCA_t$ .............................................................. 76

## EQUATION 13-4 — Proposed $SHGCA_t$ ........................................................ 76

## TABLE 13-1 — Building Envelope Requirements for Climate Zone 1 ........... 77

## TABLE 13-2 — Building Envelope Requirements for Climate Zone 2 ........... 78

## CHAPTER 14  BUILDING MECHANICAL SYSTEMS

1401  Scope ............................................................................................................................... 79
1402  Mechanical Ventilation ..................................................................................................... 79

## SECTION 1410 — General Requirements ............................................................................... 79

## FIGURE 14A — Mechanical Systems Compliance Path ......................................................... 79

1411  HVAC Equipment Performance Requirements ................................................................ 80
    1411.1  General ................................................................................................................... 80
    1411.2  Rating Conditions .................................................................................................. 80
    1411.3  Combination Space and Service Water Heating .................................................... 80
    1411.4  Packaged Electric Heating and Cooling Equipment ............................................. 80
1412  Controls ............................................................................................................................ 80
    1412.1  Temperature Controls ............................................................................................ 80
    1412.2  Deadband Controls ................................................................................................ 80
    1412.3  Humidity Controls ................................................................................................. 80
    1412.4  Setback and Shut-Off ............................................................................................ 80
        1412.4.1  Dampers ..................................................................................................... 80
        1412.4.2  Optimum Start Controls ............................................................................. 81
    1412.5  Heat Pump Controls ............................................................................................... 81
    1412.6  Combustion Heating Equipment Controls ............................................................. 81
    1412.7  Balancing ............................................................................................................... 81
    1412.8  Ventilation Controls for High Occupancy Areas ................................................... 81
1413  Economizers ..................................................................................................................... 81
    1413.1  Operation ............................................................................................................... 81
    1413.2  Documentation ....................................................................................................... 81
    1413.3  Integrated Operation .............................................................................................. 81
    1413.4  Humidification ....................................................................................................... 81
1414  Ducting Systems ............................................................................................................... 81
    1414.1  Sealing ................................................................................................................... 81
    1414.2  Insulation ............................................................................................................... 82
1415  Piping Systems ................................................................................................................. 82
    1415.1  Insulation ............................................................................................................... 82
1416  Mechanical System Commissioning and Completion Requirements................................. 82
    1416.1  General ................................................................................................................... 82
        1416.1.1  Simple Systems .......................................................................................... 82
        1416.1.2  All Other Mechanical Systems ................................................................... 82
    1416.2  Commissioning Requirements ............................................................................... 82
        1416.2.1  Commissioning Plan .................................................................................. 82
        1416.2.2  System Balancing ....................................................................................... 82
            1416.2.2.1  General ............................................................................................. 82
            1416.2.2.2  Air System Balancing ...................................................................... 82
            1416.2.2.3  Hydronic System Balancing ............................................................. 83
        1416.2.3  Functional Performance Testing ................................................................. 83
            1416.2.3.1  Equipment/Systems Testing ............................................................. 83
            1416.2.3.2  Controls Testing ............................................................................... 83
        1416.2.4  Post Construction Commissioning .............................................................. 84
            1416.2.4.1  General ............................................................................................. 83
            1416.2.4.2  Operation and Maintenance (O&P) Manuals.................................... 83
            1416.2.4.3  Record Drawings .............................................................................. 83
            1416.2.4.4.  Systems Operations Training........................................................... 83

**25**

1416.2.5  Commissioning Reports ............................................................................................. 83
1416.2.5.1  Preliminary Commissioning Report ............................................................ 83
1416.2.5.2  Final Commissioning Report ........................................................................ 83
1416.3  Acceptance Requirements ................................................................................................ 84
1416.3.1  Acceptance .................................................................................................................... 84

**SECTION 1420 — Simple Systems (Packaged Unitary Equipment) ............................... 85**
1421  System Type .................................................................................................................................. 85
1422  Controls ............................................................................................................................................ 85
1423  Economizers .................................................................................................................................... 85

**SECTION 1430 — Complex Systems ....................................................................................... 84**
1431  System Type .................................................................................................................................. 84
1431.1  Field-Assembled Equipment and Components ............................................................ 84
1432  Controls ............................................................................................................................................ 84
1432.1  Setback and Shut-Off .......................................................................................................... 84
1432.2  Systems Temperature Reset Controls ............................................................................ 84
1432.2.1  Air Systems for Multiple Zones ................................................................... 84
1432.2.2  Hydronic Systems ............................................................................................. 84
1433  Economizers .................................................................................................................................... 85
1434  Separate Air Distribution Systems ........................................................................................ 85
1435  Simultaneous Heating and Cooling ........................................................................................ 85
1436  Heat Recovery ................................................................................................................................ 86
1437  Electric Motor Efficiency ........................................................................................................... 86
1438  Variable Flow Systems and System Criteria ........................................................................ 86
1438.1  Cooling Towers ...................................................................................................................... 86
1439  Exhaust Hoods ................................................................................................................................ 87
1439.1  Kitchen Hoods ........................................................................................................................ 87
1439.2  Fume Hoods ............................................................................................................................. 87

**SECTION 1440 — Service Water Heating ............................................................................. 87**
1441  Water Heater Installation .......................................................................................................... 87
1442  Shut-Off Controls ......................................................................................................................... 87
1443  Piping Insulation .......................................................................................................................... 87

**SECTION 1450 — Heated Pools.............................................................................................. 87**
1451  General ............................................................................................................................................. 87
1452  Pool Water Heaters ...................................................................................................................... 87
1453  Controls ............................................................................................................................................ 87
1454  Pool Covers ..................................................................................................................................... 87

**TABLE 14-1A — Unitary Air-Conditioners and Condensing Units,
Electrically Operated, Minimum Efficiency Requirements ................................................... 88**

**TABLE 14-1B — Unitary and Applied Heat Pumps,
Electrically Operated, Minimum Efficiency Requirements ................................................... 89**

**TABLE 14-1C — Water Chilling Packages, Minimum Efficiency Requirements ................. 90**

**TABLE 14-1D — Packaged Terminal Air-Conditioners, Packaged Terminal Heat Pumps,
Room Air-Conditioners, and Room Air-Conditioner Heat Pumps,
Electrically Operated, Minimum Efficiency Requirements ................................................... 91**

**TABLE 14-1E — Warm Air Furnaces and Combination Warm Air Furnaces/Air-Conditioning Units,
Warm Air Duct Furnaces, and Unit Heaters,
Minimum Efficiency Requirements ........................................................................................... 92**

**26**

**TABLE 14-1F — Boilers, Gas- and Oil-Fired,  Minimum Efficiency Requirements** ............................. **93**

**TABLE 14-1G — Performance Requirements for Heat Rejection Equipment** ....................................... **94**

**TABLE 14-2 and TABLE 14-3 — RESERVED**

**TABLE 14-4 — Energy Efficient Electric Motors
Minimum Nominal Full-Load Efficiency** ............................................................................. **95**

**TABLE 14-5 — Duct Insulation** ............................................................................................................... **95**

**TABLE 14-6 — Minimum Pipe Insulation** ............................................................................................. **96**

**CHAPTER 15  LIGHTING AND MOTORS**

    1501  Scope ................................................................................................................................................. 97

**SECTION 1510 — General Requirements** .............................................................................................. **97**

**FIGURE 15A — Lighting and Motor Compliance Options** .................................................................. **97**

    1511  Electric Motors ................................................................................................................................. 97

    1512  Exempt Lighting ............................................................................................................................... 97

        1512.1  Exempt Spaces ...................................................................................................................... 97

        1512.2  Exempt Lighting Equipment ................................................................................................ 97

    1513  Lighting Controls ............................................................................................................................. 98

        1513.1  Local Control and Accessibility ........................................................................................... 98

        1513.2  Area Controls ........................................................................................................................ 98

        1513.3  Daylight Zone Control .......................................................................................................... 98

        1513.4  Display, Exhibition and Specialty Lighting Controls .......................................................... 98

        1513.5  Automatic Shut-Off Controls, Exterior ............................................................................... 98

        1513.6  Automatic Shut-Off Controls, Interior ................................................................................. 98

            1513.6.1  Occupancy Sensors ....................................................................................................... 98

            1513.6.2  Automatic Time Switches ............................................................................................. 98

        1513.7  Commissioning Requirements .............................................................................................. 99

    1514  Exit Signs ......................................................................................................................................... 99

**SECTION 1520 — Prescriptive Lighting Option** ................................................................................. **99**

    1521  Prescriptive Interior Lighting Requirements .................................................................................. 99

    1522  Prescriptive Exterior Lighting Requirements ................................................................................. 99

**SECTION 1530 — Lighting Power Allowance Option** ........................................................................ **99**

    1531  Interior Lighting Power Allowance .................................................................................................. 99

    1532  Exterior Lighting Power Allowance ............................................................................................... 100

**SECTION 1540 — Transformers** .......................................................................................................... **100**

**TABLE 15-1 — Unit Lighting Power Allowance (LPA)** ..................................................................... **101**

**TABLE 15-2 — Lighting Power Densities for Building Exteriors** .................................................... **103**

**27**

# APPENDIX — REFERENCE STANDARD 29 (RS 29)
# NONRESIDENTIAL BUILDING DESIGN BY SYSTEMS ANALYSIS

**SECTION 1 — SCOPE** ..................................................... **29-1**

  1.1 General ........................................................... 29-1

**SECTION 2 — GENERAL PRINCIPLES AND REQUIREMENTS** ............ **29-1**

  2.1 Energy Analysis ................................................. 29-1

  2.2 Design ........................................................... 29-1

  2.3 Analysis Procedure .............................................. 29-1

  2.4 Calculation Procedure ........................................... 29-1

  2.5 Documentation ................................................... 29-2

**SECTION 3 — SPECIFIC MODELING ASSUMPTIONS** ................... **29-2**

  3.1 Orientation and Shape ........................................... 29-2

  3.2 Internal Loads .................................................. 29-2

  3.3 Envelope ........................................................ 29-3

  3.4 HVAC Systems and Equipment ...................................... 29-3

  3.5 Service Water Heating ........................................... 29-4

  3.6 Controls ........................................................ 29-4

**TABLE 3-1 — ACCEPTABLE OCCUPANCY DENSITIES, RECEPTACLE POWER DENSITIES AND SERVICE HOT WATER CONSUMPTION** .............................. **29-5**

**TABLE 3-2A — ASSEMBLY OCCUPANCY** ............................... **29-6**

**TABLE 3-2B — HEALTH OCCUPANCY** ................................. **29-7**

**TABLE 3-2C — HOTEL/MOTEL OCCUPANCY** ............................ **29-8**

**TABLE 3-2D — LIGHT MANUFACTURING OCCUPANCY** .................... **29-9**

**TABLE 3-2E — OFFICE OCCUPANCY** ................................. **29-10**

**TABLE 3-2F — PARKING GARAGE OCCUPANCY** ......................... **29-11**

**TABLE 3-2G — RESTAURANT OCCUPANCY** ............................. **29-12**

**TABLE 3-2H — RETAIL OCCUPANCY** ................................. **29-13**

**TABLE 3-2I — SCHOOL OCCUPANCY** ................................. **29-14**

**TABLE 3-2J — WAREHOUSE OCCUPANCY** .............................. **29-15**

**TABLE 3-3 — HVAC SYSTEMS OF PROTOTYPE BUILDINGS** .............. **29-16**

**SECTION 4 — SUGGESTED SOFTWARE FOR  SYSTEMS ANALYSIS APPROACH** ... **29-19**

**28**

# CHAPTER 1
## ADMINISTRATION AND ENFORCEMENT

## SECTION 101 — SCOPE AND GENERAL REQUIREMENTS

**101.1 Title:** Chapters 1 through 10 of this Code shall be known as the "Washington State Residential Energy Code" and may be cited as such; and will be referred to herein as "this Code."

**101.2 Purpose and Intent:** The purpose of this Code is to provide minimum standards for new or altered buildings and structures or portions thereof to achieve efficient use and conservation of energy.

The purpose of this Code is not to create or otherwise establish or designate any particular class or group of persons who will or should be especially protected or benefited by the terms of this Code.

It is intended that these provisions provide flexibility to permit the use of innovative approaches and techniques to achieve efficient use and conservation of energy. These provisions are structured to permit compliance with the intent of this Code by any one of the following three paths of design:

1. A systems analysis approach for the entire building and its energy-using sub-systems which may utilize renewable energy sources; Chapter 4.

2. A component performance approach for various building elements and mechanical systems and components; Chapter 5.

3. A prescriptive requirements approach; Chapter 6.

Compliance with any one of these approaches meets the intent of this Code. This Code is not intended to abridge any safety or health requirements required under any other applicable codes or ordinances.

The provisions of this Code do not consider the efficiency of various energy forms as they are delivered to the building envelope. A determination of delivered energy efficiencies in conjunction with this Code will provide the most efficient use of available energy in new building construction.

**101.3 Scope:** This Code sets forth minimum requirements for the design of new buildings and structures that provide facilities or shelter for residential occupancies by regulating their exterior envelopes and the selection of their HVAC, service water heating systems, and equipment for efficient use and conservation of energy.

Buildings shall be designed to comply with the requirements of either Chapter 4, 5 or 6 of this Code.

For the purposes of this code:

Detached one- and two- family dwellings built under the International Residential Code shall be considered R-3 Occupancies.

Attached multiple single-family dwellings (townhouses) built under the International Residential Code shall be considered R-2 Occupancies.

**101.3.1 Exempt Buildings:** Buildings and structures or portions thereof meeting any of the following criteria shall be exempt from the building envelope requirements of Sections 502 and 602, but shall comply with all other requirements for building mechanical systems, and service water heating.

**101.3.1.1:** Buildings and structures or portions thereof whose peak design rate of energy usage is less than 3.4 Btu/h per ft$^2$ or 1.0 watt per ft$^2$ of floor area for space conditioning requirements.

**101.3.1.2:** Buildings and structures or portions thereof which are neither heated according to the definition of heated space in Chapter 2, nor cooled by a non-renewable energy source, provided that the non-renewable energy use for space conditioning complies with requirements of Section 101.3.1.1.

**101.3.1.3:** Greenhouses isolated from any conditioned space and not intended for occupancy.

**101.3.2 Application to Existing Buildings:** Additions, historic buildings, changes of occupancy or use and alterations or repairs shall comply with the requirements in the subsections below.

> **EXCEPTION:** The building official may approve designs of alterations or repairs which do not fully conform with all of the requirements of this Code where in the opinion of the building official full compliance is physically impossible and/or economically impractical and:
>
> 1. The alteration or repair improves the energy efficiency of the building; or
>
> 2. The alteration or repair is energy efficient and is necessary for the health, safety, and welfare of the general public.

In no case shall building envelope requirements or mechanical system requirements be less than those requirements in effect at the time of the initial construction of the building.

**101.3.2.1 Additions to Existing Buildings:** Additions to existing buildings or structures may be made to such buildings or structures without making the entire building or structure comply, provided that the new additions shall conform to the provisions of this Code.

> **EXCEPTION:** New additions which do not fully comply with the requirements of this Code and which have a floor area which is less than 750 square feet shall be approved provided that improvements are made to the existing occupancy to compensate for any deficiencies in the new addition. Compliance shall be demonstrated

by either systems analysis or component performance calculations.  The nonconforming addition and upgraded existing occupancy shall have an energy budget or Target UA which is less than or equal to the unimproved existing building (minus any elements which are no longer part of the building envelope once the addition is added), with the addition designed to comply with this Code.

**101.3.2.2 Historic Buildings:** The building official may modify the specific requirements of this Code for historic buildings and require in lieu thereof alternate requirements which will result in a reasonable degree of energy efficiency.  This modification may be allowed for those buildings which have been specifically designated as historically significant by the state or local governing body, or listed in The National Register of Historic Places or which have been determined to be eligible for listing.

**101.3.2.3 Change of Occupancy or Use:** Any Other than Group R Occupancy which is converted to Group R Occupancy shall be brought into full compliance with this Code.

**101.3.2.4 Alterations and Repairs:** All alterations and repairs to buildings or portions thereof originally constructed subject to the requirements of this Code shall conform to the provisions of this Code without exception.  For all other existing buildings, initial tenant alterations shall comply with the new construction requirements of this Code.  Other alterations and repairs may be made to existing buildings and moved buildings without making the entire building comply with all of the requirements of this Code for new buildings, provided the following requirements are met:

**101.3.2.5 Building Envelope:** The result of the alterations or repairs both:

1.  Improves the energy efficiency of the building, and

2.  Complies with the overall average thermal transmittance values of the elements of the exterior building envelope in Table 5-1 of Chapter 5, or the nominal R-values and glazing requirements of the reference case in Tables 6-1 and 6-2 of Chapter 6.

> **EXCEPTIONS:**  1. Untested storm windows may be installed over existing glazing for an assumed U-factor of 0.90, however, where glass and sash are being replaced in Group R Occupancy, glazing shall comply with the appropriate reference case in Tables 6-1 and 6-2.
>
> 2.  Where the structural elements of the altered portions of roof/ceiling, wall or floor are not being replaced, these elements shall be deemed to comply with this Code if all existing framing cavities which are exposed during construction are filled to the full depth with batt insulation or insulation having an equivalent nominal R-value while, for roof/ceilings, maintaining the required space for ventilation.  Existing walls and floors without framing cavities need not be insulated.  Existing roofs shall be insulated to the requirements of this Code if:

a.  The roof is uninsulated or insulation is removed to the level of the sheathing, or

b.  All insulation in the roof/ceiling was previously installed exterior to the sheathing or nonexistent.

**101.3.2.6 Building Mechanical Systems:** Those parts of systems which are altered or replaced shall comply with Section 503 of this Code.

**101.3.2.7 Service Water Heating:** Those parts of systems which are altered or replaced shall comply with Section 504 of this Code.

**101.3.2.8: Lighting:**  Alterations shall comply with Section 1132.3.

> **EXCEPTION:**  Group R-3 and R-4 Occupancy and the dwelling unit portions of Group R-1 and R-2 Occupancy.

**101.3.3 Mixed Occupancy:** When a building houses more than one occupancy, each portion of the building shall conform to the requirements for the occupancy housed therein.  Where approved by the building official, where minor accessory uses do not occupy more than 10% of the area of any floor of a building, the major use may be considered the building occupancy.

**101.4 Amendments By Local Government:** Except as provided in RCW 19.27A.020(7), this Code shall be the maximum and minimum energy code for Group R Occupancies in each town, city and county, no later than July 1, 1991.

## SECTION 102 — MATERIALS AND EQUIPMENT

**102.1 Identification:** All materials and equipment shall be identified in order to show compliance with this Code.

**102.2 Maintenance Information:** Required regular maintenance actions shall be clearly stated and incorporated on a readily accessible label.  Such label may be limited to identifying, by title or publication number, the operation and maintenance manual for that particular model and type of product.  Maintenance instructions shall be furnished for any equipment which requires preventive maintenance for efficient operation.

## SECTION 103 — ALTERNATE MATERIALS-- METHOD OF CONSTRUCTION, DESIGN OR INSULATING SYSTEMS

The provisions of this Code are not intended to prevent the use of any material, method of construction, design or insulating system not specifically prescribed herein, provided that such construction, design or insulating system has been approved by the building official as meeting the intent of this Code.  The building official may approve any such alternate provided he finds the proposed alternate meets or exceeds the provisions of this Code and that the material, method, design or work offered is for

the purpose intended, at least the equivalent of that prescribed in this Code, in quality, strength, effectiveness, fire-resistance, durability, safety and efficient use and conservation of energy.  The building official may require that sufficient evidence of proof be submitted to substantiate any claims that may be made regarding performance capabilities.

## SECTION 104 — PLANS AND SPECIFICATIONS

**104.1 General:** If required by the building official, plans and specifications shall be submitted in support of an application for a building permit.  If required by the building official, plans and specifications shall be stamped and authenticated by a registered design professional currently licensed in the state of Washington.  All plans and specifications, together with supporting data, shall be submitted to the building official prior to issuance of a building permit.

**104.2 Details:** The plans and specifications shall show in sufficient detail all pertinent data and features of the building and the equipment and systems as herein governed including, but not limited to: design criteria, exterior envelope component materials, U-factors of the envelope systems, R-values of insulating materials, size and type of apparatus and equipment, equipment and systems controls and other pertinent data to indicate compliance with the requirements of this Code.

The building official may accept the professional stamp of an architect or engineer licensed to do business by the state in lieu of a plan and specification check if the engineer or architect stipulates to the best of his knowledge, understanding and belief, the design meets the requirements of this Code.

## SECTION 105 — INSPECTIONS AND ENFORCEMENT

**105.1 General:** All construction or work for which a permit is required shall be subject to inspection by the building official and all such construction or work shall remain accessible and exposed for inspection purposes until approved by the building official.

**105.2 Approvals Required:** No work shall be done on any part of the building or structure beyond the point indicated in each successive inspection without first obtaining the approval of the building official.

**105.2.1 Required Inspections:** The building official, upon notification, shall make the following inspection in addition to those inspections required in Section 109.3 of the International Building Code:

1.  **Wall Insulation Inspection:** To be made after all wall insulation and air vapor retarder sheet or film materials are in place, but before any wall covering is placed.

**105.3 Reinspection:** The building official may require a structure to be reinspected.

## SECTION 106 — VIOLATIONS

It shall be unlawful for any person, firm, or corporation to erect or construct any building, or remodel or rehabilitate any existing building or structure in the state, or allow the same to be done, contrary to or in violation of any of the provisions of this Code.

## SECTION 107 — LIABILITY

Nothing contained in this Code is intended to be nor shall be construed to create or form the basis for any liability on the part of any city or county or its officers, employees or agents for any injury or damage resulting from the failure of a building to conform to the provisions of this Code.

## SECTION 108 — CONFLICTS WITH OTHER CODES

In addition to the requirements of this Code, all occupancies shall conform to the provisions included in the State Building Code (Chapter 19.27 RCW).  In case of conflicts among Codes enumerated in RCW 19.27.031 subsections (1), (2), (3) and (4) and this Code, an earlier named Code shall govern over those following.  In the case of conflict between the duct sealing and insulation requirements of this Code and the duct insulation requirements of Sections 603 and 604 of the State Mechanical Code (Chapter 51-52 WAC), the duct insulation requirements of this code, or where applicable, a local jurisdiction's energy code shall govern.

Where, in any specific case, different sections of this Code specify different materials, methods of construction or other requirements, the most restrictive shall govern.  Where there is a conflict between a general requirement and a specific requirement, the specific requirement shall be applicable.  Wherever in this Code reference is made to the appendix, the provisions in the appendix shall not apply unless specifically adopted.

## SECTION 109 — SEVERABILITY

If any provision of this Code or its application to any person or circumstance is held invalid, the remainder of this Code or the application of the provision to other persons or circumstances is not affected.

WASHINGTON STATE ENERGY CODE

**32**
4

# CHAPTER 2
# DEFINITIONS

## SECTION 201 — GENERAL DEFINITIONS

The following definitions shall apply to Chapters 1 through 20.

**201.1 Application of Terms:** For the purposes of this Code, certain abbreviations, terms, phrases, words and their derivatives, shall be as set forth in this chapter. Where terms are not defined, they shall have their ordinary accepted meanings within the context with which they are used. In the event there is a question about the definition of a term, the definitions for terms in the Codes enumerated in RCW 19.27.031 and the edition of Webster's dictionary referenced therein shall be considered as the sources for providing ordinarily accepted meanings.

**ADDITION:** See the Washington State Building Code.

**ADVANCED FRAMED CEILING:** Advanced framing assumes full and even depth of insulation extending to the outside edge of exterior walls. (See **Standard Framing** and Section 1007.2 of this Code.)

**ADVANCED FRAMED WALLS:** Studs framed on 24 inch centers with double top plate and single bottom plate. Corners use two studs or other means of fully insulating corners, and one stud is used to support each header. Headers consist of double 2x material with R-10 insulation between the header and exterior sheathing. Interior partition wall/exterior wall intersections are fully insulated in the exterior wall. (See **Standard Framing** and Section 1005.2 of this Code.)

**AFUE – ANNUAL FUEL UTILIZATION EFFICIENCY:** Unlike steady state conditions, this rating is based on average usage including on and off cycling as set out in the standardized Department of Energy Test Procedures.

**AIR-CONDITIONING, COMFORT:** The process of treating air to control simultaneously its temperature, humidity, cleanliness and distribution to meet requirements of the conditioned space.

**ARI:** Air-Conditioning and Refrigeration Institute.

**ASHRAE:** American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.

**ASTM:** American Society for Testing and Materials.

**AUTOMATIC:** Self-acting, operating by its own mechanism when actuated by some impersonal influence, as for example, a change in current strength, pressure, temperature or mechanical configuration. (See **Manual**.)

**BELOW-GRADE WALLS:** Walls or the portion of walls which are entirely below the finished grade or which extend two feet or less above the finished grade.

**BOILER CAPACITY:** The rate of heat output in Btu/h measured at the boiler outlet, at the design inlet and outlet conditions and rated fuel/energy input.

**BUILDING ENVELOPE:** For Group R Occupancy, the elements of a building which enclose conditioned spaces through which thermal energy may be transferred to or from the exterior or to or from spaces exempted by the provisions of Section 101.3.1. For Other than Group R Occupancy, the elements of a building which enclose conditioned spaces through which thermal energy may be transferred to or from the exterior, or to or from unconditioned spaces, or to or from semi-heated spaces, or to or from spaces exempted by the provisions of Section 1301.

**BUILDING, EXISTING:** See the Washington State Building Code.

**BUILDING OFFICIAL:** The official authorized to act in behalf of a jurisdiction code enforcement agency or its authorized representative.

**BUILDING PROJECT:** A building or group of buildings, including on-site energy conversion or electric-generating facilities, which utilize a single submittal for a construction permit or are within the boundary of a contiguous area under one ownership.

**CONDITIONED FLOOR AREA:** (See **Gross Conditioned Floor Area**.)

**CONDITIONED SPACE:** A cooled space, heated space (fully heated), heated space (semi-heated), or indirectly conditioned space.

**COOLED SPACE:** An enclosed space within a building that is cooled by a cooling system whose sensible capacity

a. exceeds 5 Btu/(h•ft$^2$), or

b. is capable of maintaining space dry bulb temperature of 90°F or less at design cooling conditions.

**COP – COEFFICIENT OF PERFORMANCE:** The ratio of the rate of net heat output (heating mode) or heat removal (cooling mode) to the rate of total on-site energy input to the heat pump, expressed in consistent units and under designated rating conditions.  (See **Net Heat Output, Net Heat Removal, Total On-Site Energy Input.**)

**DAYLIGHTED ZONE:**

a.   **Under overhead glazing**:  the area under overhead glazing whose horizontal dimension, in each direction, is equal to the overhead glazing dimension in that direction plus either the floor to ceiling height or the dimension to a ceiling height opaque partition, or one-half the distance to adjacent overhead or vertical glazing, whichever is least.

b.   **At vertical glazing**:  the area adjacent to vertical glazing which receives daylighting from the glazing. For purposes of this definition and unless more detailed daylighting analysis is provided, the daylighting zone depth is assumed to extend into the space a distance of 15 feet or to the nearest ceiling height opaque partition, whichever is less. The daylighting zone width is assumed to be the width of the window plus either two feet on each side (the distance to an opaque partition) or one-half the distance to adjacent overhead or vertical glazing, whichever is least.

**DAYLIGHT SENSING CONTROL (DS):**  A device that automatically regulates the power input to electric lighting near the glazing to maintain the desired workplace illumination, thus taking advantage of direct or indirect sunlight.

**DEADBAND:** The temperature range in which no heating or cooling is used.

**DEMAND CONTROL VENTILATION (DCV):** A ventilation system capability that provides for the automatic reduction of outdoor air intake below design rates when the actual occupancy of spaces served by the system is less than design occupancy.

**DESIGN COOLING CONDITIONS:**  The cooling outdoor design temperature from the 0.5% column for summer from the Puget Sound Chapter of ASHRAE publication "Recommended Outdoor Design Temperatures, Washington State, ASHRAE."

**DESIGN HEATING CONDITIONS:**  The heating outdoor design temperature from the 0.6% column for winter from the Puget Sound Chapter of ASHRAE publication "Recommended Outdoor Design Temperatures, Washington State, ASHRAE."

**DOOR:** All operable opening areas, which are not glazing, in the building envelope including swinging and roll-up doors, fire doors, smoke vents and access hatches.

**DOOR AREA:** Total area of door measured using the rough opening and including the door and frame.

**DWELLING UNIT:** See the Washington State Building Code.

**ECONOMIZER, AIR:**  A ducting arrangement and automatic control system that allows a cooling supply fan system to supply outside air to reduce or eliminate the need for mechanical refrigeration during mild or cold weather.

**ECONOMIZER, WATER:**  A system by which the supply air of a cooling system is cooled directly, indirectly or both, by evaporation of water or by other appropriate fluid in order to reduce or eliminate the need for mechanical refrigeration.

**EER – ENERGY EFFICIENCY RATIO:** The ratio of net equipment cooling capacity in Btu/h to total rate of electric input in watts under designated operating conditions.

**EFFICIENCY, HVAC SYSTEM:** The ratio of useful energy (at the point of use) to the energy input for a designated time period, expressed in percent.

**EMISSIVITY:** The ability to absorb infrared radiation. A low emissivity implies a higher reflectance of infrared radiation.

**ENERGY:** The capacity for doing work; taking a number of forms which may be transformed from one into another, such as thermal (heat), mechanical (work), electrical and chemical; in customary units, measured in kilowatt-hours (kWh) or British thermal units (Btu).  (See **New Energy**.)

**ENERGY, RECOVERED:**  (See **Recovered Energy**.)

**EXTERIOR ENVELOPE:**  (See **Building Envelope**.)

**F-FACTOR:** The perimeter heat loss factor expressed in Btu/h•ft•°F.

**F-VALUE:**  (See F-factor.)

**FACADE AREA:**  Vertical projected area including non-horizontal roof area, overhangs, cornices, etc. measured in elevation in a vertical plane parallel to the plane of the building face.

**FLOOR OVER UNCONDITIONED SPACE:** A floor which separates a conditioned space from an unconditioned space which is buffered from exterior ambient conditions including vented crawlspaces and unconditioned basements or other similar spaces, or exposed to exterior ambient conditions including open parking garages and enclosed garages which are mechanically ventilated.

**GARDEN WINDOW:**  A multi-sided glazing product that projects beyond the plane of the wall.

**GLAZED WALL SYSTEM:**  A category of site assembled fenestration products used in the NFRC 100 and NFRC 200 rating procedures that include curtainwalls.

**GLAZING:** All areas, including the frames, in the shell of a conditioned space that let in natural light including windows, clerestories, skylights, sliding or swinging glass doors and glass block walls.

**GLAZING AREA:** Total area of the glazing measured using the rough opening, and including the glazing, sash and frame. For doors where the daylight opening area is less than 50 percent of the door area, the glazing area is the daylight opening area. For all other doors, the glazing area is the door area.

**GROSS CONDITIONED FLOOR AREA:** The horizontal projection of that portion of interior space which is contained within exterior walls and which is conditioned directly or indirectly by an energy-using system, and which has an average height of five feet or greater, measured from the exterior faces.

**GROSS EXTERIOR WALL AREA:** The normal projection of the building envelope wall area bounding interior space which is conditioned by an energy-using system and which separates conditioned space from: unconditioned space, or semi-heated space, or exterior ambient conditions or earth; includes opaque wall, vertical glazing and door areas. The gross area of walls consists of all opaque wall areas, including foundation walls, between floor spandrels, peripheral edges of floors, vertical glazing areas and door areas, where such surfaces are exposed to exterior ambient conditions and enclose a conditioned space including interstitial areas between two such spaces. The area of the wall is measured from the top of the floor insulation to the bottom of the roof insulation. (See **Below Grade Walls**.)

**GROSS FLOOR AREA:** The sum of the areas of the several floors of the building, including basements, cellars, mezzanine and intermediate floored tiers and penthouses of headroom height, measured from the exterior faces of exterior walls or from the center line of walls separating buildings, but excluding: Covered walkways, open roofed-over areas, porches and similar spaces, pipe trenches, exterior terraces or steps, chimneys, roof overhangs and similar features.

**GROSS ROOF/CEILING AREA:** A roof/ceiling assembly shall be considered as all components of the roof/ceiling envelope through which heat flows, thus creating a building transmission heat loss or gain, where such assembly is exposed to exterior ambient conditions and encloses a conditioned space. The assembly does not include those components that are separated from a heated and/or cooled space by a vented airspace. The gross area of a roof/ceiling assembly consists of the total interior surface of such assembly, including overhead glazing.

**GUEST ROOM:** See the Washington State Building Code.

**HEAT:** The form of energy that is transferred by virtue of a temperature difference.

**HEAT STORAGE CAPACITY:** The physical property of materials (mass) located inside the building envelope to absorb, store and release heat.

**HEATED SPACE (FULLY HEATED):** An enclosed space within a building, including adjacent connected spaces separated by an uninsulated component (e.g., basements, utility rooms, garages, corridors), which is heated by a heating system whose output capacity is:

   a.  Capable of maintaining a space dry-bulb temperature of 45°F or greater at design heating conditions, or

   b.  8 Btu/(h • ft$^2$) or greater in Climate Zone 1 and 12 Btu/(h • ft$^2$) or greater in Climate Zone 2.

**HEATED SPACE (SEMI-HEATED):** An enclosed space within a building, including adjacent connected spaces separated by an un-insulated component (e.g., basements, utility rooms, garages, corridors), which is:

   a.  heated by a heating system whose output capacity is 3 Btu/(h • ft$^2$) or greater in Climate Zone 1 and 5 Btu/(h • ft$^2$) or greater in Climate Zone 2, and

   b.  not a Heated Space (Fully Heated).

**HIGH EFFICACY LUMINAIRE:** A lighting fixture that does not contain a medium screw base socket (E24/E26) and whose lamps have a minimum efficiency of:
   a. 60 lumens per watt for lamps over 40 watts;
   b. 50 lumens per watt for lamps over 15 watts to 40 watts;
   c. 40 lumens per watt for lamps 15 watts or less.

**HSPF – HEATING SEASON PERFORMANCE FACTOR:** The total heating output (Btu) of a heat pump during its normal annual usage period for heating divided by the total electric power input (watt hour) during the same period, as determined by test procedures consistent with the U.S. Department of Energy "Test Procedure for Central Air Conditioners, Including Heat Pumps," published in Standard RS-30. When specified in Btu per watt hour an HSPF of 6.826 is equivalent to a COP of 2.0.

**HUMIDISTAT:** A regulatory device, actuated by changes in humidity, used for automatic control of relative humidity.

**HVAC:** Heating, ventilating and air-conditioning.

**HVAC SYSTEM COMPONENTS:** HVAC system components provide, in one or more factory-assembled packages, means for chilling and/or heating water with controlled temperature for delivery to terminal units serving the conditioned spaces of the buildings. Types of HVAC system components include, but are not limited to, water chiller packages, reciprocating condensing units and water source (hydronic) heat pumps. (See **HVAC System Equipment**.)

**HVAC SYSTEM EFFICIENCY:** (See **Efficiency, HVAC System**.)

**HVAC SYSTEM EQUIPMENT:** HVAC system equipment provides, in one (single package) or more (split system) factory-assembled packages, means for air circulation, air cleaning, air cooling with controlled temperature and dehumidification; and optionally, either alone or in combination with a heating plant, the functions

of heating and humidifying. The cooling function may be either electrically or heat operated and the refrigerant condenser may be air, water or evaporatively cooled. Where the equipment is provided in more than one package, the separate packages shall be designed by the manufacturer to be used together. The equipment may provide the heating function as a heat pump or by the use of electric elements. (The word "equipment" used without modifying adjective may, in accordance with common industry usage, apply either to HVAC system equipment or HVAC system components.)

**IPLV — INTEGRATED PART-LOAD VALUE:** A single number figure of merit based on part-load EER or COP expressing part-load efficiency for air conditioning and heat pump equipment on the basis of weighted operation at various load capacities for the equipment as specified in the Air-Conditioning and Refrigeration Institute (ARI) and Cooling Tower Institute (CTI) procedures.

**INDIRECTLY CONDITIONED SPACE:** An enclosed space within a building that is not a heated or cooled space, whose area weighted heat transfer coefficient to heated or cooled spaces exceeds that to the outdoors or to unconditioned spaces; or through which air from heated or cooled spaces is transferred at a rate exceeding three air changes per hour. Enclosed corridors between conditioned spaces shall be considered as indirectly conditioned space. (See **Heated Space, Cooled Space** and **Unconditioned Space**.)

**INFILTRATION:** The uncontrolled inward air leakage through cracks and interstices in any building element and around windows and doors of a building caused by the pressure effects of wind and/or the effect of differences in the indoor and outdoor air density.

**INSULATION BAFFLE:** A rigid material, resistant to wind driven moisture, the purpose of which is to allow air to flow freely into the attic or crawl space and to prevent insulation from blocking the ventilation of these spaces, or the loss of insulation. Example materials for this purpose are sheet metal or wax impregnated cardboard.

**INSULATION POSITION:**

 a. **Exterior Insulation Position:** a wall having all or nearly all of its mass exposed to the room air with the insulation on the exterior of the mass.

 b. **Integral Insulation Position:** a wall having mass exposed to both room and outside air, with substantially equal amounts of mass on the inside and outside of the insulation layer.

 c. **Interior Insulation Position:** a wall not meeting either of the above definitions; particularly a wall having most of its mass external to the insulation layer.

**INTERNATIONAL BUILDING CODE (IBC):** (See **Washington State Building Code**.)

**INTERNATIONAL MECHANICAL CODE (IMC):** (See **Washington State Building Code**.)

**LUMINAIRE:** A complete lighting unit consisting of a lamp or lamps together with the parts designed to distribute the light, to position and protect the lamps and to connect the lamps to the electric power supply.

**MANUAL:** Capable of being operated by personal intervention. (See **Automatic**.)

**MICROCELL:** A wireless communication facility consisting of an antenna that is either: (a) Four (4) feet in height and with an area of not more than 580 square inches; or (b) if a tubular antenna, no more than four (4) inches in diameter and no more than six (6) feet in length; and the associated equipment cabinet that is six (6) feet or less in height and no more than 48 square feet in floor area.

**NFPA:** National Fire Protection Association.

**NFRC:** National Fenestration Rating Council.

**NET HEAT OUTPUT:** The change in the total heat content of the air entering and leaving the equipment (not including supplementary heat and heat from boilers).

**NET HEAT REMOVAL:** The total difference in heat content of the air entering and leaving the equipment (without heat) or the difference in total heat content of the water or refrigerant entering and leaving the component.

**NEW ENERGY:** Energy, other than recovered energy, utilized for the purpose of heating or cooling. (See **Energy**.)

**NOMINAL R-VALUE:** The thermal resistance of insulation alone as determined in accordance with the U.S. Federal Trade Commission R-value rule (CFR Title 16, Part 460) in units of $h \cdot ft^2 \cdot °F/Btu$ at a mean temperature of 75°F. Nominal R-value refers to the thermal resistance of the added insulation in framing cavities or insulated sheathing only and does not include the thermal resistance of other building materials or air films.

**NON-RENEWABLE ENERGY SOURCES:** All energy sources that are not renewable energy sources including natural gas, oil, coal, wood, liquefied petroleum gas, steam and any utility-supplied electricity.

**NONRESIDENTIAL:** All buildings and spaces in the International Building Code (IBC) occupancies other than Group R.

**OCCUPANCY:** See the Washington State Building Code.

**OCCUPANCY SENSOR:** A device that detects occupants within an area, causing any combination of lighting, equipment or appliances to be turned on or shut off.

**OPAQUE ENVELOPE AREAS:** All exposed areas of a building envelope which enclose conditioned space, except openings for doors, glazing and building service systems.

**OPEN BLOWN:** Loose fill insulation pneumatically installed in an unconfined attic space.

**OUTDOOR AIR (OUTSIDE AIR):** Air taken from the outdoors and, therefore, not previously circulated through a building.

**OVERHEAD GLAZING:** A glazing surface that has a slope of less than 60° from the horizontal plane.

**PACKAGED TERMINAL AIR-CONDITIONER:** A factory-selected combination of heating and cooling components, assemblies or sections intended to serve a room or zone. (For the complete technical definition, see Standard RS-5.)

**PERMEANCE (PERM):** The ability of a material of specified thickness to transmit moisture in terms of amount of moisture transmitted per unit time for a specified area and differential pressure (grains per hour•ft²•inches of HG). Permeance may be measured using ASTM E-96-00 or other approved dry cup method as specified in Standard RS-1.

**PERSONAL WIRELESS SERVICE FACILITY:** A Wireless Communication Facility (WCF), including a microcell, which is a facility for the transmission and/or reception of radio frequency signals and which may include antennas, equipment shelter or cabinet, transmission cables, a support structure to achieve the necessary elevation, and reception and/or transmission devices or antennas.

**POOL COVER:** A vapor-retardant cover which lies on or at the surface of the pool.

**POWER:** In connection with machines, the time rate of doing work. In connection with the transmission of energy of all types, the rate at which energy is transmitted; in customary units, it is measured in watts (W) or British thermal units per hour (Btu/h).

**PROCESS ENERGY:** Energy consumed in support of a manufacturing, industrial, or commercial process other than the maintenance of building comfort or amenities for building occupants.

**RADIANT SLAB FLOOR:** A slab floor assembly on grade or below, containing heated pipes, ducts, or electric heating cables that constitute a floor or portion thereof for complete or partial heating of the structure.

**READILY ACCESSIBLE:** See the Washington State Mechanical Code.

**RECOOLING:** The removal of heat by sensible cooling of the supply air (directly or indirectly) that has been previously heated above the temperature to which the air is to be supplied to the conditioned space for proper control of the temperature of that space.

**RECOVERED ENERGY:** Energy utilized which would otherwise be wasted (i.e., not contribute to a desired end use) from an energy utilization system.

**REHEAT:** The application of sensible heat to supply air that has been previously cooled below the temperature of the conditioned space by either mechanical refrigeration or the introduction of outdoor air to provide cooling.

**RENEWABLE ENERGY SOURCES:** Renewable energy sources of energy (excluding minerals) are derived from:

1. Incoming solar radiation, including but not limited to, natural daylighting and photosynthetic processes;
2. Energy sources resulting from wind, waves and tides, lake or pond thermal differences; and
3. Energy derived from the internal heat of the earth, including nocturnal thermal exchanges.

**RESET:** Adjustment of the set point of a control instrument to a higher or lower value automatically or manually to conserve energy.

**ROOF/CEILING ASSEMBLY:** (See **Gross Roof/Ceiling Area**.)

**SEER - SEASONAL ENERGY EFFICIENCY RATIO:** The total cooling output of an air conditioner during its normal annual usage period, in Btu's, divided by the total electric energy input in watt-hours, during the same period, as determined by 10 CFR, Part 430.

**SEMI-HEATED SPACE:** Sub-category of **Heated Space.** (See **Heated Space.**)

**SEQUENCE:** A consecutive series of operations.

**SERVICE SYSTEMS:** All energy-using systems in a building that are operated to provide services for the occupants or processes housed therein, including HVAC, service water heating, illumination, transportation, cooking or food preparation, laundering or similar functions.

**SERVICE WATER HEATING:** Supply of hot water for domestic or commercial purposes other than comfort heating.

**SHADED:** Glazed area which is externally protected from direct solar radiation by use of devices permanently affixed to the structure or by an adjacent building, topographical feature, or vegetation.

**SHADING COEFFICIENT:** The ratio of solar heat gain occurring through non-opaque portions of the glazing, with or without integral shading devices, to the solar heat gain occurring through an equivalent area of unshaded, 1/8 inch thick, clear, double-strength glass.

   **Note**: Heat gains to be compared under the same conditions. See Chapter 31 of Standard RS-1, listed in Chapter 7 of this Code.

**SHALL:** Denotes a mandatory code requirement.

**SINGLE FAMILY:** One and two family residential dwelling units with no more than two units in a single building.

**SKYLIGHT:** (See **Overhead Glazing.**)

**SLAB-ON-GRADE, EXTERIOR:** Any portion of a slab floor in contact with the ground which is less than or equal to 24 inches below the final elevation of the nearest exterior grade.

**SLAB-BELOW-GRADE:** Any portion of a slab floor in contact with the ground which is more than 24 inches below the final elevation of the nearest exterior grade.

**SMALL BUSINESS:** Any business entity (including a sole proprietorship, corporation, partnership or other legal entity) which is owned and operated independently from all other businesses, which has the purpose of making a profit, and which has fifty or fewer employees, or which has a million dollars or less per year in gross sales, of window products.

**SOLAR ENERGY SOURCE:** Source of natural daylighting and of thermal, chemical or electrical energy derived directly from conversion of incident solar radiation.

**SOLAR HEAT GAIN COEFFICIENT (SHGC):** The ratio of the solar heat gain entering the space through the glazing product to the incident solar radiation.  Solar heat gain includes directly transmitted solar heat and absorbed solar radiation which is then reradiated, conducted or convected into the space.

**SPLIT SYSTEM:**  Any heat pump or air-conditioning unit which is provided in more than one assembly requiring refrigeration piping installed in the field.

**STANDARD FRAMING:** All framing practices not defined as "intermediate" or "advanced" shall be considered standard.  (See **Advanced Framed Ceiling, Advanced Framed Wall, Intermediate Framed Wall** and Section 1005.2 of this Code.)

**SUBSTANTIAL CONTACT:** A condition where adjacent building materials are placed in a manner that proximal surfaces are contiguous, being installed and supported as to eliminate voids between materials, without compressing or degrading the thermal performance of either product.

**SYSTEM:** A combination of central or terminal equipment or components and/or controls, accessories, interconnecting means and terminal devices by which energy is transformed so as to perform a specific function, such as HVAC, service water heating or illumination.

**TAPERING:** Installation of a reduced level of ceiling insulation at the eaves, due to reduced clearance.

**THERMAL BY-PASS:** An area where the envelope surrounding the conditioned space is breached, or where an ineffective application compromises the performance of a thermal or infiltration barrier, increasing the structure's energy consumption by exposing finished surfaces to ambient conditions and additional heat transfer.

**THERMAL CONDUCTANCE (C):** Time rate of heat flow through a body (frequently per unit area) from one of its bounding surfaces to the other for a unit temperature difference between the two surfaces, under steady conditions (Btu/h•ft$^2$•°F).

**THERMAL RESISTANCE (R):** The reciprocal of thermal conductance (h•ft$^2$•°F/Btu).

**THERMAL TRANSMITTANCE (U):** The coefficient of heat transmission (air to air).  It is the time rate of heat flow per unit area and unit temperature difference between the warm side and cold side air films (Btu/h•ft$^2$•°F).

**THERMAL TRANSMITTANCE, OVERALL ($U_o$):** The overall (average) heat transmission of a gross area of the exterior building envelope (Btu/h•ft$^2$•°F).  The $U_o$-factor applies to the combined effect of the time rate of heat flows through the various parallel paths, such as glazing, doors and opaque construction areas, comprising the gross area of one or more exterior building components, such as walls, floors or roof/ceiling.

**THERMOSTAT:** An automatic control device actuated by temperature and designed to be responsive to temperature.

**TOTAL ON-SITE ENERGY INPUT:** The combination of all the energy inputs to all elements and accessories as included in the equipment components, including but not limited to, compressor(s), compressor sump heater(s), circulating pump(s), purge device(s), fan(s) and the HVAC system component control circuit.

**TRANSMISSION COEFFICIENT:** The ratio of the solar heat gain through a glazing system to that of an unshaded single pane of double strength window glass under the same set of conditions.

**TRANSVERSE JOINT:**  The primary connection between two air distribution system fittings.

**U-FACTOR:** (See **Thermal Transmittance**.)

**U-VALUE:** (See **U-factor**.)

**UNITARY COOLING AND HEATING EQUIPMENT:** One or more factory-made assemblies which include an evaporator or cooling coil, a compressor and condenser combination, and may include a heating function as well. Where such equipment is provided in more than one assembly, the separate assemblies shall be designed to be used together.

**UNITARY HEAT PUMP:** One or more factory-made assemblies which include an indoor conditioning coil, compressor(s) and outdoor coil or refrigerant-to-water heat exchanger, including means to provide both heating and cooling functions. When such equipment is provided in more than one assembly, the separate assemblies shall be designed to be used together.

**VAPOR RETARDER:** A layer of low moisture transmissivity material (not more than 1.0 perm dry cup) placed over the warm side (in winter) of insulation, over the exterior of below grade walls, and under floors as ground cover to limit the transport of water and water vapor through exterior walls, ceilings and floors. Vapor retarding paint, listed for this application, also meets this definition.

**VAULTED CEILINGS:** All ceilings where enclosed joist or rafter space is formed by ceilings applied directly to the underside of roof joists or rafters.

**VENTILATION:** The process of supplying or removing air by natural or mechanical means to or from any space. Such air may or may not have been conditioned.

**VENTILATION AIR:** That portion of supply air which comes from outside (outdoors) plus any recirculated air that has been treated to maintain the desired quality of air within a designated space.

**VERTICAL GLAZING:** A glazing surface that has a slope of 60° or greater from the horizontal plane.

**WALLS (EXTERIOR):** Any member or group of members which defines the exterior boundaries or courts of a building and which have a slope of 60° or greater from the horizontal plane, and separates conditioned from unconditioned space. Band joists between floors are to be considered a part of exterior walls.

**WASHINGTON STATE BUILDING CODE:** The Washington State Building Code is comprised of the International Building Code; the International Residential Code, the International Mechanical Code; the International Fire Code; the Uniform Plumbing Code; the state regulations for barrier-free facilities, as designated in RCW 19.27.031; the state energy code; and any other codes so designated by the Washington state legislature as adopted and amended by the State Building Code Council.

**ZONE:** A space or group of spaces within a building with heating and/or cooling requirements sufficiently similar so that comfort conditions can be maintained throughout by a single controlling device. Each dwelling unit in residential buildings shall be considered a single zone.

WASHINGTON STATE ENERGY CODE

**40**
12

# CHAPTER 3
# DESIGN CONDITIONS

## SECTION 301 — DESIGN CRITERIA

**301.1 General:** The criteria of this chapter establish the design conditions upon which the minimum thermal design requirements of the building envelope and the design of the HVAC system are to be based.

**301.2 Heating and Cooling:** A building that is designed to be both heated and cooled shall meet the more stringent of the heating or cooling requirements as required in this Code when requirements of the exterior envelope differ.

## SECTION 302 — THERMAL DESIGN PARAMETERS

**302.1 Exterior Design Conditions:** The heating or cooling outdoor design temperatures shall be selected from 0.6% column for winter and 0.5% column for summer from the Puget Sound Chapter of ASHRAE publication "Recommended Outdoor Design Temperatures, Washington State, ASHRAE." (See also Washington State Energy Code Manual.)

**302.2 Interior Design Conditions**

**302.2.1 Indoor Design Temperature:** Indoor design temperature shall be 70°F for heating and 78°F for cooling.

> **EXCEPTION:** Other design temperatures may be used for equipment selection if it results in a lower energy usage.

**302.2.2 Humidification:** If humidification is provided during heating, it shall be designed for a maximum relative humidity of 30%. When comfort air conditioning is provided, the actual design relative humidity within the comfort envelope as defined in Standard RS-4, listed in Chapter 7, shall be selected for minimum total HVAC system energy use.

**302.3 Climate Zones:** All buildings shall comply with the requirements of the appropriate climate zone as defined herein.

**ZONE 1:** Climate Zone 1 shall include all counties not included in Climate Zone 2.

**ZONE 2:** Climate Zone 2 shall include: Adams, Chelan, Douglas, Ferry, Grant, Kittitas, Lincoln, Okanogan, Pend Oreille, Spokane, Stevens and Whitman counties.

## SECTION 303 — MECHANICAL VENTILATION

For all Occupancies, the minimum requirements for ventilation shall comply with the Washington State Ventilation and Indoor Air Quality Code (WAC 51-13).

# CHAPTER 4
# BUILDING DESIGN BY SYSTEMS ANALYSIS

## SECTION 401 — SCOPE

**401.1 General:** This chapter establishes design criteria in terms of total energy use by a building, including all of its systems. Analysis of design for all Group R Occupancies shall comply with Section 402.1 through 402.6.

## SECTION 402 — SYSTEMS ANALYSIS

**402.1 Special Requirements for All Group R Occupancies**

**402.1.1 Energy Budgets:** Proposed buildings designed in accordance with this section shall be designed to use no more energy from non-renewable sources for space heating and domestic hot water heating than a standard building whose enclosure elements and energy consuming systems are designed in accordance with Section 502.2 of this Code for the appropriate climate zone and heating system type and whose mechanical system type is the same as the proposed building and which complies with Section 503 of this Code. Energy derived from renewable sources may be excluded from the total annual energy consumption attributed to the alternative building.

**402.1.2 Calculation of Energy Consumption:** The application for a building permit shall include documentation which demonstrates, using a calculation procedure as listed in Chapter 8, or an approved alternate, that the proposed building's annual space heating energy use does not exceed the annual space heating and water heating energy use of a standard building conforming to Chapter 5 of this Code for the appropriate climate zone. The total calculated annual energy consumption shall be shown in units of kWh/ft²-year or Btu/ft²-year of conditioned area.

**402.1.3 Input Values:** The following standardized input values shall be used in calculating annual space heating budgets:

| Parameter | Value |
| --- | --- |
| **Thermostat** | |
| Thermostat set point, heating | 65°F |
| Thermostat set point, cooling | 78°F |
| Thermostat night set back | 65°F |
| Thermostat night set back period | 0 hours |
| **Internal Gain** | |
| R-3 and R-4 units | 3000 Btu/h |
| R-1 and R-2 units | 1500 Btu/h |
| **Domestic Hot Water Heater Setpoint** | 120°F |
| **Domestic Hot Water Consumption** | 20 gallons per person per day |

| Parameter | Value |
| --- | --- |
| **Minimum Heat Storage** | Calculated using standard engineering practice for the actual building or as approved. |
| **Site Weather Data** | Typical meteorological year (TMY) or ersatz TMY data for the closest appropriate TMY site or other sites as approved. |
| **Heating and Cooling Equipment Efficiency** | Equipment shall comply with Section 1411 |

The standard building shall be modeled with glazing area distributed equally among the four cardinal directions. Parameter values that may be varied by the building designer to model energy saving options include, but are not limited to, the following:

1. Overall thermal transmittance, $U_o$, of building envelope or individual building components.

2. Heat storage capacity of building.

3. Glazing orientation; area; and solar heat gain coefficients (where Chapter 5 does not contain SHGC requirements, the standard design shall be modeled with glazing SHGC as determined by Tables 13-1 and 13-2. SHGC values shall be determined in accordance with Section 1312.2.).

4. Heating system efficiency.

**402.1.4 Solar Shading and Access:** Building designs using passive solar features with 8% or more south facing equivalent glazing to qualify shall provide to the building official a sun chart or other approved documentation depicting actual site shading for use in calculating compliance under this section. The building shall contain at least 45 Btu/°F for each square foot of south facing glass.

**402.1.5 Infiltration:** Infiltration levels used shall be set at 0.35 air changes per hour for thermal calculation purposes only.

**402.1.6 Heat Pumps:** The heating season performance factor (HSPF) for heat pumps shall be calculated using procedures consistent with Section 5.2 of the U.S. Department of Energy "Test Procedure for Central Air Conditioners, Including Heat Pumps," published in the December 27, 1979, Federal Register, Vol. 44, No. 24, 10 CFR 430. Climate data as specified above, the

proposed buildings overall thermal performance value (Btu/°F) and the standardized input assumptions specified above shall be used to model the heat pump's HSPF.

**402.2 Energy Analysis:** Compliance with this chapter will require an analysis of the annual energy usage, hereinafter called an annual energy analysis.

> **EXCEPTION:** Chapters 5 and 6 of this Code establish criteria for different energy-consuming and enclosure elements of the building which will eliminate the requirement for an annual systems energy analysis while meeting the intent of this Code.

A building designed in accordance with this chapter will be deemed as complying with this Code if the calculated annual energy consumption is not greater than a similar building (defined as a "standard design") whose enclosure elements and energy-consuming systems are designed in accordance with Chapter 5.

For an alternate building design to be considered similar to a "standard design," it shall utilize the same energy source(s) for the same functions and have equal floor area and the same ratio of envelope area to floor area, environmental requirements, occupancy, climate data and usage operational schedule.

**402.3 Design:** The standard design, conforming to the criteria of Chapter 5 and the proposed alternative design shall be designed on a common basis as specified herein.

The comparison shall be expressed as kBtu or kWh input per square foot of conditioned floor area per year at the building site.

**402.4 Analysis Procedure:** The analysis of the annual energy usage of the standard and the proposed alternative building and system design shall meet the following criteria:

a. The building heating/cooling load calculation procedure used for annual energy consumption analysis shall be detailed to permit the evaluation of effect of factors specified in Section 402.5.

b. The calculation procedure used to simulate the operation of the building and its service systems through a full-year operating period shall be detailed to permit the evaluation of the effect of system design, climatic factors, operational characteristics and mechanical equipment on annual energy usage. Manufacturer's data or comparable field test data shall be used when available in the simulation of systems and equipment. The calculation procedure shall be based upon 8,760 hours of operation of the building and its service systems.

**402.5 Calculation Procedure:** The calculation procedure shall cover the following items:

a. Design requirements--Environmental requirements as required in Chapter 3.

b. Climatic data--Coincident hourly data for temperatures, solar radiation, wind and humidity of typical days in the year representing seasonal variation.

c. Building data--Orientation, size, shape, mass, air, moisture and heat transfer characteristics.

d. Operational characteristics--Temperature, humidity, ventilation, illumination, control mode for occupied and unoccupied hours.

e. Mechanical equipment--Design capacity, part load profile.

f. Building loads--Internal heat generation, lighting, equipment, number of people during occupied and unoccupied periods.

> **EXCEPTION:** Group R Occupancy shall comply with the calculation procedures in Chapter 8, or an approved alternate.

**402.6 Documentation:** Proposed alternative designs, submitted as requests for exception to the standard design criteria, shall be accompanied by an energy analysis comparison report. The report shall provide technical detail on the two building and system designs and on the data used in and resulting from the comparative analysis to verify that both the analysis and the designs meet the criteria of Chapter 4 of this Code.

# CHAPTER 5
# BUILDING DESIGN
# BY COMPONENT PERFORMANCE APPROACH

## SECTION 501 — SCOPE

**501.1 General:** Buildings that are heated or mechanically cooled shall be constructed so as to provide the required thermal performance of the various components. A building that is designed to be both heated and cooled shall meet the more stringent of the heating or cooling requirements as provided in this Code when requirements of the exterior envelope differ.

## SECTION 502 — BUILDING ENVELOPE REQUIREMENTS

### 502.1 General

**502.1.1:** The stated U- or F-factor of any component assembly, listed in Table 5-1 or 5-2, such as roof/ceiling, opaque wall or opaque floor may be increased and the U-factor for other components decreased, provided that the total heat gain or loss for the entire building envelope does not exceed the total resulting from compliance to the U-factors specified in this section.

The U-factors for typical construction assemblies are included in Chapter 10. These values shall be used for all calculations. Where proposed construction assemblies are not represented in Chapter 10, values shall be calculated in accordance with Chapters 23-30 in Standard RS-1 listed in Chapter 7, using the framing factors listed in Chapter 10 where applicable.

For envelope assemblies containing metal framing, the U-factor shall be determined by one of the following methods:

1. Results of laboratory or field measurements.
2. Standard RS-1, listed in Chapter 7, where the metal framing is bonded on one or both sides to a metal skin or covering.
3. The zone method as provided in Chapter 25 of Standard RS-1, listed in Chapter 7.
4. Results of parallel path correction factors for effective framing/cavity R-values as provided in Table 10-5A: Effective R-Values for Metal Framing and Cavity Only for metal stud walls and roof/ceilings.

**502.1.2:** For consideration of thermal mass effects, see Section 402.4.

**502.1.3:** When return air ceiling plenums are employed, the roof/ceiling assembly shall:

a.  For thermal transmittance purposes, not include the ceiling proper nor the plenum space as part of the assembly; and

b.  For gross area purposes, be based upon the interior face of the upper plenum surface.

### 502.1.4 Insulation

**502.1.4.1 General:** All insulating materials shall comply with Sections 2603 and/or 719 of the International Building Code. Substantial contact of the insulation with the surface being insulated is required. All insulation materials shall be installed according to the manufacturer's instructions to achieve proper densities and maintain uniform R-values and shall be installed in a manner which will permit inspection of the manufacturer's R-value identification mark. To the maximum extent possible, insulation shall extend over the full component area to the intended R-value.

Alternatively, the thickness of roof/ceiling and wall insulation that is either blown in or spray-applied shall be identified by inches of thickness, density and R-value markers installed at least one for every 300 square feet (28 m$^2$) through the attic, ceiling and/or wall space. In attics, the markers shall be affixed to the trusses or joists and marked with the minimum initial installed thickness and minimum settled thickness with numbers a minimum 1.0 inch (25 mm) in height. Each marker shall face the attic access. The thickness of installed attic insulation shall meet or exceed the minimum initial installed thickness shown by the marker. In cathedral ceilings and walls, the markers shall be affixed to the rafter and wall frame at alternating high and low intervals and marked with the minimum installed density and R-value with numbers a minimum 1.0 inch (25 mm) in height. Each marker shall face the conditioned room area.

**502.1.4.2 Insulation Materials:** All insulation materials including facings such as vapor barriers or breather papers installed within floor/ceiling assemblies, roof/ceiling assemblies, walls, crawl spaces, or attics shall have a flame spread rating of less than 25 and a smoke density not to exceed 450 when tested in accordance with ASTM E84-01.

**EXCEPTIONS:** 1. Foam plastic insulation shall comply with Section 2603 of the International Building Code.

2. When such materials are installed in concealed spaces of Types III, IV and V construction, the flame spread and smoke developed limitations do not apply to facing, provided that the facing is installed in substantial contact with the unexposed surface of the ceiling, floor or wall finish.

3. Cellulose insulation shall comply with Section 719 of the International Building Code.

**502.1.4.3 Clearances:** Where required, insulation shall be installed with clearances according to manufacturer's specifications. Insulation shall be installed so that required ventilation is unobstructed. For blown or poured loose fill insulation, clearances shall be maintained through installation of a permanent retainer.

**502.1.4.4 Access Hatches and Doors:** Access doors from conditioned spaces to unconditioned spaces (e.g., attics and crawl spaces) shall be weatherstripped and insulated to a level equivalent to the insulation on the surrounding surfaces. Access shall be provided to all equipment which prevents damaging or compressing the insulation. A wood framed or equivalent baffle or retainer must be provided when loose fill insulation is installed, the purpose of which is to prevent the loose fill insulation from spilling into the living space when the attic access is opened, and to provide a permanent means of maintaining the installed R-value of the loose fill insulation.

**502.1.4.5 Roof/Ceiling Insulation:** Open-blown or poured loose fill insulation may be used in attic spaces where the slope of the ceiling is not more than 3 feet in 12 and there is at least 30 inches of clear distance from the top of the bottom chord of the truss or ceiling joist to the underside of the sheathing at the roof ridge. When eave vents are installed, baffling of the vent openings shall be provided so as to deflect the incoming air above the surface of the insulation. Baffles shall be rigid material, resistant to wind driven moisture. Requirements for baffles for ceiling insulation shall meet the International Building Code Section 1203.2 for minimum ventilation requirements. When feasible, the baffles shall be installed from the top of the outside of the exterior wall, extending inward, to a point 6 inches vertically above the height of noncompressed insulation, and 12 inches vertically above loose fill insulation.

**502.1.4.6 Wall Insulation:** Insulation installed in exterior walls shall comply with the provisions of this section. All wall insulation shall fill the entire framed cavity. Exterior wall cavities isolated during framing shall be fully insulated to the levels of the surrounding walls. All faced insulation shall be face stapled to avoid compression.

> **EXCEPTION:** Framed cavity can be empty or partially filled provided:
> 1. The wall assembly calculations are performed along with a completed performance calculation for the whole building; and
> 2. Insulation installed in partially filled cavities is not included in the performance calculation.

**502.1.4.7 Floor Insulation:** Floor insulation shall be installed in a permanent manner in substantial contact with the surface being insulated. Insulation supports shall be installed so spacing is no more than 24 inches on center. Foundation vents shall be placed so that the top of the vent is below the lower surface of the floor insulation.

> **EXCEPTION:** Insulation may be omitted from floor areas over heated basements, heated garages or underfloor areas used as HVAC supply plenums. When foundation walls are insulated, the insulation shall be attached in a permanent manner. The insulation shall not block the airflow through foundation vents when installed. When foundation vents are not placed so that the top of the vent is below the lower surface of the floor insulation, a permanently attached baffle shall be installed at an angle of 30° from horizontal, to divert air flow below the lower surface of the floor insulation.

**502.1.4.8 Slab-On-Grade:** Slab-on-grade insulation, installed inside the foundation wall, shall extend downward from the top of the slab for a minimum distance of 24 inches or downward and then horizontally beneath the slab for a minimum combined distance of 24 inches. Insulation installed outside the foundation shall extend downward to a minimum of 24 inches or to the frost line. Above grade insulation shall be protected.

> **EXCEPTION:** For monolithic slabs, the insulation shall extend downward from the top of the slab to the bottom of the footing.

**502.1.4.9 Radiant Slabs:** The entire area of a radiant slab shall be thermally isolated from the soil with a minimum of R-10 insulation. The insulation shall be an approved product for its intended use. If a soil gas control system is present below the radiant slab, which results in increased convective flow below the radiant slab, the radiant slab shall be thermally isolated from the sub-slab gravel layer.

**502.1.4.10 Below-Grade Walls:** Below-grade exterior wall insulation used on the exterior (cold) side of the wall shall extend from the top of the below-grade wall to the top of the footing and shall be approved for below-grade use. Above-grade insulation shall be protected.

Insulation used on the interior (warm) side of the wall shall extend from the top of the below-grade wall to the below-grade floor level.

**502.1.5 Glazing and Door U-Factors:** Glazing and door U-factors shall be determined in accordance with Sections 502.1.5.1 and 502.1.5.2. All products shall be labeled with the NFRC certified or default U-factor. The labeled U-factor shall be used in all calculations to determine compliance with this Code. Sealed insulating glass shall conform to, or be in test for, ASTM E-774-81 class A.

> **EXCEPTIONS:** 1. For glazed wall systems, assemblies with all of the following features are deemed to satisfy the vertical glazing U-factor requirement in Table 6-1 or 6-2 with vertical glazing U-0.40 and greater:
> a. Double glazing with a minimum 1/2 inch gap width, having a low-emissivity coating with *e* =0.10 maximum, with 90% minimum argon gas fill, and a non-aluminum spacer (as defined in footnote 1 to Table 10-6B), and

b. Frame that is thermal break aluminum (as defined in footnote 9 to Table 10-6B), wood, aluminum clad wood, vinyl, aluminum clad vinyl, or reinforced vinyl.

The only labeling requirement for products using this exception shall be a description of the product and a label stating:  "This product is deemed to satisfy the Table 6-1 or 6-2 vertical glazing U-factor requirement using the exception to Section 502.1.5 in the Washington State Energy Code."

2.  For overhead glazing, assemblies with all of the following features are deemed to satisfy the overhead glazing U-factor requirement in Table 6-1 or 6-2 options **except** the unlimited glazing area options (Options V and V in Table 6-1 and Options V, VI and VII in Table 6-2):

a.  **Either**, double glazing with a minimum 1/2 inch gap width, having a low-emissivity coating with $e$ =0.20 maximum, with 90% minimum argon gas fill, **or**, triple glazed plastic domes, and

b.  Frame that is thermal break aluminum (as defined in footnote 9 to Table 10-6B), wood, aluminum clad wood, vinyl, aluminum clad vinyl, or reinforced vinyl.

The only labeling requirement for products using this exception shall be a description of the product and a label stating:  "This product is deemed to satisfy the Table 6-1 or 6-2 vertical glazing U-factor requirement using the exception to Section 502.1.5 in the Washington State Energy Code."

3.  For solariums with a floor area which does not exceed 300 square feet, assemblies which comply with the features listed in Exception 2 are deemed to satisfy the vertical glazing and overhead glazing U-factor requirements in Table 6-1 or 6-2 options with vertical glazing U-0.40 and greater.

The only labeling requirement for products using this exception shall be a description of the product and a label stating:  "This product is deemed to satisfy the Table 6-1 or 6-2 vertical glazing U-factor requirement using the exception to Section 502.1.5 in the Washington State Energy Code."

**502.1.5.1 Standard Procedure for Determination of Glazing U-Factors:** U-factors for glazing shall be determined, certified and labeled in accordance with the National Fenestration Rating Council (NFRC) Product Certification Program (PCP), as authorized by an independent certification and inspection agency licensed by the NFRC.  Compliance shall be based on the Residential Model Size.  Product samples used for U-factor determinations shall be production line units or representative of units as purchased by the consumer or contractor.  Products that are listed in the NFRC Certified Products Directory or certified to the NFRC Standard shall not use default values.

EXCEPTIONS:  1.  Glazing products without NFRC ratings may be assigned default U-factors from Table 10-6A for vertical glazing and from Table 10-6E for overhead glazing.

2.  Units without NFRC ratings produced by a small business may be assigned default U-factors from Table 10-6A for garden windows, from Table 10-6B for other vertical glazing, and from Table 10-6E for overhead glazing.

**502.1.5.2 Standard Procedure for Determination of Door U-Factors:**  All doors, including fire doors, shall be assigned default U-factors from Table 10-6C.

EXCEPTIONS:  1.  U-factors determined, certified and labeled in accordance with the National Fenestration Rating Council (NFRC) Product Certification Program (PCP), as authorized by an independent certification and inspection agency licensed by the NFRC.

2.  The default values for the opaque portions of doors shall be those listed in Table 10-6C, provided that the U-factor listed for a door with a thermal break shall only be allowed if both the door and the frame have a thermal break.

3.  One unlabeled or untested exterior swinging door with the maximum area of 24 square feet may be installed for ornamental, security or architectural purposes.  Products using this exception shall not be included in the U-factor calculation requirements; however, glazing area shall be included in glazing area calculations.

**502.1.6 Moisture Control**

**502.1.6.1 Vapor Retarders:** Vapor retarders shall be installed on the warm side (in winter) of insulation as specified in the following cases.

EXCEPTION:  Vapor retarder installed with not more than 1/3 of the nominal R-value between it and the conditioned space.

**502.1.6.2 Floors:** Floors separating conditioned space from unconditioned space shall have a vapor retarder installed.  The vapor retarder shall have a one perm dry cup rating or less (i.e. four mil [0.004 inch thick] polyethylene or kraft faced material).

**502.1.6.3 Roof/Ceilings:** Roof/ceiling assemblies where the ventilation space above the insulation is less than an average of 12 inches shall be provided with a vapor retarder.  Faced batt insulation where used as a vapor retarder shall be face stapled.  Single rafter joist vaulted ceiling cavities shall be of sufficient depth to allow a minimum one inch vented air space above the insulation.

**502.1.6.4:** Vapor retarders shall not be required in roof/ceiling assemblies where the ventilation space above the insulation averages 12 inches or greater.

**502.1.6.5:** Vapor retarders shall not be required where all of the insulation is installed between the roof membrane and the structural roof deck.

**502.1.6.6 Walls:** Walls separating conditioned space from unconditioned space shall have a vapor retarder installed.  Faced batt insulation shall be face stapled.

EXCEPTION:  For Climate Zone 1, wood framed walls with a minimum of nominal R-5 continuous insulated sheathing installed outside of the framing and structural sheathing. For Climate Zone 2, wood framed walls with a minimum of nominal R-7.5 continuous insulated sheathing installed outside of the framing and structural sheathing. The interior cavity insulation for this exception shall be a maximum of nominal R-21.

**47**

**502.1.6.7 Ground Cover:** A ground cover of six mil (0.006 inch thick) black polyethylene or approved equal shall be laid over the ground within crawl spaces. The ground cover shall be overlapped 12 inches minimum at the joints and shall extend to the foundation wall.

> **EXCEPTION:** The ground cover may be omitted in crawl spaces if the crawl space has a concrete slab floor with a minimum thickness of 3-1/2 inches.

**502.2 Thermal Criteria for Group R Occupancy**

**502.2.1 UA Calculations:** The proposed UA as calculated using Equations 2 and 3 shall not exceed the target UA as calculated using Equation 1. For the purpose of determining equivalent thermal performance, the glazing area for the target UA shall be calculated using values in Table 5-1. The opaque door area shall be the same in the target UA and the proposed UA.

> **EXCEPTION:** Log and solid timber walls that have a minimum average thickness of 3.5" and with space heat type other than electric resistance, are exempt from wall target UA and proposed UA calculations.

**502.2.2 Space Heat Type:** The following two categories comprise all space heating types:

1. **Electric Resistance:** Space heating systems which include baseboard units, radiant units and forced air units as either the primary or secondary heating system.

> **EXCEPTION:** Electric resistance systems for which the total electric heat capacity in each individual dwelling unit does not exceed the greater of:
>
> 1. One thousand watts (1000 W) per dwelling unit, or;
>
> 2. One watt per square foot (1 W/ft$^2$) of the gross floor area.

2. **Other:** All gas, wood, oil and propane space heating systems, unless electric resistance is used as a secondary heating system, and all heat pump space heating systems. (See EXCEPTION, Electric Resistance, Section 502.2.2 above.)

**502.3 Reserved.**

**502.4 Air Leakage**

**502.4.1 General:** The requirements of this section shall apply to all buildings and structures, or portions thereof, and only to those locations separating outdoor ambient conditions from interior spaces that are heated or mechanically cooled.

**502.4.2 Doors and Windows, General:** Exterior doors and windows shall be designed to limit air leakage into or from the building envelope. Site-constructed doors and windows shall be sealed in accordance with Section 502.4.3.

**502.4.3 Seals and Weatherstripping:**

a. Exterior joints around windows and door frames, openings between walls and foundation, between walls and roof and wall panels; openings at penetrations of utility services through walls, floors and roofs; and all other openings in the building envelope for all occupancies and all other openings in between units in R-1 and R-2 occupancies shall be sealed, caulked, gasketed or weatherstripped to limit air leakage. Other exterior joints and seams shall be similarly treated, or taped or covered with moisture vapor permeable housewrap.

b. All exterior doors or doors serving as access to an enclosed unheated area shall be weatherstripped to limit leakage around their perimeter when in a closed position.

c. Site built windows are exempt from testing but shall be made tight fitting. Fixed lites shall have glass retained by stops with sealant or caulking all around. Operating sash shall have weatherstripping working against overlapping trim and a closer/latch which will hold the sash closed. The window frame to framing crack shall be made tight with caulking, overlapping membrane or other approved technique.

d. Openings that are required to be fire resistive are exempt from this section.

**502.4.4 Recessed Lighting Fixtures:** When installed in the building envelope, recessed lighting fixtures shall be Type IC rated and certified under ASTM E283 to have no more than 2.0 cfm air movement from the conditioned space to the ceiling cavity. The lighting fixture shall be tested at 75 Pascals or 1.57 lbs/ft$^2$ pressure difference and have a label attached, showing compliance with this test method. Recessed lighting fixtures shall be installed with a gasket or caulk between the fixture and ceiling to prevent air leakage.

## SECTION 503 — BUILDING MECHANICAL SYSTEMS

**503.1 General:** This section covers the determination of design requirements, system and component performance, control requirements, insulating systems and duct sealing. For all other duct construction requirements, refer to the State Mechanical Code (WAC 51-52).

**503.2 Calculations of Heating/Cooling Loads and System Sizing Limits:** The design parameters specified in Chapter 3 shall apply for all computations.

**503.2.1 Calculation Procedures:** Heating and cooling design loads for the purpose of sizing HVAC systems are required and shall be calculated in accordance with accepted engineering practice, including infiltration and ventilation.

**503.2.2 Space Heating and Space Cooling System Sizing Limits:** Building mechanical systems for all buildings which provide space heating and/or space cooling shall be sized no greater than 150% of the heating and cooling design loads as calculated above.

**EXCEPTIONS:** The following limited exemptions from the sizing limit shall be allowed; however, in all cases heating and/or cooling design load calculations shall be submitted.

1. For equipment which provides both heating and cooling in one package unit, including heat pumps with electric heating and cooling and gas-pack units with gas heating and electric cooling, compliance need only be demonstrated for either the space heating or space cooling system size.

2. Natural gas- or oil-fired space heating equipment whose total rated space heating output in any one dwelling unit is
   a. 40,000 Btu/h or less is exempt from the sizing limit.
   b. larger than 40,000 Btu/h may exceed the 150% sizing limit but not exceed 250% provided that the installed equipment has an annual fuel utilization efficiency (AFUE) of 90% or greater.

3. Stand-by equipment may be installed if controls and other devices are provided which allow redundant equipment to operate only when the primary equipment is not operating.

**503.3 Simultaneous Heating and Cooling:** Systems and equipment that provide simultaneous heating and cooling shall comply with the requirements in, as appropriate, Section 1422 or Section 1435.

**503.4 HVAC Equipment Performance Requirements:** All heating equipment shall meet the requirements of the National Appliance Energy Conservation Act (NAECA) and be so labeled. Equipment shall also comply with Section 1411.

**503.5 Reserved.**

**503.6 Balancing:** The HVAC system design shall provide a means for balancing air and water systems. Balancing the system shall include, but not be limited to, dampers, temperature and pressure test connections and balancing valves.

**503.7 Cooling with Outdoor Air (Economizer Cycle):** Systems and equipment that provide mechanical cooling shall comply with Section 1413 and, as appropriate, Section 1423 or 1433.

**503.8 Controls**

**503.8.1 Temperature Control:** Each system shall be provided with at least one adjustable thermostat for the regulation of temperature. Each thermostat shall be capable of being set by adjustment or selection of sensors as follows:

**503.8.1.1:** When used to control heating only: 55°F to 75°F.

**503.8.1.2:** When used to control cooling only: 70°F to 85°F.

**503.8.1.3:** When used to control both heating and cooling, it shall be capable of being set from 55°F to 85°F and shall be capable of operating the system heating and cooling in sequence. The thermostat and/or control system shall have an adjustable deadband of not less than 10°F.

**503.8.2 Humidity Control:** If a system is equipped with a means for adding moisture to maintain specific selected relative humidities in space or zones, a humidistat shall be provided. Humidistats shall be capable of being set to prevent new energy from being used to produce space-relative humidity above 30%.

**EXCEPTION:** Special uses requiring different relative humidities may be permitted when approved by the building official.

**503.8.3 Zoning for Temperature Control**

**503.8.3.1 One- and Two-Family Dwellings:** At least one thermostat for regulation of space temperature shall be provided for each separate system. In addition, a readily accessible manual or automatic means shall be provided to partially restrict or shut off the heating and/or cooling input to each zone or floor.

**503.8.3.2 Multifamily Dwellings:** For multifamily dwellings, each individual dwelling unit shall have at least one thermostat for regulation of space temperature. A readily accessible manual or automatic means shall be provided to partially restrict or shut off the heating and/or cooling input to each room.

**503.8.3.3 Control Setback and Shut-Off:** One- and Two-Family and individual Multifamily Dwelling units--The thermostat required in Section 503.8.3.1 or Section 503.8.3.2, or an alternate means such as a switch or clock, shall provide a readily accessible, manual or automatic means for reducing the energy required for heating and cooling during the periods of non-use or reduced need, such as, but not limited to, unoccupied periods and sleeping hours. Lowering thermostat set points to reduce energy consumption of heating systems shall not cause energy to be expended to reach the reduced setting.

**503.8.3.4 Systems Serving Multiple Dwelling Units, Guest Rooms, and Common Areas:** Systems that serve more than two dwelling units, guest rooms, and common areas shall comply with the control requirements in Sections 1412 and 1432, with the exceptions of Sections 1412.4.2 and 1432.1.

**503.8.3.5 Heat Pump Controls:** Programmable thermostats are required for all heat pump systems. The cut-on temperature for the compression heating shall be higher than the cut-on temperature for the supplementary heat, and the cut-off temperature for the compression heating shall be higher than the cut-off temperature for the supplementary heat. Heat pump thermostats will be capable of providing at least two programmable setback periods per day. The automatic setback thermostat shall have the capability of limiting the use of supplemental heat during the warm-up period.

**503.9 Air Handling Duct System Insulation:** Ducts, plenums and enclosures installed in or on buildings shall be thermally insulated per Table 5-11.

**EXCEPTIONS:** Duct insulation (except where required to prevent condensation) is not required in any of the following cases:

1. When the heat gain or loss of the ducts, without insulation, will not increase the energy requirements of the building.

2. Within the HVAC equipment.

3. Exhaust air ducts.

4. Supply or return air ducts installed in unvented crawl spaces with insulated walls, basements or cellars in one- and two-family dwellings.

**503.10 Ducts**

**503.10.1 Leakage Testing:**  High-pressure and medium-pressure ducts shall be leak tested in accordance with the 1985 Edition of the SMACNA HVAC Air Duct Leakage Test Manual with the rate of air leakage not to exceed the maximum rate specified in that standard.

**503.10.2 Seams and Joints:**  All low-pressure supply and return duct transverse joints, and enclosed stud bays or joist cavities/space used to transport air, shall be securely fastened and sealed with welds, gaskets, mastics (adhesives), or mastic-plus-embedded-fabric systems installed in accordance with the manufacturer's installation instructions.

> **EXCEPTIONS:** 1.  Ducts or building cavities used for air distribution that are located entirely within the conditioned space of the building are exempt from this section.
>
> 2.  UL 181A listed tapes used with listed rigid fibrous glass ducts may be used as the primary sealant, when installed in accordance with the listing.
>
> 3.  UL 181B listed tapes used with listed flexible air ducts may be used as the primary sealant, when installed in accordance with the listing.
>
> 4.  Where enclosed stud bays or joist cavities/spaces are used to transport air sealing may be accomplished using drywall, drywall tape plus joint compound.
>
> 5.  Tapes installed in accordance with the manufacturer's installation instructions, providing detailed information specific to application on ducts, including approved duct materials and required duct surface cleaning.

**503.10.3 Dampers:**  Requirements for automatic or manual dampers are found in the Washington State Ventilation and Indoor Air Quality Code.

**503.11 Pipe Insulation:**  All piping shall be thermally insulated in accordance with Table 5-12.

> **EXCEPTION:**  Piping installed within unitary HVAC equipment.

Cold water pipes outside the conditioned space shall be insulated in accordance with the Washington State Plumbing Code (Chapter 51-56 WAC).

# SECTION 504 — SERVICE WATER HEATING

**504.1 Scope:**  The purpose of this section is to provide criteria for design and equipment selection that will produce energy savings when applied to service water heating.

**504.2 Water Heaters, Storage Tanks and Boilers**

**504.2.1 Performance Efficiency:**  All storage water heaters shall meet the requirements of the National Appliance Energy Conservation Act and be so labeled. All electric water heaters in unheated spaces or on concrete floors shall be placed on an incompressible, insulated surface with a minimum thermal resistance of R-10.

For combination space and service water heaters with a principal function of providing space heat, the Combined Annual Efficiency (CAE) may be calculated by using ASHRAE Standard 124-1991. Storage water heaters used in combination space heat and water heat applications shall have either an Energy Factor (EF) or a Combined Annual Efficiency (CAE) of not less than the following:

|  | Energy Factor (EF) | Combined Annual Efficiency (CAE) |
|---|---|---|
| < 50 gallon storage | 0.58 | 0.71 |
| 50 to 70 gallon storage | 0.57 | 0.71 |
| > 70 gallon storage | 0.55 | 0.70 |

**504.2.2 Insulation:**  Heat loss from unfired hot-water storage tanks shall be limited to a maximum of 9.6 $Btu/h/ft^2$ of external tank surface area. The design ambient temperature shall be no higher than 65°F.

**504.2.3 Combination Service Water Heating/Space Heating Boilers:**  Service water heating equipment shall not be dependent on year round operation of space heating boilers.

> **EXCEPTIONS:** 1.  Systems with service/space heating boilers having a standby loss Btu/h less than:
>
> $$(13.3 \text{ pmd} + 400)/n$$
>
> determined by the fixture count method where:
> pmd = probable maximum demand in gallons/hour as determined in accordance with Chapter 49 of Standard RS-11.
>
> n = fraction of year when outdoor daily mean temperature exceeds 64.9°F.
>
> The standby loss is to be determined for a test period of 24 hours duration while maintaining a boiler water temperature of 90°F above an ambient of 60°F and a five foot stack on appliance.
>
> 2.  For systems where the use of a single heating unit will lead to energy savings, such unit shall be utilized.

**504.3 Automatic Controls:**  Service water heating systems shall be equipped with automatic temperature controls capable of adjustment from the lowest to the highest acceptable temperature settings for the intended use. Temperature setting range shall be set to 120°F or 49°C.

**504.4 Shutdown:**  A separate switch shall be provided to permit turning off the energy supplied to electric service water heating systems.  A separate valve shall be provided to permit turning off the energy supplied to the main burner(s) of all other types of service water heater systems.

**504.5 Swimming Pools**

**504.5.1 Controls:**  All pool heaters shall be equipped with readily accessible ON/OFF switch to allow shutting off the operation of the heater without adjusting the thermostat setting.  Controls shall be provided to allow the water temperature to be regulated from the maximum design temperature down to 65°F.

**504.5.2 Pool Covers:**  Heated swimming pools shall be equipped with a pool cover, approved by the building official.

**504.6 Pump Operation:**  Circulating hot water systems shall be controlled so that the circulation pump(s) can be conveniently turned off, automatically or manually, when the hot water system is not in operation.

**504.7 Pipe Insulation:**  Piping shall be thermally insulated in accordance with Section 503.11.

**504.8 Conservation of Hot Water**

**504.8.1 Showers and Lavatories:**  Showers and lavatories used for other than safety reasons shall be equipped with flow control devices or specially manufactured shower-heads or aerators to limit the total water flow rate as set forth in Chapter 51-56 WAC, as measured with both hot and cold faucets turned on to their maximum flow.

## SECTION 505 — LIGHTING

**505.1 Lighting Controls:**  Hotel and motel guest rooms and guest suites shall have a master control device at the main room entry that controls all permanently installed luminaires and switched receptacles.

**505.2 Lighting Power:**  Lighting shall comply with the Prescriptive Lighting Option in Section 1520 or the Lighting Power Allowance Option in Section 1530.

> **EXCEPTIONS:**  1.  Group R-3 and R-4 Occupancies and the dwelling unit portions of Group R-1 and R-2 Occupancies.
>
> 2.  Lighting exempted by Section 1512.

**505.3 Outdoor Lighting:**  Luminaires providing outdoor lighting and permanently mounted to a residential building or to other buildings on the same lot shall be high efficacy luminaires.

> **EXCEPTIONS:**  1.  Permanently installed outdoor luminaires that are not high efficacy shall be allowed provided they are controlled by a motion sensor(s) with integral photocontrol photosensor.
>
> 2.  Permanently installed luminaires in or around swimming pools, water features.

**505.4 Linear Fluorescent Fixtures:**  Linear fluorescent fixtures must be fitted with T-8 or smaller lamps (but not T-10 or T-12 lamps).

## EQUATION 1 — GROUP R OCCUPANCY
## TARGET UA

$$UA_T = U_W A_W + U_{BGW} A_{BGW} + U_{VG} A_{VG} + U_{OG} A_{OG} + U_F A_F + U_{RC} A_{RC} + U_{CC} A_{CC} + U_D A_D + F_S P_S$$

**Where:**

$UA_T$ = the target combined thermal transmittance of the gross exterior wall, floor and roof/ceiling assembly area.

$U_W$ = the thermal transmittance value of the opaque above grade wall area found in Table 5-1.

$A_W$ = opaque above grade wall area.

$U_{BGW}$ = the thermal transmittance value of the below grade opaque wall area found in Table 5-1.

$A_{BGW}$ = opaque below grade wall area.

$U_{VG}$ = the thermal transmittance value of the vertical glazing area found in Table 5-1.

$A_{VG}$ = 15% of the total floor area of the conditioned space minus $A_{OG}$.

$U_{OG}$ = the thermal transmittance value of the overhead glazing area found in Table 5-1.

$A_{OG}$ = overhead glazing area (if the proposed $A_{OG}$ exceeds 15 percent, the target $A_{OG}$ shall be 15 percent of the total floor area of the conditioned space).

$U_F$ = the thermal transmittance value of the floor area found in Table 5-1.

$A_F$ = floor area over unconditioned space.

$U_{RC}$ = the thermal transmittance value of the roof/ceiling area found in Table 5-1.

$A_{RC}$ = roof/ceiling area.

$U_{CC}$ = the thermal transmittance value of the cathedral ceiling area found in Table 5-1.

$A_{CC}$ = cathedral ceiling area.

$U_D$ = the thermal transmittance value of the opaque door area found in Table 5-1.

$A_D$ = opaque door area.

$F_S$ = concrete slab component F-factor found in Table 5-1.

$P_S$ = lineal ft. of concrete slab perimeter.

## EQUATION 2 — ALL OCCUPANCIES

$$U = \frac{1}{r_o + R_1 + R_2 ... r_i}$$

**Where:**

| | | |
|---|---|---|
| $U$ | = | the thermal transmittance of the assembly. |
| $r_o$ | = | outside air film resistance. |
| $r_o$ | = | 0.17 for all exterior surfaces. |
| $r_i$ | = | inside air film resistance. |
| $r_i$ | = | 0.61 for interior horizontal surfaces, heat flow up. |
| $r_i$ | = | 0.92 for interior horizontal surfaces, heat flow down. |
| $r_i$ | = | 0.68 for interior vertical surfaces. |
| $R$ | = | $\frac{1}{C} = \frac{X}{K}$ = measure of the resistance to the passage of heat for each element. |
| $C$ | = | conductance, the heat flow through a specific material of specific thickness. |
| $K$ | = | insulation value of a material per inch. |
| $X$ | = | the thickness of the material in inches. |

**53**

## EQUATION 3 — GROUP R OCCUPANCY
## PROPOSED UA

$$UA = U_W A_W + U_{BGW} A_{BGW} + U_{VG} A_{VG} + U_{OG} A_{OG} + U_F A_F + U_{RC} A_{RC} + U_{CC} A_{CC} + U_D A_D + F_S P_S$$

**Where:**

| | | |
|---|---|---|
| UA | = | the combined thermal transmittance of the gross exterior wall, floor and roof/ceiling assembly area. |
| $U_W$ | = | the thermal transmittance of the opaque wall area. |
| $A_W$ | = opa | que wall area. |
| $U_{BGW}$ | = | the thermal transmittance value of the below grade opaque wall area. |
| $A_{BGW}$ | = | opaque below grade wall area. |
| $U_{VG}$ | = | the thermal transmittance value of the vertical glazing area. |
| $A_{VG}$ | = | vertical glazing area, including windows in exterior doors. |
| $U_{OG}$ | = | the thermal transmittance value of the overhead glazing area. |
| $A_{OG}$ | = | overhead glazing area. |
| $U_F$ | = | the thermal transmittance of the floor area. |
| $A_F$ | = | floor area over unconditioned space. |
| $U_{RC}$ | = | the thermal transmittance of the roof/ceiling area. |
| $A_{RC}$ | = roo | f/ceiling area. |
| $U_{CC}$ | = | the thermal transmittance of the cathedral ceiling area. |
| $A_{CC}$ | = | cathedral ceiling area. |
| $U_D$ | = | the thermal transmittance value of the opaque door area. |
| $A_D$ | = | opaque door area. |
| $F_S$ | = | concrete slab component F-factor. |
| $P_S$ | = | lineal ft. of concrete slab perimeter. |

**NOTE:** Where more than one type of wall, window, roof/ceiling, door and skylight is used, the U and A terms for those items shall be expanded into sub-elements as:

$$U_{W1} A_{W1} + U_{W2} A_{W2} + U_{W3} A_{W3} + ...etc.$$

---

## EQUATION 4 — RESERVED

## EQUATION 5 — RESERVED

**TABLE 5-1**
**TARGET COMPONENT VALUES FOR GROUP R OCCUPANCY**

| Component | Climate Zone | |
|---|---|---|
| | 1 | 2 |
| Glazing % Floor Area | 15% | 15% |
| Vertical Glazing U-Factor<br>    Group R-1 and R-2<br>    Group R-3 and R-4 | <br>U = 0.400<br>U = 0.350 | <br>U = 0.400<br>U = 0.350 |
| Overhead Glazing U-Factor | U = 0.58 | U = 0.58 |
| Doors | U = 0.200<br>(R-5) | U = 0.200<br>(R-5) |
| Ceilings<br>  Attic<br><br><br>    Single Rafter/Joist Vaulted[3] | <br>U = 0.031<br>(R-38)<br><br>U = 0.034<br>(R-30) | <br>U = 0.031<br>(R-38)<br><br>U = 0.034<br>(R-30) |
| Walls[1,2] | U = 0.057<br>(R-21) | U = 0.044<br>(R-19A+R-5) |
| Floors | U = 0.029<br>(R-30) | U = 0.029<br>(R-30) |
| Slab on Grade<br>  Slab     R-Value | F = 0.54<br>(R-10) | F = 0.54<br>(R-10) |
| **Below Grade Interior** | | |
| Wall R-Value | R-19 | R-19 |
| 2' Depth: Walls<br>  Slab | U = 0.043<br>F = 0.69 | U = 0.043<br>F = 0.69 |
| 3.5' Depth: Walls<br>  Slab | U = 0.041<br>F = 0.64 | U = 0.041<br>F = 0.64 |
| 7' Depth: Walls<br>  Slab | U = 0.037<br>F = 0.57 | U = 0.037<br>F = 0.57 |
| **Below Grade Exterior** | | |
| Wall R-Value | R-10 | R-12 |
| 2' Depth: Walls<br>  Slab | U = 0.070<br>F = 0.60 | U = 0.061<br>F = 0.60 |
| 3.5' Depth: Walls<br>  Slab | U = 0.064<br>F = 0.57 | U = 0.057<br>F = 0.57 |
| 7' Depth: Walls<br>  Slab | U = 0.056<br>F = 0.42 | U = 0.050<br>F = 0.42 |

1.  Log and solid timber walls that have a minimum average thickness of 3.5" in spaces with space heating by "other fuels" are exempt from wall target UA and proposed UA calculations.

2.  "A" means advanced framing. For more information, see Section 1005.2.

3.  Requirement applicable only to single rafter or joist vaulted ceilings where both (a) the distance between the top of the ceiling and the underside of the roof sheathing is less than 12 inches and (b) there is a minimum 1-inch vented airspace above the insulation.  Other single rafter or joist vaulted ceilings shall comply with the "ceiling" requirements.  This option is limited to 500 square feet of ceiling area for any one dwelling unit.

**TABLE 5-2 RESERVED**

**TABLE 5-3 RESERVED**

**TABLE 5-4 RESERVED**

**TABLE 5-5 RESERVED**

**TABLE 5-6  RESERVED**

**TABLE 5-7 RESERVED**

**TABLE 5-8 RESERVED**

**TABLE 5-9 RESERVED**

**TABLE 5-10 RESERVED**

**TABLE 5-11**
**INSULATION OF DUCTS**

| Duct Location | Climate Zone | Group R Occupancy Heating or Cooling Ducts |
|---|---|---|
| On roof or on exterior of building | 1 | E and W |
| | 2 | D and W |
| Attic, garage, crawl space, in walls[1], in floor/ceiling[1] | 1 | E |
| | 2 | E |
| Within the conditioned space or in heated basements | | None Required |
| In cement slab or in ground | | B |

**Note:** Where ducts are used for both heating and cooling, the minimum insulation shall be as required for the most restrictive condition.

1    Insulation may be omitted on that portion of a duct which is located within a wall or floor/ceiling space where both sides of this space are exposed to conditioned air and where this space is not ventilated or otherwise exposed to unconditioned air.

2    Vapor barriers shall be installed on conditioned air supply ducts in geographic areas where the average of the July, August and September mean dewpoint temperature exceeds 60°F.

**INSULATION TYPES:**  Minimum densities and out-of-package thickness.

A.   0.5-inch 1.5 to 2 lb/cu. ft. duct liner, mineral or glass fiber blanket or equivalent to provide an installed total thermal resistance of at least R-2.

B.   2-inch 0.60 lb/cu. ft. mineral or glass fiber blanket, 1.5-inch 1.5 to 2 lb/cu. ft. duct liner, mineral or glass fiber blanket. 1.5-inch 3 to 7 lb/cu. ft. mineral or glass fiber board or equivalent to provide an installed total thermal resistance of at least R-5.

C.   3-inch 0.60 lb/cu. ft. mineral or glass fiber blanket, 2-inch 1.5 to 2 lb/cu. ft. duct liner, mineral or glass fiber blanket. 2-inch 3 to 7 lb/cu. ft. mineral or glass fiber board or equivalent to provide an installed total thermal resistance of at least R-7.

D.   4-inch 0.60 lb/cu. ft. mineral or glass fiber blanket, 3-inch 1.5 to 2 lb/cu. ft. duct liner, mineral or glass fiber blanket. 3-inch 3 to 7 lb/cu. ft. mineral or glass fiber board or equivalent to provide an installed total thermal resistance of at least R-10.

E.   3.5-inch 0.60 lb/cu. ft. mineral or glass fiber blanket, 2.5-inch 1.5 to 2 lb/cu. ft. duct liner, mineral or glass fiber board or equivalent to provide an installed total thermal resistance of at least R-8.

V.   Vapor barrier, with perm rating not greater than 0.5 perm, all joints sealed.

W.  Ap proved weatherproof barrier.

**TABLE 5-12**
**MINIMUM PIPE INSULATION REQUIREMENTS**

| Fluid Design Operating Temp. Range, ºF | Insulation Conductivity | | Nominal Pipe Diameter (in.) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Conductivity Range Btu ● in./(h ● ft² ● ºF) | Mean Rating Temp. ºF | Runouts[2] up to 2 | 1 and less | > 1 to 2 | > 2 to 4 | > 4 to 6 | > 6 |
| **Heating systems (Steam, Steam Condensate and Hot water)** | | **Nominal Insulation Thickness** | | | | | | |
| Above 350 | 0.32-0.34 | 250 | 1.5 | 2.5 | 2.5 | 3.0 | 3.5 | 3.5 |
| 251-350 | 0.29-0.31 | 200 | 1.5 | 2.0 | 2.5 | 2.5 | 3.5 | 3.5 |
| 201-250 | 0.27-0.30 | 150 | 1.0 | 1.5 | 1.5 | 2.0 | 2.0 | 3.5 |
| 141-200 | 0.25-0.29 | 125 | 0.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| 105-140 | 0.24-0.28 | 100 | 0.5 | 1.0 | 1.0 | 1.0 | 1.5 | 1.5 |
| **Domestic and Service Hot Water Systems** | | | | | | | | |
| 105 and Greater | 0.24-0.28 | 100 | 0.5 | 1.0 | 1.0 | 1.5 | 1.5 | 1.5 |
| **Cooling Systems (Chilled Water, Brine and Refrigerant)** | | | | | | | | |
| 40-55 | 0.23-0.27 | 75 | 0.5 | 0.5 | 0.75 | 1.0 | 1.0 | 1.0 |
| Below 40 | 0.23-0.27 | 75 | 1.0 | 1.0 | 1.5 | 1.5 | 1.5 | 1.5 |

1. Alternative Insulation Types.  Insulation thicknesses in Table 5-12 are based on insulation with thermal conductivities within the range listed in Table 5-12 for each fluid operating temperature range, rated in accordance with ASTM C 335-84 at the mean temperature listed in the table.  For insulation that has a conductivity outside the range shown in Table 5-12 for the applicable fluid operating temperature range at the mean rating temperature shown (when rounded to the nearest 0.01 Btu ● in./(h ● ft² ● ºF)), the minimum thickness shall be determined in accordance with the following equation:

$$T = PR[(1 + t/PR)^{K/k} - 1]$$

Where

| | | |
|---|---|---|
| T | = | Minimum insulation thickness for material with conductivity K, inches. |
| PR | = | Pipe actual outside radius, inches |
| t | = | Insulation thickness from Table 5-12, inches |
| K | = | Conductivity of alternate material at the mean rating temperature indicated in Table 5-12 for the applicable fluid temperature range, Btu ● in/(h ● ft² ● ºF) |
| k | = | The lower value of the conductivity range listed in Table 5-12 for the applicable fluid temperature range, Btu ● in/(h ● ft² ● ºF) |

2. Runouts to individual terminal units not exceeding 12 ft. in length.

---

**TABLE 5-13  RESERVED**

# CHAPTER 6
## BUILDING DESIGN
## BY PRESCRIPTIVE REQUIREMENTS APPROACH

## SECTION 601 — SCOPE

**601.1 General:** This chapter establishes design criteria in terms of prescribed requirements for building construction.

The provisions of this chapter are applicable to all Group R Occupancies. Occupancies shall comply with all the requirements of Chapter 5 except for the modifications herein specified.

For wood frame assemblies, the building envelope requirements of this chapter may be met by installing one of the prescriptive packages in Table 6-1 or 6-2. Installed components shall meet the requirements of Section 602. Compliance with nominal R-values shall be demonstrated for the thermal resistance of the added insulation in framing cavities and/or insulated sheathing only and shall not include the thermal transmittance of other building materials or air films, but shall permit interruption by occasional framing members. Other than wood frame assemblies with continuous insulation uninterrupted by framing shall also be allowed to comply with nominal R-values.

For metal assemblies, compliance shall be demonstrated in accordance with Chapter 4 or Chapter 5 based on the assemblies in Chapter 10. Compliance with nominal R-values is not allowed, unless the full nominal R-value of the insulation is installed either inside or outside of the framing and is uninterrupted by framing.

> **EXCEPTION:** Group R-1 and R-2 occupancy buildings may use a maximum area weighted average U-factor for components not exceeding those prescribed in Paths III and V in Table 6-1 or Paths IV and VI in Table 6-2.

## SECTION 602 — BUILDING ENVELOPE REQUIREMENTS FOR GROUP R OCCUPANCY

**602.1 Roof/Ceiling:** Ceilings below vented attics and single-rafter, joist-vaulted ceilings shall be insulated to not less than the nominal R-value specified for ceilings in Table 6-1 or 6-2 as applicable.

**602.2 Exterior Walls Both Above and Below Grade:** Above grade exterior walls shall be insulated to not less than the nominal R-value specified in Table 6-1 or 6-2 as applicable. The following walls should be considered to meet R-21 without additional documentation:

1. 2 x 6 framed and insulated with R-21 fiberglass batts.

2. 2 x 4 framed and insulated with R-15 fiberglass batts plus R-4.0 foam sheathing.

3. 2 x 4 framed and insulated with R-13 fiberglass batts plus R-5.0 foam sheathing.

**602.3 Exterior Walls (Below-Grade):** Below-grade exterior walls surrounding conditioned space shall be insulated to not less than the nominal R-value specified for below-grade walls in Table 6-1 or 6-2 as applicable.

**602.4 Slab-on-Grade Floors:** Slab-on-grade floors shall be insulated along their perimeter to not less than the nominal R-values specified for slab-on-grade floors in Table 6-1 or 6-2 as applicable. Slab insulation shall be installed in compliance with Section 502.1.4.8. See Chapter 5, Section 502.1.4.9, for additional requirements for radiant slab heating.

**602.5 Floors Over Unconditioned Space:** Floors over unconditioned spaces, such as vented crawl spaces, unconditioned basements, and parking garages shall be insulated to not less than the nominal R-value shown for floors over unconditioned spaces in Table 6-1 or 6-2.

**602.6 Exterior Doors:** Doors shall comply with Sections 602.6.1 and 602.6.2.

> **EXCEPTIONS:** 1. Glazed doors whose area and U-factor are included in the calculations for compliance with the requirements for glazing in Section 602.7 shall be exempt from the door U-factor requirements prescribed in Table 6-1 or 6-2.
>
> **2.** One unlabeled or untested exterior swinging door with the maximum area of 24 square feet may be installed per unit for ornamental, security, or architectural purposes. Products using this exception shall not be included in either the U-factor or glazing area calculation requirements.

**602.6.1 Exterior Door Area:** For half-lite and full-lite doors, the glazing area shall be included in calculating the allowed total glazing area in Section 602.7.1. Single glazing used for ornamental, security, or architectural purposes shall be calculated using the exception to Section 602.7.2.

**602.6.2 Exterior Door U-Factor:** Doors, including fire doors, shall have a maximum area weighted average U-factor not exceeding that prescribed in Table 6-1 or 6-2.

**602.7 Glazing**

**602.7.1 Glazing Area:** The total glazing area as defined in Chapter 2 shall not exceed the percentage of gross conditioned floor area specified in Table 6-1 or 6-2. This area shall also include any glazing in doors.

**602.7.2 Glazing U-Factor:** The total glazing area as defined in Chapter 2 shall have an area weighted average U-factor not to exceed that specified in Table 6-1 or 6-2. U-factors for glazing shall be determined in accordance with Section 502.1.5. These areas and U-factors shall also include any doors using the exception of Section 602.6.

If the U-factors for all vertical and overhead glazing products are below the appropriate U-factor specified, then no calculations are required.  If compliance is to be achieved through an area weighted calculation, then the areas and U-factors shall be included in the plans submitted with a building permit application.

> **EXCEPTION:**  Single glazing for ornamental, security, or architectural purposes and double glazed garden windows with a wood or vinyl frame shall be exempt from the U-factor calculations but shall have its area tripled and shall be included in the percentage of the total glazing area as allowed for in Table 6-1 or 6-2.  The maximum area (before tripling) allowed for the total of all single glazing and garden windows is 1% of the floor area.

**602.8 Air Leakage for Group R Occupancy:**  The minimum air leakage control measures shall be as specified in Section 502.4 as applicable.

## SECTION 603 — BUILDING MECHANICAL SYSTEMS FOR GROUP R OCCUPANCY

**603.1:**  Group R Occupancies that are space heated by air-to-air, ground-to-air or water-to-air heat pumps shall comply with Table 6-1 or 6-2.  System sizing shall be determined by an analysis consistent with Section 503.2 of this Code  All mechanical equipment efficiencies and service water heating system efficiencies shall comply with standards as stated in Sections 503 and 504 of this Code.

## SECTION 604 — RESERVED

## SECTION 605 — LIGHTING

Lighting shall comply with Section 505.

**TABLE 6-1**
**PRESCRIPTIVE REQUIREMENTS[0,1] FOR GROUP R OCCUPANCY**
**CLIMATE ZONE 1**

| Option | Glazing Area[10]: % of Floor | Glazing U-Factor | | Door[9] U-Factor | Ceiling[2] | Vaulted Ceiling[3] | Wall[12] Above Grade | Wall• int[4] Below Grade | Wall• ext[4] Below Grade | Floor[5] | Slab[6] on Grade |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Vertical | Overhead[11] | | | | | | | | |
| **I.** | **10%** | **0.32** | 0.58 | 0.20 | R-38 | R-30 | R15 | R-15 | R-10 | R-30 | R-10 |
| **II.*** | 15% | **0.35** | 0.58 | 0.20 | R-38 | R-30 | R-21 | R-21 | R-10 | R-30 | R-10 |
| **III.** | 25% Group R-1 and R-2 Occupancies Only | 0.40 | 0.58 | 0.20 | R-38 / U=0.031 | R-30 / U=0.034 | R-21 / **U=0.057** | R-15 | R-10 | R-30 / U=0.029 | R-10 |
| **IV.** | Unlimited Group R-3 and R-4 Occupancies Only | **0.35** | 0.58 | 0.20 | R-38 | R-30 | R-21 | R-21 | R-10 | R-30 | R-10 |
| **V.** | Unlimited Group R-1 and R-2 Occupancies Only | 0.35 | 0.58 | 0.20 | R-38 / U=0.031 | R-30 / U=0.034 | R-21 / **U=0.057** | R-15 | R-10 | R-30 / U=0.029 | R-10 |

* Refere    nce Case

0.   Nominal R-values are for wood frame assemblies only or assemblies built in accordance with Section 601.1.

1.   Minimum requirements for each option listed.  For example, if a proposed design has a glazing ratio to the conditioned floor area of 13%, it shall comply with all of the requirements of the 15% glazing option (or higher).  Proposed designs which cannot meet the specific requirements of a listed option above may calculate compliance by Chapters 4 or 5 of this Code.

2.   Requirement applies to all ceilings except single rafter or joist vaulted ceilings complying with note 3.  'Adv' denotes Advanced Framed Ceiling.

3.   Requirement applicable only to single rafter or joist vaulted ceilings where both (a) the distance between the top of the ceiling and the underside of the roof sheathing is less than 12 inches and (b) there is a minimum 1-inch vented airspace above the insulation.  Other single rafter or joist vaulted ceilings shall comply with the "ceiling" requirements. This option is limited to 500 square feet of ceiling area for any one dwelling unit.

4.   Below grade walls shall be insulated either on the exterior to a minimum level of R-10, or on the interior to the same level as walls above grade.  Exterior insulation installed on below grade walls shall be a water resistant material, manufactured for its intended use, and installed according to the manufacturer's specifications.  See Section 602.2.

5.   Floors over crawl spaces or exposed to ambient air conditions.

6.   Required slab perimeter insulation shall be a water resistant material, manufactured for its intended use, and installed according to manufacturer's specifications.  See Section 602.4.

7.   Int. denotes standard framing 16 inches on center with headers insulated with a minimum of R-10 insulation.

8.   This wall insulation requirement denotes R-19 wall cavity insulation plus R-5 foam sheathing.

9.   Doors, including all fire doors, shall be assigned default U-factors from Table 10-6C.

10.  Where a maximum glazing area is listed, the total glazing area (combined vertical plus overhead) as a percent of gross conditioned floor area shall be less than or equal to that value.  Overhead glazing with U-factor of U=0.40 or less is not included in glazing area limitations.

11.  Overhead glazing shall have U-factors determined in accordance with NFRC 100 or as specified in Section 502.1.5.

12.  Log and solid timber walls with a minimum average thickness of 3.5" are exempt from this insulation requirement.

WASHINGTON STATE ENERGY CODE

**TABLE 6-2**
**PRESCRIPTIVE REQUIREMENT S[0,1] FOR GROUP R OCCUPANCY**
**CLIMATE ZONE 2**

| Option | Glazing Area[10]: % of Floor | Glazing U-Factor | | Door[9] U-Factor | Ceiling[2] | Vaulted Ceiling[3] | Wall[12] Above Grade | Wall• int[4] Below Grade | Wall• ext[4] Below Grade | Floor[5] | Slab[6] on Grade |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Vertical | Overhead[11] | | | | | | | | |
| **I.** | **12%** | **0.35** | 0.58 | 0.20 | R-38 | R-30 | R-21 int[7] | R-21 | R-12 | R-30 | R-10 |
| **II.*** | 15% | **0.35** | 0.58 | 0.20 | R-38 | R-30 | R-19 + R-5[8] | R-21 | R-12 | R-30 | R-10 |
| **III.** | 17% | **0.32** | 0.58 | 0.20 | R-38 | R-30 | R-19 + R-5[8] | R-21 | R-12 | R-30 | R-10 |
| **IV.** | 25% Group R-1 and R-2 Occupancies Only | 0.35 | 0.58 | 0.20 | R-38 / U=0.031 | R-30 / U=0.034 | R-21 int[7] / U=0.054 | R-15 | R-12 | R-30 / U=0.029 | R-10 / F=0.54 |
| **V.** | Unlimited Group R-3 and R-4 Occupancies Only | 0.35 | 0.58 | 0.20 | R-38 | R-30 | **R-19+ R-5[8]** | R-21 | R-12 | R-30 | R-10 |
| **VI.** | **Unlimited Group R-3 and R-4 Occupancies Only** | **0.30** | **0.58** | **0.20** | **R-49 or R-38 Adv** | **R-38** | **R-21 int[7]** | **R-21** | **R-12** | **R-30** | **R-10** |
| **VII.** | Unlimited Group R-1 and R-2 Occupancies Only | 0.32 | 0.58 | 0.20 | R-38 / U=0.031 | R-30 / U=0.034 | R-21 int[7] / U=0.054 | R-15 | R-12 | R-30 / U=0.029 | R-10 / F=0.54 |

* Refere    nce Case

0.  Nominal R-values are for wood frame assemblies only or assemblies built in accordance with Section 601.1.

1.  Minimum requirements for each option listed.  For example, if a proposed design has a glazing ratio to the conditioned floor area of 13%, it shall comply with all of the requirements of the 15% glazing option (or higher).  Proposed designs which cannot meet the specific requirements of a listed option above may calculate compliance by Chapters 4 or 5 of this Code.

2.  Requirement applies to all ceilings except single rafter or joist vaulted ceilings complying with note 3.  'Adv' denotes Advanced Framed Ceiling.

3.  Requirement applicable only to single rafter or joist vaulted ceilings where both (a) the distance between the top of the ceiling and the underside of the roof sheathing is less than 12 inches and (b) there is a minimum 1-inch vented airspace above the insulation.  Other single rafter or joist vaulted ceilings shall comply with the "ceiling" requirements. This option is limited to 500 square feet of ceiling area for any one dwelling unit.

4.  Below grade walls shall be insulated either on the exterior to a minimum level of R-12, or on the interior to the same level as walls above grade.  Exterior insulation installed on below grade walls shall be a water resistant material, manufactured for its intended use, and installed according to the manufacturer's specifications.  See Section 602.2.

5.  Floors over crawl spaces or exposed to ambient air conditions.

6.  Required slab perimeter insulation shall be a water resistant material, manufactured for its intended use, and installed according to manufacturer's specifications.  See Section 602.4.

7.  Int. denotes standard framing 16 inches on center with headers insulated with a minimum of R-10 insulation.

8.  This wall insulation requirement denotes R-19 wall cavity insulation plus R-5 foam sheathing.

9.  Doors, including all fire doors, shall be assigned default U-factors from Table 10-6C.

10. Where a maximum glazing area is listed, the total glazing area (combined vertical plus overhead) as a percent of gross conditioned floor area shall be less than or equal to that value.  Overhead glazing with U-factor of U=0.40 or less is not included in glazing area limitations.

11. Overhead glazing shall have U-factors determined in accordance with NFRC 100 or as specified in Section 502.1.5.

12. Log and solid timber walls with a minimum average thickness of 3.5" are exempt from this insulation requirement.

# CHAPTER 7
# STANDARDS

## SECTION 701 — STANDARDS

The following standards shall apply to Chapters 1 through 20.  The standards and portions thereof, which are referred to in various parts of this Code shall be part of the Washington State Energy Code and are hereby declared to be a part of this Code.

| CODE STANDARD NO. | TITLE AND SOURCE |
|---|---|
| RS-1 | 2005 ASHRAE Fundamentals Handbook. |
| RS-2 | Super Good Cents Technical Reference (Builder's Field Guide) |
| RS-3: (Reserved.) | |
| RS-4 | ASHRAE Standard 55-2004 Thermal Environmental Conditions for Human Occupancy. |
| RS-5 | 2006 ASHRAE Refrigeration Handbook |
| RS-6 | SMACNA, Installation Standards for Residential Heating and Air Conditioning Systems, 6th Edition, 1988 |
| RS-7 | SMACNA, HVAC Duct Construction Standards, Metal and Flexible, 2nd Edition, 1995. |
| RS-8: | SMACNA, Fibrous Glass Duct Construction Standards, 6th Edition, 1992. |
| RS-9 ASHRAE/IESNA | Standard 90.1-2004, Energy Standard for Buildings Except Low-Rise Residential Buildings. |
| RS-10 | 2004 ASHRAE Systems and Equipment Handbook. |
| RS-11 | 2003 ASHRAE HVAC Applications Handbook. |
| RS-12 – RS-28: | (Reserved.) |
| RS-29 Nonresidential | Building Design by Systems Analysis. |
| RS-30 | Title 10, Code of Federal Regulations (CFR), Part 430 (March 14, 1988). |
| RS-31 | National Fenestration Rating Council (NFRC) Standard 100-2004. |
| RS-32 Seattle | EnvStd 2006 |

## ACCREDITED AUTHORITATIVE AGENCIES

**ANSI** refers to the American National Standards Institute, Inc., 11 West 42nd Street, New York, NY  10036
Phone (212) 642-4900  Fax (212) 398-0023, Internet www.ansi.org

**ARI** refers to the Air-Conditioning and Refrigeration Institute, 4301 N. Fairfax Dr., Suite 425, Arlington, VA  22203
Phone (703) 524-8800  Fax (703) 528-3816, Internet www.ari.org

**ASHRAE** refers to the American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc., 1791 Tullie Circle, N.E., Atlanta, GA  30329
Phone (404) 636-8400  Fax (404) 321-5478, Internet www.ashrae.org

**ASTM** refers to the American Society for Testing and Materials, 100 Barr Harbor Drive, West Conshohocken, PA  19428-2959
Phone (610) 832-9585  Fax (610) 832-9555, Internet www.astm.org

**CTI** refers to the Cooling Tower Institute, 530 Wells Fargo Drive, Suite 218, Houston, TX 77090
Phone (281) 583-4087  Fax (281) 537-1721, Internet www.cti.org

**IESNA** refers to the Illuminating Engineering Society of North America, 120 Wall Street, Floor 17, New York, NY  10005-4001
Phone (212) 248-5000  Fax (212) 248-5017, Internet www.iesna.org

**NFRC** refers to the National Fenestration Rating Council, Inc., 8484 Georgia Avenue, Suite 320, Silver Spring, Maryland  20910
Phone (301) 589-1776  Fax (301) 589-3884, Internet www.nfrc.org

**SMACNA** refers to the Sheet Metal and Air Conditioning Contractors National Association, Inc., 4201 Lafayette Center Drive, P.O. Box 221230, Chantilly, VA  20153-1230
Phone (703) 803-2980  Fax (703) 803-3732, Internet www.smacna.org

# CHAPTER 8
## SUGGESTED SOFTWARE FOR CHAPTER 4
## SYSTEMS ANALYSIS APPROACH FOR GROUP R OCCUPANCY

**CALPAS 3**
 BSG    Software
    40 Lincoln Street
    Lexington, Mass 02173
 (    617) 861-0109

**DOE 2**
 ACROSOFT/    CAER Engineers
 12    04-½ Washington Avenue
    Golden, CO  80401
 (    303) 279-8136

**F-LOAD**
 F-CHART    SOFTWARE
    4406 Fox Bluff Rd.
 Mid    dleton, WI 53562
 (    608) 836-8531

**MICROPAS**
 ENERCOMP
    1721 Arroyo Drive
    Auburn, CA  95603
 (    800) 755-5903

**SUNDAY**
 ECOT    OPE
    2812 East Madison St.
    Seattle, WA 98112
 (    206) 322-3753

# CHAPTER 9
# RESERVED

⇨

# CHAPTER 10
# DEFAULT HEAT LOSS COEFFICIENTS

## SECTION 1001 — GENERAL

**1001.1 Scope:** The following defaults shall apply to Chapters 1 through 20. This chapter includes tables of seasonal average heat loss coefficients for specified nominal insulation. The heat loss coefficients may also be used for heating system sizing.

**1001.2 Description:** These coefficients were developed primarily from data and procedures from Standard RS-1, and taken specifically from Standard RS-2, listed in Chapter 7.

Coefficients not contained in this chapter may be computed using the procedures listed in these references if the assumptions in the following sections and Standard RS-2, listed in Chapter 7, are used, along with data from the sources referenced above.

**1001.3 Air Films:** Default R-values used for air films shall be as follows:

| R-Value | Condition |
|---------|-----------|
| 0.17 | All exterior surfaces |
| 0.61 | Interior horizontal surfaces, heat flow up |
| 0.92 | Interior horizontal surfaces, heat flow down |
| 0.68 | Interior vertical surfaces |

**1001.4 Compression of Insulation:** Insulation which is compressed shall be rated in accordance with Table 10-A or reduction in value may be calculated in accordance with the procedures in Standard RS-1, listed in Chapter 7.

## SECTION 1002 — BELOW-GRADE WALLS AND SLABS

**1002.1 General:** Table 10-1 lists heat loss coefficients for below-grade walls and floors.

Coefficients for below-grade walls are given as U-factors (Btu/h•ft²•°F of wall area). Coefficients for below-grade slabs are listed as F-factors (Btu/h• ft•°F per lineal foot of slab perimeter).

Below-grade wall U-factors are only valid when used with the accompanying below-grade slab F-factor, and vice versa.

**1002.2 Component Description:** All below-grade walls are assumed to be 8 inch concrete. The wall is assumed to extend from the slab upward to the top of the mud sill for the distance specified in Table 10-1, with 6 inches of concrete wall extending above grade.

Interior insulation is assumed to be fiberglass batts placed in the cavity formed by 2x4 framing on 24 inch centers with 1/2 inch gypsum board as the interior finish material. Exterior insulation is assumed to be applied directly to the exterior of the below-grade wall from the top of the wall to the footing. The exterior case does not assume any interior framing or sheetrock.

In all cases, the entire wall surface is assumed to be insulated to the indicated nominal level with the appropriate framing and insulation application. Coefficients are listed for wall depths of 2, 3-1/2 and 7 feet below grade. Basements shallower than two feet should use on-grade slab coefficients.

Heat-loss calculations for wall areas above-grade should use above-grade wall U-factors, beginning at the mudsill.

**1002.3 Insulation Description:** Coefficients are listed for the following four configurations:

1. **Uninsulated:** No insulation or interior finish.

2. **Interior insulation:** Interior 2x4 insulated wall without a thermal break between concrete wall and slab.

3. **Interior insulation with thermal break:** Interior 2x4 insulated wall with R-5 rigid board providing a thermal break between the concrete wall and the slab.

4. **Exterior insulation:** Insulation applied directly to the exterior surface of the concrete wall.

WASHINGTON STATE ENERGY CODE

**TABLE 10-A**
**R-VALUE OF FIBERGLASS BATTS COMPRESSED**
**WITHIN VARIOUS DEPTH CAVITIES**

Insulation R-Values at Standard Thickness

| R-Value | | 38 | 30 | 22 | 21 | 19 | 15 | 13 | 11 | 8 | 5 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Standard Thickness** | | 12" | 9-1/2" | 6-3/4" | 5-1/2" | 6-1/4" | 3-1/2" | 3-5/8" | 3-1/2" | 2-/12" | 1-1/2" | 3/4" |
| Nominal Lumber Sizes, Inches | Actual Depth of Cavity, Inches | Insulation R-Values When Installed in a Confined Cavity | | | | | | | | | | |
| 2x12 | 11-1/4 | 37 | — | — | — | — | — | — | — | — | — | — |
| 2x10 | 9-1/4 | 32 | 30 | — | — | — | — | — | — | — | — | — |
| 2x8 | 7-1/4 | 27 | 26 | — | — | — | — | — | — | — | — | — |
| 2x6 | 5-1/2 | — | 21 | 20 | 21 | 18 | — | — | — | — | — | — |
| 2x4 | 3-1/2 | — | — | 14 | — | 13 | 15 | 13 | 11 | — | — | — |
| 2x3 | 2-1/2 | — | — | — | — | — | — | 9.8 | — | — | — | — |
| 2x2 | 1-1/2 | — | — | — | — | — | — | 6.3 | 6.0 | 5.7 | 5.0 | — |
| 2x1 | 3/4 | — | — | — | — | — | — | — | — | — | 3.2 | 3.0 |

**TABLE 10-1**
**DEFAULT WALL U-FACTORS AND SLAB F-FACTORS FOR BASEMENTS**

| | Below Grade Wall U-factor | Below Grade Slab F-factor |
|---|---|---|
| **2 Foot Depth Below Grade** | | |
| Uninsulated | 0.350 | 0.59 |
| R-11 Interior | 0.066 | 0.68 |
| R-11 Interior w/tb | 0.070 | 0.60 |
| R-19 Interior | 0.043 | 0.69 |
| R-19 Interior w/tb | 0.045 | 0.61 |
| R-10 Exterior | 0.070 | 0.60 |
| R-12 Exterior | 0.061 | 0.60 |
| **3.5 Foot Depth Below Grade** | | |
| Uninsulated | 0.278 | 0.53 |
| R-11 Interior | 0.062 | 0.63 |
| R-11 Interior w/tb | 0.064 | 0.57 |
| R-19 Interior | 0.041 | 0.64 |
| R-19 Interior w/tb | 0.042 | 0.57 |
| R-10 Exterior | 0.064 | 0.57 |
| R-12 Exterior | 0.057 | 0.57 |
| **7 Foot Depth Below Grade** | | |
| Uninsulated | 0.193 | 0.46 |
| R-11 Interior | 0.054 | 0.56 |
| R-11 Interior w/tb | 0.056 | 0.42 |
| R-19 Interior | 0.037 | 0.57 |
| R-19 Interior w/tb | 0.038 | 0.43 |
| R-10 Exterior | 0.056 | 0.42 |
| R-12 Exterior | 0.050 | 0.42 |

## SECTION 1003 — ON-GRADE SLAB FLOORS

**1003.1 General:** Table 10-2 lists heat loss coefficients for heated on-grade slab floors, in units of Btu/h•°F per lineal foot of perimeter.

**1003.2 Component Description:** All on-grade slab floors are assumed to be 6 inch concrete poured directly onto the earth.  The bottom of the slab is assumed to be at grade line. Monolithic and floating slabs are not differentiated.

Soil is assumed to have a conductivity of 0.75 Btu/h•ft²•°F.  Slabs 2 feet or more below grade should use basement coefficients.

**1003.3 Insulation Description:** Coefficients are provided for the following three configurations:

**Two Foot (or four foot) vertical:**  Insulation is applied directly to the slab exterior, extending downward from the top of the slab to a depth of 2 feet (or 4 feet) below grade.

**Two Foot (or four foot) horizontal:** Insulation is applied directly to the underside of the slab, and run horizontally from the perimeter inward for 2 feet (or 4 feet). The slab edge is exposed in this configuration.

**Note:** A horizontal installation with a thermal break of at least R-5 at the slab edge should use the vertical-case F-factors.

**Fully insulated slab:** Insulation extends from the top of the slab, along the entire perimeter, and completely covers the area under the slab.  Thicker perimeter insulation covers the slab edge and extends 2 feet under the slab.

### TABLE 10-2
### DEFAULT F-FACTORS FOR ON-GRADE SLABS

| Insulation type | R-0 | R-5 | R-10 | R-15 |
|---|---|---|---|---|
| **Unheated Slab** | | | | |
| Uninsulated slab | 0.73 | -- | -- | -- |
| 2 ft Horizontal (No thermal break) | -- | 0.70 | 0.70 | 0.69 |
| 4 ft Horizontal (No thermal break) | -- | 0.67 | 0.64 | 0.63 |
| 2 ft Vertical | -- | 0.58 | 0.54 | 0.52 |
| 4 ft Vertical | -- | 0.54 | 0.48 | 0.45 |
| Fully insulated slab | -- | -- | 0.36 | -- |
| **Heated Slab** | | | | |
| Uninsulated slab | 0.84 | -- | -- | -- |
| Fully insulated slab | -- | 0.74 | 0.55 | 0.44 |
| R-5 Center (With perimeter insulation) | -- | -- | 0.66 | 0.62 |
| R-10 Center (With perimeter insulation) | -- | -- | -- | 0.51 |
| 3 ft Vertical | -- | -- | 0.78 | -- |

**69**

## SECTION 1004 — FLOORS OVER UNCONDITIONED SPACE

**1004.1 General:** Tables 10-3, 10-4 and 10-4A list heat loss coefficients for floors over unconditioned spaces in units of Btu/h•ft²•°F.

They are derived from procedures listed in Standard RS-1, listed in Chapter 7, assuming an average outdoor temperature of 45°F, an average indoor temperature of 65°F and a crawlspace area of 1350 ft² and 100 feet of perimeter. The crawlspace is assumed to be 2.5 feet high, with 24 inches below grade and 6 inches above grade.

**1004.2 Crawlspace Description:** Four configurations are considered: vented crawlspace, unvented crawlspace, heated plenum crawlspace and exposed floor.

**Vented crawlspaces:** Assumed to have 3.0 air changes per hour, with at least 1.0 ft² of net-free ventilation in the foundation for every 300 ft² of crawlspace floor area. The crawlspace is not actively heated. Floors over unheated areas, such as garages, may only use those values which have R-0 perimeter insulation.

**Unvented crawlspaces:** Assumed to have 1.5 air changes per hour, with less than 1.0 ft² of net-free ventilation in the foundation for every 300 ft² of crawlspace floor area. The crawlspace is not actively heated. Floors over unheated

basements may only use those values which have R-0 perimeter insulation.

**Heated plenum crawlspaces:** Assumed to have 0.25 air changes per hour, with no foundation vents. Heated supply air from central furnace is blown into a crawlspace and allowed to enter the living space unducted via holes cut into the floor.

**Exposed floors:** Assumes no buffer space, and a covering of 1/2 inch T1-11 on the exterior of the cavity exposed to the outside air or rigid insulation below a concrete floor, such as over parking garages.

**1004.3 Construction Description:** Floors are assumed to be either joisted floors framed on 16 centers, or post and beam on 4 foot by 8 foot squares. Insulation is assumed to be installed under the subflooring between the joists or beams with no space between the insulation and the subfloor. Insulation is assumed to be uncompressed. Exposed floors also include concrete with continuous rigid insulation assumed.

Perimeter insulation is assumed to extend from the top of the rim joist to the crawlspace floor and then inward along the ground (on top of the ground cover) for at least 24 inches.

Floor coverings are assumed to be light carpet with rubber pad.

**TABLE 10-3**
**DEFAULT U-FACTORS FOR FLOORS OVER VENTED CRAWLSPACE OR UNHEATED BASEMENT**

| Nominal R-value | | U-factor | |
|---|---|---|---|
| Floor | Perimeter | Post & Beam | Joists |
| 0 | 0 | 0.112 | 0.134 |
| | 11 | 0.100 | 0.116 |
| | 19 | 0.098 | 0.114 |
| | 30 | 0.093 | 0.107 |
| 11 | 0 | 0.052 | 0.056 |
| | 11 | 0.048 | 0.052 |
| 19 | 0 | 0.038 | 0.041 |
| | 11 | 0.036 | 0.038 |
| 22 | 0 | 0.034 | 0.037 |
| | 11 | 0.033 | 0.035 |
| 25 | 0 | 0.032 | 0.034 |
| | 11 | 0.031 | 0.033 |
| 30 | 0 | 0.028 | 0.029 |
| | 11 | 0.027 | 0.028 |
| 38 | 0 | 0.024 | 0.025 |
| | 11 | 0.024 | 0.024 |

**TABLE 10-4**
**DEFAULT U-FACTORS FOR FLOORS OVER HEATED PLENUM CRAWLSPACES**

| Nominal R-value Perimeter | U-factor |
|---|---|
| 11 | 0.085 |
| 19 | 0.075 |
| 30 | 0.069 |

**Note:** Crawlspaces used as heated plenums have approximately 30% higher heat loss rate than unvented crawlspaces with the same assumed ACH. Default U-factors in Table 10-4 reflect this higher rate of heat loss.

**TABLE 10-4A**
**DEFAULT U-FACTORS FOR EXPOSED FLOORS**

| Nominal | U-factor | | |
|---------|----------|------------|------------|
| R-value | Concrete | Wood Joist | Metal Joist |
| R-11 | 0.077 | 0.088 | 0.14 |
| R-15 | 0.059 | 0.076 | 0.12 |
| R-19 | 0.048 | 0.062 | 0.11 |
| R-21 | 0.043 | 0.057 | 0.11 |
| R-25 | 0.037 | 0.051 | 0.10 |
| R-30 | 0.031 | 0.040 | 0.09 |
| R-38 | 0.025 | 0.034 | 0.08 |

## SECTION 1005 — ABOVE-GRADE WALLS

**1005.1 General:** Table 10-5, 10-5A and 10-5B list heat loss coefficients for the opaque portion of above-grade wood stud frame walls, metal stud frame walls and concrete masonry walls (Btu/h•ft²•°F) respectively. They are derived from procedures listed in Standard RS-1, listed in Chapter 7. For intermediate floor slabs which penetrate the insulated wall, use the concrete wall U-factors in Table 10-5B.

Insulation is assumed to uniformly fill the entire cavity and to be installed as per manufacturer's directions. All walls are assumed to be finished on the inside with 1/2 inch gypsum wallboard, and on the outside with either beveled wood siding over 1/2 inch plywood sheathing or with 5/8 inch T1-11 siding. Insulated sheathing (either interior or exterior) is assumed to cover the entire opaque wall surface.

**1005.2 Framing Description:** For wood stud frame walls, three framing types are considered and defined as follows:

**Standard:** Studs framed on 16 inch centers with double top plate and single bottom plate. Corners use three studs and each opening is framed using two studs. Headers consist of double 2x or single 4x material with an air space left between the header and the exterior sheathing. Interior partition wall/exterior wall intersections use two studs in the exterior wall.

**Standard framing weighting factors:**
| | |
|---|---|
| Studs and plates | 0.19 |
| Insulated cavity | 0.77 |
| Headers | 0.04 |

**Intermediate:** Studs framed on 16 inch centers with double top plate and single bottom plate. Corners use two studs or other means of fully insulating corners, and each opening is framed by two studs. Headers consist of double 2x material with R-10 insulation between the header and exterior sheathing. Interior partition wall/exterior wall intersections are fully insulated in the exterior wall.

**Intermediate framing weighting factors:**
| | |
|---|---|
| Studs and plates | 0.18 |
| Insulated cavity | 0.78 |
| Headers | 0.04 |

**Advanced:** Studs framed on 24 inch centers with double top plate and single bottom plate. Corners use two studs or other means of fully insulating corners, and one stud is used to support each header. Headers consist of double 2x material with R-10 insulation between the header and exterior sheathing. Interior partition wall/exterior wall intersections are fully insulated in the exterior wall.

**Advanced Framing Weighting Factors:**
| | |
|---|---|
| Studs and plates | 0.13 |
| Insulated cavity | 0.83 |
| Headers | 0.04 |

**1005.3 Component Description:** Default coefficients for four types of walls are listed: single-stud walls, metal stud walls, strap walls and double-stud walls.

**Single-Stud Wall:** Assumes either 2x4 or 2x6 studs framed on 16 or 24 inch centers. Headers are solid for 2x4 walls and double 2x for 2x6 walls, with either dead-air or rigid-board insulation in the remaining space.

**Metal Stud Wall:** Assumes metal studs spaced on 16 or 24 inch centers with insulation installed to fill wall cavities. Continuous rigid board insulation is applied without creating uninsulated voids in the wall assembly.

**Strap Wall:** Assumes 2x6 studs framed on 16 or 24 inch centers. 2x3 or 2x4 strapping is run horizontally along the interior surface of the wall to provide additional space for insulation.

**Double-Stud Wall:** Assumes an exterior structural wall and a separate interior, non-structural wall. Insulation is placed in both wall cavities and in the space between the two walls. Stud spacing is assumed to be on 24 inch centers for both walls.

**TABLE 10-5**
**DEFAULT U-FACTORS FOR ABOVE-GRADE WALLS**

**2 x 4 Single Wood Stud:  R-11 Batt**

NOTE:

Nominal Batt R-value:
R-11 at 3.5 inch thickness

Installed Batt R-value:
R-11 in 3.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | |
|---|---|---|---|---|
| | Lapped Wood | | T1-11 | |
| | STD | ADV | STD | ADV |
| 0 | 0.088 | 0.084 | 0.094 | 0.090 |
| 1 | 0.080 | 0.077 | 0.085 | 0.082 |
| 2 | 0.074 | 0.071 | 0.078 | 0.075 |
| 3 | 0.069 | 0.066 | 0.072 | 0.070 |
| 4 | 0.064 | 0.062 | 0.067 | 0.065 |
| 5 | 0.060 | 0.058 | 0.063 | 0.061 |
| 6 | 0.056 | 0.055 | 0.059 | 0.057 |
| 7 | 0.053 | 0.052 | 0.055 | 0.054 |
| 8 | 0.051 | 0.049 | 0.052 | 0.051 |
| 9 | 0.048 | 0.047 | 0.050 | 0.049 |
| 10 | 0.046 | 0.045 | 0.047 | 0.046 |
| 11 | 0.044 | 0.043 | 0.045 | 0.044 |
| 12 | 0.042 | 0.041 | 0.043 | 0.042 |

**2 x 4 Single Wood Stud:  R-13 Batt**

NOTE:

Nominal Batt R-value:
R-13 at 3.63 inch thickness

Installed Batt R-value:
R-12.7 in 3.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | |
|---|---|---|---|---|
| | Lapped Wood | | T1-11 | |
| | STD | ADV | STD | ADV |
| 0 | 0.082 | 0.078 | 0.088 | 0.083 |
| 1 | 0.075 | 0.072 | 0.080 | 0.076 |
| 2 | 0.069 | 0.066 | 0.073 | 0.070 |
| 3 | 0.065 | 0.062 | 0.068 | 0.065 |
| 4 | 0.060 | 0.058 | 0.063 | 0.061 |
| 5 | 0.057 | 0.055 | 0.059 | 0.057 |
| 6 | 0.053 | 0.052 | 0.056 | 0.054 |
| 7 | 0.051 | 0.049 | 0.052 | 0.051 |
| 8 | 0.048 | 0.047 | 0.050 | 0.048 |
| 9 | 0.046 | 0.045 | 0.047 | 0.046 |
| 10 | 0.044 | 0.043 | 0.045 | 0.044 |
| 11 | 0.042 | 0.041 | 0.043 | 0.042 |
| 12 | 0.040 | 0.039 | 0.041 | 0.040 |

**2 x 4 Single Wood Stud:  R-15 Batt**

NOTE:

Nominal Batt R-value:
R-15 at 3.5 inch thickness

Installed Batt R-value:
R-15 in 3.5 inch cavity

| Siding Material/Framing Type | | | | |
|---|---|---|---|---|
| | Lapped Wood | | T1-11 | |
| R-value of Foam Board | STD | ADV | STD | ADV |
| 0 | 0.076 | 0.071 | 0.081 | 0.075 |
| 1 | 0.069 | 0.065 | 0.073 | 0.069 |
| 2 | 0.064 | 0.061 | 0.068 | 0.069 |
| 3 | 0.060 | 0.057 | 0.063 | 0.059 |
| 4 | 0.056 | 0.053 | 0.059 | 0.056 |
| 5 | 0.053 | 0.051 | 0.055 | 0.052 |
| 6 | 0.050 | 0.048 | 0.052 | 0.050 |
| 7 | 0.047 | 0.046 | 0.049 | 0.047 |
| 8 | 0.045 | 0.044 | 0.047 | 0.045 |
| 9 | 0.043 | 0.042 | 0.044 | 0.043 |
| 10 | 0.041 | 0.040 | 0.042 | 0.041 |
| 11 | 0.039 | 0.038 | 0.041 | 0.039 |
| 12 | 0.038 | 0.037 | 0.039 | 0.038 |

**2 x 6 Single Wood Stud:  R-19 Batt**

NOTE:

Nominal Batt R-value:
R-19 at 6 inch thickness

Installed Batt R-value:
R-18 in 5.5 inch cavity

| Siding Material/Framing Type | | | | | |
|---|---|---|---|---|---|
| | Lapped Wood | | | T1-11 | | |
| R-value of Foam Board | STD | INT | ADV | STD | INT | ADV |
| 0 | 0.062 | 0.058 | 0.055 | 0.065 | 0.061 | 0.058 |
| 1 | 0.058 | 0.055 | 0.052 | 0.060 | 0.057 | 0.055 |
| 2 | 0.054 | 0.052 | 0.050 | 0.056 | 0.054 | 0.051 |
| 3 | 0.051 | 0.049 | 0.047 | 0.053 | 0.051 | 0.049 |
| 4 | 0.048 | 0.046 | 0.045 | 0.050 | 0.048 | 0.046 |
| 5 | 0.046 | 0.044 | 0.043 | 0.048 | 0.046 | 0.044 |
| 6 | 0.044 | 0.042 | 0.041 | 0.045 | 0.044 | 0.042 |
| 7 | 0.042 | 0.040 | 0.039 | 0.043 | 0.042 | 0.040 |
| 8 | 0.040 | 0.039 | 0.038 | 0.041 | 0.040 | 0.039 |
| 9 | 0.038 | 0.037 | 0.035 | 0.039 | 0.038 | 0.037 |
| 10 | 0.037 | 0.036 | 0.035 | 0.038 | 0.037 | 0.036 |
| 11 | 0.036 | 0.035 | 0.034 | 0.036 | 0.035 | 0.035 |
| 12 | 0.034 | 0.033 | 0.033 | 0.035 | 0.034 | 0.033 |

**73**

**2 x 6 Single Wood Stud:  R-21 Batt**

NOTE:

Nominal Batt R-value:
R-21 at 5.5 inch thickness

Installed Batt R-value:
R-21 in 5.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | | | |
| | Lapped Wood | | | T1-11 | | |
| | STD | INT | ADV | STD | INT | ADV |
|---|---|---|---|---|---|---|
| 0 | 0.057 | 0.054 | 0.051 | 0.060 | 0.056 | 0.053 |
| 1 | 0.054 | 0.051 | 0.048 | 0.056 | 0.053 | 0.050 |
| 2 | 0.050 | 0.048 | 0.045 | 0.052 | 0.050 | 0.047 |
| 3 | 0.048 | 0.045 | 0.043 | 0.049 | 0.047 | 0.045 |
| 4 | 0.045 | 0.043 | 0.041 | 0.047 | 0.045 | 0.043 |
| 5 | 0.043 | 0.041 | 0.040 | 0.044 | 0.042 | 0.041 |
| 6 | 0.041 | 0.039 | 0.038 | 0.042 | 0.041 | 0.039 |
| 7 | 0.039 | 0.038 | 0.036 | 0.040 | 0.039 | 0.037 |
| 8 | 0.038 | 0.036 | 0.035 | 0.039 | 0.037 | 0.036 |
| 9 | 0.036 | 0.035 | 0.034 | 0.037 | 0.036 | 0.035 |
| 10 | 0.035 | 0.034 | 0.033 | 0.036 | 0.035 | 0.033 |
| 11 | 0.033 | 0.033 | 0.032 | 0.034 | 0.033 | 0.032 |
| 12 | 0.032 | 0.031 | 0.031 | 0.033 | 0.032 | 0.031 |

**2 x 6 Single Wood Stud:  R-22 Batt**

NOTE:

Nominal Batt R-value:
R-22 at 6.75 inch thickness

Installed Batt R-value:
R-20 in 5.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | | | |
| | Lapped Wood | | | T1-11 | | |
| | STD | INT | ADV | STD | INT | ADV |
|---|---|---|---|---|---|---|
| 0 | 0.059 | 0.055 | 0.052 | 0.062 | 0.058 | 0.054 |
| 1 | 0.055 | 0.052 | 0.049 | 0.057 | 0.054 | 0.051 |
| 2 | 0.052 | 0.049 | 0.047 | 0.054 | 0.051 | 0.048 |
| 3 | 0.049 | 0.046 | 0.044 | 0.050 | 0.048 | 0.046 |
| 4 | 0.046 | 0.044 | 0.042 | 0.048 | 0.046 | 0.044 |
| 5 | 0.044 | 0.042 | 0.041 | 0.045 | 0.043 | 0.042 |
| 6 | 0.042 | 0.040 | 0.039 | 0.043 | 0.042 | 0.040 |
| 7 | 0.040 | 0.039 | 0.037 | 0.041 | 0.040 | 0.038 |
| 8 | 0.038 | 0.037 | 0.036 | 0.039 | 0.038 | 0.037 |
| 9 | 0.037 | 0.036 | 0.035 | 0.038 | 0.037 | 0.035 |
| 10 | 0.035 | 0.034 | 0.033 | 0.036 | 0.035 | 0.034 |
| 11 | 0.034 | 0.033 | 0.032 | 0.035 | 0.034 | 0.033 |
| 12 | 0.033 | 0.032 | 0.031 | 0.034 | 0.033 | 0.032 |

**2 x 6 Single Wood Stud:  Two R-11 Batts**

**NOTE:**

Nominal Batt R-value:
R-22 at 7 inch thickness

Installed Batt R-value:
R-18.9 in 5.5 inch cavity

| Siding Material/Framing Type | | | | | | |
|---|---|---|---|---|---|---|
| R-value of Foam Board | Lapped Wood | | | T1-11 | | |
| | STD | INT | ADV | STD | INT | ADV |
| 0 | 0.060 | 0.057 | 0.054 | 0.063 | 0.059 | 0.056 |
| 1 | 0.056 | 0.053 | 0.051 | 0.059 | 0.056 | 0.053 |
| 2 | 0.053 | 0.050 | 0.048 | 0.055 | 0.052 | 0.050 |
| 3 | 0.050 | 0.048 | 0.046 | 0.052 | 0.049 | 0.047 |
| 4 | 0.047 | 0.045 | 0.044 | 0.049 | 0.047 | 0.045 |
| 5 | 0.045 | 0.043 | 0.042 | 0.046 | 0.045 | 0.043 |
| 6 | 0.043 | 0.041 | 0.040 | 0.044 | 0.043 | 0.041 |
| 7 | 0.041 | 0.040 | 0.038 | 0.042 | 0.041 | 0.039 |
| 8 | 0.039 | 0.038 | 0.037 | 0.040 | 0.039 | 0.038 |
| 9 | 0.038 | 0.037 | 0.036 | 0.039 | 0.038 | 0.036 |
| 10 | 0.036 | 0.035 | 0.034 | 0.037 | 0.036 | 0.035 |
| 11 | 0.035 | 0.034 | 0.033 | 0.036 | 0.035 | 0.034 |
| 12 | 0.034 | 0.033 | 0.032 | 0.034 | 0.034 | 0.033 |

**2 x 8 Single Stud:  R-25 Batt**

**NOTE:**

Nominal Batt R-value:
R-25 at 8 inch thickness

Installed Batt R-value:
R-23.6 in 7.25 inch cavity

| Siding Material/Framing Type | | | | | | |
|---|---|---|---|---|---|---|
| R-value of Foam Board | Lapped Wood | | | T1-11 | | |
| | STD | INT | ADV | STD | INT | ADV |
| 0 | 0.051 | 0.047 | 0.045 | 0.053 | 0.049 | 0.046 |
| 1 | 0.048 | 0.045 | 0.043 | 0.049 | 0.046 | 0.044 |
| 2 | 0.045 | 0.043 | 0.041 | 0.047 | 0.044 | 0.042 |
| 3 | 0.043 | 0.041 | 0.039 | 0.044 | 0.042 | 0.040 |
| 4 | 0.041 | 0.039 | 0.037 | 0.042 | 0.040 | 0.038 |
| 5 | 0.039 | 0.037 | 0.036 | 0.040 | 0.038 | 0.037 |
| 6 | 0.037 | 0.036 | 0.035 | 0.038 | 0.037 | 0.036 |
| 7 | 0.036 | 0.035 | 0.033 | 0.037 | 0.035 | 0.034 |
| 8 | 0.035 | 0.033 | 0.032 | 0.035 | 0.034 | 0.033 |
| 9 | 0.033 | 0.032 | 0.031 | 0.034 | 0.033 | 0.032 |
| 10 | 0.032 | 0.031 | 0.030 | 0.033 | 0.032 | 0.031 |
| 11 | 0.031 | 0.030 | 0.029 | 0.032 | 0.031 | 0.030 |
| 12 | 0.030 | 0.029 | 0.028 | 0.031 | 0.030 | 0.029 |

**75**

**2 x 6:  Strap Wall**

| | Siding Material/Frame Type | | | |
|---|---|---|---|---|
| | Lapped Wood | | T1-11 | |
| | STD | ADV | STD | ADV |
| R-19 + R-11 Batts | 0.036 | 0.035 | 0.038 | 0.036 |
| R-19 + R-8 Batts | 0.041 | 0.039 | 0.042 | 0.040 |

**2 x 6 + 2 x 4:  Double Wood Stud**

| Batt Configuration | | | Siding Material/Frame Type | | | |
|---|---|---|---|---|---|---|
| | | | Lapped Wood | | T1-11 | |
| Exterior | Middle | Interior | STD | ADV | STD | ADV |
| R-19 | -- | R-11 | 0.040 | 0.037 | 0.041 | 0.038 |
| R-19 | -- | R-19 | 0.034 | 0.031 | 0.035 | 0.032 |
| R-19 | R-8 | R-11 | 0.029 | 0.028 | 0.031 | 0.029 |
| R-19 | R-11 | R-11 | 0.027 | 0.026 | 0.028 | 0.027 |
| R-19 | R-11 | R-19 | 0.024 | 0.023 | 0.025 | 0.023 |
| R-19 | R-19 | R-19 | 0.021 | 0.020 | 0.021 | 0.020 |

**2 x 4 + 2 x 4:  Double Wood Stud**

| Batt Configuration | | | Siding Material/Frame Type | | | |
|---|---|---|---|---|---|---|
| | | | Lapped Wood | | T1-11 | |
| Exterior | Middle | Interior | STD | ADV | STD | ADV |
| R-11 | -- | R-11 | 0.050 | 0.046 | 0.052 | 0.048 |
| R-19 | -- | R-11 | 0.039 | 0.037 | 0.043 | 0.039 |
| R-11 | R-8 | R-11 | 0.037 | 0.035 | 0.036 | 0.036 |
| R-11 | R-11 | R-11 | 0.032 | 0.031 | 0.033 | 0.032 |
| R-13 | R-13 | R-13 | 0.029 | 0.028 | 0.029 | 0.028 |
| R-11 | R-19 | R-11 | 0.026 | 0.026 | 0.027 | 0.026 |

**Log Walls**

**NOTE:**
R-value of wood:
R-1.25 per inch thickness

Average wall thickness
90% average log diameter

| Average Log Diameter, Inches | U-factor |
|---|---|
| 6 | 0.148 |
| 8 | 0.111 |
| 10 | 0.089 |
| 12 | 0.074 |
| 14 | 0.063 |
| 16 | 0.056 |

**Stress Skin Panel**

**NOTE:**
R-value of expanded
polystyrene: R-3.85 per inch

Framing: 6%
Spline: 8%
No thermal bridging between interior and exterior splines

| Panel Thickness, Inches | U-factor |
|---|---|
| 3 1/2 | 0.071 |
| 5 1/2 | 0.048 |
| 7 1/4 | 0.037 |
| 9 1/4 | 0.030 |
| 11 1/4 | 0.025 |

**Metal Stud Walls:**  The nominal R-values in Table 10-5A may be used for purposes of calculating metal stud wall section U-factors in lieu of the ASHRAE zone calculation method as provided in Chapter 25 of Standard RS-1.

**TABLE 10-5A**
**DEFAULT U-FACTORS FOR OVERALL ASSEMBLY METAL STUD WALLS,**
**EFFECTIVE R-VALUES FOR METAL FRAMING AND CAVITY ONLY,**
**AND DEFAULT METAL BUILDING U-FACTORS**

**OVERALL ASSEMBLY U-FACTORS FOR METAL STUD WALLS**

| Metal Framing | R-Value of Continuous Foam Board Insulation | Cavity Insulation | | | | | |
|---|---|---|---|---|---|---|---|
| | | R-0 | R-11 | R-13 | R-15 | R-19 | R-21 |
| 16" o.c. | R-0 (none) | U-0.352 | U-0.132 | U-0.124 | U-0.118 | U-0.109 | U-0.106 |
| | R-1 | U-0.260 | U-0.117 | U-0.111 | U-0.106 | U-0.099 | U-0.096 |
| | R-2 | U-0.207 | U-0.105 | U-0.100 | U-0.096 | U-0.090 | U-0.087 |
| | R-3 | U-0.171 | U-0.095 | U-0.091 | U-0.087 | U-0.082 | U-0.080 |
| | R-4 | U-0.146 | U-0.087 | U-0.083 | U-0.080 | U-0.076 | U-0.074 |
| | R-5 | U-0.128 | U-0.080 | U-0.077 | U-0.074 | U-0.071 | U-0.069 |
| | R-6 | U-0.113 | U-0.074 | U-0.071 | U-0.069 | U-0.066 | U-0.065 |
| | R-7 | U-0.102 | U-0.069 | U-0.066 | U-0.065 | U-0.062 | U-0.061 |
| | R-8 | U-0.092 | U-0.064 | U-0.062 | U-0.061 | U-0.058 | U-0.057 |
| | R-9 | U-0.084 | U-0.060 | U-0.059 | U-0.057 | U-0.055 | U-0.054 |
| | R-10 | U-0.078 | U-0.057 | U-0.055 | U-0.054 | U-0.052 | U-0.051 |
| 24" o.c | R-0 (none) | 0.338 | 0.116 | 0.108 | 0.102 | 0.094 | 0.090 |
| | R-1 | 0.253 | 0.104 | 0.098 | 0.092 | 0.086 | 0.083 |
| | R-2 | 0.202 | 0.094 | 0.089 | 0.084 | 0.079 | 0.077 |
| | R-3 | 0.168 | 0.086 | 0.082 | 0.078 | 0.073 | 0.071 |
| | R-4 | 0.144 | 0.079 | 0.075 | 0.072 | 0.068 | 0.066 |
| | R-5 | 0.126 | 0.073 | 0.070 | 0.067 | 0.064 | 0.062 |
| | R-6 | 0.112 | 0.068 | 0.066 | 0.063 | 0.060 | 0.059 |
| | R-7 | 0.100 | 0.064 | 0.062 | 0.059 | 0.057 | 0.055 |
| | R-8 | 0.091 | 0.060 | 0.058 | 0.056 | 0.054 | 0.052 |
| | R-9 | 0.084 | 0.057 | 0.055 | 0.053 | 0.051 | 0.050 |
| | R-10 | 0.077 | 0.054 | 0.052 | 0.050 | 0.048 | 0.048 |

WASHINGTON STATE ENERGY CODE

**EFFECTIVE R-VALUES FOR METAL FRAMING AND CAVITY ONLY**

| | Cavity | | Insulation | | |
|---|---|---|---|---|---|
| | Nominal Depth, Inches | Actual Depth, Inches | Nominal R-Value | Effective R-Value | |
| | | | | 16" O.C. | 24" O.C. |
| Air Cavity | Any | Any | R-0.91 (air) | 0.79 | 0.91 |
| Wall | 4 | 3-1/2 | R-11 | 5.5 | 6.6 |
| | 4 | 3-1/2 | R-13 | 6.0 | 7.2 |
| | 4 | 3-1/2 | R-15 | 6.4 | 7.8 |
| | 6 | 5-1/2 | R-19 | 7.1 | 8.6 |
| | 6 | 5-1/2 | R-21 | 7.4 | 9.0 |
| | 8 | 7-1/4 | R-25 | 7.8 | 9.6 |
| Roof | | Insulation is uncompressed | R-11 | 5.5 | 6.1 |
| | | | R-19 | 7.0 | 9.1 |
| | | | R-30 | 9.3 | 11.4 |

**Default Metal Building U-Factors**

| | R-10 | R-11 | R-13 | R-19 | R-24 | R-30 |
|---|---|---|---|---|---|---|
| Faced fiber glass blanket insulation rolled over and perpendicular to structural frame.  Metal covering sheets fastened to the frame, holding insulation in place. | 0.133 | 0.127 | 0.114 | 0.091 | na | na |
| Faced fiber glass batt insulation suspended between structural frame.  Metal covering sheets fastened directly to frame. | 0.131 | 0.123 | 0.107 | 0.079 | 0.065 | 0.057 |
| Faced fiber glass blanket insulation rolled over and perpendicular to structural frame.  Rigid insulation blocks placed over insulation to align with structural frame. | 0.102 | 0.096 | 0.084 | 0.065 | na | na |
| Faced fiber glass batt insulation suspended between structural frame.  Rigid insulation blocks placed over insulation to align with structural frame. | 0.099 | 0.093 | 0.080 | 0.059 | 0.048 | 0.041 |

**Concrete Masonry Walls:**  The nominal R-values in Table 10-5B may be used for purposes of calculating concrete masonry wall section U-factors in lieu of the ASHRAE isothermal planes calculation method as provided in Chapter 25 of Standard RS-1.

**TABLE 10-5B**
**DEFAULT U-FACTORS FOR CONCRETE AND MASONRY WALLS**

**8" Concrete Masonry**

| WALL DESCRIPTION | CORE TREATMENT | | | |
|---|---|---|---|---|
| | Partial Grout with Ungrouted Cores | | | Solid Grout |
| | Empty | Loose-fill insulated | | |
| | | Perlite | Vermiculite | |
| Exposed Block, Both Sides | 0.40 | 0.23 | 0.24 | 0.43 |
| R-5 Interior Insulation, Wood Furring | 0.14 | 0.11 | 0.12 | 0.15 |
| R-6 Interior Insulation, Wood Furring | 0.14 | 0.11 | 0.11 | 0.14 |
| R-10.5 Interior Insulation, Wood Furring | 0.11 | 0.09 | 0.09 | 0.11 |
| R-8 Interior Insulation, Metal Clips | 0.11 | 0.09 | 0.09 | 0.11 |
| R-6 Exterior Insulation | 0.12 | 0.10 | 0.10 | 0.12 |
| R-10 Exterior Insulation | 0.08 | 0.07 | 0.07 | 0.08 |
| R-9.5 Rigid Polystyrene Integral Insulation, Two Webbed Block | 0.11 | 0.09 | 0.09 | 0.12 |

**78**

**12" Concrete Masonry**

| WALL DESCRIPTION | CORE TREATMENT | | | |
| --- | --- | --- | --- | --- |
| | Partial Grout with Ungrouted Cores | | | Solid Grout |
| | Empty | Loose-fill insulated | | |
| | | Perlite | Vermiculite | |
| Exposed Block, Both Sides | 0.35 | 0.17 | 0.18 | 0.33 |
| R-5 Interior Insulation, Wood Furring | 0.14 | 0.10 | 0.10 | 0.13 |
| R-6 Interior Insulation, Wood Furring | 0.13 | 0.09 | 0.10 | 0.13 |
| R-10.5 Interior Insulation, Wood Furring | 0.11 | 0.08 | 0.08 | 0.10 |
| R-8 Interior Insulation, Metal Clips | 0.10 | 0.08 | 0.08 | 0.09 |
| R-6 Exterior Insulation | 0.11 | 0.09 | 0.09 | 0.11 |
| R-10 Exterior Insulation | 0.08 | 0.06 | 0.06 | 0.08 |
| R-9.5 Rigid Polystyrene Integral Insulation, Two Webbed Block | 0.11 | 0.08 | 0.09 | 0.12 |

**8" Clay Brick**

| WALL DESCRIPTION | CORE TREATMENT | | | |
| --- | --- | --- | --- | --- |
| | Partial Grout with Ungrouted Cores | | | Solid Grout |
| | Empty | Loose-fill insulated | | |
| | | Perlite | Vermiculite | |
| Exposed Block, Both Sides | 0.50 | 0.31 | 0.32 | 0.56 |
| R-5 Interior Insulation, Wood Furring | 0.15 | 0.13 | 0.13 | 0.16 |
| R-6 Interior Insulation, Wood Furring | 0.15 | 0.12 | 0.12 | 0.15 |
| R-10.5 Interior Insulation, Wood Furring | 0.12 | 0.10 | 0.10 | 0.12 |
| R-8 Interior Insulation, Metal Clips | 0.11 | 0.10 | 0.10 | 0.11 |
| R-6 Exterior Insulation | 0.12 | 0.11 | 0.11 | 0.13 |
| R-10 Exterior Insulation | 0.08 | 0.08 | 0.08 | 0.09 |

**6" Concrete Poured or Precast**

| WALL DESCRIPTION | CORE TREATMENT | | | |
| --- | --- | --- | --- | --- |
| | Partial Grout with Ungrouted Cores | | | Solid Grout |
| | Empty | Loose-fill insulated | | |
| | | Perlite | Vermiculite | |
| Exposed Concrete, Both Sides | NA | NA | NA | 0.61 |
| R-5 Interior Insulation, Wood Furring | NA | NA | NA | 0.16 |
| R-6 Interior Insulation, Wood Furring | NA | NA | NA | 0.15 |
| R-10.5 Interior Insulation, Wood Furring | NA | NA | NA | 0.12 |
| R-8 Interior Insulation, Metal Clips | NA | NA | NA | 0.12 |
| R-6 Exterior Insulation | NA | NA | NA | 0.13 |
| R-10 Exterior Insulation | NA | NA | NA | 0.09 |

**Peripheral Edges of Intermediate Concrete Floors**

| Slab Edge Treatment | Average Thickness of Wall Above and Below | | | |
| --- | --- | --- | --- | --- |
| | 6 inches | 8 inches | 10 inches | 12 inches |
| Exposed Concrete | 0.816 | 0.741 | 0.678 | 0.625 |
| R-5 Exterior Insulation | 0.161 | 0.157 | 0.154 | 0.152 |
| R-6 Exterior Insulation | 0.138 | 0.136 | 0.134 | 0.132 |
| R-7 Exterior Insulation | 0.122 | 0.120 | 0.118 | 0.116 |
| R-8 Exterior Insulation | 0.108 | 0.107 | 0.106 | 0.104 |
| R-9 Exterior Insulation | 0.098 | 0.097 | 0.095 | 0.094 |
| R-10 Exterior Insulation | 0.089 | 0.088 | 0.087 | 0.086 |

**Notes for Default Table 10-5B**  1.  Grouted cores at 40" x 48" on center vertically and horizontally in partial grouted walls.
   2.  Interior insulation values include 1/2" gypsum board on the inner surface.
   3.  Furring and stud spacing is 16" on center.  Insulation is assumed to fill furring space and is not compressed.
   4.  Intermediate values may be interpolated using this table.  Values not contained in this table may be computed using the procedures listed in Standard RS-1.

**79**

## SECTION 1006 — DEFAULT U-FACTORS FOR GLAZING AND DOORS

**1006.1 Glazing and Doors Without NFRC Certification:**  Glazing and doors that do not have NFRC Certification shall be assigned the following U-factors.

### TABLE 10-6
### OTHER THAN GROUP R OCCUPANCY:
### DEFAULT U-FACTORS FOR VERTICAL GLAZING, OVERHEAD GLAZING AND OPAQUE DOORS

**VERTICAL GLAZING**

| | U-Factor | | |
|---|---|---|---|
| | **Any Frame** | **Aluminum w/Thermal Break** | **Wood/ Vinyl Frame** |
| Single | 1.45 | 1.45 | 1.45 |
| Double | 0.90 | 0.85 | 0.75 |
| 1/2 Inch Air, Fixed | 0.75 | 0.70 | 0.60 |
| 1/2 Inch Air, Low-e$^{(0.40)}$, Fixed | 0.60 | 0.55 | 0.50 |
| 1/2 Inch Air, Low-e$^{(0.10)}$, Fixed | 0.55 | 0.50 | 0.45 |
| 1/2 Inch Argon, Low-e$^{(0.10)}$, Fixed | 0.50 | 0.45 | 0.40 |

The category for aluminum frame with a thermal break is as defined in footnote 7 to Table 10-6A.

**OVERHEAD GLAZING: SLOPED GLAZING (INCLUDING FRAME)**

| | U-Factor | | |
|---|---|---|---|
| | **Any Frame** | **Aluminum w/Thermal Break** | **Wood/Vinyl Frame** |
| Single | 1.74 | 1.74 | 1.74 |
| Double | 1.08 | 1.02 | 0.90 |
| 1/2 Inch Air, Fixed | 0.90 | 0.84 | 0.72 |
| 1/2 Inch Air, Low-e$^{(0.40)}$, Fixed | 0.72 | 0.66 | 0.60 |
| 1/2 Inch Air, Low-e$^{(0.10)}$, Fixed | 0.66 | 0.60 | 0.54 |
| 1/2 Inch Argon, Low-e$^{(0.10)}$, Fixed | 0.60 | 0.54 | 0.48 |

This default table is applicable to sloped glazing only. (Sloped glazing is a multiple-lite glazed system [similar to a curtain wall] that is mounted at a slope greater than 15º from the vertical plane.) Other overhead glazing shall use the defaults in Table 10-6E.

**OPAQUE DOORS**

| | U-Factor |
|---|---|
| Uninsulated Metal | 1.20 |
| Insulated Metal (Including Fire Door and Smoke Vent) | 0.60 |
| Wood | 0.50 |

**NOTES:**

Where a gap width is listed (i.e.:  1/2 inch), that is the minimum allowed.

Where a low-emissivity emittance is listed (i.e.:  0.40, 0.20, 0.10), that is the maximum allowed.

Where a gas other than air is listed (i.e.:  Argon), the gas fill shall be a minimum of 90%.

Where an operator type is listed (i.e.:  Fixed), the default is only allowed for that operator type.

Where a frame type is listed (i.e.:  Wood/Vinyl), the default is only allowed for that frame type. Wood/Vinyl frame includes reinforced vinyl and aluminum-clad wood.

**TABLE 10-6A**
**GROUP R OCCUPANCY:**
**DEFAULT U-FACTORS FOR VERTICAL GLAZING**

| Description[1,2,3,4] | | | Frame Type[5,6] | | |
|---|---|---|---|---|---|
| | | | Aluminum | Aluminum Thermal Break[7] | Wood / Vinyl |
| **Windows** | Single | | 1.20 | 1.20 | 1.20 |
| | Double, < 1/2" | Clear | 0.92 | 0.75 | 0.63 |
| | | Clear + Argon | 0.87 | 0.71 | 0.60 |
| | | Low-e | 0.85 | 0.69 | 0.58 |
| | | Low-e + Argon | 0.79 | 0.62 | 0.53 |
| | Double, ≥ 1/2" | Clear | 0.86 | 0.69 | 0.58 |
| | | Clear + Argon | 0.83 | 0.67 | 0.55 |
| | | Low-e | 0.78 | 0.61 | 0.51 |
| | | Low-e + Argon | 0.75 | 0.58 | 0.48 |
| | Triple, | Clear | 0.70 | 0.53 | 0.43 |
| | | Clear + Argon | 0.69 | 0.52 | 0.41 |
| | | Low-e | 0.67 | 0.49 | 0.40 |
| | | Low-e + Argon | 0.63 | 0.47 | 0.37 |
| **Garden Windows** | Single | | 2.60 | n.a. | 2.31 |
| | Double | Clear | 1.81 | n.a. | 1.61 |
| | | Clear + Argon | 1.76 | n.a. | 1.56 |
| | | Low-e | 1.73 | n.a. | 1.54 |
| | | Low-e + Argon | 1.64 | n.a. | 1.47 |

1.  <1/2" = a minimum dead air space of less than 0.5 inches between the panes of glass.
    ≥1/2" = a minimum dead air space of 0.5 inches or greater between the panes of glass.
    Where no gap width is listed, the minimum gap width is 1/4".

2.  Any low-e (emissivity) coating (0.1, 0.2 or 0.4).

3.  U-factors listed for argon shall consist of sealed, gas-filled insulated units for argon, $CO_2$, $SF_6$, argon/$SF_6$ mixtures and Krypton.

4.  "Glass block" assemblies may use a U-factor of 0.51.

5.  Insulated fiberglass framed products shall use wood/vinyl U-factors.

6.  Aluminum clad wood windows shall use the U-factors listed for wood/vinyl windows.

7.  Aluminum Thermal Break = An aluminum thermal break framed window shall incorporate the following minimum design characteristics:
    a)   The thermal conductivity of the thermal break material shall be not more than 3.6 Btu-in/h/ft$^2$/°F;
    b)   The thermal break material must produce a gap in the frame material of not less than 0.210 inches; and,
    c)   All metal framing members of the products exposed to interior and exterior air shall incorporate a thermal break meeting the criteria in a) and b) above.

WASHINGTON STATE ENERGY CODE

**TABLE 10-6B**
**GROUP R OCCUPANCY:**
**SMALL BUSINESS COMPLIANCE TABLE FOR VERTICAL GLAZING[1]**

| DESCRIPTION[2,3,4,6] | FRAME TYPE[7,8] | | | |
|---|---|---|---|---|
| | ALUMINUM | ALUM. THERMAL BREAK[9] | WOOD/VINYL | ALUM. CLAD WOOD/REINFORCED VINYL[10] |
| Double, Clear ¼" | 0.82 | 0.66 | 0.56 | 0.59 |
| Double, Clear ¼" + argon | 0.77 | 0.63 | 0.53 | 0.56 |
| Double, Low-e4 ¼" | 0.76 | 0.61 | 0.52 | 0.54 |
| Double, Low-e2 ¼" | 0.73 | 0.58 | 0.49 | 0.51 |
| Double, Low-e1 ¼" | 0.70 | 0.55 | 0.47 | 0.49 |
| Double, Low-e4 ¼" + argon | 0.70 | 0.55 | 0.47 | 0.49 |
| Double, Low-e2 ¼" + argon | 0.66 | 0.52 | 0.43 | 0.46 |
| Double, Low-e1 ¼" + argon | 0.64 | 0.50 | 0.41 | 0.43 |
| Double, Clear ⅜" | 0.78 | 0.63 | 0.54 | 0.57 |
| Double, Clear ⅜" + argon | 0.75 | 0.60 | 0.51 | 0.54 |
| Double, Low-e4 ⅜" | 0.72 | 0.57 | 0.48 | 0.51 |
| Double, Low-e2 ⅜" | 0.69 | 0.54 | 0.45 | 0.48 |
| Double, Low-e1 ⅜" | 0.66 | 0.51 | 0.43 | 0.46 |
| Double, Low-e4 ⅜" + argon | 0.68 | 0.53 | 0.44 | 0.47 |
| Double, Low-e2 ⅜" + argon | 0.63 | 0.49 | 0.41 | 0.44 |
| Double, Low-e1 ⅜" + argon | 0.61 | 0.47 | 0.35 | 0.41 |
| Double, Clear ½" | 0.75 | 0.60 | 0.50 | 0.54 |
| Double, Clear ½" + argon | 0.72 | 0.58 | 0.48 | 0.51 |
| Double, Low-e4 ½" | 0.68 | 0.53 | 0.44 | 0.47 |
| Double, Low-e2 ½" | 0.64 | 0.50 | 0.40 | 0.44 |
| Double, Low-e1 ½" | 0.61 | 0.47 | 0.35[5] | 0.42 |
| Double, Low-e4 ½" + argon | 0.65 | 0.50 | 0.42 | 0.44 |
| Double, Low-e2 ½" + argon | 0.60 | 0.46 | 0.37 | 0.40 |
| Double, Low-e1 ½" + argon | 0.58 | 0.43 | 0.34 | 0.38 |
| Triple, Clear ¼" | 0.66 | 0.52 | 0.42 | 0.44 |
| Triple, Clear ¼" + argon | 0.63 | 0.49 | 0.39 | 0.42 |
| Triple, Low-e4 ¼" | 0.64 | 0.50 | 0.40 | 0.40 |
| Triple, Low-e2 ¼" | 0.62 | 0.48 | 0.39 | 0.41 |
| Triple, Low-e1 ¼" | 0.61 | 0.47 | 0.38 | 0.40 |
| Triple, Low-e4 ¼" + argon | 0.60 | 0.46 | 0.37 | 0.39 |
| Triple, Low-e2 ¼" + argon | 0.58 | 0.43 | 0.34 | 0.37 |
| Triple, Low-e1 ¼" + argon | 0.57 | 0.42 | 0.34 | 0.36 |
| Triple, Clear ½" | 0.61 | 0.46 | 0.37 | 0.40 |
| Triple, Clear ½" + argon | 0.59 | 0.45 | 0.36 | 0.38 |
| Triple, Low-e4 ½" | 0.58 | 0.43 | 0.35 | 0.37 |
| Triple, Low-e2 ½" | 0.55 | 0.41 | 0.32 | 0.35 |
| Triple, Low-e1 ½" | 0.54 | 0.39 | 0.31 | 0.33 |
| Triple, Low-e4 ½" + argon | 0.55 | 0.41 | 0.32 | 0.35 |
| Triple, Low-e2 ½" + argon | 0.52 | 0.38 | 0.30 | 0.32 |
| Triple, Low-e1 ½" + argon | 0.51 | 0.37 | 0.29 | 0.31 |

## FOOTNOTES TO TABLE 10-6B

1.  Subtract 0.02 from the listed default U-factor for non-aluminum spacer.  Acceptable spacer materials may include but is not limited to fiberglass, wood and butyl or other material with an equivalent thermal performance.

2.  1/4" = a minimum dead air space of 0.25 inches between the panes of glass.
    3/8" = a minimum dead air space of 0.375 inches between the panes of glass.
    1/2"= a minimum dead air space of 0.5 inches between the panes of glass.
    Product with air spaces different than those listed above shall use the value for the next smaller air space;
    i.e. 3/4 inch = 1/2 inch U-factors, 7/16 inch = 3/8 inch U-factors, 5/16 inch = 1/4 inch U-factors.

3.  Low-e4 (emissivity) shall be 0.4 or less.
    Low-e2 (emissivity) shall be 0.2 or less.
    Low-e1 (emissivity) shall be 0.1 or less.

4.  U-factors listed for argon shall consist of sealed, gas-filled insulated units for argon, CO2, SF6, and argon/SF6 mixtures.  The following conversion factor shall apply to Krypton gas-filled units:  1/4" or greater with krypton is equivalent to 1/2" argon.

5.  For this assembly only, products shall be deemed to comply if they have an emissivity of 0.16 or less.

6.  "Glass block" assemblies may use a U-factor of 0.51.

7.  Insulated fiberglass framed products shall use wood/vinyl U-factors.

8.  Subtract 0.02 from the listed default values for solariums.

9.  Aluminum Thermal Break = An aluminum thermal break framed window shall incorporate the following minimum design characteristics:
    a)  The thermal conductivity of the thermal break material shall be not more than 3.6 $Btu\text{-}in/h/ft^2/F°$;
    b)  The thermal break material must produce a gap in the frame material of not less than 0.210 inches; and,
    c)  All metal framing members of the products exposed to interior and exterior air shall incorporate a thermal break meeting the criteria in a) and b) above.

10. Aluminum clad wood windows shall use the U-factors listed for Aluminum Clad Wood/Reinforced Vinyl windows.  Vinyl clad wood window shall use the U-factors listed for Wood/Vinyl windows.  Any vinyl frame window with metal reinforcement in more than one rail shall use the U-factors listed for Aluminum Clad Wood/Reinforced Vinyl window.

WASHINGTON STATE ENERGY CODE

**TABLE 10-6C**
**GROUP R OCCUPANCY:**
**DEFAULT U-FACTORS FOR DOORS**

| Door Type | No Glazing | Single Glazing | Double Glazing with ¼ in. Airspace | Double Glazing with ½ in. Airspace | Double Glazing with e=0.10, ½ in. Argon |
|---|---|---|---|---|---|
| **SWINGING DOORS (Rough opening – 38 in. x 82 in.)** | | | | | |
| **Slab Doors** | | | | | |
| Wood slab in wood frame[a] | 0.46 | | | | |
| 6% glazing (22 in. x 8 in. lite) | – | 0.48 | 0.47 | 0.46 | 0.44 |
| 25% glazing (22 in. x 36 in. lite) | – | 0.58 | 0.48 | 0.46 | 0.42 |
| 45% glazing (22 in. x 64 in. lite) | – | 0.69 | 0.49 | 0.46 | 0.39 |
| More than 50% glazing | Use Table 10-6A | | | | |
| Insulated steel slab with wood edge in wood frame[a] | 0.16 | | | | |
| 6% glazing (22 in. x 8 in. lite) | – | 0.21 | 0.20 | 0.19 | 0.18 |
| 25% glazing (22 in. x 36 in. lite) | – | 0.39 | 0.28 | 0.26 | 0.23 |
| 45% glazing (22 in. x 64 in. lite) | – | 0.58 | 0.38 | 0.35 | 0.26 |
| More than 50% glazing | Use Table 10-6A | | | | |
| Foam insulated steel slab with metal edge in steel frame[b] | 0.37 | | | | |
| 6% glazing (22 in. x 8 in. lite) | – | 0.44 | 0.42 | 0.41 | 0.39 |
| 25% glazing (22 in. x 36 in. lite) | – | 0.55 | 0.50 | 0.48 | 0.44 |
| 45% glazing (22 in. x 64 in. lite) | – | 0.71 | 0.59 | 0.56 | 0.48 |
| More than 50% glazing | Use Table 10-6A | | | | |
| Cardboard honeycomb slab with metal edge in steel frame[b] | 0.61 | | | | |
| **Style and Rail Doors** | | | | | |
| Sliding glass doors/French doors | Use Table 10-6A | | | | |
| **Site-Assembled Style and Rail Doors** | | | | | |
| Aluminum in aluminum frame | – | 1.32 | 0.99 | 0.93 | 0.79 |
| Aluminum in aluminum frame with thermal break | – | 1.13 | 0.80 | 0.74 | 0.63 |
| **REVOLVING DOORS (Rough opening – 82 in. x 84 in.)** | | | | | |
| Aluminum in aluminum frame | | | | | |
| Ope      n | – | 1.32 | – | – | – |
| Clo      sed | – | 0.65 | – | – | – |
| **SECTIONAL OVERHEAD DOORS (Nominal  – 10 ft x 10 ft)** | | | | | |
| Uninsulated steel (nominal U=1.15)[c] | 1.15 | – | – | – | – |
| Insulated steel (nominal U=0.11)[c] | 0.24 | – | – | – | – |
| Insulated steel with thermal break (nominal U=0.08)[c] | 0.13 | – | – | – | – |

a.   Thermally broken sill (add 0.03 for non-thermally broken sill)
b. Non   -thermally broken sill
c.   Nominal U-factors are through the center of the insulated panel before consideration of thermal bridges around the edges of the door section and due to the frame.

**84**
56

**TABLE 10-6D**
**GROUP R OCCUPANCY:  DEFAULT U-FACTORS FOR GLAZED DOORS**
**(SEE TABLE 10-6C)**

**TABLE 10-6E**
**GROUP R OCCUPANCY:**
**DEFAULT U-FACTORS FOR OVERHEAD GLAZING**

| Glazing Type | Frame Type | | | |
|---|---|---|---|---|
| | Aluminum Without Thermal Break | Aluminum With Thermal Break | Reinforced Vinyl/ Aluminum-Clad Wood or Vinyl | Wood or Vinyl-Clad Wood/ Vinyl without Reinforcing |
| Single Glazing | | | | |
| glass | U-1.58 | U-1.51 | U-1.40 | U-1.18 |
| acrylic/polycarb | U-1.52 | U-1.45 | U-1.34 | U-1.11 |
| Double Glazing | | | | |
| air | U-1.05 | U-0.89 | U-0.84 | U-0.67 |
| argon | U-1.02 | U-0.86 | U-0.80 | U-0.64 |
| Double Glazing, $e$=0.20 | | | | |
| air | U-0.96 | U-0.80 | U-0.75 | U-0.59 |
| argon | U-0.91 | U-0.75 | U-0.70 | U-0.54 |
| Double Glazing, $e$=0.10 | | | | |
| air | U-0.94 | U-0.79 | U-0.74 | U-0.58 |
| argon | U-0.89 | U-0.73 | U-0.68 | U-0.52 |
| Double Glazing, $e$=0.05 | | | | |
| air | U-0.93 | U-0.78 | U-0.73 | U-0.56 |
| argon | U-0.87 | U-0.71 | U-0.66 | U-0.50 |
| Triple Glazing | | | | |
| air | U-0.90 | U-0.70 | U-0.67 | U-0.51 |
| argon | U-0.87 | U-0.69 | U-0.64 | U-0.48 |
| Triple Glazing, $e$=0.20 | | | | |
| air | U-0.86 | U-0.68 | U-0.63 | U-0.47 |
| argon | U-0.82 | U-0.63 | U-0.59 | U-0.43 |
| Triple Glazing, $e$=0.20 on 2 surfaces | | | | |
| air | U-0.82 | U-0.64 | U-0.60 | U-0.44 |
| argon | U-0.79 | U-0.60 | U-0.56 | U-0.40 |
| Triple Glazing, $e$=0.10 on 2 surfaces | | | | |
| air | U-0.81 | U-0.62 | U-0.58 | U-0.42 |
| argon | U-0.77 | U-0.58 | U-0.54 | U-0.38 |
| Quadruple Glazing, $e$=0.10 on 2 surfaces | | | | |
| air | U-0.78 | U-0.59 | U-0.55 | U-0.39 |
| argon | U-0.74 | U-0.56 | U-0.52 | U-0.36 |
| krypton | U-0.70 | U-0.52 | U-0.48 | U-0.32 |

1.  U-factors are applicable to both glass and plastic, flat and domed units, all spacers and gaps.
2.  Emissivities shall be less than or equal to the value specified.
3.  Gap fill shall be assumed to be air unless there is a minimum of 90% argon or krypton.
4.  Aluminum frame with thermal break is as defined in footnote 9 to Table 10-6B.

WASHINGTON STATE ENERGY CODE

## SECTION 1007 -- CEILINGS

**1007.1 General:** Table 10-7 lists heat loss coefficients for the opaque portion of exterior ceilings below vented attics, vaulted ceilings and roof decks in units of Btu/h•ft²•°F of ceiling.

They are derived from procedures listed in Standard RS-1, listed in Chapter 7.  Ceiling U-factors are modified for the buffering effect of the attic, assuming an indoor temperature of 65°F and an outdoor temperature of 45°F.

**Metal Framed Ceilings:**  The nominal R-values in Table 10-5A: Effective R-Values for Metal Framing and Cavity Only may be used for purposes of calculating metal framed ceiling section U-factors in lieu of the ASHRAE zone calculation method as provided in Chapter 25 of Standard RS-1.

**1007.2 Component Description:** The four types of ceilings are characterized as follows:

**Ceilings Below a Vented Attic:** Attic insulation is assumed to be blown-in, loose-fill fiberglass with a K-value of 2.6 h•ft²•°F/Btu per inch.  Full bag count for specified R-value is assumed in all cases.  Ceiling dimensions for flat ceiling calculations are 45 by 30 feet, with a gabled roof having a 4/12 pitch.  The attic is assumed to vent naturally at the rate of 3 air changes per hour through soffit and ridge vents.  A void fraction of 0.002 is assumed for all attics with insulation baffles.  Standard-framed, unbaffled attics assume a void fraction of 0.008.

Attic framing is either standard or advanced.  Standard framing assumes tapering of insulation depth around the perimeter with resultant decrease in thermal resistance.  An increased R-value is assumed in the center of the ceiling due to the effect of piling leftover insulation.  Advanced framing assumes full and even depth of insulation extending to the outside edge of exterior walls.  Advanced framing does not change from the default value.

U-factors for flat ceilings below vented attics with standard framing may be modified with the following table:

| Roof Pitch | U-factor for Standard Framing | |
|---|---|---|
| | R-30 | R-38 |
| 4/12 | 0.036 | 0.031 |
| 5/12 | 0.035 | 0.030 |
| 6/12 | 0.034 | 0.029 |
| 7/12 | 0.034 | 0.029 |
| 8/12 | 0.034 | 0.028 |
| 9/12 | 0.034 | 0.028 |
| 10/12 | 0.033 | 0.028 |
| 11/12 | 0.033 | 0.027 |
| 12/12 | 0.033 | 0.027 |

Vented scissors truss attics assume a ceiling pitch of 2/12 with a roof pitch of either 4/12 or 5/12.  Unbaffled standard framed scissors truss attics are assumed to have a void fraction of 0.016.

**Vaulted Ceilings:** Insulation is assumed to be fiberglass batts installed in roof joist cavities.  In the vented case, at least 1.5 inches between the top of the batts and the underside of the roof sheathing is left open for ventilation in each cavity.  A ventilation rate of 3.0 air changes per hour is assumed.  In the unvented or dense pack case, the ceiling cavity is assumed to be fully packed with insulation, leaving no space for ventilation.

**Roof Decks:** Rigid insulation is applied to the top of roof decking with no space left for ventilation.  Roofing materials are attached directly on top of the insulation.  Framing members are often left exposed on the interior side.

**Metal Truss Framing:**  Overall system tested values for the roof/ceiling $U_o$ for metal framed truss assemblies from approved laboratories shall be used, when such data is acceptable to the building official.

 Altern atively, the $U_o$ for roof/ceiling assemblies using metal truss framing may be obtained from Tables 10-7A, 10-7B, 10-7C, 10-7D, and 10-7E.

**TABLE 10-7**
**DEFAULT U-FACTORS FOR CEILINGS**

| | Standard Frame | Advanced Frame |
|---|---|---|
| **Ceilings Below Vented Attics** | | |
| **Flat** | **Baffled** | |
| R    -19 | 0.049 | 0.047 |
| R    -30 | 0.036 | 0.032 |
| R    -38 | 0.031 | 0.026 |
| R    -49 | 0.027 | 0.020 |
| R    -60 | 0.025 | 0.017 |
| **Scissors Truss** | | |
| R-30  (4/12 roof pitch) | 0.043 | 0.031 |
| R-38  (4/12 roof pitch) | 0.040 | 0.025 |
| R-49  (4/12 roof pitch) | 0.038 | 0.020 |
| R-30  (5/12 roof pitch) | 0.039 | 0.032 |
| R-38  (5/12 roof pitch) | 0.035 | 0.026 |
| R-49  (5/12 roof pitch) | 0.032 | 0.020 |
| **Vaulted Ceilings** | **16" O.C.** | **24" O.C.** |
| **Vented** | | |
| R-19  2x10 joist | 0.049 | 0.048 |
| R-30  2x12 joist | 0.034 | 0.033 |
| R-38  2x14 joist | 0.027 | 0.027 |
| **Unvented** | | |
| R-30  2x10 joist | 0.034 | 0.033 |
| R-38  2x12 joist | 0.029 | 0.027 |
| R-21 + R-21  2x12 joist | 0.026 | 0.025 |
| **Roof Deck** | **4x Beams, 48" O.C.** | |
| R-12.5 2"   Rigid insulation | 0.064 | |
| R-21.9 3.5" Rigid insulation | 0.040 | |
| R-37.5 6"   Rigid insulation | 0.025 | |
| R-50  8"   Rigid insulation | 0.019 | |

WASHINGTON STATE ENERGY CODE

### TABLE 10-7A
### STEEL TRUSS[1] FRAMED CEILING $U_O$

| Cavity R-value | Truss Span (ft) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 |
| 19 | 0.1075 | 0.0991 | 0.0928 | 0.0878 | 0.0839 | 0.0807 | 0.0780 | 0.0757 | 0.0737 | 0.0720 | 0.0706 | 0.0693 | 0.0681 |
| 30 | 0.0907 | 0.0823 | 0.0760 | 0.0710 | 0.0671 | 0.0638 | 0.0612 | 0.0589 | 0.0569 | 0.0552 | 0.0538 | 0.0525 | 0.0513 |
| 38 | 0.0844 | 0.0759 | 0.0696 | 0.0647 | 0.0607 | 0.0575 | 0.0548 | 0.0525 | 0.0506 | 0.0489 | 0.0474 | 0.0461 | 0.0449 |
| 49 | 0.0789 | 0.0704 | 0.0641 | 0.0592 | 0.0552 | 0.0520 | 0.0493 | 0.0470 | 0.0451 | 0.0434 | 0.0419 | 0.0406 | 0.0395 |

### TABLE 10-7B
### STEEL TRUSS[1] FRAMED CEILING $U_O$ WITH R-3 SHEATHING

| Cavity R-value | Truss Span (ft) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 |
| 19 | 0.0809 | 0.0763 | 0.0728 | 0.0701 | 0.0679 | 0.0661 | 0.0647 | 0.0634 | 0.0623 | 0.0614 | 0.0606 | 0.0599 | 0.0592 |
| 30 | 0.0641 | 0.0595 | 0.0560 | 0.0533 | 0.0511 | 0.0493 | 0.0478 | 0.0466 | 0.0455 | 0.0446 | 0.0438 | 0.0431 | 0.0424 |
| 38 | 0.0577 | 0.0531 | 0.0496 | 0.0469 | 0.0447 | 0.0430 | 0.0415 | 0.0402 | 0.0392 | 0.0382 | 0.0374 | 0.0367 | 0.0361 |
| 49 | 0.0523 | 0.0476 | 0.0441 | 0.0414 | 0.0393 | 0.0375 | 0.0360 | 0.0348 | 0.0337 | 0.0328 | 0.0319 | 0.0312 | 0.0306 |

### TABLE 10-7C
### STEEL TRUSS[1] FRAMED CEILING $U_O$ WITH R-5 SHEATHING

| Cavity R-value | Truss Span (ft) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 |
| 19 | 0.0732 | 0.0697 | 0.0670 | 0.0649 | 0.0633 | 0.0619 | 0.0608 | 0.0598 | 0.0590 | 0.0583 | 0.0577 | 0.0571 | 0.0567 |
| 30 | 0.0564 | 0.0529 | 0.0502 | 0.0481 | 0.0465 | 0.0451 | 0.0440 | 0.0430 | 0.0422 | 0.0415 | 0.0409 | 0.0403 | 0.0399 |
| 38 | 0.0501 | 0.0465 | 0.0438 | 0.0418 | 0.0401 | 0.0388 | 0.0376 | 0.0367 | 0.0359 | 0.0351 | 0.0345 | 0.0340 | 0.0335 |
| 49 | 0.0446 | 0.0410 | 0.0384 | 0.0363 | 0.0346 | 0.0333 | 0.0322 | 0.0312 | 0.0304 | 0.0297 | 0.0291 | 0.0285 | 0.0280 |

### TABLE 10-7D
### STEEL TRUSS[1] FRAMED CEILING $U_O$ WITH R-10 SHEATHING

| Cavity R-value | Truss Span (ft) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 |
| 19 | 0.0626 | 0.0606 | 0.0590 | 0.0578 | 0.0569 | 0.0561 | 0.0555 | 0.0549 | 0.0545 | 0.0541 | 0.0537 | 0.0534 | 0.0531 |
| 30 | 0.0458 | 0.0437 | 0.0422 | 0.0410 | 0.0401 | 0.0393 | 0.0387 | 0.0381 | 0.0377 | 0.0373 | 0.0369 | 0.0366 | 0.0363 |
| 38 | 0.0394 | 0.0374 | 0.0359 | 0.0347 | 0.0337 | 0.0330 | 0.0323 | 0.0318 | 0.0313 | 0.0309 | 0.0305 | 0.0302 | 0.0299 |
| 49 | 0.0339 | 0.0319 | 0.0304 | 0.0292 | 0.0283 | 0.0275 | 0.0268 | 0.0263 | 0.0258 | 0.0254 | 0.0251 | 0.0247 | 0.0245 |

### TABLE 10-7E
### STEEL TRUSS[1] FRAMED CEILING $U_O$ WITH R-15 SHEATHING

| Cavity R-value | Truss Span (ft) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 |
| 19 | 0.0561 | 0.0550 | 0.0541 | 0.0535 | 0.0530 | 0.0526 | 0.0522 | 0.0519 | 0.0517 | 0.0515 | 0.0513 | 0.0511 | 0.0509 |
| 30 | 0.0393 | 0.0382 | 0.0373 | 0.0367 | 0.0362 | 0.0358 | 0.0354 | 0.0351 | 0.0349 | 0.0347 | 0.0345 | 0.0343 | 0.0341 |
| 38 | 0.0329 | 0.0318 | 0.0310 | 0.0303 | 0.0298 | 0.0294 | 0.0291 | 0.0288 | 0.0285 | 0.0283 | 0.0281 | 0.0279 | 0.0278 |
| 49 | 0.0274 | 0.0263 | 0.0255 | 0.0249 | 0.0244 | 0.0239 | 0.0236 | 0.0233 | 0.0230 | 0.0228 | 0.0226 | 0.0225 | 0.0223 |

1. Assembly values based on 24 inch on center truss spacing; 11 Truss member connections penetrating insulation (4 at the eaves, 7 in the interior space); ½ inch drywall ceiling; all truss members are 2x4 "C" channels with a solid web.

2. Ceiling sheathing installed between bottom chord and drywall.

## SECTION 1008 -- AIR INFILTRATION

**1008.1 General:** Tables 10-8 and 10-8A list effective air change rates and heat capacities for heat loss due to infiltration for Group R Occupancy.

The estimated seasonal average infiltration rate in air changes per hour (ACH) is given for standard air-leakage control (see Section 502.4 of this Code for air leakage requirements for Group R Occupancy). The effective air change rate shall be used in calculations for compliance under either the Component Performance or Systems Analysis approaches.

Heat loss due to infiltration shall be computed using the following equation:

$$Q_{infil} = ACH_{eff} * HCP$$

Where:

$Q_{infil}$ = Heat loss due to air infiltration.

$ACH_{eff}$ = The effective air infiltration rate in Table 10-8.

HCP = The Heat Capacity Density Product for the appropriate elevation or climate zone as given below.

### TABLE 10-8
### ASSUMED EFFECTIVE AIR CHANGES
### PER HOUR

| Air-Leakage Control Package | Air Changes per Hour | |
|---|---|---|
| | Natural | Effective |
| Standard | 0.35 | 0.35 |

### TABLE 10-8A
### DEFAULT HEAT CAPACITY/DENSITY
### PRODUCT FOR AIR

| Zone | Average Elevation | Heat Capacity/ Density |
|---|---|---|
| 1 | Mean Sea Level | 0.0180 Btu/h•°F |
| 2 | 2000 | 0.0168 Btu/h•°F |
| 3 | 3000 | 0.0162 Btu/h•°F |

## SECTION 1009 — MASS

**1009.1 General:** Tables 10-9 and 10-10 list default mass values for concrete masonry construction. Calculations are based on standard ASHRAE values for heat-storage capacity as listed in Standard RS-1, Chapter 25.

Thermal capacity of furniture is ignored, as is heat storage beyond the first 4 inches of mass thickness. All mass is assumed to be in direct contact with the conditioned space. Concrete separated from the heated volume by other materials must multiply the listed concrete mass value by the result of the following formula:

Ln(R-value) x (-0.221) + 0.5

Where:

Ln = Natural log

R-value = R-value of material covering concrete

**Note:** All default values for covered concrete slabs have been adjusted according to this procedure.

**1009.2 Mass Description:** Mass is divided into two types: structural and additional.

**Structural Mass:** Includes heat-storage capacity of all standard building components of a typical residential structure, including floors, ceilings and interior and exterior walls in Btu/ft$^2$•°F of floor area. It also assumes exterior wall, interior wall and ceiling surface area approximately equals three times the floor area.

**Additional Mass:** Includes any additional building material not part of the normal structure, which is added specifically to increase the building's thermal-storage capability. This category includes masonry fireplaces, water or trombe walls and extra layers of sheetrock. Coefficients are in Btu/ft$^2$•°F of surface area of material exposed to conditioned space. The coefficient for water is in Btu/°F•gallon.

**1009.3 Component Description:** Light frame assumes 1 inch thick wood flooring with 5/8 inch sheetrock on ceilings and interior walls, and walls consisting of either 5/8 inch sheetrock or solid logs. Slab assumes a 4 inch concrete slab on or below grade, with 5/8 inch sheetrock on exterior and interior walls and ceiling, and with separate values for interior or exterior wall insulation. Adjustments for slab covering is based on R-value of material. Additional mass values are based on the density multiplied by the specific heat of the material adjusted for listed thickness.

**TABLE 10-9**
**HEAT CAPACITY**

|  | Partial Grout | Solid Grout |
|---|---|---|
| 8" CMU | 9.65 | 15.0 |
| 12" CMU | 14.5 | 23.6 |
| 8" Brick | 10.9 | 16.4 |
| 6" Concrete | NA | 14.4 |

**TABLE 10-10**
**DEFAULT MASS VALUES**

| Structural Mass M-value | Btu/ft$^2$•°F floor area |
|---|---|
| **Light Frame:** | |
| Joisted/post & beam floor, sheetrock walls and ceilings | 3.0 |
| Joisted/post & beam floor, log walls, sheetrock ceilings | 4.0 |
| **Slab With Interior Wall Insulation:** | |
| Slab, no covering or tile, sheetrock walls and ceilings | 10.0 |
| Slab, hardwood floor covering, sheetrock walls and ceilings | 7.0 |
| Slab, carpet and pad, sheetrock walls and ceilings | 5.0 |
| **Slab With Exterior Wall Insulation:** | |
| Slab, no covering or tile, sheetrock walls and ceilings | 12.0 |
| Slab, hardwood floor covering, sheetrock walls and ceilings | 9.0 |
| Slab, carpet and pad, sheetrock walls and ceilings | 7.0 |
| **Additional Mass M-Value:** | **Btu/ft$^2$•°F surface area** |
| Gypsum wallboard, ½ inch thickness | 0.54 |
| Gypsum wallboard, 5/8 inch thickness | 0.68 |
| Hardwood floor | 1.40 |
| Concrete/Brick, 4 inch thickness | 10.30 |
| Concrete/Brick, 6 inch thickness | 15.40 |
| | **Btu/°F•gallon** |
| Water, 1 gallon | 8.0 |

# CHAPTER 11
# ADMINISTRATION AND ENFORCEMENT

## SECTION 1100 — TITLE

Chapters 11 through 20 of this Code shall be known as the "Washington State Nonresidential Energy Code" and may be cited as such; and will be referred to hereafter as "this Code."

## SECTION 1110 — PURPOSE AND INTENT

The purpose of this Code is to provide minimum standards for new or altered buildings and structures or portions thereof to achieve efficient use and conservation of energy. It is intended that these provisions provide flexibility to permit the use of innovative approaches and techniques to achieve efficient use and conservation of energy.

The purpose of this Code is not to create or otherwise establish or designate any particular class or group of persons who will or should be especially protected or benefited by the terms of this Code. This Code is not intended to abridge any safety or health requirements required under any other applicable codes or ordinances.

The provisions of this Code do not consider the efficiency of various energy forms as they are delivered to the building envelope.

## SECTION 1120 — SCOPE

This Code sets forth minimum requirements for the design of new or altered buildings and structures or portions thereof that provide facilities or shelter for public assembly, educational, business, mercantile, institutional, storage, factory, and industrial occupancies by regulating their exterior envelopes and the selection of their HVAC, service water heating, electrical distribution and illuminating systems, and equipment for efficient use and conservation of energy.

> **EXCEPTION:** The provisions of this code do not apply to temporary growing structures used solely for the commercial production of horticultural plants including ornamental plants, flowers, vegetables, and fruits. "Temporary growing structure" means a structure that has the sides and roof covered with polyethylene, polyvinyl, or similar flexible synthetic material and is used to provide plants with either frost protection or increased heat retention. A temporary growing structure is not considered a building for purposes of this Code.

## SECTION 1130 — APPLICATION TO EXISTING BUILDINGS

Additions, alterations or repairs, changes of occupancy or use, or historic buildings that do not comply with the requirements for new buildings shall comply with the requirements in Sections 1130 through 1134 as applicable.

> **EXCEPTION:** The building official may approve designs of alterations or repairs which do not fully conform with all of the requirements of Sections 1130 through 1134 where in the opinion of the building official full compliance is physically impossible and/or economically impractical and the alteration or repair improves the energy efficiency of the building.

In no case shall energy code requirements be less than those requirements in effect at the time of the initial construction of the building.

**1131 Additions to Existing Buildings:** Additions to existing buildings or structures may be constructed without making the entire building or structure comply, provided that the new additions shall conform to the provisions of this Code.

> **EXCEPTION:** New additions which do not fully comply with the requirements of this Code and which have a floor area which is less than 750 ft$^2$ may be approved provided that improvements are made to the existing building to compensate for any deficiencies in the new addition. Compliance shall be demonstrated by either systems analysis per Section 1141.4 or component performance calculations per Sections 1330 through 1334. The nonconforming addition and upgraded existing building shall have an energy budget or target UA and SHGC that are less than or equal to the unimproved existing building, with the addition designed to comply with this Code.

**1132 Alterations and Repairs:** Alterations and repairs to buildings or portions thereof originally constructed subject to the requirements of this Code shall conform to the provisions of this Code without the use of the exception in Section 1130. Other alterations and repairs may be made to existing buildings and moved buildings without making the entire building comply with all of the requirements of this Code for new buildings, provided the following requirements are met:

**1132.1 Building Envelope:** Alterations or repairs shall comply with nominal R-values and glazing requirements in Table 13-1 or 13-2.

> **Exceptions:** 1. Storm windows installed over existing glazing.
> 2. Glass replaced in existing sash and frame provided that glazing is of equal or lower U-factor.

3. For solar heat gain coefficient compliance, glazing with a solar heat gain coefficient equal to or lower than that of the other existing glazing.

4. Existing roof/ceiling, wall or floor cavities exposed during construction provided that these cavities are insulated to full depth with insulation having a minimum nominal value of R-3.0 per inch installed per Sections 1311 and 1313.

5. Existing walls and floors without framing cavities, provided that any new cavities added to existing walls and floors comply with Exception 4.

6. Existing roofs where the roof membrane is being replaced and
    a. The roof sheathing or roof insulation is not exposed; or
    b. If there is existing roof insulation below the deck.

In no case shall the energy efficiency of the building be decreased.

**1132.2 Building Mechanical Systems:**  Those parts of systems which are altered or replaced shall comply with Chapter 14 of this Code.

All new systems in existing buildings, including packaged unitary equipment and packaged split systems, shall comply with Chapter 14.

Where mechanical cooling is added to a space that was not previously cooled, the mechanical cooling system shall comply with Sections 1413 and either 1423 or 1433.

**Exceptions:** These exceptions only apply to situations where mechanical cooling is added to a space that was not previously cooled.

1. Water-cooled refrigeration equipment provided with a water economizer meeting the requirements of Section 1413 need not comply with 1423 or 1433. This exception shall not be used for RS-29 analysis.

2. Alternate designs that are not in full compliance with this Code may be approved when the building official determines that existing building or occupancy constraints make full compliance impractical or where full compliance would be economically impractical.

Alterations to existing mechanical cooling systems shall not decrease economizer capacity unless the system complies with Section 1413 and either 1423 or 1433. In addition, for existing mechanical cooling systems that do not comply with Sections 1413 and either 1423 or 1433, including both the individual unit size limits and the total building capacity limits on units without economizer, other alterations shall comply with Table 11-1.

Existing equipment currently in use may be relocated within the same floor or same tenant space if removed and reinstalled within the same permit.

**1132.3 Lighting and Motors:**  Where the use in a space changes from one use in Table 15-1 to another use in Table 15-1, the installed lighting wattage shall comply with Section 1521 or 1531.

Other tenant improvements, alterations or repairs where 60 percent or more of the fixtures in a space enclosed by walls or ceiling-height partitions are new shall comply with Sections 1531 and 1532. (Where this threshold is triggered, the areas of the affected spaces may be combined for lighting code compliance calculations.) Where less than 60

percent of the fixtures in a space enclosed by walls or ceiling-height partitions are new, the installed lighting wattage shall be maintained or reduced. Where 60 percent or more of the lighting fixtures in a suspended ceiling are new, and the existing insulation is on the suspended ceiling, the roof/ceiling assembly shall be insulated according to the provisions of Chapter 13, Section 1311.2.

Where new wiring is being installed to serve added fixtures and/or fixtures are being relocated to a new circuit, controls shall comply with Sections 1513.1 through 1513.5 and, as applicable, 1513.7.  In addition, office areas less than 300 ft² enclosed by walls or ceiling-height partitions, and all meeting and conference rooms, and all school classrooms, shall be equipped with occupancy sensors that comply with Section 1513.6 and 1513.7.  Where a new lighting panel (or a moved lighting panel) with all new raceway and conductor wiring from the panel to the fixtures is being installed, controls shall also comply with the other requirements in Sections 1513.6 and 1513.7.

Where new walls or ceiling-height partitions are added to an existing space and create a new enclosed space, but the lighting fixtures are not being changed, other than being relocated, the new enclosed space shall have controls that comply with Sections 1513.1 through 1513.2, 1513.4, and 1513.6 through 1513.7.

Those motors which are altered or replaced shall comply with Section 1511.

**1133 Change of Occupancy or Use:**  Changes of occupancy or use shall comply with the following requirements:

a.  Any unconditioned space that is altered to become semi-heated, cooled, or fully heated, or any semi-heated space that is altered to become cooled or fully heated space shall be required to be brought into full compliance with this Code.

b.  Any Group R Occupancy which is converted to other than a Group R Occupancy shall be required to comply with all of the provisions of Sections 1130 through 1132 of this Code.

**1134 Historic Buildings:**  The building official may modify the specific requirements of this Code for historic buildings and require in lieu thereof alternate requirements which will result in a reasonable degree of energy efficiency. This modification may be allowed for those buildings which have been specifically designated as historically significant by the state or local governing body, or listed in The National Register of Historic Places or which have been determined to be eligible for listing.

## SECTION 1140 — ENFORCEMENT

The building official shall have the power to render interpretations of this Code and to adopt and enforce rules and supplemental regulations in order to clarify the application of its provisions.  Such interpretations, rules and regulations shall be in conformance with the intent and purpose of this Code.  Fees may be assessed for enforcement of this Code and shall be as set forth in the fee schedule adopted by the jurisdiction.

## 1141 Plans and Specifications

**1141.1 General:**  If required by the building official, plans and specifications shall be submitted in support of an application for a building permit. If required by the building official, plans and specifications shall be stamped and authenticated by a registered design professional currently licensed in the state of Washington.  All plans and specifications, together with supporting data, shall be submitted to the building official prior to issuance of a building permit.

**1141.2 Details:**  The plans and specifications shall show in sufficient detail all pertinent data and features of the building and the equipment and systems as herein governed including, but not limited to:  design criteria; exterior envelope component materials, U-factors of the envelope systems, R-values of insulating materials; U-factors and solar heat gain coefficients or shading coefficients of glazing; area weighted U-factor calculations; efficiency, economizer, size and type of apparatus and equipment; fan system horsepower; equipment and systems controls; lighting fixture schedule with wattages and controls narrative; and other pertinent data to indicate compliance with the requirements of this Code.

**1141.3 Alternate Materials and Method of Construction:**  The provisions of this Code are not intended to prevent the use of any material, method of construction, design or insulating system not specifically prescribed herein, provided that such construction, design or insulating system has been approved by the building official as meeting the intent of this Code. The building official may approve any such alternate provided the proposed alternate meets or exceeds the provisions of this Code and that the material, method, design or work offered is for the purpose intended, at least the equivalent of that prescribed in this Code, in quality, strength, effectiveness, fire-resistance, durability, safety and energy efficiency. The building official may require that sufficient evidence of proof be submitted to substantiate any claims that may be made regarding performance capabilities.

**1141.4 Systems Analysis Approach for the Entire Building:**  In lieu of using Chapters 12 through 20, compliance may be demonstrated using the systems analysis option in Standard RS-29. When using systems analysis, the proposed building shall provide equal or better conservation of energy than the standard design as defined in Standard RS-29.  If required by the building official, all energy comparison calculations submitted under the provisions of Standard RS-29 shall be stamped and authenticated by an engineer or architect licensed to practice by the state of Washington.

## 1142 Materials and Equipment

**1142.1 Identification:**  All materials and equipment shall be identified in order to show compliance with this Code.

**1142.2 Maintenance Information:**  Maintenance instructions shall be furnished for any equipment which requires preventive maintenance for efficient operation. Required regular maintenance actions shall be clearly stated and incorporated on a readily accessible label. Such label may be limited to identifying, by title or publication number, the operation and maintenance manual for that particular model and type of product.

## 1143 Inspections

**1143.1 General:**  All construction or work for which a permit is required shall be subject to inspection by the building official and all such construction or work shall remain accessible and exposed for inspection purposes until approved by the building official.  No work shall be done on any part of the building or structure beyond the point indicated in each inspection without first obtaining the approval of the building official.

**1143.2 Required Inspections:**  The building official, upon notification, shall make the inspection required in this section, in addition to or as part of those inspections required in Section 109.3 of the International Building Code.  Inspections may be conducted by special inspection pursuant to Section 1704 of the International Building Code.  Where applicable, inspections shall include at least:

### 1143.2.1 Envelope

a. Wall Insulation Inspection:  To be made after all wall insulation and air vapor retarder sheet or film materials are in place, but before any wall covering is placed.

b. Glazing Inspection:  To be made after glazing materials are installed in the building.

c. Exterior Roofing Insulation:  To be made after the installation of the roof insulation, but before concealment.

d. Slab/Floor Insulation:  To be made after the installation of the slab/floor insulation, but before concealment.

### 1143.2.2 Mechanical

a. Mechanical Equipment Efficiency and Economizer:  To be made after all equipment and controls required by this Code are installed and prior to the concealment of such equipment or controls.

b. Mechanical Pipe and Duct Insulation:  To be made after all pipe and duct insulation is in place, but before concealment.

### 1143.2.3 Lighting and Motors

a. Lighting Equipment and Controls:  To be made after the installation of all lighting equipment and controls required by this Code, but before concealment of the lighting equipment.

b. Motor Inspections:  To be made after installation of all equipment covered by this Code, but before concealment.

**1143.3 Re-inspection:**  The building official may require a structure to be re-inspected. A re-inspection fee may be assessed for each inspection or re-inspection when such portion of work for which inspection is called is not complete or when corrections called for are not made.

**1144 Violations:**  It shall be a violation of this Code for any person, firm or corporation to erect or construct any building, or remodel or rehabilitate any existing building or structure in the state, or allow the same to be done, contrary to any of the provisions of this Code.

WASHINGTON STATE ENERGY CODE

**TABLE 11-1:**
**ECONOMIZER COMPLIANCE OPTIONS FOR MECHANICAL ALTERATIONS**

| Unit Type | Option A<br>Any alteration with new or replacement equipment | Option B<br>(alternate to A)<br>Replacement unit of the same type with the same or smaller output capacity | Option C<br>(alternate to A)<br>Replacement unit of the same type with a larger output capacity | Option D<br>(alternate to A)<br>New equipment added to existing system or replacement unit of a different type |
|---|---|---|---|---|
| 1. Packaged Units | Efficiency: min.[1]<br>Economizer: 1433[2] | Efficiency: min.[1]<br>Economizer: 1433[2,3] | Efficiency: min.[1]<br>Economizer: 1433[2,3] | Efficiency: min.[1]<br>Economizer: 1433[2,4] |
| 2. Split Systems | Efficiency: min.[1]<br>Economizer: 1433[2] | Efficiency: + 10/5%[5]<br>Economizer: shall not decrease existing economizer capability | Only for new units < 54,000 Btuh replacing unit installed prior to 1991 (one of two):<br><br>Efficiency: + 10/5%[5]<br>Economizer: 50%[6]<br><br>For units > 54,000 Btuh or any units installed after 1991:<br><br>Option A | Efficiency: min.[1]<br>Economizer: 1433[2,4] |
| 3. Water Source Heat Pump | Efficiency: min.[1]<br>Economizer: 1433[2] | (two of three):<br>Efficiency: + 10/5%[5]<br>Flow control valve[7]<br>Economizer: 50%[6] | (three of three):<br>Efficiency: + 10/5%[5]<br>Flow control valve[7]<br>Economizer: 50%[6]<br>(except for certain pre-1991 systems[8]) | Efficiency: min.[1]<br>Economizer: 1433[2,4]<br>(except for certain pre-1991 systems[8]) |
| 4. Hydronic Economizer using Air-Cooled Heat Rejection Equipment (Dry Cooler) | Efficiency: min.[1]<br>Economizer: 1433[2] | Efficiency: + 10/5%[5]<br>Economizer: shall not decrease existing economizer capacity | Option A | Efficiency: min.[1]<br>Economizer: 1433[2,4] |
| 5. Air-Handling Unit (including fan coil units) where the system has an air-cooled chiller | Efficiency: min.[1]<br>Economizer: 1433[2] | Economizer: shall not decrease existing economizer capacity | Option A<br>(except for certain pre-1991 systems[8]) | Option A<br>(except for certain pre-1991 systems[8]) |
| 6. Air- Handling Unit (including fan coil units) and Water-cooled Process Equipment, where the system has a water-cooled chiller[10] | Efficiency: min.[1]<br>Economizer: 1433[2] | Economizer: shall not decrease existing economizer capacity | Option A<br>(except for certain pre-1991 systems[8] and certain 1991-2004 systems[9].) | Efficiency: min.[1]<br>Economizer: 1433[2,4]<br>(except for certain pre-1991 systems[8] and certain 1991-2004 systems[9]) |
| 7. Cooling Tower | Efficiency: min.[1]<br>Economizer: 1433[2] | No requirements | Option A | Option A |
| 8. Air-Cooled Chiller | Efficiency: min.[1]<br>Economizer: 1433[2] | Efficiency: + 5%[11]<br>Economizer: shall not decrease existing economizer capacity | Efficiency<br>(two of two):<br>(1) + 10%[12] and<br>(2) multistage<br>Economizer: shall not decrease existing economizer capacity | Efficiency: min.[1]<br>Economizer: 1433[2,4] |

| 9. Water-Cooled Chiller | Efficiency: min.[1]<br>Economizer: 1433[2] | Efficiency<br>(one of two):<br>(1) + 10%[13]or<br>(2) plate frame heat exchanger[15]<br><br>Economizer: shall not decrease existing economizer capacity | Efficiency<br>(two of two):<br>(1) + 15%[14] and<br>(2) plate-frame heat exchanger[15]<br><br>Economizer: shall not decrease existing economizer capacity | Efficiency: min.[1]<br>Economizer: 1433[2,4] |
| --- | --- | --- | --- | --- |
| 10. Boiler | Efficiency: min.[1]<br>Economizer: 1433[2] | Efficiency: + 8%[16]<br>Economizer: shall not decrease existing economizer capacity | Efficiency: + 8%[16]<br>Economizer: shall not decrease existing economizer capacity | Efficiency: min.[1]<br>Economizer: 1433[2,4] |

1.  Minimum equipment efficiency shall comply with Section 1411.1 and Tables 14-1A through M.

2.  System and building shall comply with Section 1433 (including both the individual unit size limits and the total building capacity limits on units without economizer).  It is acceptable to comply using one of the exceptions to Section 1433.

3.  All equipment replaced in an existing building shall have air economizer complying with Sections 1413 and 1433 unless both the individual unit size and the total capacity of units without air economizer in the building is less than that allowed in Exception 1 to Section 1433.

4.  All separate new equipment added to an existing building shall have air economizer complying with Sections 1413 and 1433 unless both the individual unit size and the total capacity of units without air economizer in the building is less than that allowed in Exception 1 to Section 1433.

5.  Equipment shall have a capacity-weighted average cooling system efficiency:
    a.  for units with a cooling capacity below 54,000 Btuh, a minimum of 10% greater than the requirements in Tables 14-1A and 14-1B (1.10 x values in Tables 14-1A and 14-1B).
    b.  for units with a cooling capacity of 54,000 Btuh and greater, a minimum of 5% greater than the requirements in Tables 14-1A and 14-1B (1.05 x values in Tables 14-1A and 14-1B).

6.  Minimum of 50% air economizer that is ducted in a fully enclosed path directly to every heat pump unit in each zone, except that ducts may terminate within 12 inches of the intake to an HVAC unit provided that they are physically fastened so that the outside air duct is directed into the unit intake.  If this is an increase in the amount of outside air supplied to this unit, the outside air supply system shall be capable of providing this additional outside air and equipped with economizer control.

7.  Have flow control valve to eliminate flow through the heat pumps that are not in operation with variable speed pumping control complying with Section 1432.2.2 for that heat pump.
    – When the total capacity of all units with flow control valves exceeds 15% of the total system capacity, a variable frequency drive shall be installed on the main loop pump.
    – As an alternate to this requirement, have a capacity-weighted average cooling system efficiency that is 5% greater than the requirements in note 5 (i.e. a minimum of 15%/10% greater than the requirements in Tables 14-1A and 14-1B (1.15/1.10 x values in Tables 14-1A and 14-1B)).

8.  Systems installed prior to 1991 without fully utilized capacity are allowed to comply with Option B, provided that the individual unit cooling capacity does not exceed 90,000 Btuh.

9.  Economizer not required for systems installed with water economizer plate and frame heat exchanger complying with previous codes between 1991 and June 2004, provided that the total fan coil load does not exceed the existing or added capacity of the heat exchangers.

10.  For water-cooled process equipment where the manufacturers specifications require colder temperatures than available with waterside economizer, that portion of the load is exempt from the economizer requirements.

11.  The air-cooled chiller shall have an IPLV efficiency that is a minimum of 5% greater than the IPLV requirements in Table 14-1C (1.05 x IPLV values in Table 14-1C).

12.  The air-cooled chiller shall:
    a.  have an IPLV efficiency that is a minimum of 10% greater than the IPLV requirements in Table 14-1C (1.10 x IPLV values in Table 14-1C), and
    b.  be multistage with a minimum of two compressors.

13.  The water-cooled chiller shall have an NPLV efficiency that is a minimum of 10% greater than the NPLV requirements in Table 14-1K, Table 14-1L, or Table 14-1M (1.10 x NPLV values in Table 14-1K, Table 14-1L, or Table 14-1M).

14.  The water-cooled chiller shall have an NPLV efficiency that is a minimum of 15% greater than the NPLV requirements in Table 14-1K, Table 14-1L, or Table 14-1M (1.15 x NPLV values in Table 14-1K, Table 14-1L, or Table 14-1M).

15.  Economizer cooling shall be provided by adding a plate-frame heat exchanger on the waterside with a capacity that is a minimum of 20% of the chiller capacity at standard ARI rating conditions.

16.  The replacement boiler shall have an efficiency that is a minimum of 8% higher than the value in Table 14-1F (1.08 x value in Table 14-1F), except for electric boilers.

## SECTION 1150 — CONFLICTS WITH OTHER CODES

In case of conflicts among Codes enumerated in RCW 19.27.031 subsections (1), (2), (3) and (4) and this Code, the first named Code shall govern.  The duct insulation requirements in this Code or a local jurisdiction's energy code, whichever is more stringent, supersede the requirements in the Mechanical Code.

Where, in any specific case, different sections of this Code specify different materials, methods of construction or other requirements, the most restrictive shall govern. Where there is a conflict between a general requirement and a specific requirement, the specific requirement shall be applicable.

## SECTION 1160 — SEVERABILITY & LIABILITY

**1161 Severability:**  If any provision of this Code or its application to any person or circumstance is held invalid, the remainder of this Code or the application of the provision to other persons or circumstances is not affected.

**1162 Liability:**  Nothing contained in this Code is intended to be nor shall be construed to create or form the basis for any liability on the part of any city or county or its officers, employees or agents for any injury or damage resulting from the failure of a building to conform to the provisions of this Code.

## CHAPTER 12
## (RESERVED)

**NOTE:**  For Nonresidential Definitions, see Chapter 2.

## CHAPTER 13
## BUILDING ENVELOPE

**1301 Scope:** Conditioned buildings or portions thereof shall be constructed to provide the required thermal performance of the various components according to the requirements of this chapter. Unless otherwise approved by the building official, all spaces shall be assumed to be at least semi-heated.

> **EXCEPTIONS: 1.** Greenhouses isolated from any conditioned space and not intended for occupancy.
>
> **2.** As approved by the building official, spaces not assumed to be at least semi-heated.
>
> **3.** Unconditioned Group U occupancy accessory to Group R occupancy.
>
> **4.** Unstaffed equipment shelters or cabinets used solely for personal wireless service facilities.

**1302 Space Heat Type:** For the purpose of determining building envelope requirements, the following two categories comprise all space heating types:

**Electric Resistance:** Space heating systems which use electric resistance elements as the primary heating system including baseboard, radiant and forced air units where the total electric resistance heat capacity exceeds 1.0 W/ft$^2$ of the gross conditioned floor area.

> **EXCEPTION:** Heat pumps and terminal electric resistance heating in variable air volume distribution systems.

**Other:** All other space heating systems including gas, solid fuel, oil and propane space heating systems and those systems listed in the exception to electric resistance.

**1303 Climate Zones:** All buildings shall comply with the requirements of the appropriate climate zone as defined herein.

ZONE 1: Climate Zone 1 shall include all counties not included in Climate Zone 2.

ZONE 2: Adams, Chelan, Douglas, Ferry, Grant, Kittitas, Lincoln, Okanogan, Pend Oreille, Spokane, Stevens and Whitman counties.

## SECTION 1310 — GENERAL REQUIREMENTS

The building envelope shall comply with Sections 1311 through 1314.

**1310.1 Conditioned Spaces:** The building envelope for conditioned spaces shall also comply with one of the following paths:

a. Prescriptive Building Envelope Option Sections 1320 through 1323.

b. Component Performance Building Envelope Option Sections 1330 through 1334.

c. Systems Analysis. See Section 1141.4.

**1310.2 Semi-Heated Spaces:** All spaces shall be considered conditioned spaces, and shall comply with the requirements in Section 1310.1 unless they meet the following criteria for semi-heated spaces. The installed heating equipment output, in Climate Zone 1, shall be 3 Btu/(h • ft$^2$) or greater but not greater than 8 Btu/(h • ft$^2$) and in Climate Zone 2, shall be 5 Btu/(h • ft$^2$) or greater but not greater than 12 Btu/(h • ft$^2$).

For semi-heated spaces, the building envelope shall comply with the same requirements as that for conditioned spaces in Section 1310.1.

> **EXCEPTION:** For semi-heated spaces heated by other fuels only, wall insulation is not required for those walls that separate semi-heated spaces (see definition in Section 201.1) from the exterior provided that the space is heated solely by a heating system controlled by a thermostat with a maximum setpoint capacity of 45ºF, mounted no lower than the heating unit.

## FIGURE 13A
## BUILDING ENVELOPE COMPLIANCE OPTIONS

| Section Number | Subject | Prescriptive Option | Component Performance Option | Systems Analysis Option |
|---|---|:-:|:-:|:-:|
| 1310 | General Requirements | X | X | X |
| 1311 | Insulation | X | X | X |
| 1312 | Glazing and Doors | X | X | X |
| 1313 | Moisture Control | X | X | X |
| 1314 | Air Leakage | X | X | X |
| 1320 | Prescriptive Building Envelope Option | X | | |
| 1321 | General | X | | |
| 1322 | Opaque Envelope | X | | |
| 1323 | Glazing | X | | |
| 1330 | Component Performance Building Envelope Option | | X | |
| 1331 | General | | X | |
| 1332 | Component U-Factors | | X | |
| 1333 | UA Calculations | | X | |
| 1334 | Solar Heat Gain Coefficient | | X | |
| RS-29 | Systems Analysis | | | X |

**97**

**1311 Insulation**

**1311.1 Installation Requirements:** All insulation materials shall be installed according to the manufacturer's instructions to achieve proper densities, maintain clearances and maintain uniform R-values. To the maximum extent possible, insulation shall extend over the full component area to the intended R-value.

**1311.2 Roof/Ceiling Insulation:** Open-blown or poured loose-fill insulation may be used in attic spaces where the slope of the ceiling is not more than 3/12 and there is at least 30 inches of clear distance from the top of the bottom chord of the truss or ceiling joist to the underside of the sheathing at the roof ridge. When eave vents are installed, baffling of the vent openings shall be provided so as to deflect the incoming air above the surface of the insulation.

Where lighting fixtures are recessed into a suspended or exposed grid ceiling, the roof/ceiling assembly shall be insulated in a location other than directly on the suspended ceiling.

> **EXCEPTION:** Type IC rated recessed lighting fixtures.

Where installed in wood framing, faced batt insulation shall be face stapled.

**1311.3 Wall Insulation:** Exterior wall cavities isolated during framing shall be fully insulated to the levels of the surrounding walls. When installed in wood framing, faced batt insulation shall be face stapled.

Above grade exterior insulation shall be protected.

**1311.4 Floor Insulation:** Floor insulation shall be installed in a permanent manner in substantial contact with the surface being insulated. Insulation supports shall be installed so spacing is not more than 24 inches on center. Installed insulation shall not block the airflow through foundation vents.

**1311.5 Slab-On-Grade Floor:** Slab-on-grade insulation installed inside the foundation wall shall extend downward from the top of the slab a minimum distance of 24 inches or to the top of the footing, whichever is less. Insulation installed outside the foundation shall extend downward a minimum of 24 inches or to the frost line, whichever is greater. Above grade insulation shall be protected.

> **EXCEPTION:** For monolithic slabs, the insulation shall extend downward from the top of the slab to the bottom of the footing.

**1311.6 Radiant Floors (on or below grade):** Slab-on-grade insulation shall extend downward from the top of the slab a minimum distance of 36 inches or downward to the top of the footing and horizontal for an aggregate of not less than 36 inches.

If required by the building official where soil conditions warrant such insulation, the entire area of a radiant floor shall be thermally isolated from the soil. Where a soil gas control system is provided below the radiant floor, which results in increased convective flow below the radiant floor, the radiant floor shall be thermally isolated from the sub-floor gravel layer.

**1312 Glazing and Doors**

**1312.1 Standard Procedure for Determination of Glazing and Door U-Factors:** U-factors for glazing and doors shall be determined, certified and labeled in accordance with Standard RS-31 by a certified independent agency licensed by the National Fenestration Rating Council (NFRC). Compliance shall be based on the Residential or the Nonresidential Model Size. Product samples used for U-factor determinations shall be production line units or representative of units as purchased by the consumer or contractor. Unlabeled glazing and doors shall be assigned the default U-factor in Table 10-6.

**1312.2 Solar Heat Gain Coefficient and Shading Coefficient:** Solar Heat Gain Coefficient (SHGC), shall be determined, certified and labeled in accordance with the National Fenestration Rating Council (NFRC) Standard by a certified, independent agency, licensed by the NFRC.

> **EXCEPTION:** Shading coefficients (SC) shall be an acceptable alternate for compliance with solar heat gain coefficient requirements. Shading coefficients for glazing shall be taken from Chapter 31 of Standard RS-1 or from the manufacturer's test data.

**1313 Moisture Control**

**1313.1 Vapor Retarders:** Vapor retarders shall be installed on the warm side (in winter) of insulation as required by this section.

> **EXCEPTION:** Vapor retarder installed with not more than 1/3 of the nominal R-value between it and the conditioned space.

**1313.2 Roof/Ceiling Assemblies:** Roof/ceiling assemblies where the ventilation space above the insulation is less than an average of 12 inches shall be provided with a vapor retarder. (For enclosed attics and enclosed rafter spaces, see Section 1203.2 of the International Building Code.) Roof/ceiling assemblies without a vented airspace, allowed only where neither the roof deck nor the roof structure are made of wood, shall provide a continuous vapor retarder with taped seams.

> **EXCEPTION:** Vapor retarders need not be provided where all of the insulation is installed between the roof membrane and the structural roof deck.

**1313.3 Walls:** Walls separating conditioned space from unconditioned space shall be provided with a vapor retarder.

**1313.4 Floors:** Floors separating conditioned space from unconditioned space shall be provided with a vapor retarder.

**1313.5 Crawlspaces:** A ground cover of six mil (0.006 inch thick) black polyethylene or approved equal shall be laid over the ground within crawlspaces. The ground cover shall be overlapped 12 inches minimum at the joints and shall extend to the foundation wall.

> **EXCEPTION:** The ground cover may be omitted in crawl spaces if the crawlspace has a concrete slab floor with a minimum thickness of 3-1/2 inches.

**1314 Air Leakage**

**1314.1 Building Envelope:** The requirements of this section shall apply to building elements separating conditioned from unconditioned spaces. Exterior joints around windows and door frames, openings between walls and foundation, between walls and roof and wall panels; openings at penetrations of utility services through walls, floors and roofs; and all other openings in the building envelope shall be sealed, caulked, gasketed or weatherstripped to limit air leakage.

**1314.2 Glazing and Doors:** Doors and operable glazing separating conditioned from unconditioned space shall be weatherstripped. Fixed windows shall be tight fitting with glass retained by stops with sealant or caulking all around.

> **EXCEPTION:** Openings that are required to be fire resistant.

**1314.3 Building Assemblies Used as Ducts or Plenums:** Building assemblies used as ducts or plenums shall be sealed, caulked and gasketed to limit air leakage.

**1314.4 Recessed Lighting Fixtures:** When installed in the building envelope, recessed lighting fixtures shall be Type IC rated, and certified under ASTM E283 to have no more than 2.0 cfm air movement from the conditioned space to the ceiling cavity. The lighting fixture shall be tested at 75 Pascals or 1.57 lbs/ft$^2$ pressure difference and have a label attached, showing compliance with this test method. Recessed lighting fixtures shall be installed with a gasket or caulk between the fixture and ceiling to prevent air leakage.

## SECTION 1320 — PRESCRIPTIVE BUILDING ENVELOPE OPTION

**1321 General:** This section establishes building envelope design criteria in terms of prescribed requirements for building construction.

**1322 Opaque Envelope:** Roof/ceilings, opaque exterior walls, opaque doors, floors over unconditioned space, below-grade walls, slab-on-grade floors and radiant floors enclosing conditioned spaces shall be insulated according to Section 1311 and Tables 13-1 or 13-2. Compliance with nominal R-values shall be demonstrated for the thermal resistance of the added insulation in framing cavities and/or insulated sheathing only. Nominal R-values shall not include the thermal transmittance of other building materials or air films.

For metal frame assemblies used in spaces with electric resistance space heat, compliance shall be demonstrated with the component U-factor for the overall assembly based on the assemblies in Chapter 10.

> **EXCEPTIONS:** 1. Opaque smoke vents are not required to meet insulation requirements.
>
> 2. For prescriptive compliance only:

> a. For glazing areas that are 30% and less of the gross wall area, the insulation of the perimeter edge of an above grade floor slab which penetrates the exterior wall may be reduced to R-5 provided the glazing U-factor is reduced to U-0.05 below that required in Tables 13-1 and 13.2.
>
> b. For glazing areas that exceed 30% of the gross wall area, the perimeter edge of an above grade floor slab which penetrates the exterior wall may be left uninsulated provided the glazing U-factor is reduced by U-0.10 below that required in Tables 13-1 and 13-2.

**1323 Glazing:** Glazing shall comply with Section 1312 and Tables 13-1 or 13-2. All glazing shall be, at a minimum, double glazing.

> **EXCEPTIONS:** 1. Vertical glazing located on the display side of the street level story of a retail occupancy provided the glazing
>
> a. is double-glazed with a minimum 1/2 inch airspace and with a low-e coating having a maximum emittance of e-0.40 or has an area weighted U-factor of 0.60 or less. (When this exception is used, there are no SHGC requirements), and
>
> b. does not exceed 75 % of the gross exterior wall area of the display side of the street level story. However, if the display side of the street level story exceeds 20 feet in height, then this exception may only be used for the first 20 feet of that story.
>
> When this exception is utilized, separate calculations shall be performed for these sections of the building envelope and these values shall not be averaged with any others for compliance purposes. The 75% area may be exceeded on the street level, if the additional glass area is provided from allowances from other areas of the building.
>
> 2. Single glazing for ornamental, security or architectural purposes shall be included in the percentage of the total glazing area, U-factor calculation and SHGC as allowed in the Tables 13-1 or 13-2. The maximum area allowed for the total of all single glazing is 1% of the gross exterior wall area.

**1323.1 Area:** The percentage of total glazing (vertical and overhead) area relative to the gross exterior wall area shall not be greater than the appropriate value from Tables 13-1 or 13-2 for the vertical glazing U-factor, overhead glazing U-factor and solar heat gain coefficient selected.

**1323.2 U-Factor:** The area-weighted average U-factor of vertical glazing shall not be greater than that specified in Tables 13-1 or 13-2 for the appropriate area and solar heat gain coefficient. The area-weighted average U-factor of overhead glazing shall not be greater than that specified in Tables 13-1 or 13-2 for the appropriate area and solar heat gain coefficient. U-factors for glazing shall be determined in accordance with Section 1312.

**1323.3 Solar Heat Gain Coefficient:** The area-weighted average solar heat gain coefficient of all glazing shall not be greater than that specified in Tables 13-1 or 13-2 for the appropriate area and U-factor.

## SECTION 1330 — COMPONENT PERFORMANCE BUILDING ENVELOPE OPTION

**1331 General:**  Buildings or structures whose design heat loss rate ($UA_p$) and solar heat gain coefficient rate ($SHGC * A_p$) are less than or equal to the target heat loss rate ($UA_t$) and solar heat gain coefficient rate ($SHGC * A_t$) shall be considered in compliance with this section. The stated U-factor, F-factor or allowable area of any component assembly, listed in Tables 13-1 or 13-2, such as roof/ceiling, opaque wall, opaque door, glazing, floor over conditioned space, slab-on-grade floor, radiant floor or opaque floor may be increased and the U-factor or F-factor for other components decreased, provided that the total heat gain or loss for the entire building envelope does not exceed the total resulting from compliance to the U-factors, F-factors or allowable areas specified in this section.

> **EXCEPTION:**  Compliance is also allowed to be shown using RS-32 for Climate Zone 1.

**1332 Component U-Factors:**  The U-factors for typical construction assemblies are included in Chapter 10. These values shall be used for all calculations. Where proposed construction assemblies are not represented in Chapter 10, values shall be calculated in accordance with Chapters 23 through 30 in Standard RS-1 listed in Chapter 7, using the framing factors listed in Chapter 10. For envelope assemblies containing metal framing, the U-factor shall be determined by one of the following methods:

1.  Results of laboratory measurements according to acceptable methods of test.

2.  Standard RS-1, listed in Chapter 7, where the metal framing is bonded on one or both sides to a metal skin or covering.

3.  The zone method as provided in Chapter 25 of Standard RS-1, listed in Chapter 7.

4.  Effective framing/cavity R-values as provided in Table 10-5A.

When return air ceiling plenums are employed, the roof/ceiling assembly shall:

a.  For thermal transmittance purposes, not include the ceiling proper nor the plenum space as part of the assembly; and

b.  For gross area purposes, be based upon the interior face of the upper plenum surface.

**1333 UA Calculations:**  The target $UA_t$ and the proposed $UA_p$ shall be calculated using Equations 13-1 and 13-2 and the corresponding areas and U-factors from Table 13-1 or 13-2. For the target $UA_t$ calculation, the overhead glazing shall be located in roof/ceiling area and the remainder of the glazing allowed per Table 13-1 or 13-2 shall be located in the wall area.

**1334 Solar Heat Gain Coefficient Rate Calculations:** Solar heat gain coefficient shall comply with Section 1323.3.  The target $SHGCA_t$ and the proposed $SHGCA_p$ shall be calculated using Equation 13-3 and 13-4 and the corresponding areas and SHGCs from Table 13-1 or 13-2.

**100**

**EQUATION 13-1**
**Target UA$_t$**

$$UA_t = U_{rat}A_{rat} + U_{ograt}A_{ograt} + U_{ort}A_{ort} + U_{ogort}A_{ogort} + U_{wt}A_{wt} + U_{vgt}A_{vgt} + U_{dt}A_{dt} + U_{ft}A_{ft} + F_{st}P_{st} + U_{bgwt}A_{bgwt}$$

$Ua_t$    =    The target combined specific heat transfer of the gross roof/ceiling assembly, exterior wall and floor area.

Where:

$U_{rat}$    =    The thermal transmittance value for roofs over attics found in Table 13-1 or 13-2.

$U_{ograt}$ =    The thermal transmittance for overhead glazing found in Table 13-1 or 13-2 which corresponds to the proposed total glazing area as a percent of gross exterior wall area.

$U_{ort}$    =    The thermal transmittance value for other roofs found in Table 13-1 or 13-2.

$U_{ogort}$ =    The thermal transmittance for overhead glazing found in Table 13-1 or 13-2 which corresponds to the proposed total glazing area as a percent of gross exterior wall area.

$U_{wt}$    =    The thermal transmittance value for opaque walls found in Table 13-1 or 13-2.

$U_{vgt}$    =    The thermal transmittance value for vertical glazing found in Table 13-1 or 13-2 which corresponds to the proposed total glazing area as a percent of gross exterior wall area.

$U_{dt}$    =    The thermal transmittance value for opaque doors found in Table 13-1 or 13-2.

$U_{ft}$    =    The thermal transmittance value for floors over unconditioned space found in Table 13-1 or 13-2.

$F_{st}$    =    The F-factor for slab-on-grade and radiant slab floors found in Table 13-1 or 13-2.

$U_{bgwt}$ =    The thermal transmittance value for opaque walls found in Table 13-1 or 13-2.

$A_{dt}$    =    The proposed opaque door area, $A_d$.

$A_{ft}$    =    The proposed floor over unconditioned space area, $A_f$.

$P_{st}$    =    The proposed lineal feet of slab-on-grade and radiant slab floor perimeter, $P_s$.

$A_{bgwt}$ =    The proposed below grade wall area, $A_{bgw}$.

**and;**

if the total amount of glazing area as a percent of gross exterior wall area does not exceed the maximum allowed in Table 13-1 or 13-2:

    $A_{rat}$    =    The proposed roof over attic area, $A_{ra}$.

    $A_{ograt}$ =    The proposed overhead glazing area in roofs over attics, $A_{ogra}$.

    $A_{ort}$    =    The proposed other roof area, $A_{or}$.

    $A_{ogort}$ =    The proposed overhead glazing area in other roofs, $A_{ogor}$.

    $A_{wt}$    =    The proposed opaque above grade wall area, $A_w$.

    $A_{vgt}$    =    The proposed vertical glazing area, $A_{vg}$.

or;

**101**

if the total amount of glazing area as a percent of gross exterior wall area exceeds the maximum allowed in Table 13-1 or 13-2:

$A_{rat}$ =  The greater of:

the proposed roof over attic area, and

the gross roof over attic area minus $A_{ograt}$.

$A_{ograt}$ = The lesser of:

proposed overhead glazing area in roofs over attics, and

the maximum allowed glazing area from Table 13-1 or 13-2.

$A_{ort}$ =  The greater of:

the proposed other roof area, and

the gross other roof area minus $A_{ogort}$.

$A_{ogort}$ = The lesser of:

the proposed overhead glazing area in other roofs, and

the maximum allowed glazing area from Table 13-1 or 13-2 minus $A_{ograt}$.

$A_{wt}$ =  The greater of:

proposed opaque above grade wall area, and

the gross exterior above grade wall area minus $A_{dt}$ minus $A_{vgt}$.

$A_{vgt}$ = The lesser of:

the proposed vertical glazing area, and

the maximum allowed glazing area from Table 13-1 or 13-2 minus $A_{ograt}$ minus $A_{ogort}$.

**102**
74

## EQUATION 13-2
### Proposed UA$_p$

$$UA_p = U_{ra}A_{ra}+U_{or}A_{or}+U_{og}A_{og}+U_wA_w+U_dA_d+U_{vg}A_{vg}+U_fA_f+F_sP_s+U_{bgw}A_{bgw}$$

Where:

$UA_p$ = The combined proposed specific heat transfer of the gross exterior wall, floor and roof/ceiling assembly area.

$U_{ra}$ = The thermal transmittance of the roof over attic area.

$A_{ra}$ = Opaque roof over attic area.

$U_{or}$ = The thermal transmittance of the other roof area.

$A_{or}$ = Opaque other roof area.

$U_{og}$ = The thermal transmittance for the overhead glazing.

$A_{og}$ = Overhead glazing area.

$U_w$ = The thermal transmittance of the opaque wall area.

$A_w$ = Opaque above grade wall area (not including opaque doors).

$U_{vg}$ = The thermal transmittance of the vertical glazing area.

$A_{vg}$ = Vertical glazing area.

$U_d$ = The thermal transmittance value of the opaque door area.

$A_d$ = Opaque door area.

$U_f$ = The thermal transmittance of the floor over unconditioned space area.

$A_f$ = Floor area over unconditioned space.

$F_s$ = Slab-on-grade or radiant floor component F-factor.

$P_s$ = Lineal feet of slab-on-grade or radiant floor perimeter.

$U_{bgw}$ = The thermal transmittance value of the below grade wall area.

$A_{bgw}$ = Below grade wall area as defined in Tables 13-1 or 13-2.

**NOTE:** Where more than one type of wall, window, roof/ceiling, door and skylight is used, the U and A terms for those items shall be expanded into sub-elements as:

$$U_{w1}A_{w1}+U_{w2}A_{w2}+U_{w3}A_{w3}+...etc.$$

**EQUATION 13-3**
**Target SHGCA$_t$**

$SHGCA_t = SHGC_t (A_{ograt} + A_{ogort} + A_{vgt})$

Where:

$SHGCA_t$    = The target combined specific heat gain of the target glazing area.

$SHGC_t$     = The solar heat gain coefficient for glazing found in Table 13-1 or 13-2 which corresponds to the proposed total
glazing area as a percent of gross exterior wall area, and

$A_{ograt}$ , $A_{ogort}$ , and $A_{vgt}$ are defined under Equation 13-1.

**EQUATION 13-4**
**Proposed SHGCA$_p$**

$SHGCA_p = SHGC_{og}A_{og} + SHGC_{vg}A_{vg}$

Where:

$SHGCA_t$    = The combined proposed specific heat gain of the proposed glazing area.

$SHGC_{og}$   = The solar heat gain coefficient of the overhead glazing.
$A_{og}$=       The overhead glazing area.

$SHGC_{vg}$   = The solar heat gain coefficient of the vertical glazing.
$A_{vg}$        = The vertical glazing area.

**104**
76

**TABLE 13-1**
**BUILDING ENVELOPE REQUIREMENTS FOR CLIMATE ZONE 1**

**Minimum Insulation R-Values or Maximum Component U-Factors for Zone 1**

Building Components

| Space Heat Type | Components | | | | | |
|---|---|---|---|---|---|---|
| | Roofs Over Attic[3] | All Other Roofs[3] | Opaque Walls[1,2] | Opaque Doors | Floor Over Uncond Space | Slab-On-Grade[5] |
| 1.  Electric resistance heat** | R-38 or U=0.031 | R-30 or U=0.034 | R-19 or U=0.062 | U=0.60 | R-30 or U=0.029 | R-10 or F=0.54 |
| 2.  All others including heat pumps and VAV | R-30 or U=0.036 | R-21 or U=0.046 | (a)  Metal framing: R-19 or U=0.109; (b)  Wood framing & framing other than metal: R-19 or U=0.062 | U=0.60 | R-19 or U=0.056 | R-10 or F=0.54 |

**\*\* Compliance with nominal prescriptive R-values requires wood framing**

**Maximum Glazing Areas and U-Factors and**
**Maximum Glazing Solar Heat Gain Coefficients for Zone 1**

Glazing

| Maximum Glazing Area as % of Wall | 0% to 30% | | | >30% to 45% | | |
|---|---|---|---|---|---|---|
| | Maximum U-Factor | | Max SHGC[4] | Maximum U-Factor | | Max SHGC[4] |
| | VG | OG | | VG | OG | |
| 1.  Electric resistance heat | 0.40 | 0.60 | 0.40 | **Prescriptive Path Not Allowed** | | |
| 2.  All others including heat pumps and VAV | 0.55 | 0.70 | 0.45 | 0.45 | 0.60 | 0.40 |

**Footnotes**

1. **Below Grade Walls:**
   When complying by the prescriptive approach, Section 1322:
   a)  walls insulated on the interior shall use opaque wall values,
   b)  walls insulated on the exterior shall use a minimum of R-10 insulation,
   c)  walls shall be insulated for the first 10 feet below grade. (There shall be no credit for those portions of below grade walls and footings that are more than 10 feet below grade, and those portions 10 feet below grade shall not be included in the gross exterior wall area.)

   When complying by the component performance approach, Section 1331:
   a)  walls insulated on the interior shall use the opaque wall values when determining $U_{bgwt}$ ,
   b)  walls insulated on the exterior shall use a target U-factor of U=0.070 for $U_{bgwt}$ ,
   c)  the calculations shall include the first 10 feet of walls below grade. (Those portions of below grade walls and footings that are more than 10 feet below grade shall not be included in the gross exterior wall area and shall not be included when determining $A_{bgwt}$ and $A_{bgw}$.

2. **Concrete and Masonry Walls:**  If the area weighted heat capacity of the total opaque above grade wall is a minimum of 9.0 Btu/ft$^2$ • °F, then:
   a)  The area weighted average U-factor may be increased to U-0.15 maximum, or a minimum additional R-5.7 continuous insulation uninterrupted by framing; or
   b)  The wall may be ASTM C90 concrete block walls, ungrouted or partially grouted at 32 in. or less on center vertically and 48 in. or less on center horizontally, with ungrouted cores filled with material having a maximum thermal conductivity of 0.44 Btu-in/h•ft$^2$•°F.
   -- Individual walls with heat capacities less than 9.0 Btu/ft$^2$ •°F and below grade walls shall meet opaque wall requirements listed above.
   -- Glazing shall comply with the glazing requirements listed above.

3. **Roof Types:** A roof over attic is where the roof structure has at least 30 inches clear distance from the top of the bottom chord of a truss or ceiling joist to the underside of the sheathing at the roof ridge, and the ceiling is attached to the ceiling joist or the bottom of the truss or ceiling joist. Anything else is considered all other roofs.

4. **SHGC (Solar Heat Gain Coefficient per Section 1312.2):**  May substitute Maximum Shading Coefficient (SC) for SHGC (See Chapter 2 for definition of Shading Coefficient).

5. **Radiant Floors:** Where insulation is required under the entire slab, radiant floors shall use a minimum of R-10 insulation or F=0.55 maximum.  Where insulation is not required under the entire slab, radiant floors shall use R-10 perimeter insulation according to Section 1311.6 or F=0.78 maximum.

WASHINGTON STATE ENERGY CODE

**TABLE 13-2**
**BUILDING ENVELOPE REQUIREMENTS FOR CLIMATE ZONE 2**

**Minimum Insulation R-Values or Maximum Component U-Factors for Zone 2**

Building Components

| Space Heat Type | Components | | | | | |
|---|---|---|---|---|---|---|
| | Roofs Over Attic[3] | All Other Roofs[3] | Opaque Walls[1,2] | Opaque Doors | Floor Over Uncond Space | Slab On Grade[5] |
| 1. Electric resistance heat** | R-38 or U=0.031 | R-30 or U=0.034 | R-24 or U=0.044 | U=0.60 | R-30 or U=0.029 | R-10 or F=0.54 |
| 2. All others including heat pumps and VAV | R-38 or U=0.031 | R-25 or U=0.039 | (a) Metal framing: R-13 cavity insul. + R-3.8 continuous insul. or U=0.084; (b) Wood framing & framing other than metal: R-19 or U=0.062 | U=0.60 | R-21 or U=0.047 | R-10 or F=0.54 |

** Compliance with nominal prescriptive r-values requires wood framing

**Maximum Glazing Areas and U-Factors and**
**Maximum Glazing Solar Heat Gain Coefficients for Zone 2**

Glazing

| Maximum Glazing Area as % of Wall | 0% to 30% | | | >30% to 45% | | |
|---|---|---|---|---|---|---|
| | Maximum U-Factor | | Max SHGC[4] | Maximum U-Factor | | Max SHGC[4] |
| | VG | OG | | VG | OG | |
| 1. Electric resistance heat | 0.40 | 0.60 | 0.40 | Prescriptive Path Not Allowed | | |
| 2. All others including heat pumps and VAV | 0.55 | 0.70 | 0.45 | 0.45 | 0.60 | 0.40 |

Footnotes

1. **Below Grade Walls:**
   When complying by the prescriptive approach, Section 1322:
   a) walls insulated on the interior shall use opaque wall values,
   b) walls insulated on the exterior shall use a minimum of R-12 insulation,
   c) walls shall be insulated for the first 10 feet below grade. (There shall be no credit for insulating those portions of below grade walls and footings that are more than 10 feet below grade, and those portions below 10 feet shall not be included in the gross exterior wall area.)

   When complying by the component performance approach, Section 1331:
   a) walls insulated on the interior shall use the opaque wall values when determining $U_{bgwt}$ ,
   b) walls insulated on the exterior shall use a target U-factor of U=0.061 for $U_{bgwt}$ ,
   c) the calculations shall include the first 10 feet of walls below grade. (Those portions of below grade walls and footings that are more than 10 feet below grade shall not be included in the gross exterior wall area and shall not be included when determining $A_{bgwt}$ and $A_{bgw}$.

2. **Concrete and Masonry Walls:** If the area weighted heat capacity of the total opaque above grade wall is a minimum of 9.0 Btu/ft$^2$ • °F, then the U-factor may be increased to 0.123 maximum, or minimum additional R-7.6 continuous insulation uninterrupted by framing.
   --Individual walls with heat capacities less than 9.0 Btu/ft$^2$ • °F and below grade walls shall meet opaque wall requirements listed above.
   --Glazing shall comply with the glazing requirements listed above.

3. **Roof Types:** A roof over attic is where the roof structure has at least 30 inches clear distance from the top of the bottom chord of a truss or ceiling joist to the underside of the sheathing at the roof ridge, and the ceiling is attached to the ceiling joist or the bottom of the truss or ceiling joist. Anything else is considered all other roofs.

4. **SHGC (Solar Heat Gain Coefficient per Section 1312.2):** May substitute Maximum Shading Coefficient (SC) for SHGC (See Chapter 2 for definition of Shading Coefficient).

5. **Radiant Floors:** Where insulation is required under the entire slab, radiant floors shall use a minimum of R-10 insulation or F=0.55 maximum. Where insulation is not required under the entire slab, radiant floors shall use R-10 perimeter insulation according to Section 1311.6 or F=0.78 maximum.

**106**

# CHAPTER 14
# BUILDING MECHANICAL SYSTEMS

**1401 Scope:** This section covers the determination of requirements, system and component performance, control requirements and duct construction.

**1402 Mechanical Ventilation:** The minimum requirements for ventilation shall comply with the Washington State Ventilation and Indoor Air Quality Code (WAC 51-13).

## SECTION 1410 — GENERAL REQUIREMENTS:

The building mechanical system shall comply with Sections 1411 through 1416, Sections 1440 through 1443, Sections 1450 through 1454, and with one of the following paths:

a. Simple Systems (Packed Unitary Equipment), Sections 1420 through 1424

b. Complex Systems, Sections 1430 through 1439

c. Systems Analysis.  See Section 1141.4

## FIGURE 14A
## MECHANICAL SYSTEMS COMPLIANCE PATH

| Section Number | Subject | Simple Systems Path | Complex Systems Path | Systems Analysis Option |
|---|---|---|---|---|
| 1410 | General Requirements | X | X | X |
| 1411 | HVAC Equipment Performance Requirements | X | X | X |
| 1412 | Controls | X | X | X |
| 1413 | Air Economizers | X | X | X |
| 1414 | Ducting Systems | X | X | X |
| 1415 | Piping Systems | X | X | X |
| 1416 | Completion Requirements | X | X | X |
| 1420 | Simple Systems (Packaged Unitary Equipment) | X | | |
| 1421 | System Type | X | | |
| 1422 | Controls | X | | |
| 1423 | Economizers | X | | |
| 1424 | Separate Air Distribution Systems | X | | |
| 1430 | Complex Systems | | X | |
| 1431 | System Type | | X | |
| 1432 | Controls | | X | |
| 1433 | Economizers | | X | |
| 1434 | Separate Air Distribution Systems | | X | |
| 1435 | Simultaneous Heating and Cooling | | X | |
| 1436 | Heat Recovery | | X | |
| 1437 | Electric Motor Efficiency | | X | |
| 1438 | Variable Flow Systems | | X | |
| 1439 | Exhaust Hoods | | X | |
| RS-29 | Systems Analysis | | | X |
| 1440 | Service Water Heating | X | X | X |
| 1441 | Water Heater Installation | X | X | X |
| 1442 | Shut Off Controls | X | X | X |
| 1443 | Pipe Insulation | X | X | X |
| 1450 | Heated Pools | X | X | X |
| 1451 | General | X | X | X |
| 1452 | Pool Water Heaters | X | X | X |
| 1453 | Controls | X | X | X |
| 1454 | Pool Covers | X | X | X |

## 1411 HVAC Equipment Performance Requirements

**1411.1 General:** Equipment shall have a minimum performance at the specified rating conditions not less than the values shown in Tables 14-1A through 14-1G. If a nationally recognized certification program exists for a product covered in Tables 14-1A through 14-1G, and it includes provisions for verification and challenge of equipment efficiency ratings, then the product shall be listed in the certification program.

Gas-fired and oil-fired forced air furnaces with input ratings ≥ 225,000 Btu/h (65 kW) and all unit heaters shall also have an intermittent ignition or interrupted device (IID), and have either mechanical draft (including power venting) or a flue damper. A vent damper is an acceptable alternative to a flue damper for furnaces where combustion air is drawn from the conditioned space. All furnaces with input ratings ≥ 225,000 Btu/h (65 kW), including electric furnaces, that are not located within the conditioned space shall have jacket losses not exceeding 0.75% of the input rating.

**1411.2 Rating Conditions:** Cooling equipment shall be rated at ARI test conditions and procedures when available. Where no applicable procedures exist, data shall be furnished by the equipment manufacturer.

**1411.3 Combination Space and Service Water Heating:** For combination space and service water heaters with a principal function of providing space heat, the Combined Annual Efficiency (CAE) may be calculated by using ASHRAE Standard 124-1991. Storage water heaters used in combination space heat and water heat applications shall have either an Energy Factor (EF) or a Combined Annual Efficiency (CAE) of not less than the following:

|  | Energy Factor (EF) | Combined Annual Efficiency (CAE) |
|---|---|---|
| < 50 gallon storage | 0.58 | 0.71 |
| 50 to 70 gallon storage | 0.57 | 0.71 |
| > 70 gallon storage | 0.55 | 0.70 |

**1411.4 Packaged Electric Heating and Cooling Equipment:** Packaged electric equipment providing both heating and cooling with a total cooling capacity greater than 20,000 Btu/h shall be a heat pump.

   **EXCEPTION:** Unstaffed equipment shelters or cabinets used solely for personal wireless service facilities.

## 1412 Controls

**1412.1 Temperature Controls:** Each system shall be provided with at least one temperature control device. Each zone shall be controlled by individual thermostatic controls responding to temperature within the zone. At a minimum, each floor of a building shall be considered as a separate zone.

**1412.2 Deadband Controls:** When used to control both comfort heating and cooling, zone thermostatic controls shall be capable of a deadband of at least 5°F within which the supply of heating and cooling energy to the zone is shut off or reduced to a minimum.

   **EXCEPTIONS:** 1. Special occupancy, special usage or code requirements where deadband controls are not appropriate.
   2. Thermostats that require manual changeover between heating and cooling modes.

**1412.3 Humidity Controls:** If a system is equipped with a means for adding moisture, a humidistat shall be provided.

**1412.4 Setback and Shut-Off:** HVAC systems shall be equipped with automatic controls capable of accomplishing a reduction of energy use through control setback or equipment shutdown during periods of non-use or alternate use of the spaces served by the system. The automatic controls shall:

a. Have a minimum seven-day clock and be capable of being set for seven different day types per week,

b. Be capable of retaining programming and time settings during loss of power for a period of at least ten hours, and

c. Include an accessible manual override, or equivalent function (e.g., telephone interface), that allows temporary operation of the system for up to two hours.

   **EXCEPTIONS:** 1. Systems serving areas which require continuous operation at the same temperature setpoint.
   2. Equipment with full load demands of 2 kW (6,826 Btu/h) or less may be controlled by readily accessible manual off-hour controls.
   3. Systems controlled by an occupant sensor that is capable of shutting the system off when no occupant is sensed for a period of up to 30 minutes.
   4. Systems controlled solely by a manually operated timer capable of operating the system for no more than two hours.

**1412.4.1 Dampers:** Outside air intakes, exhaust outlets and relief outlets serving conditioned spaces shall be equipped with motorized dampers which close automatically when the system is off or upon power failure. Stair shaft and elevator shaft smoke relief openings shall be equipped with normally open (fails to open upon loss of power) dampers. These dampers shall remain closed until activated by the fire alarm system or other approved smoke detection system.

   **EXCEPTIONS:** 1. Systems serving areas which require continuous operation.
   2. Combustion air intakes.
   3. Gravity (nonmotorized) dampers are acceptable in buildings less than three stories in height.
   4. Gravity (nonmotorized) dampers are acceptable in exhaust and relief outlets in the first story and levels below the first story of buildings three or more stories in height.
   5. Type 1 Grease hoods exhaust.

Dampers installed to comply with this section, including dampers integral to HVAC equipment, shall have a maximum leakage rate when tested in accordance with AMCA Standard 500 of:

a. Motorized Dampers: 10 cfm/ft² of damper area at 1.0 inch w.g.

b. Nonmotorized Dampers: 20 cfm/ft² of damper area at 1.0 inch w.g., except that for nonmotorized dampers smaller than 24 inches in either dimension: 40 cfm/ft² of damper area at 1.0 inch w.g.

Drawings shall indicate compliance with this section.

**1412.4.2 Optimum Start Controls:** Heating and cooling systems with design supply air capacities exceeding 10,000 cfm shall have optimum start controls. Optimum start controls shall be designed to automatically adjust the start time of an HVAC system each day to bring the space to desired occupied temperature levels immediately before scheduled occupancy. The control algorithm shall, as a minimum, be a function of the difference between space temperature and occupied setpoint and the amount of time prior to scheduled occupancy.

**1412.5 Heat Pump Controls:** Unitary air cooled heat pumps shall include microprocessor controls that minimize supplemental heat usage during start-up, set-up, and defrost conditions. These controls shall anticipate need for heat and use compression heating as the first stage of heat. Controls shall indicate when supplemental heating is being used through visual means (e.g., LED indicators).

**1412.6 Combustion Heating Equipment Controls:** Combustion heating equipment with a capacity over 225,000 Btu/h shall have modulating or staged combustion control.

**EXCEPTIONS:** 1. Boilers. 2. Radiant heaters.

**1412.7 Balancing:** Each air supply outlet or air or water terminal device shall have a means for balancing, including but not limited to, dampers, temperature and pressure test connections and balancing valves.

**1412.8 Ventilation Controls for High-Occupancy Areas:** Demand control ventilation (DCV) is required for spaces that are larger than 500 ft², have a design occupancy for ventilation of greater than 40 people for 1000 ft² of floor area, and are served by systems with one or more of the following:

a. An air-side economizer,

b. Automatic modulating control of the outdoor air damper, or

c. A design outdoor airflow greater than 3000 cfm.

**EXCEPTIONS:** 1.Systems with energy recovery complying with Section 1436.

2. Multiple-zone systems without direct-digital control of individual zones communicating with a central control panel.

3. Systems with a design outdoor airflow less than 1200 cfm.

4. Spaces where the supply airflow rate minus any makeup or outgoing transfer air requirement is less than 1200 cfm.

**1413   Economizers**

**1413.1 Operation:** Air economizers shall be capable of automatically modulating outside and return air dampers to provide 100% of the design supply air as outside air to reduce or eliminate the need for mechanical cooling. Air economizers shall be used for RS-29 analysis base case for all systems without exceptions in Sections 1413, 1423, or 1433. Water economizers shall be capable of providing the total concurrent cooling load served by the connected terminal equipment lacking airside economizer, at outside air temperatures of 45°F dry-bulb/40°F wet-bulb and below. For this calculation, all factors including solar and internal load shall be the same as those used for peak load calculations, except for the outside temperatures.

**EXCEPTION:** Water economizers using air-cooled heat rejection equipment may use a 35°F dry-bulb outside air temperature for this calculation. This exception is limited to a maximum of 20 tons per building.

**1413.2 Documentation:** Water economizers plans submitted for approval shall include the following information:

1. Maximum outside air conditions for which economizer is sized to provide full cooling.

2. Design cooling load to be provided by economizer at this outside air condition.

3. Heat rejection and terminal equipment performance data including model number, flow rate, capacity, entering and leaving temperature in full economizer cooling mode.

**1413.3 Integrated Operation:** The HVAC system and its controls shall allow economizer operation when mechanical cooling is required simultaneously. Air and water economizers shall be capable of providing partial cooling even when additional mechanical cooling is required to meet the remainder of the cooling load.

**EXCEPTIONS:** 1. Individual, direct expansion units that have a rated capacity less than 65,000 Btu/h and use nonintegrated economizer controls that preclude simultaneous operation of the economizer and mechanical cooling.

2. Water-cooled water chillers with waterside economizer.

**1413.4 Humidification:** If an air economizer is required on a cooling system for which humidification equipment is to be provided to maintain minimum indoor humidity levels, then the humidifier shall be of the adiabatic type (direct evaporative media or fog atomization type).

**EXCEPTIONS:** 1. Health care facilities where WAC 246-320-525 allows only steam injection humidifiers in ductwork downstream of final filters.

2. Systems with water economizer

3. 100% outside air systems with no provisions for air recirculation to the central supply fan.

4. Nonadiabatic humidifiers cumulatively serving no more than 10% of a building's air economizer capacity as measured in cfm. This refers to the system cfm serving rooms with stand alone or duct mounted humidifiers.

**1414 Ducting Systems**

**1414.1 Sealing:** Duct work which is designed to operate at pressures above ½ inch water column static pressure shall be sealed in accordance with Standard RS-7. Extent of sealing required is as follows:

1. Static pressure: ½ inch to 2 inches; seal transverse joints.

2. Static pressure: 2 inches to 3 inches; seal all transverse joints and longitudinal seams.

3. Static pressure: Above 3 inches; seal all transverse joints, longitudinal seams and duct wall penetrations.

Duct tape and other pressure sensitive tape shall not be used as the primary sealant where ducts are designed to operate at static pressure of 1 inch W.C. or greater.

**1414.2 Insulation:** Ducts and plenums that are constructed and function as part of the building envelope, by separating interior space from exterior space, shall meet all applicable requirements of Chapter 13. These requirements include insulation installation, moisture control, air leakage, and building envelope insulation levels. Unheated equipment rooms with combustion air louvers shall be isolated from the conditioned space by insulating interior surfaces to a minimum of R-11 and any exterior envelope surfaces per Chapter 13. Outside air ducts serving individual supply air units with less than 2,800 cfm of total supply air capacity shall be insulated to a minimum of R-7 and are not considered building envelope. Other outside air duct runs are considered building envelope until they,

1. connect to the heating or cooling equipment, or
2. are isolated from the exterior with an automatic shut-off damper complying with Section 1412.4.1.

Once outside air ducts meet the above listed requirements, any runs within conditioned space shall comply with Table 14-5 requirements.

Other ducts and plenums shall be thermally insulated per Table 14-5.

> **EXCEPTIONS:** 1. Within the HVAC equipment.
> 2. Exhaust air ducts not subject to condensation.
> 3. Exposed ductwork within a zone that serves that zone.

## 1415 Piping Systems

**1415.1 Insulation:** Piping shall be thermally insulated in accordance with Table 14-6.

> **EXCEPTION:** Piping installed within unitary HVAC equipment.

Cold water pipes outside the conditioned space shall be insulated in accordance with the Washington State Plumbing Code (WAC 51-56).

## 1416 Mechanical Systems Commissioning and Completion Requirements

**1416.1 General:** Commissioning is a systematic process of verification and documentation that ensures that the selected building systems have been designed, installed and function properly, efficiently, and can be maintained in accordance with the contract documents in order to satisfy the building owner's design intent and operational requirements. Drawing notes shall require commissioning and completion requirements in accordance with Section 1416. Drawing notes may refer to specifications for further requirements.

**1416.1.1 Simple Systems:** For simple systems, as defined in Section 1421, and for warehouses and semi-heated spaces, commissioning shall include, as a minimum:

a. A   Commissioning Plan,
b.   System Testing and Balancing,
c.   Controls Functional Performance Testing,
d.   A Preliminary Commissioning Report,
e.   Post Construction Documentation in the form of O&M and Record Drawing Review, and
f.   A Final Commissioning Report.

**1416.1.2 All Other Mechanical Systems:** For all other mechanical systems, commissioning shall include, as a minimum:

a. A   Commissioning Plan,
b.   System Testing and Balancing,
c.   Equipment Functional Performance Testing,
d.   Controls Functional Performance Testing,
e.   A Preliminary Commissioning Report,
f.   Post Construction Documentation (all), and
g.   A Final Commissioning Report.

**1416.2 Commissioning Requirements**

**1416.2.1 Commissioning Plan:** The plans shall require tests mandated by this section be performed and the results recorded. The plans shall require preparation of preliminary and final reports of test procedures and results as described herein. At a minimum, the plans shall identify the following for each test:

a.   A detailed explanation of the original design intent,
b.   Equipment and systems to be tested, including the extent of tests,
c.   Functions to be tested (for example, calibration, economizer control, etc.),
d.   Conditions under which the test shall be performed (for example, winter and summer design conditions, full outside air, etc.),
e.   Measurable criteria for acceptable performance.

**1416.2.2 Systems Balancing**

**1416.2.2.1 General:** Construction documents shall require that all HVAC systems be balanced in accordance with generally accepted engineering standards. Air and water flow rates shall be measured and adjusted to deliver final flow rates within 10% of design rates, except variable flow distribution systems need not be balanced upstream of the controlling device (for example, VAV box or control valve). Construction documents shall require a written balance report be provided to the owner. Drawing notes may refer to specifications for further systems balancing requirements.

**1416.2.2.2 Air System Balancing:** Air systems shall be balanced in a manner to first minimize throttling losses then, for fans with system power of greater than 1 hp, fan speed shall be adjusted to meet design flow conditions.

**1416.2.2.3 Hydronic System Balancing:** Hydronic systems shall be proportionately balanced in a manner to first minimize throttling losses, then the pump impeller shall be trimmed or pump speed shall be adjusted to meet design flow conditions.

> **EXCEPTIONS:** 1.  Pumps with pump motors of 10 hp or less.
>
> 2.  When throttling results in no greater than 5% of the nameplate horsepower draw above that required if the impeller were trimmed.

Each hydronic system shall have either the ability to measure pressure across the pump, or test ports at each side of each pump.

**1416.2.3 Functional Performance Testing**

**1416.2.3.1 Equipment/Systems Testing:**  Functional Performance Testing shall demonstrate the correct installation and operation of each component, system, and system-to-system intertie relationship in accordance with approved plans and specifications.  This demonstration is to prove the operation, function, and maintenance serviceability for each of the Commissioned systems. Testing shall include all modes of operation, including:

a.  All modes as described in the Sequence of Operation,

b.  Redundant or automatic back-up mode,

c.  Performance of alarms, and

d.  Mode of operation upon a loss of power and restored power.

**1416.2.3.2 Controls Testing:**  HVAC control systems shall be tested to ensure that control devices, components, equipment and systems are calibrated, adjusted and operate in accordance with approved plans and specifications. Sequences of operation shall be functionally tested to ensure they operate in accordance with approved plans and specifications.

**1416.2.4 Post Construction Commissioning**

**1416.2.4.1 General:**  Construction documents shall require post construction commissioning be provided to the building owner.  Drawing notes may refer to specifications for further commissioning requirements.  Post construction commissioning shall include, as a minimum, review and approval of Operation and Maintenance Materials, Record Drawings, and Systems Operational Training.

**1416.2.4.2 Operation and Maintenance (O & M) Manuals:**  The O & M manual shall be in accordance with industry accepted standards and shall include, at a minimum, the following:

a.  Submittal data stating equipment size and selected options for each piece of equipment requiring maintenance.

b.  Operation and maintenance manuals for each piece of equipment requiring maintenance, except equipment not furnished as part of the project.  Required routine maintenance actions shall be clearly identified.

c.  Names and addresses of at least one service agency.

d.  HVAC controls system maintenance and calibration information, including wiring diagrams, schematics, and control sequence descriptions.  Desired or field determined set points shall be permanently recorded on control drawings at control devices, or, for digital control systems, in programming comments.

e.  A complete narrative of how each system is intended to operate including:

> i.    A detailed explanation of the original design intent.
>
> ii.   The basis of design (how the design was selected to meet the design intent).
>
> iii.  A detailed explanation of how new equipment is to interface with existing equipment or systems (where applicable).
>
> iv.  Su  ggested set points.

NOTE:  Sequence of Operation is not acceptable as a narrative for this requirement.

**1416.2.4.3  Record Drawings:**  Record drawings shall include as a minimum the location and performance data on each piece of equipment, general configuration of duct and pipe distribution system, including sizes, and the terminal air and water design flow rates of the actual installation.

**1416.2.4.4 Systems Operational Training**:  The training of the appropriate maintenance staff for each equipment type and/or system shall include, as a minimum, the following:

a.  System/Equipment overview (what it is, what it does and which other systems and/or equipment does it interface with).

b.  Review of the available O&M materials.

c.  Review of the Record Drawings on the subject system/equipment.

d.  Hands-on demonstration of all normal maintenance procedures, normal operating modes, and all emergency shutdown and start-up procedures.

**1416.2.5 Commissioning Reports**

**1416.2.5.1 Preliminary Commissioning Report:**  A preliminary report of commissioning test procedures and results shall be completed and provided to the Owner. The preliminary commissioning report shall identify:

a.  Deficiencies found during testing required by this section which have not been corrected at the time of report preparation and the anticipated date of correction.

b.  Deferred tests which cannot be performed at the time of report preparation due to climatic conditions.

c.  Climatic conditions required for performance of the deferred tests, and the anticipated date of each deferred test.

**1416.2.5.2 Final Commissioning Report:**  A complete report of test procedures and results shall be prepared and filed with the owner.  The Final Commissioning Report shall identify:

a.  Results of all Functional Performance Tests.

**111**

WASHINGTON STATE ENERGY CODE

b. Disposition of all deficiencies found during testing, including details of corrective measures used or proposed.

c. All Functional Performance Test procedures used during the commissioning process including measurable criteria for test acceptance, provided herein for repeatability.

> **EXCEPTION:** Deferred tests which cannot be performed at the time of report preparation due to climatic conditions.

**1416.3 Acceptance Requirements**

**1416.3.1 Acceptance:** Buildings or portions thereof, required by this code to comply with this section, shall not be issued a final certificate of occupancy until such time that the building official determines that the preliminary commissioning report required by Section 1416.2.5.1 has been completed.

## SECTION 1420 — SIMPLE SYSTEMS (Packaged Unitary Equipment)

**1421 System Type:** To qualify as a simple system, systems shall be one of the following:

a. Air cooled, constant volume packaged equipment, which provide heating, cooling or both, and require only external connection to duct work and energy services.

b. Air cooled, constant volume split systems, which provide heating, cooling or both, with cooling capacity of 84,000 Btu/h or less.

c. Heating only systems which have a capacity of less than 5,000 cfm or which have a minimum outside air supply of less than 70% of the total air circulation.

All other systems shall comply with Sections 1430 through 1439.

**1422 Controls:** In addition to the control requirements in Section 1412, where separate heating and cooling equipment serve the same temperature zone, thermostats shall be interlocked to prevent simultaneous heating and cooling. Systems which provide heating and cooling simultaneously to a zone are prohibited.

**1423 Economizers:** Economizers meeting the requirements of Section 1413 shall be installed on:

a. cooling units installed outdoors or in a mechanical room adjacent to outdoors having a total cooling capacity greater than 20,000 Btu/h including those serving computer server rooms, electronic equipment, radio equipment, and telephone switchgear; and

b. other cooling units with a total cooling capacity greater than 54,000 Btu/h, including those serving computer server rooms, electronic equipment, radio equipment, and telephone switchgear.

> **EXCEPTION:** For Group R Occupancy, economizers meeting the requirement of Section 1413 shall be installed on single package unitary fan-cooling units having a total cooling capacity greater than 54,000Btu/h.

The total capacity of all units without economizers (i.e., those units with a total cooling capacity less than a and b above) shall not exceed 240,000 Btu/h per building, or 10%

of its aggregate cooling (economizer) capacity, whichever is greater. That portion of the equipment serving Group R occupancy is not included in determining the total capacity of all units without economizers in a building.

## SECTION 1430 — COMPLEX SYSTEMS

**1431 System Type:** All systems not qualifying for Sections 1420 through 1424 (Simple Systems), including field fabricated and constructed of system components, shall comply with Sections 1430 through 1439. Simple systems may also comply with Sections 1430 through 1439.

**1431.1 Field-Assembled Equipment and Components:** Field-assembled equipment and components from more than one manufacturer shall show compliance with this section and Section 1411 through calculations of total on-site energy input and output. The combined component efficiencies as measured per Section 1411.2, shall be in compliance with the requirements of Section 1411.1.

Total on-site energy input to the equipment shall be determined by combining the energy inputs to all components, elements and accessories such as compressors, internal circulating pumps, purge devices, viscosity control heaters and controls.

**1432 Controls**

**1432.1 Setback and Shut-Off:** Systems that serve zones with different uses, as defined in Table 15-1,

1. shall be served by separate systems, or

2. shall include isolation devices and controls to shut-off or set back the supply of heating and cooling to each zone independently.

> **EXCEPTION:** Isolation or separate systems are not required for zones expected to operate continuously or expected to be inoperative only when all other zones are inoperative.

**1432.2 Systems Temperature Reset Controls**

**1432.2.1 Air Systems for Multiple Zones:** Systems supplying heated or cooled air to multiple zones shall include controls which automatically reset supply air temperatures by representative building loads or by outside air temperature. Temperature shall be reset by at least 25% of the design supply-air-to-room-air temperature difference.

> **EXCEPTION:** Where specified humidity levels are required to satisfy process needs, such as computer rooms or museums.

**1432.2.2 Hydronic Systems:** Systems with a design capacity of 300,000 Btu/h or greater supplying heated or mechanically refrigerated water shall include controls which automatically reset supply water temperatures by representative building loads (including return water temperature) or by outside air temperature. Temperature shall be reset by at least 25% of the design supply-to-return water temperature differences.

> **EXCEPTIONS:** 1. Hydronic systems that use variable flow devices complying with Section 1438 to reduce pumping energy.
>
> 2. Steam boilers.
>
> 3. Systems that provide heating with 100ºF or lower supply temperature (e.g., water source heat pump loops).

To limit the heat loss from the heat rejection device (cooling tower), for hydronic heat pumps connected to a common heat pump water loop with central devices for heat rejection (e.g., cooling tower):

a.  If a closed-circuit tower (fluid cooler) is used, either an automatic valve shall be installed to bypass all but a minimal flow of water around the tower (for freeze protection), or low leakage positive closure dampers shall be provided.

b.  If an open-circuit tower is used directly in the heat pump loop, an automatic valve shall be installed to bypass all heat pump water flow around the tower.

c.  If an open-circuit tower is used in conjunction with a separate heat exchanger to isolate the tower from the heat pump loop, then heat loss shall be controlled by shutting down the circulation pump on the cooling tower loop.

For hydronic heat pumps connected to a common heat pump water loop with central devices for heat rejection (e.g., cooling tower) and having a total pump system power exceeding 10 hp, each hydronic heat pump shall have:

a.  A two-position two-way (but not three-way) valve, or

b.  A variable head pressure two-way (water regulating) control valve or pump.

For the purposes of this section, pump system power is the sum of the nominal power demand (i.e., nameplate horsepower at nominal motor efficiency) of motors of all pumps that are required to operate at design conditions to supply fluid from the heating or cooling source to all heat transfer devices (e.g., coils, heat exchanger) and return it to the source. This converts the system into a variable flow system and, as such, the primary circulation pumps shall comply with the variable flow requirements in Section 1438.

**1433 Economizers:** Air economizers meeting the requirements of Section 1413 shall be provided on all new systems including those serving computer server rooms, electronic equipment, radio equipment, telephone switchgear.

> **EXCEPTIONS:** 1. High-efficiency cooling units with SEER and EER values more than 10% higher than minimum efficiencies listed in Tables 14-1A, 14-1B and 14-1D, in the appropriate size category, using the same test procedures. The total capacity of all systems without economizers shall not exceed 480,000 Btu/h per building, or 20% of its air economizer capacity, whichever is greater. That portion of the equipment serving Group R Occupancy is not included in determining the total capacity of all units without economizers in a building. This exception shall not be used for RS-29 analysis nor include unitary cooling equipment installed outdoors nor in a mechanical room adjacent to outdoors.
>
> 2. Chilled water terminal units connected to systems with chilled water generation equipment with COP and IPLV values more than 10% higher than minimum efficiencies listed in Table 14-1C, in the appropriate size category, using the same test procedures. The total capacity of all systems without economizers shall not exceed 480,000 Btu/h per building, or 20% of its air economizer capacity, whichever is

greater. That portion of the equipment serving Group R Occupancy is not included in determining the total capacity of all units without economizers in a building. This exception shall not be used for RS-29 analysis.

3. Water-cooled refrigeration equipment provided with a water economizer meeting the requirements of Section 1413. Water economizer capacity per building shall not exceed 500 tons. This exception shall not be used for RS-29 analysis.

4. Systems for which at least 75% of the annual energy used for mechanical cooling is provided from heat-recovery or site-solar energy source.

5. Systems where special outside air filtration and treatment, for the reduction and treatment of unusual outdoor contaminants, makes an air economizer infeasible.

6. Systems that affect other systems (such as dehumidification and supermarket refrigeration systems) so as to increase the overall building energy consumption. New humidification equipment shall comply with Section 1413.4.

7. Systems complying with all of the following criteria:

a. Consist of multiple water source heat pumps connected to a common water loop;

b. Have a minimum of 60% air economizer;

c. Have water source heat pumps with an EER at least 15% higher for cooling and a COP at least 15% higher for heating than that specified in Section 1411;

d. Where provided, have a central boiler or furnace efficiency of:

 i. 90% minimum for units up to 199,000 Btu/h; and

 ii. 85% minimum for units above 199,000 Btu/h input; and

e. Provide heat recovery with a minimum 50% heat recovery effectiveness as defined in Section 1436 to preheat the outside air supply.

8. For Group R Occupancy, cooling units installed outdoors or in a mechanical room adjacent to outdoors with a total cooling capacity less than 20,000 Btu/h and other cooling units with a total cooling capacity less than 54,000 Btu/h.

**1434 Separate Air Distribution Systems:** Zones with special process temperature requirements and/or humidity requirements shall be served by separate air distribution systems from those serving zones requiring only comfort conditions; or shall include supplementary control provisions so that the primary systems may be specifically controlled for comfort purposes only.

> **EXCEPTION:** Zones requiring only comfort heating or comfort cooling that are served by a system primarily used for process temperature and humidity control provided that:
>
> 1.  The total supply air to those comfort zones is no more that 25% of the total system supply air, or
>
> 2.  The total conditioned floor area of the zones is less than 1,000 square feet.

**1435 Simultaneous Heating and Cooling:** Systems which provide heating and cooling simultaneously to a zone are prohibited. Zone thermostatic and humidistatic controls shall be capable of operating in sequence the supply of heating and cooling energy to the zone. Such controls shall prevent:

a.  Reheating for temperature control.

b.  Recooling for temperature control.

c. Mixing or simultaneous supply of air that has been previously mechanically heated and air that has been previously cooled, either by economizer systems or by mechanical refrigeration.

d. Other simultaneous operation of heating and cooling systems to the same zone.

e. Reheating for humidity control.

>    **EXCEPTIONS:** 1. Zones for which the volume of air that is reheated, recooled, or mixed is no greater than the larger of the following:
>
>    a. The volume of air required to meet the ventilation requirements of the Washington State Ventilation and Indoor Air Quality Code for the zone.
>
>    b. 0.4 cfm/ft$^2$ of the zone conditioned floor area, provided that the temperature of the primary system air is, by design or through reset controls, 0-12°F below the design space heating temperature when outside air temperatures are below 60°F for reheat systems and the cold deck of mixing systems and 0-12°F above design space temperature when outside air temperatures are above 60°F for recooling systems and the hot deck of mixing systems. For multiple zone systems, each zone need not comply with this exception provided the average of all zones served by the system that have both heating and cooling ability comply.
>
>    c. 300cfm. This exception is for zones whose peak flow rate totals no more than 10% of the total fan system flow rate.
>
>    d. Any higher rate that can be demonstrated, to the satisfaction of the building official, to reduce overall system annual energy usage by offsetting reheat/recool energy losses through a reduction in outdoor air intake in accordance with the multiple space requirements defined in ASHRAE Standard 62.
>
>    2. Zones where special pressurization relationships, cross-contamination requirements, or code-required minimum circulation rates are such that variable air volume systems are impractical.
>
>    3. Zones where at least 75% of the energy for reheating or for providing warm air in mixing systems is provided from a site-recovered (including condenser heat) or site solar energy source.
>
>    4. Zones where specific humidity levels are required to satisfy process needs, such as computer rooms, museums, surgical suites, and buildings with refrigerating systems, such as supermarkets, refrigerated warehoused and ice arenas.

**1436 Heat Recovery:** Fan systems which have both a capacity of 5,000 cfm or greater and which have a minimum outside air supply of 70% or greater of the total air circulation shall have a heat recovery system with at least 50% recovery effectiveness. Fifty percent heat recovery effectiveness shall mean an increase in the outside air supply temperature at design heating conditions of one half the difference between the outdoor design air temperature and 65°F. Provisions shall be made to bypass or control the heat recovery system to permit air economizer operation as required by Section 1433. Heat recovery energy may be provided from any site-recovered or site-solar source.

>    **EXCEPTIONS:** 1. Laboratory systems equipped with both variable air volume supply and variable air volume or two-speed exhaust fume hoods.
>
>    2. Systems serving spaces heated to less than 60°F.
>
>    3. Systems which can be shown to use as much energy with the addition of heat recovery equipment as without it.
>
>    4. Systems exhausting toxic, flammable, paint exhaust or corrosive fumes making the installation of heat recovery equipment impractical.
>
>    5. Type I commercial kitchen hoods.

**1437 Electric Motor Efficiency:** Design A & B squirrel-cage. T-frame induction permanently wired polyphase motors of 1 hp or more having synchronous speeds of 3,600, 1,800 and 1,200 rpm shall have a nominal full-load motor efficiency no less than the corresponding values for energy efficient motors provided in Table 14-4.

>    **EXCEPTIONS:** 1. Motors used in systems designed to use more than one speed of a multi-speed motor.
>
>    2. Motors used as a component of the equipment meeting the minimum equipment efficiency requirements of Section 1411 and Tables 14-1A through 14-1G provided that the motor input is included when determining the equipment efficiency.
>
>    3. Motors that are an integral part of specialized process equipment.
>
>    4. Where the motor is integral to a listed piece of equipment for which no complying motor has been approved.

**1438 Variable Flow Systems and System Criteria:** For fans and pumps greater than 10 hp, where the application involves variable flow, and water source heat pump loops subject to the requirements of Section 1432.2.2, there shall be:

a. Variable speed drives, or

b. Other controls and devices that will result in fan and pump motor demand of no more than 30% of design wattage at 50% of design air volume for fans when static pressure set point equals 1/3 the total design static pressure, and 50% of design water flow for pumps, based on manufacturer's certified test data. Variable inlet vanes, throttling valves (dampers), scroll dampers or bypass circuits shall not be allowed.

Static pressure sensors used to control variable air volume fans shall be placed in a position such that the controller set point is no greater than 1/3 the total design fan static pressure.

For systems with direct digital control of individual zone boxes reporting to the central control panel, there shall be static pressure reset controls and the static pressure set point shall be reset based on the zone requiring the most pressure; i.e., the set point is reset lower until one zone damper is nearly wide open.

**1438.1 Cooling Towers:** All cooling towers with a total fan motor horsepower greater than 10 hp shall be equipped with a variable speed drive or with a pony motor of a rated hp no greater than 1/3 of the hp of the primary motor. For pony motors, the cooling tower control shall provide two-stage operation of fans and shall bring on the pony motor to operate without the primary motor while meeting the condenser water setpoint.

**114**

**1439 Exhaust Hoods**

**1439.1 Kitchen Hoods.**  Individual kitchen exhaust hoods larger than 5000 cfm shall be provided with make-up air sized so that at least 50% of exhaust air volume be (a) unheated or heated to no more than 60°F and (b) uncooled or cooled without the use of mechanical cooling.

    **EXCEPTIONS:**  1.  Where hoods are used to exhaust ventilation air which would otherwise exfiltrate or be exhausted by other fan systems.

    2.  Certified grease extractor hoods that require a face velocity no greater than 60 fpm.

**1439.2 Fume Hoods:**  Each fume hood in buildings with fume hood systems having a total exhaust rate greater than 15,000 cfm shall include at least one of the following features:

a.  Variable air volume hood exhaust and room supply systems capable of reducing exhaust and make-up air volume to 50% or less of design values.

b.  Direct make-up (auxiliary) air supply equal to at least 75% of the exhaust rate, heated no warmer than 2°F below room set point, cooled to no cooler than 3°F above room set point, no humidification added, and no simultaneous heating and cooling used for dehumidification control.

c.  Heat recovery systems to precondition make-up air in accordance with Section 1436, without using any exception.

d.  Constant volume fume hood designed and installed to operate at less than 50 fpm face velocity.

## SECTION 1440 — SERVICE WATER HEATING

**1441 Water Heater Installation:**  Electric water heaters in unconditioned spaces or on concrete floors shall be placed on an incompressible, insulated surface with a minimum thermal resistance of R-10.

**1442 Shut-Off Controls:**  Systems designed to maintain usage temperatures in hot water pipes, such as circulating hot water systems or heat traced pipes shall be equipped with automatic time switches or other controls to turn off the system during periods of non-use.

**1443 Pipe Insulation:**  Piping shall be thermally insulated in accordance with Section 1415.1.

## SECTION 1450 — HEATED POOLS

**1451 General:**  The requirements in this section apply to "general and limited use pools" as defined in the Washington Water Recreation Facilities Regulations (WAC 246-260).

**1452 Pool Water Heaters:**  Heat pump pool heaters shall have a minimum COP of 4.0 determined in accordance with ASHRAE Standard 146, Method of Testing for Rating Pool Heaters. Other pool heating equipment shall comply with the applicable efficiencies in Tables 141A through 14-1G.

**1453 Controls:**  All pool heaters shall be equipped with a readily accessible ON/OFF switch to allow shutting off the operation of the heater without adjusting the thermostat setting.  Controls shall be provided to allow the water temperature to be regulated from the maximum design temperature down to 65°F.

**1454 Pool Covers:**  Heated pools shall be equipped with a vapor retardant pool cover on or at the water surface.  Pools heated to more than 90°F shall have a pool cover with a minimum insulation value of R-12.

WASHINGTON STATE ENERGY CODE

**TABLE 14-1A**
**UNITARY AIR CONDITIONERS AND CONDENSING UNITS, ELECTRICALLY OPERATED,**
**MINIMUM EFFICIENCY REQUIREMENTS**

| Equipment Type | Size Category | Sub-Category or Rating Condition | Minimum Efficiency[b] | Test Procedure[a] |
|---|---|---|---|---|
| **Air Conditioners, Air Cooled** | < 65,000 Btu/h [d] | Split System | 13.0 SEER | ARI 210/240 |
| | | Single Package | 13.0 SEER | |
| | ≥65,000 Btu/h and < 135,000 Btu/h | Split System and Single Package | 10.3 EER[c] 10.6 IPLV[c] | |
| | | On or After Jan 1, 2010 [e] | 11.2 EER[c] | |
| | ≥135,000 Btu/h and < 240,000 Btu/h | Split System and Single Package | 9.7 EER[c] 9.9 IPLV[c] | ARI 340/360 |
| | | On or After Jan 1, 2010 [e] | 11.0 EER[c] | |
| | ≥ 240,000 Btu/h and <760,000 Btu/h | Split System and Single Package | 9.5 EER[c] 9.7 IPLV[c] | |
| | | On or After Jan 1, 2010 [e] | 10.0 EER[c] | |
| | ≥760,000 Btu/h | Split System and Single Package | 9.2 EER[c] 9.4 IPLV[c] | |
| | | On or After Jan 1, 2010 [e] | 9.7EER[c] | |
| **Through-the-Wall, Air Cooled** | <30,000 Btu/h [d] | Split System | 10.9 SEER | ARI 210/240 |
| | | On or After Jan 23, 2010 [e] | 12.0 SEER | |
| | | Single Package | 10.6 SEER | |
| | | On or After Jan 23, 2010 [e] | 12.0 SEER | |
| **Air Conditioners, Water and Evaporatively Cooled** | < 65,000 Btu/h | Split System and Single Package | 12.1 EER 11.2 IPLV | ARI 210/240 |
| | ≥ 65,000 Btu/h and < 135,000 Btu/h | Split System and Single Package | 11.5 EER[c] 10.6 IPLV[c] | |
| | ≥135,000 Btu/h and ≤240,000 Btu/h | Split System and Single Package | 11.0 EER[c] 10.3 IPLV[c] | ARI 340/360 |
| | > 240,000 Btu/h | Split System and Single Package | 11.0 EER[c] 10.3 IPLV[c] | |
| **Condensing Units, Air Cooled** | ≥135,000 Btu/h | | 10.1 EER 11.2 IPLV | ARI 365 |
| **Condensing Units, Water or Evaporatively Cooled** | ≥135,000 Btu/h | | 13.1 EER 13.1 IPLV | |

[a]  Reserved.
[b]  IPLVs are only applicable to equipment with capacity modulation.
[c]  Deduct 0.2 from the required EERs and IPLVs for units with a heating section other than electric resistance heat.
[d]  Applies to all units, including single-phase and three-phase. For single-phase air cooled air-conditioners < 65,000 Btu/h, SEER values are those set by NAECA.
[e]  Date of manufacture as regulated by NAECA.

## TABLE 14-1B
## UNITARY AND APPLIED HEAT PUMPS, ELECTRICALLY OPERATED, MINIMUM EFFICIENCY REQUIREMENTS

| Equipment Type | Size Category | Sub-Category or Rating Condition | Minimum Efficiency[b] | Test Procedure[a] |
|---|---|---|---|---|
| Air Cooled, (Cooling Mode) | < 65,000 Btu/h[d] | Split System | 13.0 SEER | ARI 210/240 |
| | | Single Package | 13.0 SEER | |
| | ≥65,000 Btu/h and < 135,000 Btu/h[e] | Split System and Single Package On or After Jan 1, 2010[e] | 10.1 EER[c] 10.4 IPLV[c] 11.0 EER[c] | |
| | ≥135,000 Btu/h and <240,000 Btu/h | Split System and Single Package On or After Jan 1, 2010[e] | 9.3 EER[c] 9.5 IPLV[c] 10.6 EER[c] | ARI 340/360 |
| | ≥240,000 Btu/h | Split System and Single Package On or After Jan 1, 2010[e] | 9.0 EER[c] 9.2 IPLV[c] 9.5 EER[c] | |
| Through-the-Wall (Air Cooled, Cooling Mode) | <30,000 Btu/h[d] | Split System On or After Jan 23, 2010[e] | 10.9 SEER 12.0 SEER | ARI 210/240 |
| | | Single Package On or After Jan 23, 2010[e] | 10.6 SEER 12.0 SEER | |
| Water-Source (Cooling Mode) | < 17,000 Btu/h | 86°F Entering Water | 11.2 EER | ARI/ISO-13256-1 |
| | ≥ 17,000 Btu/h and <65,000 Btu/h | 86°F Entering Water | 12.0 EER | ARI/ISO-13256-1 |
| | ≥65,000 Btu/h and < 135,000 Btu/h | 86°F Entering Water | 12.0 EER | ARI/ISO-13256-1 |
| Groundwater-Source (Cooling Mode) | < 135,000 Btu/h | 59°F Entering Water | 16.2 EER | ARI/ISO-13256-1 |
| Ground Source (Cooling Mode) | < 135,000 Btu/h | 77°F Entering Water | 13.4 EER | ARI/ISO-13256-1 |
| Air Cooled (Heating Mode) | < 65,000 Btu/h[d] (Cooling Capacity) | Split System | 7.7 HSPF | ARI 210/240 |
| | | Single Package | 7.7 HSPF | |
| | ≥65,000 Btu/h and < 135,000 Btu/h (Cooling Capacity) | 47°F db/43°F wb Outdoor Air On or After Jan 1, 2010[e] 17°F db/15°F wb Outdoor Air | 3.2 COP 3.3 COP 2.2 COP | |
| | ≥135,000 Btu/h (Cooling Capacity) | 47°F db/43°F wb Outdoor Air On or After Jan 1, 2010[e] 17°F db/15°F wb Outdoor Air | 3.1 COP 3.2 COP 2.0 COP | ARI 340/360 |
| Through-the-Wall (Air Cooled, Heating Mode) | <30,000 Btu/h[d] | Split System On or After Jan 23, 2010[e] | 7.1 HSPF 7.4 HSPF | ARI 210/240 |
| | | Single Package On or After Jan 23, 2010[e] | 7.0 HSPF 7.4 HSPF | |
| Water-Source (Heating Mode) | < 135,000 Btu/h (Cooling Capacity) | 68°F Entering Water | 4.2 COP | ARI/ISO-13256-1 |
| Groundwater-Source (Heating Mode) | < 135,000 Btu/h (Cooling Capacity) | 50°F Entering Water | 3.6 COP | ARI/ISO-13256-1 |
| Ground Source (Heating Mode) | < 135,000 Btu/h (Cooling Capacity) | 32°F Entering Water | 3.1 COP | ARI/ISO-13256-1 |

[a]  Reserved.
[b]  IPLVs and Part load rating conditions are only applicable to equipment with capacity modulation.
[c]  Deduct 0.2 from the required EERs and IPLVs for units with a heating section other than electric resistance heat.
[d]  Applies to all units, including single-phase and three-phase. For single-phase air-cooled heat pumps < 65,000 Btu/h, SEER and HSPF values are those set by NAECA.
[e]  Date of manufacturer as regulated by NAECA.

**117**

## TABLE 14-1C
## WATER CHILLING PACKAGES,
## MINIMUM EFFICIENCY REQUIREMENTS

| Equipment Type | Size Category | Sub-Category or Rating Condition | Minimum Efficiency[b] | Test Procedure[a] |
|---|---|---|---|---|
| **Air Cooled, With Condenser, Electrically Operated** | All Capacities | | 2.80 COP 3.05 IPLV | ARI 550/590 |
| **Air Cooled, Without Condenser, Electrically Operated** | All Capacities | | 3.10 COP 3.45 IPLV | |
| **Water Cooled, Electrically Operated, Positive Displacement (Reciprocating)** | All Capacities | | 4.20 COP 5.05 IPLV | ARI 550/590 |
| **Water Cooled, Electrically Operated, Positive Displacement (Rotary Screw and Scroll)** | < 150 Tons | | 4.45 COP 5.20 IPLV | ARI 550/590 |
| | ≥150 Tons and < 300 Tons | | 4.90 COP 5.60 IPLV | |
| | ≥300 Tons | | 5.50 COP 6.15 IPLV | |
| **Water Cooled, Electrically Operated, Centrifugal** | < 150 Tons | | 5.00 COP 5.25 IPLV | ARI 550/590 |
| | ≥150 Tons and < 300 Tons | | 5.55 COP 5.90 IPLV | |
| | ≥300 Tons | | 6.10 COP 6.40 IPLV | |
| **Air Cooled, Absorption Single Effect** | All Capacities | | 0.60 COP | |
| **Water Cooled, Absorption Single Effect** | All Capacities | | 0.70 COP | ARI 560 |
| **Absorption Double Effect, Indirect-Fired** | All Capacities | | 1.00 COP 1.05 IPLV | |
| **Absorption Double Effect, Direct-Fired** | All Capacities | | 1.00 COP 1.00 IPLV | |

[a] Reserved.
[b] The chiller equipment requirements do not apply for chillers used in low temperature applications where the design leaving fluid temperature is less than or equal to 40°F.

**TABLE 14-1D**
**PACKAGED TERMINAL AIR CONDITIONERS, PACKAGED TERMINAL HEAT PUMPS,**
**ROOM AIR CONDITIONERS, AND ROOM AIR CONDITIONER HEAT PUMPS,**
**ELECTRICALLY OPERATED, MINIMUM EFFICIENCY REQUIREMENTS**

| Equipment Type | Size Category (Input) | Sub-Category or Rating Condition | Minimum Efficiency[b] | Test Procedure[a] |
|---|---|---|---|---|
| PTAC (Cooling Mode) New Construction | All Capacities | 95°F db Outdoor Air | 12.5 - (0.213 x Cap/1000)[b] EER | ARI 310/380 |
| | | 82°F db Outdoor Air | 14.7 - (0.213 x Cap/1000)[b] EER | |
| PTAC (Cooling Mode) Replacements[c] | All Capacities | 95°F db Outdoor Air | 10.9 - (0.213 x Cap/1000)[b] EER | |
| | | 82°F db Outdoor Air | 13.1 - (0.213 x Cap/1000)[b] EER | |
| PTHP (Cooling Mode) New Construction | All Capacities | 95°F db Outdoor Air | 12.3 - (0.213 x Cap/1000)[b] EER | |
| | | 82°F db Outdoor Air | 14.5 - (0.213 x Cap/1000)[b] EER | |
| PTHP (Cooling Mode) Replacements[c] | All Capacities | 95°F db Outdoor Air | 10.8 - (0.213 x Cap/1000)[b] EER | |
| | | 82°F db Outdoor Air | 13.0 - (0.213 x Cap/1000)[b] EER | |
| PTHP (Heating Mode) New Construction | All Capacities | | 3.2 - (0.026 x Cap/1000)[b] COP | |
| PTHP (Heating Mode) Replacements[c] | All Capacities | | 2.9 - (0.026 x Cap/1000)[b] COP | |
| SPVAC (Cooling Mode) | All Capacities | 95°F db/75°F wb Outdoor Air | 8.6 EER | ARI-390 |
| SPVHP (Cooling Mode) | All Capacities | 95°F db/75°F wb Outdoor Air | 8.6 EER | |
| SPVAC (Heating Mode) | All Capacities | 47°F db/43° wb Outdoor Air | 2.7 COP | |
| Room Air Conditioners, with Louvered Sides | < 6,000 Btu/h | | 9.7 EER | ANSI/AHAM RAC-1 |
| | ≥6,000 Btu/h and < 8,000 Btu/h | | 9.7 EER | |
| | ≥ 8,000 Btu/h and < 14,000 Btu/h | | 9.8 EER | |
| | ≥14,000 Btu/h and < 20,000 Btu/h | | 9.7 EER | |
| | ≥20,000 Btu/h | | 8.5 EER | |
| Room Air Conditioners, without Louvered Sides | < 8,000 Btu/h | | 9.0 EER | |
| | ≥8,000 Btu/h and < 20,000 Btu/h | | 8.5 EER | |
| | ≥20,000 Btu/h | | 8.5 EER | |
| Room Air Conditioner Heat Pumps with Louvered Sides | < 20,000 Btu/h | | 9.0 EER | |
| | ≥ 20,000 Btu/h | | 8.5 EER | |
| Room Air Conditioner Heat Pumps without Louvered Sides | < 14,000 Btu/h | | 8.5 EER | |
| | ≥ 14,000 Btu/h | | 8.0 EER | |
| Room Air Conditioner, Casement Only | All Capacities | | 8.7 EER | |
| Room Air Conditioner, Casement –Slider | All Capacities | | 9.5 EER | |

[a] Reserved.
[b] Cap means the rated cooling capacity of the product in Btu/h. If the unit's capacity is less than 7000 Btu/h, use 7000 Btu/h in the calculation. If the unit's capacity is greater than 15,000 Btu/h, use 15,000 Btu/h in the calculation.
[c] Replacement units must be factory labeled as follows: "MANUFACTURED FOR REPLACEMENT APPLICATIONS ONLY; NOT TO BE INSTALLED IN NEW CONSTRUCTION PROJECTS." Replacement efficiencies apply only to units with existing sleeves less than 16-in. high and less than 42-in. wide.
[d] Casement room air conditioners are not separate product classes under current minimum efficiency column.
[e] New room air conditioner standards, covered by NAECA became effective October 1, 2000.

WASHINGTON STATE ENERGY CODE

**TABLE 14-1E**
**WARM AIR FURNACES AND COMBINATION WARM AIR FURNACES/AIR-CONDITIONING UNITS,**
**WARM AIR DUCT FURNACES AND UNIT HEATERS,**
**MINIMUM EFFICIENCY REQUIREMENTS**

| Equipment Type | Size Category (Input) | Sub-Category or Rating Condition | Minimum Efficiency[b] | Test Procedure[a] |
|---|---|---|---|---|
| **Warm Air Furnace, Gas-Fired** | < 225,000 Btu/h (66 kW) | | 78% AFUE or 80% $E_t$[c] | DOE 10 CFR Part 430 or ANSI Z21.47 |
| | ≥225,000 Btu/h (66 kW) | Maximum Capacity[c]<br><br>Minimum Capacity[c] | 80% $E_c$[f] | ANSI Z21.47 |
| **Warm Air Furnace, Oil-Fired** | < 225,000 Btu/h (66 kW) | | 78% AFUE or 80% $E_t$[c] | DOE 10 CFR Part 430 or UL 727 |
| | ≥225,000 Btu/h (66 kW) | Maximum Capacity[b]<br><br>Minimum Capacity[b] | 81% $E_t$[g]<br><br>——— | UL 727 |
| **Warm Air Duct Furnaces, Gas-Fired** | All Capacities | Maximum Capacity[b]<br><br>Minimum Capacity[b] | 80% $E_c$[e]<br><br>——— | ANSI Z83.9 |
| **Warm Air Unit Heaters, Gas-Fired** | All Capacities | Maximum Capacity[b]<br><br>Minimum Capacity[b] | 80% $E_c$[e]<br><br>——— | ANSI Z83.8 |
| **Warm Air Unit Heaters, Oil-Fired** | All Capacities | Maximum Capacity[b]<br><br>Minimum Capacity[b] | 80% $E_c$[e]<br><br>——— | UL 731 |

[a]  Reserved.
[b]  Minimum and maximum ratings as provided for and allowed by the unit's controls.
[c]  Combination units not covered by NAECA (3-phase power or cooling capacity greater than or equal to  65,000 Btu/h [19 kW]) may comply with either rating.
[d]  $E_t$ = Thermal efficiency.  See test procedure for detailed discussion.
[e]  $E_c$ = Combustion efficiency (100% less flue losses).  See test procedure for detailed discussion.
[f]  $E_c$ = Combustion efficiency.  Units must also include an IID, have jacket losses not exceeding 0.75% of the input rating, and have either power venting or a flue damper.  A vent damper is an acceptable alternative to a flue damper for those furnaces where combustion air is drawn from the conditioned space.
[g]  $E_t$ = Thermal efficiency.  Units must also include an IID, have jacket losses not exceeding 0.75% of the input rating, and have either power venting or a flue damper.  A vent damper is an acceptable alternative to a flue damper for those furnaces where combustion air is drawn from the conditioned space.

**TABLE 14-1F**
**BOILERS, GAS- AND OIL-FIRED,**
**MINIMUM EFFICIENCY REQUIREMENTS**

| Equipment Type[f] | Size Category | Sub-Category or Rating Condition | Minimum Efficiency[b] | Test Procedure |
|---|---|---|---|---|
| **Boilers, Gas-Fired** | < 300,000 Btu/h | Hot Water | 80% AFUE | DOE 10 CFR Part 430 |
| | | Steam | 75% AFUE | |
| | ≥300,000 Btu/h and ≤ 2,500,000 Btu/h | Maximum Capacity[b] | 75% $E_t$ and 80% $E_c$ | DOE 10 CFR Part 431 |
| | > 2,500,000 Btu/h[a] | Hot Water | 80% $E_c$ | |
| | > 2,500,000 Btu/h[a] | Steam | 80% $E_c$ | |
| **Boilers, Oil-Fired** | < 300,000 Btu/h | | 80% AFUE | DOE 10 CFR Part 430 |
| | ≥300,000 Btu/h and ≤ 2,500,000 Btu/h | Maximum Capacity[b] | 78% $E_t$ and 83% $E_c$ | DOE 10 CFR Part 431 |
| | > 2,500,000 Btu/h[a] | Hot Water | 83% $E_c$ | |
| | > 2,500,000 Btu/h[a] | Steam | 83% $E_c$ | |
| **Oil-Fired (Residual)** | ≥300,000 Btu/h and ≤2,500,000 Btu/h | Maximum Capacity[b] | 78% $E_t$ and 83% $E_c$ | DOE 10 CFR Part 431 |
| | > 2,500,000 Btu/h[a] | Hot Water | 83% $E_c$ | |
| | > 2,500,000 Btu/h[a] | Steam | 83% $E_c$ | |

[a]  These requirements apply to boilers with rated input of 8,000,000 Btu/h or less that are not packaged boilers, and to all packaged boilers. Minimum efficiency requirements for boilers cover all capacities of packaged boilers.
[b]  Minimum and maximum ratings as provided for and allowed by the unit's controls.
$E_c$ = Combustion efficiency (100% less flue losses).  See reference document for detailed information.
$E_t$ = Thermal efficiency.  See reference document for detailed information.

## TABLE 14-1G
## PERFORMANCE REQUIREMENTS FOR HEAT REJECTION EQUIPMENT

| Equipment Type | Total System Heat Rejection Capacity at Rated Conditions | Sub-Category or Rating Condition | Minimum Efficiency[b] | Test Procedure[c] |
|---|---|---|---|---|
| **Propeller or Axial Fan Cooling Towers** | All | 95°F (35°C) Entering Water<br>85°F (29°C) Leaving Water<br>75°F (24°C) wb Outdoor Air | ≥38.2 gpm/hp | CTI ATC-105 and CTI STD-201 |
| **Centrifugal Fan Cooling Towers** | All | 95°F (35°C) Entering Water<br>85°F (29°C) Leaving Water<br>75°F (24°C) wb Outdoor Air | ≥ 20.0 gpm/hp | CTI ATC-105 and CTI STD-201 |
| **Air Cooled Condensers** | All | 125°F (52°C) Condensing Temperature<br>R22 Test Fluid<br>190°F (88°C) Entering Gas Temperature<br>15°F (8°C) Subcooling<br>95°F (35°C) Entering Drybulb | ≥176,000 Btu/h·hp | ARI 460 |

[a] For purposes of this table, cooling tower performance is defined as the maximum flow rating of the tower divided by the fan nameplate rated motor power.
[b] For purposes of this table air-cooled condenser performance is defined as the heat rejected from the refrigerant divided by the fan nameplate rated motor power.
[c] Reserved.

**TABLE 14-2  RESERVED**
**TABLE 14-3  RESERVED**

**TABLE 14-4**
**ENERGY EFFICIENT ELECTRIC MOTORS**
**MINIMUM NOMINAL FULL-LOAD EFFICIENCY**

| Synchronous Speed (RPM) | Open Motors | | | Closed Motors | | |
|---|---|---|---|---|---|---|
| | 3,600 | 1,800 | 1,200 | 3,600 | 1,800 | 1,200 |
| HP | Efficiency | Efficiency | Efficiency | Efficiency | Efficiency | Efficiency |
| 1.0 | - | 82.5 | 80.0 | 75.5 | 82.5 | 80.0 |
| 1.5 | 82.5 | 84.0 | 84.0 | 82.5 | 84.0 | 85.5 |
| 2.0 | 84.0 | 84.0 | 85.5 | 84.0 | 84.0 | 86.5 |
| 3.0 | 84.0 | 86.5 | 86.5 | 85.5 | 87.5 | 87.5 |
| 5.0 | 85.5 | 87.5 | 87.5 | 87.5 | 87.5 | 87.5 |
| 7.5 | 87.5 | 88.5 | 88.5 | 88.5 | 89.5 | 89.5 |
| 10.0 | 88.5 | 89.5 | 90.2 | 89.5 | 89.5 | 89.5 |
| 15.0 | 89.5 | 91.0 | 90.2 | 90.2 | 91.0 | 90.2 |
| 20.0 | 90.2 | 91.0 | 91.0 | 90.2 | 91.0 | 90.2 |
| 25.0 | 91.0 | 91.7 | 91.7 | 91.0 | 92.4 | 91.7 |
| 30.0 | 91.0 | 92.4 | 92.4 | 91.0 | 92.4 | 91.7 |
| 40.0 | 91.7 | 93.0 | 93.0 | 91.7 | 93.0 | 93.0 |
| 50.0 | 92.4 | 93.0 | 93.0 | 92.4 | 93.0 | 93.0 |
| 60.0 | 93.0 | 93.6 | 93.6 | 93.0 | 93.6 | 93.6 |
| 75.0 | 93.0 | 94.1 | 93.6 | 93.0 | 94.1 | 93.6 |
| 100.0 | 93.0 | 94.1 | 94.1 | 93.6 | 94.5 | 94.1 |
| 125.0 | 93.6 | 94.5 | 94.1 | 94.5 | 94.5 | 94.1 |
| 150.0 | 93.6 | 95.0 | 94.5 | 94.5 | 95.0 | 95.0 |
| 200.0 | 94.5 | 95.0 | 94.5 | 95.0 | 95.0 | 95.0 |

**TABLE 14-5**
**DUCT INSULATION**

| Duct Type | Duct Location | Insulation R-Value | Other Requirements |
|---|---|---|---|
| Supply, Return | Not within conditioned space:  On exterior of building, on roof, in attic, in enclosed ceiling space, in walls, in garage, in crawl spaces | R-7 | Approved weather proof barrier |
| Outside air intake | Within conditioned space | R-7 | See Section 1414.2 |
| Supply, Return, Outside air intake | Not within conditioned space:  in concrete, in ground | R-5.3 | |
| Supply with supply air temperature <55°F or >105°F | Within conditioned space | R-3.3 | |

**NOTE:**  Requirements apply to the duct type listed, whether heated or mechanically cooled. Mechanically cooled ducts requiring insulation shall have a vapor retarder, with a perm rating not greater than 0.5 and all joints sealed.

**INSULATION TYPES:**  Minimum densities and out of package thickness. Nominal R-values are for the insulation as installed and do not include air film resistance.

**INSTALLED:**

**R-3.3**      1.0 inch 1.5 to 3.0 lb/cu.ft. duct liner, mineral or glass fiber blanket or equivalent to provide an installed total thermal resistance of at least R-3.3.

**R-5.3**      2.0 inch 0.75 lb/cu.ft. mineral or glass fiber blanket, 1.5 inch 1.5 to 3.0 lb/cu.ft. duct liner, mineral or glass fiber blanket, 1.5 inch 3.0 to 7.0 lb/cu.ft. mineral or glass fiber board or equivalent to provide an installed total thermal resistance of at least R-5.3.

**R-7**      3.0 inch 0.75 lb/cu.ft. mineral or glass fiber blanket, 2.0 inch 1.5 to 3.0 lb/cu.ft. duct liner, mineral or glass fiber blanket, 2.0 inch 3.0 to 7.0 lb/cu.ft. mineral or glass fiber board or equivalent to provide an installed total thermal resistance of at least R-7.

**TABLE 14-6**
**MINIMUM PIPE INSULATION (INCHES)[1]**

| Fluid Design Operating Temp. Range, °F | Insulation Conductivity | | Nominal Pipe Diameter (in.) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Conductivity Range Btu • in/(h • ft² • °F) | Mean Rating Temp. °F | Runouts[2] up to 2 | 1 and less | >1 to 2 | >2 to 4 | >4 to 6 | >6 |
| Heating systems (Steam, Steam Condensate and Hot water) | | | Nominal Insulation Thickness | | | | | |
| Above 350 | 0.32-0.34 | 250 | 1.5 | 2.5 | 2.5 | 3.0 | 3.5 | 3.5 |
| 251-350 | 0.29-0.31 | 200 | 1.5 | 2.0 | 2.5 | 2.5 | 3.5 | 3.5 |
| 201-250 | 0.27-0.30 | 150 | 1.0 | 1.5 | 1.5 | 2.0 | 2.0 | 3.5 |
| 141-200 | 0.25-0.29 | 125 | 0.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| 105-140 | 0.24-0.28 | 100 | 0.5 | 1.0 | 1.0 | 1.0 | 1.5 | 1.5 |
| Domestic and Service Hot Water Systems | | | | | | | | |
| 105 and Greater | 0.24-0.28 | 100 | 0.5 | 1.0 | 1.0 | 1.5 | 1.5 | 1.5 |
| Cooling Systems (Chilled Water, Brine and Refrigerant) | | | | | | | | |
| 40-55 | 0.23-0.27 | 75 | 0.5 | 0.5 | 0.75 | 1.0 | 1.0 | 1.0 |
| Below 40 | 0.23-0.27 | 75 | 1.0 | 1.0 | 1.5 | 1.5 | 1.5 | 1.5 |

1. Alternative Insulation Types.  Insulation thicknesses in Table 14-6 are based on insulation with thermal conductivities within the range listed in Table 14-6 for each fluid operating temperature range, rated in accordance with ASTM C 335-84 at the mean temperature listed in the table.  For insulation that has a conductivity outside the range shown in Table 14-6 for the applicable fluid operating temperature range at the mean rating temperature shown (when rounded to the nearest 0.01 Btu • in/(h • ft² • °F)), the minimum thickness shall be determined in accordance with the following equation:

$$T = PR[(1 + t/PR)^{K/k} - 1]$$

Where

- T   =   Minimum insulation thickness for material with conductivity K, inches.
- PR  =   Pipe actual outside radius, inches.
- t   =   Insulation thickness from Table 14-6, inches.
- K   =   Conductivity of alternate material at the mean rating temperature indicated in Table 14-6 for the applicable fluid temperature range, Btu • in/(h • ft² • °F).
- k   =   The lower value of the conductivity range listed in Table 14-6 for the applicable fluid temperature range, Btu • in/(h • ft² • °F).

2. Runouts to individual terminal units not exceeding 12 ft. in length.

## CHAPTER 15
## LIGHTING, MOTORS, AND TRANSFORMERS

**1501 Scope:** Interior and exterior lighting, electric motors, and transformers shall comply with the requirements of this chapter.

### SECTION 1510 -- GENERAL REQUIREMENTS:

Lighting and motors shall comply with Sections 1511 through 1514. Lighting systems shall comply with one of the following paths:

a.   Prescriptive Lighting Option:
   Interior Section 1521, or
   Exterior Section 1522.

b.   Lighting Power Allowance Option:
   Interior Section 1531, or
   Exterior Section 1532.

c.   Systems Analysis.  See Section 1141.4.

   The compliance path selected for interior and exterior lighting need not be the same. However, interior and exterior lighting cannot be traded.

   Transformers shall comply with Section 1540.

### FIGURE 15A
### LIGHTING, MOTOR, AND TRANSFORMER COMPLIANCE OPTIONS

| Section Number | Subject | Prescriptive Lighting Option | Lighting Power Allowance Option | Systems Analysis Option |
|---|---|---|---|---|
| 1510 | General Requirements | X | X | X |
| 1511 | Electric Motors | X | X | X |
| 1512 | Exempt Lighting | X | X | X |
| 1513 | Lighting Controls | X | X | X |
| 1514 | Exit Signs | X | X | X |
| 1520 | Prescriptive Lighting Option | X | | |
| 1521 | Prescriptive Interior Lighting Requirements | X | | |
| 1522 | Prescriptive Exterior Lighting Requirements | Sec. 1532 | | |
| 1530 | Lighting Power Allowance Option | | X | |
| 1531 | Interior Lighting Power Allowance | | X | |
| 1532 | Exterior Lighting Power Allowance | | X | |
| 1540 | Transformers | X | X | X |
| RS-29 | Systems Analysis | | | X |

**1511 Electric Motors:** All permanently wired polyphase motors of 1 hp or more, which are not part of an HVAC system, shall comply with Section 1437.

   **EXCEPTIONS: 1.** Motors that are an integral part of specialized process equipment.

   **2.** Where the motor is integral to a listed piece of equipment for which no complying motor has been approved.

### 1512 Exempt Lighting

**1512.1 Exempt Spaces:** The following rooms, spaces, and areas are exempt from the lighting power requirements in Sections 1520 and 1530 but shall comply with all other requirements of this chapter.

1.  Areas in which medical or dental tasks are performed.

2.  High risk security areas or any area identified by building officials as requiring additional lighting.

3.  Spaces designed for primary use by the visually impaired, hard of hearing (lip-reading) or by senior citizens.

⇨  4.  Food preparation areas.

5.  Electrical/mechanical equipment rooms.

⇨  6.  Inspection and restoration areas in galleries and museums.

7.  The sanctuary portion of a house of worship, defined as the space or room where the worship service takes place. Classrooms, meeting rooms, offices and multipurpose rooms that are part of the same facility are not exempt.

**1512.2 Exempt Lighting Equipment:** The following lighting equipment and tasks are exempt from the lighting requirements of Section 1520 and need not be included when calculating the installed lighting power under Section 1530 but shall comply with all other requirements of this chapter.  All other lighting in areas that are not exempted by Section 1512.2, where exempt tasks and equipment are used, shall comply with all of the requirements of this chapter.

1.  Special lighting needs for research.

2.  Emergency lighting that is automatically OFF during normal building operation.

3. Lighting that is part of machines, equipment or furniture.

4.  Lighting that is used solely for indoor plant growth during the hours of 10:00 p.m. to 6:00 a.m.

**125**

5.  Lighting for theatrical productions, television broadcasting (including sports facilities), audio-visual presentations and special effects lighting for stage areas and dance floors in entertainment facilities.

6.  Lighting for art exhibits, non-retail displays, portable plug in display fixtures and show case lighting.

**1513 Lighting Controls:**  Lighting, including exempt lighting in Section 1512, shall comply with this section. Where occupancy sensors are cited, they shall have the features listed in Section 1513.6.1.  Where automatic time switches are cited, they shall have the features listed in Section 1513.6.2.

**1513.1 Local Control and Accessibility:**  Each space, enclosed by walls or ceiling-height partitions, shall be provided with lighting controls located within that space. The lighting controls, whether one or more, shall be capable of turning off all lights within the space. The controls shall be readily accessible, at the point of entry/exit, to personnel occupying or using the space.

>    EXCEPTIONS:  The following lighting controls may be centralized in remote locations:
>
>    1.  Lighting controls for spaces which must be used as a whole.
>
>    2.  Automatic controls.
>
>    3.  Controls requiring trained operators.
>
>    4.  Controls for safety hazards and security.

**1513.2 Area Controls:**  The maximum lighting power that may be controlled from a single switch or automatic control shall not exceed that which is provided by a 20 ampere circuit loaded to not more than 80%. A master control may be installed provided the individual switches retain their capability to function independently. Circuit breakers may not be used as the sole means of switching.

>    EXCEPTIONS:  1.  Industrial or manufacturing process areas, as may be required for production.
>
>    2.  Areas less than 5% of the building footprint for footprints over 100,000 ft$^2$.

**1513.3 Daylight Zone Control:**  All daylighted zones, as defined in Chapter 2, both under overhead glazing and adjacent to vertical glazing shall be provided with individual controls, or daylight- or occupant-sensing automatic controls, which control the lights independent of general area lighting.

 Contiguous   daylight zones adjacent to vertical glazing are allowed to be controlled by a single controlling device provided that they do not include zones facing more than two adjacent cardinal orientations (i.e. north, east, south, west).  Daylight zones under overhead glazing more than 15 feet from the perimeter shall be controlled separately from daylight zones adjacent to vertical glazing.

>    EXCEPTION:  Daylight spaces enclosed by walls or ceiling height partitions and containing 2 or fewer light fixtures are not required to have a separate switch for general area lighting.

**1513.4 Display, Exhibition and Specialty Lighting Controls:**  All display, exhibition or specialty lighting shall be controlled independently of general area lighting.

**1513.5 Automatic Shut-off Controls, Exterior:**  Lighting for all exterior applications shall have automatic controls capable of turning off exterior lighting when sufficient daylight is available or when the lighting is not required during nighttime hours. Lighting not designated for dusk-to-dawn operation shall be controlled by either:

a.   A combination of a photosensor and a time switch; or

b.   An astronomical time switch.

   Lighting designated for dusk-to-dawn operation shall be controlled by an astronomical time switch or photosensor. All time switches shall be capable of retaining programming and the time setting during loss of power for a period of at least 10 hours.

>    EXCEPTION:  Lighting for covered vehicle entrances or exits from buildings or parking structures where required for safety, security, or eye adaptation.

**1513.6 Automatic Shut-Off Controls, Interior:**  Buildings greater than 5,000 ft$^2$ and all school classrooms shall be equipped with separate automatic controls to shut off the lighting during unoccupied hours. Within these buildings, all office areas less than 300 ft$^2$ enclosed by walls or ceiling-height partitions, and all meeting and conference rooms, and all school classrooms, shall be equipped with occupancy sensors that comply with Section 1513.6.1. For other spaces, automatic controls may be an occupancy sensor, time switch or other device capable of automatically shutting off lighting.

>    EXCEPTIONS:  1.  Areas that must be continuously illuminated (e.g., 24-hour convenience stores), or illuminated in a manner requiring manual operation of the lighting.
>
>    2.  Emergency lighting systems.
>
>    3.  Switching for industrial or manufacturing process facilities as may be required for production.
>
>    4.  Hospitals and laboratory spaces.
>
>    5.  Areas in which medical or dental tasks are performed are exempt from the occupancy sensor requirement.

**1513.6.1 Occupancy Sensors:**  Occupancy sensors shall be capable of automatically turning off all the lights in an area, no more than 30 minutes after the area has been vacated. Light fixtures controlled by occupancy sensors shall have a wall-mounted, manual switch capable of turning off lights when the space is occupied.

>    EXCEPTION:  Occupancy sensors in stairwells are allowed to have two step lighting (high-light and low-light) provided the control fails in the high-light position.

**1513.6.2 Automatic Time Switches:**  Automatic time switches shall have a minimum 7 day clock and be capable of being set for 7 different day types per week and incorporate an automatic holiday "shut-off" feature, which turns off all loads for at least 24 hours and then resumes normally scheduled operations. Automatic time switches shall also have program back-up capabilities, which prevent the loss of program and time settings for at least 10 hours, if power is interrupted.

Automatic time switches shall incorporate an over-ride switching device which:

a.  is readily accessible;

b.  is located so that a person using the device can see the lights or the areas controlled by the switch, or so that the area being illuminated is annunciated;

c.  is manually operated;

d.  allows the lighting to remain on for no more than 2 hours when an over-ride is initiated; and

e.  controls an area not exceeding 5,000 ft$^2$ or 5% of the building footprint for footprints over 100,000 ft$^2$, whichever is greater.

**1513.7 Commissioning Requirements:**  For lighting controls which include daylight or occupant sensing automatic controls, automatic shut-off controls, occupancy sensors, or automatic time switches, the lighting controls shall be tested to ensure that control devices, components, equipment and systems are calibrated, adjusted and operate in accordance with approved plans and specifications. Sequences of operation shall be functionally tested to ensure they operate in accordance with approved plans and specifications.  A complete report of test procedures and results shall be prepared and filed with the owner.  Drawing notes shall require commissioning in accordance with this paragraph.

**1514 Exit Signs:**  Exit signs shall have an input power demand of 5 Watts or less per sign.

## SECTION 1520 — PRESCRIPTIVE LIGHTING OPTION

**1521 Prescriptive Interior Lighting Requirements:** Spaces for which the Unit Lighting Power Allowance in Table 15-1 is 0.80 W/ft$^2$ or greater may use unlimited numbers of lighting fixtures and lighting energy, provided that the installed lighting fixtures comply with all four of the following criteria:

a.  one- or two-lamp (bur not three- or more lamp);

b.  luminaires have a reflector or louver assembly to direct the light (bare lamp strip or industrial fixtures do not comply with this section);

c.  fitted with type T-1, T-2, T-4, T-5, T-8 or compact fluorescent lamps from 5 to 60 watts (but not T-10 or T-12 lamps); and

d.  hard-wired fluorescent electronic dimming ballasts with photocell or programmable dimming control for all lamps in all zones (nondimming electronic ballasts and electronic ballasts that screw into medium base sockets do not comply with this section).

Track lighting is not allowed under this path.

**EXCEPTIONS:**  1.  Up to a total of 5% of installed lighting fixtures may use any type of ballasted lamp and do not require dimming controls.

2.  Clear safety lenses are allowed in food prep and serving areas and patient care areas in otherwise compliant fixtures.

3.  LED lights.

4.  Metal halide lighting which complies with all three of the following criteria:

i.  luminaires or lamps which have a reflector or louver assembly to direct the light;

ii.  fixtures are fitted with ceramic metal halide lamps not exceeding 150 watts; and

iii.  electronic ballasts.

**1522 Prescriptive Exterior Lighting Requirements:**  See Section 1532.

## SECTION 1530 — LIGHTING POWER ALLOWANCE OPTION

The installed lighting wattage shall not exceed the lighting power allowance. Lighting wattage includes lamp and ballast wattage.

Luminaire wattage incorporated into the installed interior lighting power shall be determined in accordance with the following criteria:

a.  The wattage of incandescent or tungsten-halogen luminaires with medium screw base sockets and not containing permanently installed ballasts shall be the maximum labeled wattage of the luminaire.

b.  The wattage of luminaires with permanently installed or remote ballasts or transformers shall be the operating input wattage of the maximum lamp/auxiliary combination based on values from the auxiliary manufacturer's literature or recognized testing laboratories or shall be the maximum labeled wattage of the luminaire.

c.  For line voltage track and plug-in busway, designed to allow the addition and/or relocation of luminaires without altering the wiring of the system, the wattage shall be:

1.  The specified wattage of the luminaires included in the system with a minimum of 50 watts per lineal foot of track or actual luminaire wattage, whichever is greater; or

2.  The wattage limit of permanent current limiting device(s) on the system.

d.  The wattage of low-voltage lighting track, cable conductor, rail conductor, and other flexible lighting systems that allow the addition and/or relocation of luminaires without altering the wiring of the system shall be the specified wattage of the transformer supplying the system.

e.  The wattage of all other miscellaneous lighting equipment shall be the specified wattage of the lighting equipment.

No credit towards compliance with the lighting power allowances shall be given for the use of any controls, automatic or otherwise.

**1531 Interior Lighting Power Allowance:**  The interior lighting power allowance shall be calculated by multiplying the gross interior floor area, in square feet, by the appropriate unit lighting power allowance, in watts per square foot, for the use as specified in Table 15-1. Accessory uses, including corridors, lobbies and toilet facilities shall be included with the primary use.

The lighting power allowance for each use shall be separately calculated and summed to obtain the interior lighting power allowance.

In cases where a lighting plan for only a portion of a building is submitted, the interior lighting power allowance shall be based on the gross interior floor area covered by the plan. Plans submitted for common areas only, including corridors, lobbies and toilet facilities shall use the lighting power allowance for common areas in Table 15-1.

When insufficient information is known about the specific use of the space, the allowance shall be based on the apparent intended use of the space.

**1532 Exterior Lighting Power Allowance:**  All exterior building grounds luminaires that operate at greater than 100 watts shall contain lamps having a minimum efficacy of 60 lm/W unless the luminaire is controlled by a motion sensor or qualifies for one of the following exceptions.

The total exterior lighting power allowance for all exterior building applications is the sum of the individual lighting power densities permitted in Table 15-2 for these applications. Trade-offs are allowed only among exterior lighting applications listed in the Table 15-2 "Tradable Surfaces" section.

> **EXCEPTION:**  Lighting used for the following exterior applications is exempt when equipped with a control device independent of the control of the nonexempt lighting:

a.   Specialized signal, directional, and marker lighting associated with transportation.

b.   Lighting integral to signs.

c.   Lighting integral to equipment or instrumentation and installed by its manufacturer.

d.   Lighting for theatrical purposes, including performance, stage, film production, and video production.

e.   Lighting for athletic playing areas.

f.   Temporary lighting.

g.   Lighting for industrial production.

h.   Theme elements in theme/amusement parks.

i.   Lighting used to highlight features of public monuments.

j.   Group U Occupancy accessory to Group R-3 or R-4 Occupancy.

## SECTION 1540 — TRANSFORMERS

The minimum efficiency of a low voltage dry-type distribution transformer shall be the Class I Efficiency Levels for distribution transformers specified in Table 4-2 of the "Guide for Determining Energy Efficiency for Distribution Transformers" published by the National Electrical Manufacturers Association (NEMA TP-1-2002).

**TABLE 15-1**
**UNIT LIGHTING POWER ALLOWANCE (LPA)**

| Use[1] | LPA[2] (W/ft$^2$) |
|---|---|
| Automotive facility | 0.9 |
| Convention center | 1.2 |
| Courthouse | 1.2 |
| Cafeterias, fast food establishments[5], restaurants/bars[5] | 1.3 |
| Dormitory | 1.0 |
| Exercise center | 1.0 |
| Gymnasia[9], assembly spaces[9] | 1.0 |
| Health care clinic | 1.0 |
| Hospital, nursing homes, and other Group I-1 and I-2 Occupancies | 1.2 |
| Hotel/motel | 1.0 |
| Hotel banquet/conference/exhibition hall[3,4] | 2.0 |
| Laboratory spaces (all spaces not classified "laboratory" shall meet office and other appropriate categories) | 1.8 |
| Laundries | 1.2 |
| Libraries[5] | 1.3 |
| Manufacturing facility | 1.3 |
| Museum | 1.1 |
| Office buildings, office/administrative areas in facilities of other use types (including but not limited to schools, hospitals, institutions, museums, banks, churches)[5,7,11] | 1.0 |
| Parking garages | 0.2 |
| Penitentiary and other Group I-3 Occupancies | 1.0 |
| Police and fire stations[8] | 1.0 |
| Post office | 1.1 |
| Retail[10], retail banking, mall concourses, wholesale stores (pallet rack shelving) | 1.5 |
| School buildings (Group E Occupancy only), school classrooms, day care centers | 1.2 |
| Theater, motion picture | 1.2 |
| Theater, performing arts | 1.6 |
| Transportation | 1.0 |
| Warehouses[11], storage areas | 0.5 |
| Workshop | 1.4 |
| **Plans Submitted for Common Areas Only[7]** | |
| Main floor building lobbies[3] (except mall concourses) | 1.2 |
| All building common areas, corridors, toilet facilities and washrooms, elevator lobbies, including Group R-1 and R-2 Occupancies | 0.8 |

## Footnotes For Table 15-1

1.   In cases in which a general use and a specific use are listed, the specific use shall apply.  In cases in which a use is not mentioned specifically, the *Unit Lighting Power Allowance* shall be determined by the building official. This determination shall be based upon the most comparable use specified in the table.  See Section 1512 for exempt areas.

2.   The watts per square foot may be increased, by 2% per foot of ceiling height above 20 feet, unless specifically directed otherwise by subsequent footnotes.

3.   The watts per square foot of room may be increased by 2% per foot of ceiling height above 12 feet.

4.   For all other spaces, such as seating and common areas, use the *Unit Lighting Power Allowance* for assembly.

5.   The watts per square foot of room may be increased by 2% per foot of ceiling height above 9 feet.

6. R   eserved.

7.   For conference rooms and offices less than 150 ft$^2$ with full-height partitions, a Unit Lighting Power Allowance of 1.1 w/ft$^2$ may be used.

8. R   eserved.

9.   For indoor sport tournament courts with adjacent spectator seating over 5,000, the *Unit Lighting Power Allowance* for the court area is 2.60 W/ft$^2$.

10.  Display window illumination installed within 2 feet of the window, provided that the display window is separated from the retail space by walls or at least three-quarter-height partitions (transparent or opaque) and lighting for free-standing display where the lighting moves with the display are exempt.

     An additional 1.5 W/ft$^2$ of merchandise display luminaires are exempt provided that they comply with all three of the following:

     a. located on ceiling-mounted track or directly on or recessed into the ceiling itself (not on the wall),

     b. adjustable in both the horizontal and vertical axes (vertical axis only is acceptable for fluorescent and other fixtures with two points of track attachment),

     c. fitted with LED, tungsten halogen, fluorescent or high intensity discharge lamps.

     This additional lighting power is allowed only if the lighting is actually installed.

11.  Provided that a floor plan, indicating rack location and height, is submitted, the square footage for a warehouse may be defined, for computing the interior *Unit Lighting Power Allowance,* as the floor area not covered by racks plus the vertical face area (access side only) of the racks.  The height allowance defined in footnote 2 applies only to the floor area not covered by racks.

**TABLE 15-2**
**LIGHTING POWER DENSITIES FOR BUILDING EXTERIORS**

| | | |
|---|---|---|
| **Tradable Surfaces** (Lighting power densities for uncovered parking areas, building grounds, building entrances and exits, canopies and overhangs and outdoor sales areas may be traded.) | **Uncovered Parking Areas** | |
| | Parking lots and drives | **0.15** W/ft$^2$ |
| | **Building Grounds** | |
| | Walkways less than 10 feet wide | **1.0** W/linear foot |
| | Walkways 10 feet wide or greater Plaza areas Special feature areas | **0.2**W/ft$^2$ |
| | Stairways | **1.0** W/ft$^2$ |
| | **Building Entrances and Exits** | |
| | Main entries | **30** W/linear foot of door width |
| | Other doors | **20** W/linear foot of door width |
| | **Canopies and Overhangs** | |
| | Canopies (free standing and attached and overhangs) | **1.25** W/ft$^2$ |
| | **Outdoor Sales** | |
| | Open areas (including vehicle sales lots) | **0.5** W/ft$^2$ |
| | Street frontage for vehicle sales lots in addition to "open area" allowance | **20** W/linear foot |
| **Non-Tradable Surfaces** (Lighting power density calculations for the following applications can be used only for the specific application and cannot be traded between surfaces or with other exterior lighting. The following allowances are in addition to any allowance otherwise permitted in the "Tradable Surfaces" section of this table.) | **Building Facades** | **0.2** W/ft$^2$ for each illuminated wall or surface or **5.0**W/linear foot for each illuminated wall or surface length |
| | **Automated teller machines and night depositories** | **270** W per location plus **90** W per additional ATM per location |
| | **Entrances and gatehouse inspection stations at guarded facilities** | **1.25** W/ft$^2$ of uncovered area (covered areas are included in the "Canopies and Overhangs" section of "Tradable Surfaces") |
| | **Loading areas for law enforcement, fire, ambulance and other emergency service vehicles** | **0.5** W/ft$^2$ of uncovered area (covered areas are included in the "Canopies and Overhangs" section of "Tradable Surfaces") |
| | **Material handling and associated storage** | **0.5 W/ft$^2$** |
| | **Drive-up windows at fast food restaurants** | **400**W per drive-through |
| | **Parking near 24-hour retail entrances** | **800** W per main entry |