# ATTACHMENT B

# Part 1 of 2

132

# WASHINGTON STATE ENERGY CODE
## 2009 EDITION

# CHAPTER 51-11 WAC



## WASHINGTON STATE BUILDING CODE COUNCIL

### EFFECTIVE JANUARY 1, 2011

Copies of the State Building Codes and
complete copies of the 2009 International Codes
as published by the International Code Council
and the 2009 Uniform Plumbing Code as published by
the International Association of Plumbing & Mechanical Officials
may be obtained from:


Washington Association of Building Officials
Post Office Box 7310
Olympia, Washington 98507-7310
(360) 586-6725          www.wabo.org
or toll free in Washington State at (888) 664-9515


Second Edition
2009 Washington State Energy Code
Effective January 1, 2011
Printed November 2011

Second Edition based on
WSR 10-16-091

Chapter 51-11 WAC

# *PREFACE*

**Authority:**  The Washington State Energy Code (Chapter 51-11 WAC) is adopted by the Washington State Building Code Council pursuant to Chapter 19.27A.020.  This code provides a minimum level of energy efficiency, but allows flexibility in building design, construction and heating equipment efficiencies.  The design of this code allows space heating equipment efficiencies to offset or substitute for building envelope thermal performance.

The 2009 Washington State Energy Code (WSEC) amends the 2006 WSEC, Chapter 51-11 WAC, as published in the Washington State Administrative Code.

**Code Precedence:**  The State Building Code Act, Chapter 19.27 RCW, establishes the following order of precedence among the documents adopted as parts of the State Building Code:

> International Building Code, Standards and amendments – WAC 51-50;
> International Residential Code, Standards and amendments – WAC 51-51;
> International Mechanical Code, Standards and amendments – WAC 51-52;
> International Fire Code, Standards and amendments – WAC 51-54;
> Uniform Plumbing Code, Standards and amendments - WAC 51-56, 51-57.

Where there is a conflict between codes, an earlier named code takes precedence over a later named code.  In the case of conflict between the duct insulation requirements of the International Mechanical Code and the duct insulation requirements of the Energy Code, the Energy Code, or where applicable, a local jurisdiction's energy code, shall govern.

Where, in any specific case, different sections of this Code specify different materials, methods of construction or other requirements, the most restrictive shall govern.  Where there is conflict between a general requirement and a specific requirement, the specific requirement shall be applicable.

**Enforcement:**  The State Building Code Act requires that each local jurisdiction enforce the State Building Code within its jurisdiction.  Any jurisdiction can contract with another jurisdiction or an inspection agency to provide the mandated enforcement activities.

**Amendments to the State Building Code:**  The State Building Code Council has adopted review procedures and approval criteria for local amendments.  These procedures and criteria are found in Chapter 51-04 WAC.  The Council has exempted from its review any amendments to the administrative provisions of the various codes.

Forms for proposing statewide amendments to the State Building Code are available from the State Building Code Council staff.

A.  **Amendments of Statewide Application**:  On a yearly basis the State Building Code Council will consider proposals to amend the State Building Code.  Unless directed by the State Legislature, federal mandates or court order, the Council will not enter formal rulemaking until 2012 as part of its consideration of adoption of the 2012 series of codes.

   Proposals to amend the State Building Code shall be made on forms provided by the Building Code Council.

   Code Change Proposal Submittal Deadline: March 1st of each year.

B.  **Local Amendments**:  Any jurisdiction may amend the State Building Code provided the amendments do not reduce the minimum performance standards of the codes.  There are two areas where local amendments are limited or prohibited:

**135**

**Prohibited Amendments**:  Residential provisions of the State Energy Code (WAC 51-11), the Ventilation and Indoor Air Quality Code (WAC 51-13); any provision of the International Building Code or International Residential Code affecting accessibility; and standards specifically adopted in Chapters 19.27 and 19.27A RCW cannot be amended by any local jurisdiction.

**Residential Amendments**:  Amendments by local jurisdictions which affect the construction of single family and multi-family residential buildings must be reviewed and approved by the State Building Code Council before such amendments can be enforced.  The State Building Code Act provides the following definition:

> **Multi-family residential building:**  means common wall residential buildings that consist of four or fewer units, that do not exceed two stories in height, that are less than 5,000 square feet in area, and that have a one-hour fire-resistive occupancy separation between units.

Application forms for Council review of local amendments are available from the State Building Code Council Staff or can be found on our web site:

Washington State Building Code Council
Post Office Box 41011
Olympia, Washington  98504-1011
www.sbcc.wa.gov
(360) 902-7293    Fax (360) 586-0493
e-mail:  sbcc@ga.wa.gov

**Effective Date:**  These rules were adopted by the State Building Code Council on November 20, 2009 and October 15, 2010.  The rules are effective throughout the state on January 1, 2011

**Building Permit Fees**:  The activities of the State Building Code Council are supported by permit fees collected by each city and county.  Section 19.27.085 of the State Building Code Act requires that a fee of $4.50 be imposed on each building permit issued by each city and county.  In addition, a fee of $2.00 per unit shall be imposed for each dwelling unit after the first unit, on each building containing more than one residential unit.  For the purpose of this fee, WAC 365-110-035 defines building permits as any permit to construct, enlarge, alter, repair, move, improve, remove, convert or demolish any building or structure regulated by the Building Code.  Exempt from the fee are plumbing, electrical, mechanical permits, permits issued to install a mobile/manufactured home, commercial coach or factory built structure, or permits issued pursuant to the International Fire Code.

Each city and county shall remit moneys collected to the state treasury quarterly.  No remittance is required until a minimum of $50.00 has accumulated.

These permit fees are the amounts current in January 2010.  Such fees may be changed by the State Legislature.

**Opinions**:  Only at the request of local enforcement official, the State Building Code Council may issue interpretations/opinions of those provisions of the State Building Code created by the Council, or provisions of the model codes amended by the Council.  Final interpretation authority for any specific permit resides with the local enforcement official.

**136**

# 2009 WASHINGTON STATE ENERGY CODE

# TABLE OF CONTENTS

## CHAPTER 1  ADMINISTRATION AND ENFORCEMENT

**SECTION 101 — Scope And General Requirements** .................................................................................. **1**

101.1  Title .................................................................................................................................................. 1

101.2  Purpose and Intent ........................................................................................................................... 1

101.3  Scope ................................................................................................................................................ 1

    101.3.1  Exempt Buildings ..................................................................................................................... 1

        101.3.1.1 ....................................................................................................................................... 1

        101.3.1.2 ....................................................................................................................................... 1

        101.3.1.3 ....................................................................................................................................... 1

    101.3.2  Application to Existing Buildings ............................................................................................ 1

        101.3.2.1  Additions to Existing Buildings ........................................................................................ 1

        101.3.2.2  Historic Buildings ............................................................................................................. 2

        101.3.2.3  Change of Occupancy or Use ............................................................................................ 2

        101.3.2.4  Alterations and Repairs ..................................................................................................... 2

        101.3.2.5  Building Envelope .............................................................................................................. 2

        101.3.2.6  Building Mechanical Systems ........................................................................................... 2

        101.3.2.7  Domestic Water Systems ................................................................................................... 2

        101.3.2.8  Lighting ............................................................................................................................. 2

    101.3.3  Mixed Occupancy .................................................................................................................... 2

    101.4  Amendments by Local Government ........................................................................................... 3

**SECTION 102 — Materials And Equipment** ...................................................................................... **3**

102.1 Identification ................................................................................................................................... 3

102.2 Maintenance Information ................................................................................................................ 3

**SECTION 103 — Alternate Materials–Method Of Construction,**
**Design Or Insulating Systems** ............................................................................................................... **3**

**SECTION 104 — Plans And Specifications** ......................................................................................... **3**

104.1  General ............................................................................................................................................ 3

104.2  Details ............................................................................................................................................. 3

**SECTION 105 — Inspections And Enforcement** ................................................................................. **3**

105.1  General ............................................................................................................................................ 3

105.2  Approvals Required ........................................................................................................................ 3

    105.2.1  Required Inspections ................................................................................................................ 3

105.3  Reinspection .................................................................................................................................... 3

**SECTION 106 — Violations** ................................................................................................................... **3**

**SECTION 107 — Liability** ...................................................................................................................... **3**

**SECTION 108 — Conflicts With Other Codes** .................................................................................... **4**

**SECTION 109 — Severability** ................................................................................................................ **4**

**137**

## CHAPTER 2  DEFINITIONS

**SECTION 201 — General Definitions** ................................................................................................................ **5**

201.1  Application of Terms ................................................................................................................................ 5

## CHAPTER 3  DESIGN CONDITIONS

**SECTION 301 — Design Criteria** ................................................................................................................... **15**

301.1  General ...................................................................................................................................................... 15

301.2  Heating and Cooling ............................................................................................................................... 15

**SECTION 302 — Thermal Design Parameters** .......................................................................................... **15**

302.1  Exterior Design Conditions .................................................................................................................... 15

302.2  Interior Design Conditions ..................................................................................................................... 15

302.2.1  Indoor Design Temperature ........................................................................................................ 15

302.2.2  Humidification ............................................................................................................................... 15

302.3  Climate Zones .......................................................................................................................................... 15

**TABLE 3-1 — Outdoor Design Temperatures** ........................................................................................... **15**

**SECTION 303 — Mechanical Ventilation** .................................................................................................... **15**

## CHAPTER 4  BUILDING DESIGN BY SYSTEMS ANALYSIS

**SECTION 401 — Scope** ..................................................................................................................................... **17**

401.1  General ...................................................................................................................................................... 17

**SECTION 402 — Systems Analysis** ............................................................................................................... **17**

402.1  Special Requirements for All Group R Occupancies ......................................................................... 17

402.1.1  Energy Budgets ............................................................................................................................. 17

402.1.2  Calculation of Energy Consumption ......................................................................................... 17

402.1.3  Input Values .................................................................................................................................. 17

402.1.4  Solar Shading and Access ........................................................................................................... 17

402.1.5  Infiltration ...................................................................................................................................... 17

402.1.6  Heat Pumps ................................................................................................................................... 17

402.2  Energy Analysis ....................................................................................................................................... 18

402.3  Design ........................................................................................................................................................ 18

402.4  Analysis Procedure .................................................................................................................................. 18

402.5  Calculation Procedure ............................................................................................................................. 18

402.6  Documentation ......................................................................................................................................... 18

## CHAPTER 5  BUILDING DESIGN BY COMPONENT PERFORMANCE APPROACH

**SECTION 501 — Scope** ..................................................................................................................................... **19**

501.1  General ...................................................................................................................................................... 19

**SECTION 502 — Building Envelope Requirements** ................................................................................. **19**

502.1  General ...................................................................................................................................................... 19

502.1.1 ..................................................................................................................................................... 19

502.1.2 ..................................................................................................................................................... 19

502.1.3 ..................................................................................................................................................... 19

502.1.4  Insulation ....................................................................................................................................... 19

502.1.4.1  General .................................................................................................................................. 19

502.1.4.2  Insulation Materials ........................................................................................................... 19

502.1.4.3  Clearances ............................................................................................................................ 19

502.1.4.4  Access Hatches and Doors ............................................................................................... 19

502.1.4.5  Roof/Ceiling Insulation ............................................................................ 20
502.1.4.6  Wall Insulation ...................................................................................... 20
502.1.4.7  Floor Insulation ..................................................................................... 20
502.1.4.8  Slab-On-Grade ....................................................................................... 20
502.1.4.9  Radiant Slabs ......................................................................................... 20
502.1.4.10  Below-Grade Walls .............................................................................. 20
502.1.5  Glazing and Door U-Factors .............................................................................. 20
502.1.5.1  Standard Procedure for Determination of Glazing U-Factors ............... 20
502.1.5.2  Standard Procedure for Determination of Door U-Factors .................... 21
502.1.6  Moisture Control .............................................................................................. 21
502.1.6.1  Vapor Retarders ..................................................................................... 21
502.1.6.2  Floors ..................................................................................................... 21
502.1.6.3  Roof/Ceilings ......................................................................................... 21
502.1.6.4 ................................................................................................................ 21
502.1.6.5 ................................................................................................................ 21
502.1.6.6  Walls ...................................................................................................... 21
502.1.6.7  Ground Cover ......................................................................................... 21
502.2  Thermal Criteria for Group R Occupancy ................................................................... 21
502.2.1  UA Calculations .............................................................................................. 21
502.2.2  Space Heat Type .............................................................................................. 22
502.3  Reserved ..................................................................................................................... 22
502.4  Air Leakage ................................................................................................................ 22
502.4.1  General ............................................................................................................ 22
502.4.2  Doors and Windows, General .......................................................................... 22
502.4.3  Seals and Weatherstripping ............................................................................. 22
502.4.4  Recessed Lighting Fixtures .............................................................................. 22
502.4.5  Building Air Leakage Testing .......................................................................... 22

SECTION 503 —Mechanical Systems ............................................................................ 23
503.1  General ....................................................................................................................... 23
503.2  Calculations of Heating/Cooling Loads and System Sizing Limits .............................. 23
503.2.1  Calculation Procedures .................................................................................... 23
503.2.2  Space Heating and Space Cooling System Sizing Limits ................................. 23
503.3  Simultaneous Heating and Cooling ............................................................................. 23
503.4  HVAC Equipment Performance Requirements ............................................................ 23
503.4.1  Equipment Components .................................................................................... 23
503.5  Reserved ..................................................................................................................... 23
503.6  Balancing .................................................................................................................... 23
503.7  Cooling with Outdoor Air (Economizer Cycle) ........................................................... 23
503.8  Controls ...................................................................................................................... 23
503.8.1  Temperature Control ........................................................................................ 23
503.8.1.1 ................................................................................................................ 23
503.8.1.2 ................................................................................................................ 23
503.8.1.3 ................................................................................................................ 23
503.8.2  Humidity Control ............................................................................................. 23
503.8.3  Zoning for Temperature Control ...................................................................... 23
503.8.3.1  One- and Two-Family Dwellings ......................................................... 23
503.8.3.2  Multi-Family Dwellings ........................................................................ 23
503.8.3.3  Control Setback and Shut-Off ............................................................... 24
503.8.3.4  Systems Serving Multiple Dwelling Units, Guest Rooms and Common Areas ........... 24
503.8.3.5  Heat Pump Controls .............................................................................. 24

139

503.9  Air Handling Duct System Insulation ..................................................... 24
503.10  Ducts ..................................................................................................... 24
503.10.1 ................................................................................................... 24
503.10.2  Leakage Testing ...................................................................... 24
503.10.3  Sealing ..................................................................................... 24
503.10.4  Dampers ................................................................................... 24
503.11  Piping Insulation .................................................................................. 25

**SECTION 504 — Domestic Water Systems** ................................................. **25**
504.1  Scope ....................................................................................................... 25
504.2  Water Heaters, Storage Tanks and Boilers ........................................... 25
504.2.1  Performance Efficiency ............................................................ 25
504.2.2  Insulation ................................................................................... 25
504.2.3  Combination Service Water Heating/Space Heating Boilers .... 25
504.3  Automatic Controls ................................................................................ 25
504.4  Shutdown ................................................................................................ 25
504.5  Swimming Pools ..................................................................................... 25
504.5.1  Controls ..................................................................................... 25
504.5.2  Residential Pool Pumps ............................................................ 25
504.5.2.1  Motor Efficiency ............................................................ 25
504.5.2.2  Two-Speed Capability ................................................... 25
504.5.2.3  Portable Electric Spas ................................................... 25
504.5.3  Pool Covers ............................................................................... 25
504.6  Pump Operation ..................................................................................... 25
504.7  Pipe Insulation ....................................................................................... 25
504.8  Conservation of Hot Water .................................................................... 25
504.8.1  Showers and Lavatories ............................................................ 25

**SECTION 505 — Lighting** .............................................................................. **26**
505.1  Interior Lighting .................................................................................... 26
505.2  Exterior Lighting ................................................................................... 26
505.3  Linear Fluorescent Fixtures .................................................................. 26

**EQUATION 1 — Group R Occupancy Target UA** .................................... **27**

**EQUATION 2 — All Occupancies** ................................................................ **28**

**EQUATION 3 — Group R Occupancy Proposed UA** ................................ **29**

**TABLE 5-1 — Target Component Values For Group R Occupancy** ........ **30**

**TABLE 5-2  through  TABLE 5-10 — RESERVED** .................................. **30**

**TABLE 5-11 — Insulation Of Ducts** ........................................................... **31**

**TABLE 5-12 — Minimum Pipe Insulation Requirements** ....................... **32**

**CHAPTER 6  BUILDING DESIGN BY PRESCRIPTIVE REQUIREMENTS APPROACH**

**SECTION 601 — Scope** ................................................................................... **33**
601.1  General .................................................................................................... 33

**SECTION 602 — Building Envelope Requirements For
Group R Occupancy** ...................................................................................... **33**
602.1  Roof/Ceiling ........................................................................................... 33
602.2  Exterior Walls Both Above and Below Grade ....................................... 33
602.3  Exterior Walls (Below-Grade) ............................................................... 33

**140**

602.4  Slab-on-Grade Floors ............................................................................................................ 33

602.5  Floors Over Unconditioned Space ....................................................................................... 33

602.6  Exterior Doors ...................................................................................................................... 33

    602.6.1  Exterior Door Area ..................................................................................................... 33

    602.6.2  Exterior Door U-Factor .............................................................................................. 33

602.7  Glazing ................................................................................................................................. 33

    602.7.1  Glazing Area .............................................................................................................. 33

    602.7.2  Glazing U-Factor ....................................................................................................... 33

602.8  Air Leakage for Group R Occupancy .................................................................................. 34

**SECTION 603 — Building Mechanical Systems For Single-Family Residential** .................................... **34**

603.1 .................................................................................................................................................. 34

**SECTION 604 — Domestic Water Systems** ........................................................................................ **34**

**SECTION 605 — Lighting** ................................................................................................................... **34**

**TABLE 6-1 — Prescriptive Requirements For Single-Family Residential,
Climate Zone 1** ................................................................................................................. **35**

**TABLE 6-2 — Prescriptive Requirements For Single-Family Residential,
Climate Zone 2** ................................................................................................................. **36**

## CHAPTER 7  STANDARDS

**SECTION 701 — Standards** ............................................................................................................... **37**

## CHAPTER 8  SUGGESTED SOFTWARE FOR CHAPTER 4 SYSTEMS ANALYSIS APPROACH FOR GROUP R OCCUPANCY ........................................ **39**

## CHAPTER 9  ADDITIONAL SINGLE-FAMILY RESIDENTIAL ENERGY EFFICIENCY REQUIREMENTS ....................................................... **41**

901  Additional Residential Energy Efficiency Requirements ............................................................ 41

**TABLE 9-1 — Energy Credits (Debits)** ............................................................................................ **41**

## CHAPTER 10  DEFAULT HEAT LOSS COEFFICIENTS

**SECTION 1001 — General** ................................................................................................................. **45**

1001.1  Scope ................................................................................................................................... 45

1001.2  Description ........................................................................................................................... 45

1001.3  Air Films .............................................................................................................................. 45

1001.4  Compression of Insulation .................................................................................................. 45

**SECTION 1002 — Below Grade Walls And Slabs** ........................................................................... **45**

1002.1  General ................................................................................................................................ 45

1002.2  Component Description ........................................................................................................ 45

1002.3  Insulation Description .......................................................................................................... 45

**TABLE 10-A — R-Value Of Fiberglass Batts Compressed
Within Various Depth Cavities** ....................................................................................... **46**

**TABLE 10-1 — Default Wall U-Factors And Slab F-Factors
For Basements** ................................................................................................................. **46**

**141**

**SECTION 1003 — On-Grade Slab Floors** .................................................... **47**

1003.1 General .................................................................................................... 47

1003.2 Component Description .............................................................................. 47

1003.3 Insulation Description ................................................................................ 47

**TABLE 10-2 — Default F-Factors For On-Grade Slabs** ............................ **47**

**SECTION 1004 — Floors Over Unconditioned Space** ................................ **48**

1004.1 General .................................................................................................... 48

1004.2 Crawlspace Description ............................................................................. 48

1004.3 Construction Description ........................................................................... 48

**TABLE 10-3 — Default U-Factors For Floors Over Vented Crawlspace
Or Unheated Basement** ................................................................................... **48**

**TABLE 10-4 — Default U-Factors For Floors Over
Heated Plenum Crawlspaces** ......................................................................... **48**

**TABLE 10-4A — Default U-Factors For Exposed Floors** ......................... **48**

**SECTION 1005 — Above-Grade Walls** ......................................................... **49**

1005.1 General .................................................................................................... 49

1005.2 Framing Description .................................................................................. 49

1005.3 Component Description .............................................................................. 49

**TABLE 10-5 — Default U-Factors For Above-Grade Walls** ..................... **50**

**TABLE 10-5(1) — 2x4 Single Wood Stud: R-11 Batt** ................................. **50**

**TABLE 10-5(2) — 2x4 Single Wood Stud: R-13 Batt** ................................. **50**

**TABLE 10-5(3) — 2x4 Single Wood Stud: R-15 Batt** ................................. **51**

**TABLE 10-5(4) — 2x6 Single Wood Stud: R-19 Batt** ................................. **51**

**TABLE 10-5(5) — 2x6 Single Wood Stud: R-21 Batt** ................................. **52**

**TABLE 10-5(6) — 2x6 Single Wood Stud: R-22 Batt** ................................. **52**

**TABLE 10-5(7) — 2x6 Single Wood Stud: Two R-11 Batts** ...................... **53**

**TABLE 10-5(8) — 2x8 Single Wood Stud: R-25 Batt** ................................. **53**

**TABLE 10-5(9) — 2x6 Strap Wall** ................................................................ **53**

**TABLE 10-5(10) — 2x6 + 2x4 Double Wood Stud** ...................................... **54**

**TABLE 10-5(11) — 2x4 + 2x4 Double Wood Stud** ...................................... **54**

**TABLE 10-5(12) — Log Walls** ........................................................................ **54**

**TABLE 10-5(13) — Stress Skin Panels** ......................................................... **54**

**TABLE 10-5A — Default U-Factors For Overall Assembly
Metal Stud Walls, Effective R-Values For Metal Framing And Cavity Only, And Default Metal
Building U-Factors** .......................................................................................... **55**

**TABLE 10-5A(1) — Overall Assembly U-Factors for Metal Stud Walls** ....... **55**

**TABLE 10-5A(2) — Effective R-Values For Metal Framing and Cavity Only** ....... **56**

**TABLE 10-5A(3) — Default Metal Building Wall U-Factors** ................... **56**

**TABLE 10-5B(1) — Default U-Factors For Concrete And Masonry Walls** ....... **56**

**TABLE 10-5B(2) — Peripheral Edges of Intermediate Concrete Floors** ....... **58**

**142**

**SECTION 1006 — Default U-Factors For Glazing And Doors** ........................... **58**

1006.1 Glazing and Doors Without NFRC Certification ........................... 58

**TABLE 10-6 — Other Than Singe-Family Residential:**
**Default U-Factors For Vertical Glazing, Overhead Glazing**
**And Opaque Doors** ........................... **58**

**TABLE 10-6A — Group R Occupancy:**
**Default U-Factors For Vertical Glazing** ........................... **60**

**TABLE 10-6B — All Occupancies:**
**Small Business Compliance Table For Vertical Glazing** ........................... **61**

**TABLE 10-6C — Group R Occupancy:**
**Default U-Factors For Doors** ........................... **62**

**TABLE 10-6D — RESERVED (See Table 10-6C)** ........................... **64**

**TABLE 10-6E — Group R Occupancy:**
**Default U-Factors For Overhead Glazing** ........................... **65**

**SECTION 1007 — Ceilings** ........................... **66**

1007.1 General ........................... 66

1007.2 Component Description ........................... 66

**TABLE 10-7 — Default U-Factors For Ceilings** ........................... **68**

**TABLE 10-7A — Steel Truss Framed Ceiling $U_O$** ........................... **69**

**TABLE 10-7B — Steel Truss Framed Ceiling $U_O$ With R-3 Sheathing** ........................... **69**

**TABLE 10-7C — Steel Truss Framed Ceiling $U_O$ With R-5 Sheathing** ........................... **69**

**TABLE 10-7D — Steel Truss Framed Ceiling $U_O$ With R-10 Sheathing** ........................... **69**

**TABLE 10-7E — Steel Truss Framed Ceiling $U_O$ With R-15 Sheathing** ........................... **69**

**TABLE 10-7F — Default U-Factors for Metal Building Roofs** ........................... **70**

**TABLE 10-7G — Assembly U-Factors for Roofs with Insulation Entirely Above Deck** ........................... **71**

**SECTION 1008 — Air Infiltration** ........................... **72**

1008.1 General ........................... 72

**TABLE 10-8 — Assumed Effective Air Changes Per Hour** ........................... **72**

**TABLE 10-8A — Default Heat Capacity/Density Product for Air** ........................... **72**

**SECTION 1009 — Mass** ........................... **72**

1009.1 General ........................... 72

1009.2 Mass Description ........................... 72

1009.3 Component Description ........................... 72

**TABLE 10-9 — Heat Capacity** ........................... **73**

**TABLE 10-10 — Default Mass Values** ........................... **73**

**CHAPTER 11  ADMINISTRATION AND ENFORCEMENT**

**SECTION 1100 — Title** ........................... **75**

**SECTION 1110 — Purpose And Intent** ........................... **75**

**SECTION 1120 — Scope** ........................... **75**

**SECTION 1130 — Application To Existing Buildings** ........................... **75**

1131 Additions to Existing Buildings ........................... 75

**143**

1132  Alterations and Repairs.................................................................................. 75
   1132.1  Building Envelope .................................................................................. 75
   1132.2  Building Mechanical Systems ................................................................ 76
   1132.3  Lighting and Motors .............................................................................. 76
1133  Change of Occupancy or Use ...................................................................... 76
1134  Historic Buildings ......................................................................................... 76
1135  Commissioning .............................................................................................. 76

**SECTION 1140 — Enforcement** ................................................................. **77**
1141  Plans and Specifications ............................................................................... 77
   1141.1  General ................................................................................................... 77
   1141.2  Details..................................................................................................... 77
   1141.3  Alternate Materials and Method of Construction .................................. 77
   1141.4  Systems Analysis Approach for the Entire Building .............................. 77
1142  Materials and Equipment .............................................................................. 77
   1142.1  Identification .......................................................................................... 77
   1142.2  Maintenance Information ....................................................................... 77
1143  Inspections .................................................................................................... 77
   1143.1  General ................................................................................................... 77
   1143.2  Required Inspections .............................................................................. 77
      1143.2.1  Envelope ........................................................................................ 77
      1143.2.2  Mechanical .................................................................................... 78
      1143.2.3  Lighting and Motors ..................................................................... 78
   1143.3  Re-Inspection ......................................................................................... 78
1144  Violations ...................................................................................................... 78

**SECTION 1150 — Conflicts With Other Codes** ...................................... **78**

**SECTION 1160 — Severability And Liability** .......................................... **78**
1161  Severability ................................................................................................... 78
1162  Liability ........................................................................................................ 78

**TABLE 11-1 — Economizer Compliance Options
For Mechanical Alterations** ...................................................................... **79**

**CHAPTER 12  ENERGY METERING**
1201  General ........................................................................................................... 81
1202  Whole Building Energy Supply Metering ..................................................... 81
1203  Metering ........................................................................................................ 81

**TABLE 12-1 — Energy Source Meter Thresholds** .................................. **81**

**TABLE 12-2 — Component Energy Master Submetering Thresholds** ................. **81**

**CHAPTER 13  BUILDING ENVELOPE**
1301  Scope ............................................................................................................. 83
1302  Space Heat Type ............................................................................................ 83
1303  Climate Zones ............................................................................................... 83

**FIGURE 13A — Building Envelope Compliance Options** ...................... **83**

**SECTION 1310 — General Requirements** ............................................... **83**
1310.1  Conditioned Spaces ..................................................................................... 83
1310.2  Semi-Heated Spaces .................................................................................... 83
1310.3  Cold Storage and Refrigerated Spaces......................................................... 84

**144**

**TABLE 13-3 — Refrigerated Warehouse Insulation** ........................................................ **84**

1311  Insulation ........................................................................................................ 84

    1311.1  Installation Requirements ...................................................................... 84

    1311.2  Roof/Ceiling Insulation .......................................................................... 84

    1311.3  Wall Insulation ........................................................................................ 84

    1311.4  Floor Insulation ...................................................................................... 84

    1311.5  Slab-on-Grade Floor .............................................................................. 84

    1311.6  Radiant Floors (on or below grade) ...................................................... 84

1312  Glazing and Doors ........................................................................................... 84

    1312.1  Standard Procedure for Determination of Glazing and Door U-Factors .... 84

    1312.2  Solar Heat Gain Coefficient and Shading Coefficient ......................... 84

1313  Moisture Control .............................................................................................. 85

    1313.1  Vapor Retarders ...................................................................................... 85

    1313.2  Roof/Ceiling Assemblies ........................................................................ 85

    1313.3  Walls ........................................................................................................ 85

    1313.4  Floors ...................................................................................................... 85

    1313.5  Crawlspaces ............................................................................................ 85

1314  Air Leakage ..................................................................................................... 85

    1314.1  Building Envelope Sealing ..................................................................... 85

    1314.2  Glazing and Doors .................................................................................. 86

    1314.3  Building Assemblies used as Ducts or Plenums ................................... 86

    1314.4  Recessed Lighting Fixtures ................................................................... 86

    1314.5  Loading Dock Weatherseals ................................................................. 86

    1314.6  Continuous Air Barrier ........................................................................... 87

        1314.6.1  Characteristics ............................................................................. 87

        1314.6.2  Compliance ................................................................................. 87

        1314.6.3  Certificate of Occupancy ........................................................... 87

**SECTION 1320 — Prescriptive Building Envelope Option** ...................................... **87**

1321  General .............................................................................................................. 87

1322  Opaque Envelope ............................................................................................. 87

1323  Glazing .............................................................................................................. 87

    1323.1  Area .......................................................................................................... 87

    1323.2  U-Factor ................................................................................................... 87

    1323.3  Solar Heat Gain Coefficient .................................................................. 87

**FIGURE 13B** ........................................................................................................... **88**

**SECTION 1330 — Component Performance Building Envelope Option** ................. **88**

1331  General .............................................................................................................. 88

1332  Component U-Factors ...................................................................................... 88

1333  UA Calculations ............................................................................................... 88

1334  Solar Heat Gain Coefficient Rate Calculations ............................................. 88

**EQUATION 13-1 — Target UA$_t$** ...................................................................... **89**

**EQUATION 13-2 — Proposed UA$_p$** ................................................................ **91**

**EQUATION 13-3 — Target SHGCA$_t$** .............................................................. **92**

**EQUATION 13-4 — Proposed SHGCA$_t$** ......................................................... **92**

**TABLE 13-1 — Building Envelope Requirements for Climate Zone 1** ................. **93**

**TABLE 13-2 — Building Envelope Requirements for Climate Zone 2** ................. **94**

**TABLE 13-3 — Refrigerated Warehouse Insulation** ............................................ **84**

**145**

## CHAPTER 14 BUILDING MECHANICAL SYSTEMS

1401  Scope ........................................................................................................................ 95
1402  Mechanical Ventilation ............................................................................................ 95

**SECTION 1410 — General Requirements** ................................................................... **95**

**FIGURE 14A — Mechanical Systems Compliance Path** ............................................. **95**

1411  HVAC Equipment Performance Requirements ......................................................... 96
    1411.1  General ............................................................................................................ 96
    1411.2  Rating Conditions ........................................................................................... 96
        1411.2.1  Water-Cooled Centrifugal Water-Chilling Packages, Nonstandard Conditions .......... 96
    1411.3  Combination Space and Service Water Heating ............................................... 96
    1411.4  Packaged Electric Heating and Cooling Equipment ......................................... 96
    1411.5  Heating Systems in Unenclosed Spaces .......................................................... 96

**EQUATION 14-1** ........................................................................................................ **97**

1412  Controls ................................................................................................................... 96
    1412.1  Temperature Controls ...................................................................................... 96
    1412.2  Deadband Controls .......................................................................................... 97
    1412.3  Humidity Controls ........................................................................................... 97
    1412.4  Setback and Shut-Off ....................................................................................... 97
        1412.4.1  Dampers .................................................................................................. 97
            1412.4.1.1  Damper Controls ............................................................................ 98
        1412.4.2  Optimum Start Controls ........................................................................ 98
    1412.5  Heat Pump Controls ......................................................................................... 98
    1412.6  Combustion Heating Equipment Controls ....................................................... 98
    1412.7  Balancing ......................................................................................................... 98
    1412.8  Ventilation Controls for High Occupancy Areas .............................................. 98
    1412.9  Enclosed  Loading Dock and Parking Garage Exhaust Ventilation System Controls .......... 98
        1412.9.1  System Activation Devices for Enclosed Loading Docks ........................ 98
        1412.9.2  System Activation Devices for Enclosed Parking Garages ..................... 99
1413  Economizers ............................................................................................................. 99
    1413.1  Operation ........................................................................................................ 99
    1413.2  Documentation ................................................................................................ 99
    1413.3  Integrated Operation ....................................................................................... 99
    1413.4  Humidification ................................................................................................. 99
1414  Ducting Systems ...................................................................................................... 99
    1414.1  Duct Sealing and Testing ................................................................................. 99
        1414.1.1  Sealing .................................................................................................... 99
        1414.1.2  Low Pressure Duct Leak Test .................................................................. 99
        1414.1.3  High Pressure Duct Leak Test ................................................................. 99
    1414.2  Insulation ........................................................................................................ 100
1415  Piping Systems ......................................................................................................... 100
    1415.1  Insulation ........................................................................................................ 100
1416  Commissioning and Completion Requirements ......................................................... 100
    1416.1  General ............................................................................................................ 100
    1416.2  Commissioning Scope ...................................................................................... 100
        1416.2.1 ..................................................................................................................... 100
    1416.3  Commissioning Requirements .......................................................................... 100
        1416.3.1  Commissioning Plan ................................................................................ 100
        1416.3.2  Systems Testing and Balancing ............................................................... 100
            1416.3.2.1  General ........................................................................................... 100

**146**

1416.3.2.2  Air System Balancing .................................................................................. 100
1416.3.2.3  Hydronic System Balancing .......................................................................... 100
1416.3.3  Systems, Equipment, and Controls Functional Testing ................................................ 102
1416.3.4  Supporting Documentation ................................................................................ 102
1416.3.4.1  Systems Documentation ................................................................................ 102
1416.3.4.2  Record Documents ...................................................................................... 102
1416.3.4.3  Systems Operation Training ............................................................................ 102
1416.3.5  Commissioning Report .................................................................................... 102
1416.4  Commissioning Compliance Form .............................................................................. 102

**FIGURE 14B — Commissioning Compliance Checklist** ....................................................... **101**

**SECTION 1420 — Simple Systems (Packaged Unitary Equipment)** ..................................... **102**
1421  System Type ................................................................................................ 102
1422  System Sizing Limits ...................................................................................... 102
1423  Controls .................................................................................................... 102
1424  Economizers ................................................................................................ 103
1425  Separate Air Distribution Systems ........................................................................ 103

**SECTION 1430 — Complex Systems** .......................................................................... **103**
1431  System Type ................................................................................................ 103
1431.1  Field-Assembled Equipment and Components ............................................................. 103
1431.2  System Sizing Limits .................................................................................... 103
1432  Controls .................................................................................................... 103
1432.1  Setback and Shut-Off .................................................................................... 103
1432.2  Systems Temperature Reset Controls ..................................................................... 103
1432.2.1  Air Systems for Multiple Zones ....................................................................... 103
1432.2.2  Hydronic Systems ...................................................................................... 104
1432.3  Hydronic Systems Valves and Piping ..................................................................... 104
1432.3.1  Hydronic Flow Criteria ................................................................................ 104
1432.3.1.1  Variable Flow Controls .............................................................................. 104
1432.3.2  Heat Rejection Device Isolation ...................................................................... 104
1432.3.3  Hydronic Heat Pump Isolation ......................................................................... 104
1432.3.4  Chiller Isolation ..................................................................................... 105
1432.3.5  Boiler Isolation ...................................................................................... 105
1432.4  Direct Digital Control Systems Capabilities ........................................................... 105
1432.5  Variable Air Volume System Static Pressure Reset Controls ............................................. 105
1433  Economizers ................................................................................................ 105
1434  Separate Air Distribution Systems ........................................................................ 106
1435  Simultaneous Heating and Cooling .......................................................................... 106
1436  Heat Recovery .............................................................................................. 107
1436.1  Fan Systems ............................................................................................. 107
1436.2  Condensate Systems ...................................................................................... 107
1436.3  Heat Recovery for Service Water Heating ................................................................ 108
1436.4  Condenser Heat Recovery ................................................................................. 108
1437  Electric Motor Efficiency ................................................................................. 108
1438  System Criteria ........................................................................................... 108
1438.1  Heat Rejection Equipment ................................................................................ 108
1438.1.1  Variable Flow Control ................................................................................. 108
1438.1.2  Limitations on Centrifugal Fan Cooling Towers ....................................................... 108
1438.2  Hot Gas Bypass Limitation ............................................................................... 108
1438.3  Large Volume Fan Systems ................................................................................ 108

**147**

1439  Exhaust Hoods ................................................................................................................. 109
    1439.1  Kitchen Hoods ......................................................................................................... 109
    1439.2  Laboratory Exhaust Systems ................................................................................... 109

**SECTION 1440 — Domestic Water Systems** ..................................................................... **109**
1441  Water Heater Installation .............................................................................................. 109
1442  Shut-Off Controls ........................................................................................................... 109
1443  Piping Insulation ............................................................................................................ 109
1444  Conservation of Water and Pumping Energy .............................................................. 109
1445  Heat Recovery for Domestic Water Systems ............................................................... 109
1446  Domestic Hot Water Meters .......................................................................................... 109

**SECTION 1450 — Heated Pools** ........................................................................................... **110**
1451  General ........................................................................................................................... 110
1452  Pool Water Heaters ........................................................................................................ 110
1453  Controls .......................................................................................................................... 110
1454  Pool Covers and Insulation ........................................................................................... 110
1455  Heat Recovery ................................................................................................................ 110

**SECTION 1460 — Cold Storage** ........................................................................................... **110**
1461  Refrigerated Warehouse Heating and Cooling ........................................................... 110
1462  Underslab Heating ......................................................................................................... 110
1463  Evaporators .................................................................................................................... 110
1464  Condensers ..................................................................................................................... 110
1465  Compressors ................................................................................................................... 110

**TABLE 14-1A — Unitary Air-Conditioners and Condensing Units,**
**Electrically Operated, Minimum Efficiency Requirements** ............................................... **111**

**TABLE 14-1B — Unitary and Applied Heat Pumps,**
**Electrically Operated, Minimum Efficiency Requirements** ............................................... **112**

**TABLE 14-1C — Water Chilling Packages, Minimum Efficiency Requirements** ................ **113**

**TABLE 14-1D — Packaged Terminal Air-Conditioners, Packaged Terminal Heat Pumps,**
**Room Air-Conditioners, and Room Air-Conditioner Heat Pumps,**
**Electrically Operated, Minimum Efficiency Requirements** ............................................... **114**

**TABLE 14-1E — Warm Air Furnaces and Combination Warm Air Furnaces/Air-Conditioning Units,**
**Warm Air Duct Furnaces, and Unit Heaters,**
**Minimum Efficiency Requirements** ..................................................................................... **115**

**TABLE 14-1F — Boilers, Gas- and Oil-Fired,  Minimum Efficiency Requirements** ........... **116**

**TABLE 14-1G — Performance Requirements for Heat Rejection Equipment** ..................... **117**

**TABLE 14-2 and TABLE 14-3 — RESERVED**

**TABLE 14-4A — Energy Efficient Electric Motors**
**Minimum Nominal Full-Load Efficiency (Pre 12/2010)** ...................................................... **118**

**TABLE 14-4B — Energy Efficient Electric Motors**
**Minimum Nominal Full-Load Efficiency (Post 12/2010)** ..................................................... **119**

**TABLE 14-5 — Duct Insulation** ............................................................................................. **120**

**TABLE 14-6 — Minimum Pipe Insulation** ............................................................................ **120**

**148**

**CHAPTER 15  LIGHTING AND MOTORS**

    1501  Scope ......................................................................................................................... 121

**SECTION 1510 — General Requirements** ....................................................................... **121**

**FIGURE 15A — Lighting and Motor Compliance Options** ............................................ **121**

    1511  Electric Motors ......................................................................................................... 121

    1512  Exempt Lighting ....................................................................................................... 121

        1512.1  Exempt Spaces ................................................................................................ 121

        1512.2  Exempt Lighting Equipment .......................................................................... 121

    1513  Lighting Controls ...................................................................................................... 122

        1513.1  Local Control and Accessibility ..................................................................... 122

        1513.2  Area Controls .................................................................................................. 122

        1513.3  Daylight Zone Control .................................................................................... 122

        1513.4  Display, Exhibition and Specialty Lighting Controls .................................... 123

        1513.5  Automatic Shut-Off Controls, Exterior ......................................................... 123

        1513.6  Automatic Shut-Off Controls, Interior .......................................................... 123

            1513.6.1  Occupancy Sensors ................................................................................. 123

            1513.6.2  Automatic Time Switches ........................................................................ 123

        1513.7  Lighting Controls ........................................................................................... 123

        1513.8  Commissioning Requirements ........................................................................ 124

    1514  Exit Signs .................................................................................................................. 124

**SECTION 1520 — Prescriptive Lighting Option** ............................................................ **124**

    1521  Prescriptive Interior Lighting Requirements ........................................................... 124

    1522  Prescriptive Exterior Lighting Requirements .......................................................... 124

**SECTION 1530 — Lighting Power Allowance Option** ................................................... **124**

    1531  Interior Lighting Power Allowance .......................................................................... 124

    1532  Exterior Lighting Power Allowance ......................................................................... 124

**SECTION 1540 — Transformers** ...................................................................................... **125**

**TABLE 15-1 — Unit Lighting Power Allowance (LPA)** ................................................. **125**

**TABLE 15-2A —Exterior Lighting Zones** ....................................................................... **126**

**TABLE 15-2B — Lighting Power Densities for Building Exteriors** ............................... **127**

**149**

# APPENDIX — REFERENCE STANDARD 29 (RS 29)
## NONRESIDENTIAL BUILDING DESIGN BY SYSTEMS ANALYSIS

**SECTION 1 — GENERAL** ................................................................................................................ **29-1**
1.1 General ................................................................................................................................. 29-1
1.2 Performance Rating .............................................................................................................. 29-1
1.3 Trade-Off Limits ................................................................................................................... 29-1
1.4 Documentation Requirements ............................................................................................... 29-1

**SECTION 2 — SIMULATION GENERAL REQUIREMENTS** .................................................... **29-1**
2.1 Performance Calculations ..................................................................................................... 29-1
2.2 Simulation Program .............................................................................................................. 29-2
2.3 Climactic Data ...................................................................................................................... 29-2
2.4 Energy Conversion ................................................................................................................ 29-2
2.5 Exceptional Calculation Method ........................................................................................... 29-2

**SECTION 3 — CALCULATION OF THE PROPOSED AND**
**BASELINE BUILDING PERFORMANCE** ................................................................................... **29-2**
3.1 Building Performance Calculations ....................................................................................... 29-2
    3.1.1 Baseline HVAC System Type and Description .............................................................. 29-2
        3.1.1.1 Purchased Heat ................................................................................................... 29-3
    3.1.2 General Baseline HVAC System Requirements ............................................................ 29-3
        3.1.2.1 Equipment Efficiencies ....................................................................................... 29-3
        3.1.2.2 Equipment Capacities ......................................................................................... 29-3
            3.1.2.2.1 Sizing Runs ............................................................................................... 29-3
        3.1.2.3 Preheat Coils ...................................................................................................... 29-3
        3.1.2.4 Fan System Operation ......................................................................................... 29-3
        3.1.2.5 Ventilation .......................................................................................................... 29-3
        3.1.2.6 Economizers ....................................................................................................... 29-3
        3.1.2.7 Economizer High-Limit Shutoff ......................................................................... 29-3
        3.1.2.8 Design Airflow Rates .......................................................................................... 29-3
        3.1.2.9 System Fan Power ............................................................................................... 29-3
        3.1.2.10 Exhaust Air Energy Recovery ........................................................................... 29-4
    3.1.3 System-Specific Baseline HVAC System Requirements ............................................... 29-4
        3.1.3.1 Heat Pumps (Systems 2 and 4) ........................................................................... 29-4
        3.1.3.2 Type and Number of Boilers (Systems 1, 5 and 7) .............................................. 29-4
        3.1.3.3 Hot-Water Supply Temperature (Systems 1, 5, and 7) ........................................ 29-4
        3.1.3.4 Hot-Water Supply Temperature Reset (Systems 1, 5 and 7) ............................... 29-4
        3.1.3.5 Hot-Water Pumps (Systems 1, 5 and 7) .............................................................. 29-4
        3.1.3.6 Piping Losses (Systems 1, 5 and 7) .................................................................... 29-4
        3.1.3.7 Type and Number of Chillers (Systems 7 and 8) ................................................. 29-4
        3.1.3.8 Chilled-Water Design Supply Temperature (Systems 7 and 8) ............................ 29-4
        3.1.3.9 Chilled-Water Supply Temperature Reset (Systems 7 and 8) .............................. 29-4
        3.1.3.10 Chilled-Water Pumps (Systems 7 and 8) .......................................................... 29-4
        3.1.3.11 Heat Rejection (Systems 7 and 8) ..................................................................... 29-4
        3.1.3.12 Supply Air Temperature Reset (Systems 5 through 8) ....................................... 29-4
        3.1.3.13 VAV Minimum Flow Setpoints (Systems 5 through 8) ...................................... 29-4
        3.1.3.14 Fan Power (Systems 6 and 8) ........................................................................... 29-4
        3.1.3.15 VAV Fan Part-Load Performance (Systems 5 through 8) ................................... 29-4

TABLE 3.1 — MODELING REQUIREMENTS FOR CALCULATING PROPOSED
AND BASELINE BUILDING PERFORMANCE .................................................... 29-5

TABLE 3.1.1A — BASELINE HVAC SYSTEM TYPE ........................................... 29-11

TABLE 3.1.1B — BASELINE SYSTEM DESCRIPTIONS ..................................... 29-11

TABLE 3.1.2.9 — BASELINE FAN BRAKE HORSEPOWER ................................ 29-12

TABLE 3.1.2.9B — FAN POWER LIMITATION PRESSURE DROP ADJUSTMENT ................. 29-12

TABLE 3.1.3.7 — TYPE AND NUMBER OF CHILLERS .................................... 29-12

TABLE 3.1.3.15 — PART-LOAD PERFORMANCE FOR VAV FAN SYSTEMS ................. 29-13

TABLE 3.1.4 — ACCEPTABLE OCCUPANCY DENSITIES, RECEPTACLE POWER DENSITIES
AND SERVICE HOT WATER CONSUMPTION .................................... 29-13

TABLE 3.2 — POWER ADJUSTMENT PERCENTAGES FOR AUTOMATIC LIGHTING CONTROLS ......... 29-14

TABLE 3.3A — ASSEMBLY OCCUPANCY ................................................. 29-14

TABLE 3.3B — HEALTH OCCUPANCY .................................................... 29-15

TABLE 3.3C — HOTEL/MOTEL OCCUPANCY ............................................. 29-16

TABLE 3.3D — LIGHT MANUFACTURING OCCUPANCY ................................. 29-17

TABLE 3.3E — OFFICE OCCUPANCY .................................................... 29-18

TABLE 3.3F — PARKING GARAGE OCCUPANCY ........................................ 29-19

TABLE 3.3G — RESTAURANT OCCUPANCY .............................................. 29-20

TABLE 3.3H — RETAIL OCCUPANCY .................................................... 29-21

TABLE 3.3I — SCHOOL OCCUPANCY .................................................... 29-22

TABLE 3.3J — WAREHOUSE OCCUPANCY ............................................... 29-23

SECTION 4 — SUGGESTED SOFTWARE FOR SYSTEMS ANALYSIS APPROACH .................. 29-24

**151**

**152**

# CHAPTER 1
# ADMINISTRATION AND ENFORCEMENT

## SECTION 101 — SCOPE AND GENERAL REQUIREMENTS

**101.1 Title:** Chapters 1 through 10 of this Code shall be known as the "Washington State Single-Family Residential Energy Code" and may be cited as such; and will be referred to herein as "this Code."

**101.2 Purpose and Intent:** The purpose of this Code is to provide minimum standards for new or altered buildings and structures or portions thereof to achieve efficient use and conservation of energy.

The purpose of this Code is not to create or otherwise establish or designate any particular class or group of persons who will or should be especially protected or benefited by the terms of this Code.

It is intended that these provisions provide flexibility to permit the use of innovative approaches and techniques to achieve efficient use and conservation of energy. These provisions are structured to permit compliance with the intent of this Code by any one of the following three paths of design:

1. A systems analysis approach for the entire building and its energy-using sub-systems which may utilize renewable energy sources; Chapters 4 and 9.

2. A component performance approach for various building elements and mechanical systems and components; Chapters 5 and 9.

3. A prescriptive requirements approach; Chapters 6 and 9.

Compliance with any one of these approaches meets the intent of this Code. This Code is not intended to abridge any safety or health requirements required under any other applicable codes or ordinances.

The provisions of this Code do not consider the efficiency of various energy forms as they are delivered to the building envelope. A determination of delivered energy efficiencies in conjunction with this Code will provide the most efficient use of available energy in new building construction.

**101.3 Scope:** This Code sets forth minimum requirements for the design of new buildings and structures that provide facilities or shelter for residential occupancies by regulating their exterior envelopes and the selection of their mechanical systems, domestic water systems, electrical distribution and illuminating systems, and equipment for efficient use and conservation of energy.

Buildings shall be designed to comply with the requirements of either Chapter 4, 5 or 6 of this Code and the additional energy efficiency requirements included in Chapter 9 of this Code.

Spaces within the scope of Section R101.2 of the International Residential Code shall comply with Chapters 1 through 10 of this Code. All other spaces, including other Group R Occupancies, shall comply with Chapters 11 through 20 of this Code. Chapter 2 (Definitions), Chapter 7 (Standards) and Chapter 10 (Default heat loss coefficients) are applicable to all building types.

**101.3.1 Exempt Buildings:** Buildings and structures or portions thereof meeting any of the following criteria shall be exempt from the building envelope requirements of Sections 502 and 602, but shall comply with all other requirements for mechanical systems and domestic water systems.

**101.3.1.1:** Buildings and structures or portions thereof whose peak design rate of energy usage is less than 3.4 Btu/h per ft$^2$ or 1.0 watt per ft$^2$ of floor area for space conditioning requirements.

**101.3.1.2:** Buildings and structures or portions thereof which are neither heated according to the definition of heated space in Chapter 2, nor cooled by a non-renewable energy source, provided that the non-renewable energy use for space conditioning complies with requirements of Section 101.3.1.1.

**101.3.1.3:** Greenhouses isolated from any conditioned space and not intended for occupancy.

**101.3.2 Application to Existing Buildings:** Additions, historic buildings, changes of occupancy or use and alterations or repairs shall comply with the requirements in the subsections below.

> **EXCEPTION:** The building official may approve designs of alterations or repairs which do not fully conform with all of the requirements of this Code where in the opinion of the building official full compliance is physically impossible and/or economically impractical and:
>
> 1. The alteration or repair improves the energy efficiency of the building; or
>
> 2. The alteration or repair is energy efficient and is necessary for the health, safety, and welfare of the general public.

In no case shall building envelope requirements or mechanical system requirements be less than those requirements in effect at the time of the initial construction of the building.

**101.3.2.1 Additions to Existing Buildings:** Additions to existing buildings or structures may be made to such buildings or structures without making the entire building or structure comply, provided that the new additions shall conform to the provisions of this Code.

**153**

**EXCEPTION:** New additions which do not fully comply with the requirements of this Code and which have a floor area which is less than 750 square feet shall be approved provided that improvements are made to the existing occupancy to compensate for any deficiencies in the new addition. Compliance shall be demonstrated by either systems analysis or component performance calculations. The nonconforming addition and upgraded existing occupancy shall have an energy budget or Target UA which is less than or equal to the unimproved existing building (minus any elements which are no longer part of the building envelope once the addition is added), with the addition designed to comply with this Code.

**101.3.2.2 Historic Buildings:** The building official may modify the specific requirements of this Code for historic buildings and require in lieu thereof alternate requirements which will result in a reasonable degree of energy efficiency. This modification may be allowed for those buildings which have been specifically designated as historically significant by the state or local governing body, or listed in The National Register of Historic Places or which have been determined to be eligible for listing.

**101.3.2.3 Change of Occupancy or Use:** Any space not within the scope of Section 101.3 which is converted to space that is within the scope of Section 101.3 shall be brought into full compliance with this Code.

**101.3.2.4 Alterations and Repairs:** All alterations and repairs to buildings or portions thereof originally constructed subject to the requirements of this Code shall conform to the provisions of this Code without exception. For all other existing buildings, initial tenant alterations shall comply with the new construction requirements of this Code. Other alterations and repairs may be made to existing buildings and moved buildings without making the entire building comply with all of the requirements of this Code for new buildings, provided the requirements of Sections 101.3.2.5 through 101.3.2.8 are met.

**101.3.2.5 Building Envelope:** The result of the alterations or repairs both:

1. Improves the energy efficiency of the building, and

2. Complies with the overall average thermal transmittance values of the elements of the exterior building envelope in Table 5-1 of Chapter 5, or the nominal R-values and glazing requirements of the reference case in Tables 6-1 and 6-2 of Chapter 6.

**EXCEPTIONS:** 1. Untested storm windows may be installed over existing glazing for an assumed U-factor of 0.90, however, where glass and sash are being replaced, glazing shall comply with the appropriate reference case in Tables 6-1 and 6-2.

2. Where the structural elements of the altered portions of roof/ceiling, wall or floor are not being replaced, these elements shall be deemed to comply with this Code if all existing framing cavities which are exposed during construction are filled to the full depth with batt insulation or insulation having an equivalent nominal R-value. 2x4 framed walls shall be insulated to a minimum of R-15 and 2x6 framed walls shall be insulated to a minimum of R-21.

Roof/ceiling assemblies shall maintain the required space for ventilation. Existing walls and floors without framing cavities need not be insulated. Existing roofs shall be insulated to the requirements of this Code if:

a. The roof is uninsulated or insulation is removed to the level of the sheathing, or

b. All insulation in the roof/ceiling was previously installed exterior to the sheathing or nonexistent.

**101.3.2.6 Mechanical Systems:** Those parts of systems which are altered or replaced shall comply with Section 503 of this Code. When a space-conditioning system is altered by the installation or replacement of space-conditioning equipment (including replacement of the air handler, outdoor condensing unit of a split system air conditioner or heat pump, cooling or heating coil, or the furnace heat exchanger), the duct system that is connected to the new or replacement space-conditioning equipment shall be sealed, as confirmed through field verification and diagnostic testing in accordance with procedures for duct sealing of existing duct systems as specified in RS-33. The test results shall confirm at least one of the following performance requirements:

1. The measured total duct leakage shall be less than or equal to 8 percent of the conditioned floor area, measured in CFM @ 25 Pascals; or

2. The measured duct leakage to outside shall be less than 6 percent of the conditioned floor area, measured in CFM @ 25 Pascals; or

3. The measured duct leakage shall be reduced by more than 50 percent relative to the measured leakage prior to the installation or replacement of the space conditioning equipment and a visual inspection including a smoke test shall demonstrate that all accessible leaks have been sealed; or

4. If it is not possible to meet the duct requirements of 1, 2 or 3, all accessible leaks shall be sealed and verified through a visual inspection and through a smoke test by a certified third party.

**EXCEPTIONS:** 1. Duct systems that are documented to have been previously sealed as confirmed through field verification and diagnostic testing in accordance with procedures in RS-33.

2. Ducts with less than 40 linear feet in unconditioned spaces.

3. Existing duct systems constructed, insulated or sealed with asbestos.

**101.3.2.7 Domestic Water Systems:** Those parts of systems which are altered or replaced shall comply with Section 504 of this Code.

**101.3.2.8 Lighting:** Alterations shall comply with Sections 505 and 1132.3.

**101.3.3 Mixed Occupancy:** When a building houses more than one occupancy, each portion of the building shall conform to the requirements for the occupancy housed therein. Where approved by the building official, where

**154**

minor accessory uses do not occupy more than 10% of the area of any floor of a building, the major use may be considered the building occupancy.

**101.4 Amendments By Local Government:** Except as provided in RCW 19.27A.020(7), this Code shall be the maximum and minimum energy code for single-family residential construction in each town, city and county.

## SECTION 102 — MATERIALS AND EQUIPMENT

**102.1 Identification:** All materials and equipment shall be identified in order to show compliance with this Code.

**102.2 Maintenance Information:** Required regular maintenance actions shall be clearly stated and incorporated on a readily accessible label. Such label may be limited to identifying, by title or publication number, the operation and maintenance manual for that particular model and type of product. Maintenance instructions shall be furnished for any equipment which requires preventive maintenance for efficient operation.

## SECTION 103 — ALTERNATE MATERIALS--METHOD OF CONSTRUCTION, DESIGN OR INSULATING SYSTEMS

The provisions of this Code are not intended to prevent the use of any material, method of construction, design or insulating system not specifically prescribed herein, provided that such construction, design or insulating system has been approved by the building official as meeting the intent of this Code. The building official may approve any such alternate provided he finds the proposed alternate meets or exceeds the provisions of this Code and that the material, method, design or work offered is for the purpose intended, at least the equivalent of that prescribed in this Code, in quality, strength, effectiveness, fire-resistance, durability, safety and efficient use and conservation of energy. The building official may require that sufficient evidence of proof be submitted to substantiate any claims that may be made regarding performance capabilities.

## SECTION 104 — PLANS AND SPECIFICATIONS

**104.1 General:** If required by the building official, plans and specifications shall be submitted in support of an application for a building permit. If required by the building official, plans and specifications shall be stamped and authenticated by a registered design professional currently licensed in the state of Washington. All plans and specifications, together with supporting data, shall be submitted to the building official prior to issuance of a building permit.

**104.2 Details:** The plans and specifications shall show in sufficient detail all pertinent data and features of the building and the equipment and systems as herein governed including, but not limited to: design criteria, exterior envelope component materials, U-factors of the envelope systems, R-values of insulating materials, size and type of apparatus and equipment, equipment and systems controls

and other pertinent data to indicate compliance with the requirements of this Code.

The building official may accept the professional stamp of an architect or engineer licensed to do business by the state in lieu of a plan and specification check if the engineer or architect stipulates to the best of his knowledge, understanding and belief, the design meets the requirements of this Code.

## SECTION 105 — INSPECTIONS AND ENFORCEMENT

**105.1 General:** All construction or work for which a permit is required shall be subject to inspection by the building official and all such construction or work shall remain accessible and exposed for inspection purposes until approved by the building official.

**105.2 Approvals Required:** No work shall be done on any part of the building or structure beyond the point indicated in each successive inspection without first obtaining the approval of the building official.

**105.2.1 Required Inspections:** The building official, upon notification, shall make the following inspection in addition to those inspections required in Section 109.3 of the International Building Code:

1. **Wall Insulation Inspection:** To be made after all wall insulation and air vapor retarder sheet or film materials are in place, but before any wall covering is placed.

**105.3 Reinspection:** The building official may require a structure to be reinspected.

**105.4 Certificate:** A permanent certificate shall be posted within three feet of the electrical distribution panel. The certificate shall be completed by the builder or registered design professional. The certificate shall list the predominant R-values of insulation installed in or on ceiling/roof, walls, foundation (slab, basement wall, crawlspace wall and/or floor), and ducts outside the conditioned spaces; U-factors for fenestration; and the solar heat gain coefficient (SHGC) of fenestration. Where there is more than one value for each component, the certificate shall list the value covering the largest area. The certificate shall list the type and efficiency of heating, cooling, and service water heating equipment, duct leakage rates including test conditions as specified in Section 503.10.2, and air leakage results if a blower door test was conducted.

## SECTION 106 — VIOLATIONS

It shall be unlawful for any person, firm, or corporation to erect or construct any building, or remodel or rehabilitate any existing building or structure in the state, or allow the same to be done, contrary to or in violation of any of the provisions of this Code.

## SECTION 107 — LIABILITY

Nothing contained in this Code is intended to be nor shall be construed to create or form the basis for any liability on the part of any city or county or its officers, employees or

**155**

agents for any injury or damage resulting from the failure of a building to conform to the provisions of this Code.

## SECTION 108 — CONFLICTS WITH OTHER CODES

In addition to the requirements of this Code, all occupancies shall conform to the provisions included in the State Building Code (Chapter 19.27 RCW).  In case of conflicts among Codes enumerated in RCW 19.27.031 subsections (1), (2), (3) and (4) and this Code, an earlier named Code shall govern over those following.  In the case of conflict between the duct sealing and insulation requirements of this Code and the duct insulation requirements of Sections 603 and 604 of the State Mechanical Code (Chapter 51-52 WAC), the duct insulation requirements of this code, or where applicable, a local jurisdiction's energy code shall govern.

Where, in any specific case, different sections of this Code specify different materials, methods of construction or other requirements, the most restrictive shall govern.  Where there is a conflict between a general requirement and a specific requirement, the specific requirement shall be applicable.  Wherever in this Code reference is made to the appendix, the provisions in the appendix shall not apply unless specifically adopted.

## SECTION 109 — SEVERABILITY

If any provision of this Code or its application to any person or circumstance is held invalid, the remainder of this Code or the application of the provision to other persons or circumstances is not affected.

**156**

# CHAPTER 2
## DEFINITIONS

## SECTION 201 — GENERAL DEFINITIONS

The following definitions shall apply to Chapters 1 through 20.

**201.1 Application of Terms:** For the purposes of this Code, certain abbreviations, terms, phrases, words and their derivatives, shall be as set forth in this chapter. Where terms are not defined, they shall have their ordinary accepted meanings within the context with which they are used. In the event there is a question about the definition of a term, the definitions for terms in the Codes enumerated in RCW 19.27.031 and the edition of Webster's dictionary referenced therein shall be considered as the sources for providing ordinarily accepted meanings.

**ADDITION:** See the Washington State Building Code.

**ADVANCED FRAMED CEILING:** Advanced framing assumes full and even depth of insulation extending to the outside edge of exterior walls. (See **Standard Framing** and Section 1007.2 of this Code.)

**ADVANCED FRAMED WALLS:** Studs framed on 24 inch centers with double top plate and single bottom plate. Corners use two studs or other means of fully insulating corners, and one stud is used to support each header. Headers consist of double 2x material with R-10 insulation between the header and exterior sheathing. Interior partition wall/exterior wall intersections are fully insulated in the exterior wall. (See **Standard Framing** and Section 1005.2 of this Code.)

**AFUE – ANNUAL FUEL UTILIZATION EFFICIENCY:** Unlike steady state conditions, this rating is based on average usage including on and off cycling as set out in the standardized Department of Energy Test Procedures.

**AHRI:** Air-Conditioning, Heating and Refrigeration Institute.

**AIR BARRIER:** Material(s) assembled and joined together to provide a barrier to air leakage through the building envelope. An air barrier may be a single material or a combination of materials.

**AIR-CONDITIONING, COMFORT:** The process of treating air to control simultaneously its temperature, humidity, cleanliness and distribution to meet requirements of the conditioned space.

**AIR-IMPERMEABLE INSULATION:** An insulation having an air permeance equal to or less than 0.02 L/s-m$^2$ at 75 Pa pressure differential tested in accordance with ASTM E2178 or ASTM E283.

**APPROVED:** Approval by the Code official as a result of investigation and tests conducted by him or her, or by reason of accepted principles, or tests by nationally recognized organizations.

**ASHRAE:** American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.

**ASTM:** American Society for Testing and Materials.

**AUTOMATIC:** Self-acting, operating by its own mechanism when actuated by some impersonal influence, as for example, a change in current strength, pressure, temperature or mechanical configuration. (See **Manual**.)

**BELOW-GRADE WALLS:** See **Walls**.

**BOILER CAPACITY:** The rate of heat output in Btu/h measured at the boiler outlet, at the design inlet and outlet conditions and rated fuel/energy input.

**BUILDING ENTRANCE:** Any doorway, set of doors, turnstile, vestibule, or other form of portal that is ordinarily used to gain access to the building by its users and occupants.

**BUILDING ENVELOPE:** For Single-Family residential spaces, the elements of a building which enclose conditioned spaces through which thermal energy may be transferred to or from the exterior or to or from spaces exempted by the provisions of Section 101.3.1. For Other Spaces, the elements of a building which enclose conditioned spaces through which thermal energy may be transferred to or from the exterior, or to or from unconditioned spaces, or to or from semi-heated spaces, or to or from spaces exempted by the provisions of Section 1301.

**BUILDING, EXISTING:** See the Washington State Building Code.

**BUILDING OFFICIAL:** The official authorized to act in behalf of a jurisdiction code enforcement agency or its authorized representative.

**BUILDING PROJECT:** A building or group of buildings, including on-site energy conversion or electric-generating facilities, which utilize a single submittal for a construction permit or are within the boundary of a contiguous area under one ownership.

**COLD STORAGE SPACE:** Spaces that are mechanically cooled and designed to be maintained at a temperature below 45°F (7°C) and at or above 28°F (-2.2°C).

**157**

**COMMISSIONING:**  A systematic process of verification and documentation that ensures that the selected building systems have been designed, installed and function properly, efficiently, and can be maintained in accordance with the contract documents in order to satisfy the building owner's design intent and operational requirements.

**CONDITIONED FLOOR AREA:**  (See **Gross Conditioned Floor Area**.)

**CONDITIONED SPACE:**  A cooled space, heated space (fully heated), heated space (semi-heated), or indirectly conditioned space, excluding cold storage spaces and frozen storage spaces.

**CONTINUOUS INSULATION (c.i.):**  Insulation that is continuous across all structural members without thermal bridges other than fasteners and service openings.  It is installed on the interior or exterior or is integral to any opaque surface of the building envelope.

**COOLED SPACE:**  An enclosed space within a building that is cooled by a cooling system whose sensible capacity
  a.  exceeds 5 Btu/(h•ft²), or
  b.  is capable of maintaining space dry bulb temperature of 90°F or less at design cooling conditions.

**COP – COEFFICIENT OF PERFORMANCE:** The ratio of the rate of net heat output (heating mode) or heat removal (cooling mode) to the rate of total on-site energy input to the heat pump, expressed in consistent units and under designated rating conditions.  (See **Net Heat Output, Net Heat Removal, Total On-Site Energy Input.**)

**DAYLIGHTED ZONE:**
  a.  **Under overhead glazing**:  the area under overhead glazing whose horizontal dimension, in each direction, is equal to the overhead glazing dimension in that direction plus either 70 percent of the floor to ceiling height or the dimension to a ceiling height opaque partition, or one-half the distance to adjacent overhead or vertical glazing, whichever is least.
  b.  **At vertical glazing**:  the area adjacent to vertical glazing which receives daylighting from the glazing. For purposes of this definition and unless more detailed daylighting analysis is provided, the primary daylighted zone depth extends into the space a distance equal to the window head height and the secondary daylighted zone extends from the edge of the primary zone to a distance equal to two times the window head height, or to the nearest ceiling height opaque partition, whichever is less. The daylighting zone width is assumed to be the width of the window plus either two feet on each side (the distance to an opaque partition) or one-half the distance to adjacent overhead or vertical glazing, whichever is least.

**DAYLIGHT SENSING CONTROL (DS):**  A device that automatically regulates the power input to electric lighting near the glazing to maintain the desired workplace illumination, thus taking advantage of direct or indirect sunlight.

**DEADBAND:** The temperature range in which no heating or cooling is used.

**DEMAND CONTROL VENTILATION (DCV):** A ventilation system capability that provides for the automatic reduction of outdoor air intake below design rates when the actual occupancy of spaces served by the system is less than design occupancy.

**DESIGN COOLING CONDITIONS:** The temperatures specified in Section 302.

**DESIGN HEATING CONDITIONS:** The temperatures specified in Section 302.

**DOMESTIC WATER SYSTEM:** Supply of hot water and cold water for domestic or commercial purposes other than comfort heating and cooling.

**DOOR:**  All operable opening areas, which are not glazing, in the building envelope including swinging and roll-up doors, fire doors, smoke vents and access hatches.

**DOOR AREA:** Total area of door measured using the rough opening and including the door and frame.

**DWELLING UNIT:** See the Washington State Building Code.

**ECONOMIZER, AIR:**  A ducting arrangement and automatic control system that allows a cooling supply fan system to supply outside air to reduce or eliminate the need for mechanical refrigeration during mild or cold weather.

**ECONOMIZER, WATER:**  A system by which the supply air of a cooling system is cooled directly, indirectly or both, by evaporation of water or by other appropriate fluid in order to reduce or eliminate the need for mechanical refrigeration.

**EER – ENERGY EFFICIENCY RATIO:** The ratio of net equipment cooling capacity in Btu/h to total rate of electric input in watts under designated operating conditions.

**EFFICIENCY, HVAC SYSTEM:** The ratio of useful energy (at the point of use) to the energy input for a designated time period, expressed in percent.

**EMISSIVITY:** The ability to absorb infrared radiation. A low emissivity implies a higher reflectance of infrared radiation.

**ENERGY:** The capacity for doing work; taking a number of forms which may be transformed from one into another, such as thermal (heat), mechanical (work), electrical and chemical; in customary units, measured in kilowatt-hours (kWh) or British thermal units (Btu).  (See **New Energy**.)

**ENERGY, RECOVERED:**  (See **Recovered Energy**.)

**158**

**ENERGY RECOVERY VENTILATION SYSTEM:** System that employs air-to-air heat exchangers to recover energy from exhaust air for the purpose of preheating, precooling, humidifying or dehumidifying outdoor ventilation air prior to supplying the air to a space, either directly or as part of an HVAC system.

**EXTERIOR ENVELOPE:** (See **Building Envelope**.)

**F-FACTOR:** The perimeter heat loss factor expressed in Btu/h•ft•°F.

**F-VALUE:** (See F-factor.)

**FACADE AREA:** Vertical projected area including non-horizontal roof area, overhangs, cornices, etc. measured in elevation in a vertical plane parallel to the plane of the building face.

**FENESTRATION:** All areas (including the frames) in the building envelope that let in light, including windows, plastic panels, clerestories, skylights, doors that are more than one-half glass, and glass block walls. (See building envelope and door.)

a. **Skylight:** A fenestration surface having a slope of less than 60 degrees from the horizontal plane. Other fenestration, even if mounted on the roof of a building, is considered vertical fenestration.

b. **Vertical fenestration:** All fenestration other than skylights. Trombe wall assemblies, where glazing is installed within 12 inches of a mass wall, are considered walls, not fenestration. For the purposes of determining building envelope requirements, the vertical fenestration classifications are defined as follows:

i. **Metal framing:** Products with metal framing with or without thermal break.

ii. **Metal framing, entrance door:** Any doorway, set of doors, turnstile, vestibule, or other form of portal that is ordinarily used to gain access by its users and occupants to the building or to individual tenant spaces accessed from the exterior. (See also building entrance.)

iii. **Metal framing, fixed:** All vertical fenestration, other than entrance door and operable, including, but not limited to, curtain walls, window walls, fixed windows, picture windows, glass block walls, nonopenable clerestory windows, and nonopenable sidelites and transoms.

iv. **Metal framing, operable:** All vertical fenestration that opens, except entrance doors, including, but not limited to, casement windows, projecting windows, pivoting windows, horizontal sliding windows, vertical sliding windows, openable clerestory windows, openable sidelites and transoms, sliding glass doors, and doors that are not entrance doors.

v. **Nonmetal framing:** All products with framing materials other than metal with or without metal reinforcing or cladding.

**FLOOR, ENVELOPE:** That lower portion of the building envelope, including opaque area and fenestration, that has conditioned or semiheated space above and is horizontal or tilted at an angle of less than 60 degrees from horizontal but excluding slab-on-grade floors. For the purposes of determining building envelope requirements, the classifications are defined as follows:

a. **Mass floor:** A floor with a heat capacity that exceeds 7 Btu/ft$^2$□F or 5 Btu/ft$^2$□F provided that the floor has a material unit mass not greater than 120 lb/ft$^3$.

b. **Steel-joist floor:** A floor that is not a mass floor and has steel joist members supported by structural members.

c. **Wood-framed and other floors:** All other floor types, including wood joist floors. (See also building envelope, fenestration, opaque area and slab-on-grade floor.)

**FLOOR OVER UNCONDITIONED SPACE:** A floor which separates a conditioned space from an unconditioned space which is buffered from exterior ambient conditions including vented crawlspaces and unconditioned basements or other similar spaces, or exposed to exterior ambient conditions including open parking garages and enclosed garages which are mechanically ventilated.

**FROZEN STORAGE SPACE:** Spaces that are mechanically cooled and designed to be maintained at a temperature below 28°F (-2.2°C).

**GARDEN WINDOW:** A multi-sided glazing product that projects beyond the plane of the wall.

**GLAZED WALL SYSTEM:** A category of site assembled fenestration products used in the NFRC 100 and NFRC 200 rating procedures that include curtainwalls.

**GLAZING:** All areas, including the frames, in the shell of a conditioned space that let in natural light including windows, clerestories, skylights, sliding or swinging glass doors and glass block walls.

**GLAZING AREA:** Total area of the glazing measured using the rough opening, and including the glazing, sash and frame. For doors where the daylight opening area is less than 50 percent of the door area, the glazing area is the daylight opening area. For all other doors, the glazing area is the door area.

**GROSS CONDITIONED FLOOR AREA:** The horizontal projection of that portion of interior space which is contained within exterior walls and which is conditioned directly or indirectly by an energy-using system, and which has an average height of five feet or greater, measured from the exterior faces.

**GROSS EXTERIOR WALL AREA:** The normal projection of the building envelope wall area bounding interior space which is conditioned by an energy-using system and which separates conditioned space from: unconditioned space, or semi-heated space, or exterior ambient conditions or earth; includes opaque wall, vertical glazing and door areas. The gross area of walls consists of

**159**

all opaque wall areas, including foundation walls, between floor spandrels, peripheral edges of floors, vertical glazing areas and door areas, where such surfaces are exposed to exterior ambient conditions and enclose a conditioned space including interstitial areas between two such spaces. The area of the wall is measured from the top of the floor insulation to the bottom of the roof insulation. (See **Below Grade Walls**.)

**GROSS FLOOR AREA:** The sum of the areas of the several floors of the building, including basements, cellars, mezzanine and intermediate floored tiers and penthouses of headroom height, measured from the exterior faces of exterior walls or from the center line of walls separating buildings, but excluding: Covered walkways, open roofed-over areas, porches and similar spaces, pipe trenches, exterior terraces or steps, chimneys, roof overhangs and similar features.

**GROSS ROOF/CEILING AREA:** A roof/ceiling assembly shall be considered as all components of the roof/ceiling envelope through which heat flows, thus creating a building transmission heat loss or gain, where such assembly is exposed to exterior ambient conditions and encloses a conditioned space. The assembly does not include those components that are separated from a heated and/or cooled space by a vented airspace. The gross area of a roof/ceiling assembly consists of the total interior surface of such assembly, including overhead glazing.

**GUEST ROOM:** See the Washington State Building Code.

**HEAT:** The form of energy that is transferred by virtue of a temperature difference.

**HEAT STORAGE CAPACITY:** The physical property of materials (mass) located inside the building envelope to absorb, store and release heat.

**HEATED SPACE (FULLY HEATED):** An enclosed space within a building, including adjacent connected spaces separated by an uninsulated component (e.g., basements, utility rooms, garages, corridors), which is heated by a heating system whose output capacity is:

    a. Capable of maintaining a space dry-bulb temperature of 45°F or greater at design heating conditions, or

    b. 8 Btu/(h • ft$^2$) or greater in Climate Zone 1 and 12 Btu/(h • ft$^2$) or greater in Climate Zone 2.

**HEATED SPACE (SEMI-HEATED):** An enclosed space within a building, including adjacent connected spaces separated by an un-insulated component (e.g., basements, utility rooms, garages, corridors), which is:

    a. heated by a heating system whose output capacity is 3 Btu/(h • ft$^2$) or greater in Climate Zone 1 and 5 Btu/(h • ft$^2$) or greater in Climate Zone 2,

    b. not a Heated Space (Fully Heated), and

    c. is not a cold storage space or frozen storage space.

**HIGH EFFICACY LAMPS:** Compact fluorescent lamps, T-8 or smaller diameter linear fluorescent lamps, or lamps with a minimum efficacy of:

    a. 60 lumens per watt for lamps over 40 watts;

    b. 50 lumens per watt for lamps over 15 watts to 40 watts;

    c. 40 lumens per watt for lamps 15 watts or less.

**HIGH EFFICACY LUMINAIRE:** A lighting fixture that does not contain a medium screw base socket (E24/E26) and whose lamps or other light source have a minimum efficiency of:

    a. 60 lumens per watt for lamps over 40 watts;

    b. 50 lumens per watt for lamps over 15 watts to 40 watts;

    c. 40 lumens per watt for lamps 15 watts or less.

**HSPF – HEATING SEASON PERFORMANCE FACTOR:** The total heating output (Btu) of a heat pump during its normal annual usage period for heating divided by the total electric power input (watt hour) during the same period, as determined by test procedures consistent with the U.S. Department of Energy "Test Procedure for Central Air Conditioners, Including Heat Pumps," published in Standard RS-30. When specified in Btu per watt hour, an HSPF of 6.826 is equivalent to a COP of 2.0.

**HUMIDISTAT:** A regulatory device, actuated by changes in humidity, used for automatic control of relative humidity.

**HVAC:** Heating, ventilating and air-conditioning.

**HVAC SYSTEM COMPONENTS:** HVAC system components provide, in one or more factory-assembled packages, means for chilling and/or heating water with controlled temperature for delivery to terminal units serving the conditioned spaces of the buildings. Types of HVAC system components include, but are not limited to, water chiller packages, reciprocating condensing units and water source (hydronic) heat pumps. (See **HVAC System Equipment**.)

**HVAC SYSTEM EFFICIENCY:** (See **Efficiency, HVAC System**.)

**HVAC SYSTEM EQUIPMENT:** HVAC system equipment provides, in one (single package) or more (split system) factory-assembled packages, means for air circulation, air cleaning, air cooling with controlled temperature and dehumidification; and optionally, either alone or in combination with a heating plant, the functions of heating and humidifying. The cooling function may be either electrically or heat operated and the refrigerant condenser may be air, water or evaporatively cooled. Where the equipment is provided in more than one package, the separate packages shall be designed by the manufacturer to be used together. The equipment may provide the heating function as a heat pump or by the use of electric elements. (The word "equipment" used without modifying adjective may, in accordance with common industry usage, apply either to HVAC system equipment or HVAC system components.)

**160**

**IPLV — INTEGRATED PART-LOAD VALUE:** A single number figure of merit based on part-load EER or COP expressing part-load efficiency for air conditioning and heat pump equipment on the basis of weighted operation at various load capacities for the equipment as specified in the Air-Conditioning and Refrigeration Institute (ARI) and Cooling Tower Institute (CTI) procedures.

**INDIRECTLY CONDITIONED SPACE:** An enclosed space within a building that is not a heated or cooled space, whose area weighted heat transfer coefficient to heated or cooled spaces exceeds that to the outdoors or to unconditioned spaces; or through which air from heated or cooled spaces is transferred at a rate exceeding three air changes per hour. Enclosed corridors between conditioned spaces shall be considered as indirectly conditioned space. (See **Heated Space, Cooled Space** and **Unconditioned Space**.)

**INFILTRATION:** The uncontrolled inward air leakage through cracks and interstices in any building element and around windows and doors of a building caused by the pressure effects of wind and/or the effect of differences in the indoor and outdoor air density.

**INSULATION BAFFLE:** A rigid material, resistant to wind driven moisture, the purpose of which is to allow air to flow freely into the attic or crawl space and to prevent insulation from blocking the ventilation of these spaces, or the loss of insulation. Example materials for this purpose are sheet metal or wax impregnated cardboard.

**INSULATION POSITION:**

   a. **Exterior Insulation Position:** a wall having all or nearly all of its mass exposed to the room air with the insulation on the exterior of the mass.

   b. **Integral Insulation Position:** a wall having mass exposed to both room and outside air, with substantially equal amounts of mass on the inside and outside of the insulation layer.

   c. **Interior Insulation Position:** a wall not meeting either of the above definitions; particularly a wall having most of its mass external to the insulation layer.

**INTERNATIONAL BUILDING CODE (IBC):** (See **Washington State Building Code**.)

**INTERNATIONAL MECHANICAL CODE (IMC):** (See **Washington State Building Code**.)

**LABELED:** Devices, equipment, or materials to which have been affixed a label, seal, symbol or other identifying mark of a nationally recognized testing laboratory, inspection agency, or other organization concerned with product evaluation that maintains periodic inspection of the production of the above-labeled items that attests to compliance with a specific standard.

**LINER SYSTEM (LS):** A continuous membrane is installed below the purlins and uninterrupted by framing members. Uncompressed, unfaced insulation rests on top of the membrane between the purlins. For multilayer installations, the last rated R-value of insulation is for unfaced insulation draped over purlins and then compressed when the metal roof panels are attached. A minimum R-3 (R-0.5) thermal spacer block between the purlins and the metal roof panels is required, unless compliance is shown by the overall assembly U-factor.

**LISTED:** Equipment, appliances, assemblies, or materials included in a list published by an approved testing laboratory, inspection agency, or other organization concerned with product evaluation that maintains periodic inspection of production of listed equipment, appliances, assemblies, or material, and whose listing states either that the equipment, appliances, assemblies, or material meets nationally recognized standards or has been tested and found suitable for use in a specified manner.

**LUMINAIRE:** A complete lighting unit consisting of a lamp or lamps together with the parts designed to distribute the light, to position and protect the lamps and to connect the lamps to the electric power supply.

**MANUAL:** Capable of being operated by personal intervention. (See **Automatic**.)

**MECHANICAL SYSTEM:** Equipment and components that provide heating, cooling, and ventilation for any purpose other than domestic water systems.

**MICROCELL:** A wireless communication facility consisting of an antenna that is either: (a) Four (4) feet in height and with an area of not more than 580 square inches; or (b) if a tubular antenna, no more than four (4) inches in diameter and no more than six (6) feet in length; and the associated equipment cabinet that is six (6) feet or less in height and no more than 48 square feet in floor area.

**NFPA:** National Fire Protection Association.

**NFRC:** National Fenestration Rating Council.

**NET HEAT OUTPUT:** The change in the total heat content of the air entering and leaving the equipment (not including supplementary heat and heat from boilers).

**NET HEAT REMOVAL:** The total difference in heat content of the air entering and leaving the equipment (without heat) or the difference in total heat content of the water or refrigerant entering and leaving the component.

**NEW ENERGY:** Energy, other than recovered energy, utilized for the purpose of heating or cooling. (See **Energy**.)

**NOMINAL R-VALUE:** The thermal resistance of insulation alone as determined in accordance with the U.S. Federal Trade Commission R-value rule (CFR Title 16, Part 460) in units of $h \cdot ft^2 \cdot °F/Btu$ at a mean temperature of 75°F. Nominal R-value refers to the thermal resistance of the added insulation in framing cavities or insulated sheathing only and does not include the thermal resistance of other building materials or air films.

**161**

**NON-RENEWABLE ENERGY SOURCES:** All energy sources that are not renewable energy sources including natural gas, oil, coal, wood, liquefied petroleum gas, steam and any utility-supplied electricity.

**NONRESIDENTIAL:** All spaces as defined in this Code other than Residential.

**OCCUPANCY:** See the Washington State Building Code.

**OCCUPANCY SENSOR:** A device that detects occupants within an area, causing any combination of lighting, equipment or appliances to be turned on or shut off.

**ON-SITE RENEWABLE ENERGY POWER SYSTEM:** Photovoltaic, solar thermal, geothermal, and wind systems used to generate electrical power and located on the building site.

**OPAQUE ENVELOPE AREAS:** All exposed areas of a building envelope which enclose conditioned space, except openings for doors, glazing and building service systems.

**OPEN BLOWN:** Loose fill insulation pneumatically installed in an unconfined attic space.

**OUTDOOR AIR (OUTSIDE AIR):** Air taken from the outdoors and, therefore, not previously circulated through a building.

**OVERHEAD GLAZING:** A glazing surface that has a slope of less than 60° from the horizontal plane.

**PACKAGED TERMINAL AIR-CONDITIONER:** A factory-selected combination of heating and cooling components, assemblies or sections intended to serve a room or zone. (For the complete technical definition, see Standard RS-5.)

**PERMEANCE (PERM):** The ability of a material of specified thickness to transmit moisture in terms of amount of moisture transmitted per unit time for a specified area and differential pressure (grains per hour•ft²•inches of HG). Permeance may be measured using ASTM E-96-00 or other approved dry cup method as specified in Standard RS-1.

**PERSONAL WIRELESS SERVICE FACILITY:** A Wireless Communication Facility (WCF), including a microcell, which is a facility for the transmission and/or reception of radio frequency signals and which may include antennas, equipment shelter or cabinet, transmission cables, a support structure to achieve the necessary elevation, and reception and/or transmission devices or antennas.

**POOL COVER:** A vapor-retardant cover which lies on or at the surface of the pool.

**POWER:** In connection with machines, the time rate of doing work. In connection with the transmission of energy of all types, the rate at which energy is transmitted; in customary units, it is measured in watts (W) or British thermal units per hour (Btu/h).

**PROCESS ENERGY:** Energy consumed in support of a manufacturing, industrial, or commercial process other than the maintenance of building comfort or amenities for building occupants.

**RADIANT SLAB FLOOR:** A slab floor assembly on grade or below, containing heated pipes, ducts, or electric heating cables that constitute a floor or portion thereof for complete or partial heating of the structure.

**READILY ACCESSIBLE:** See the Washington State Mechanical Code.

**RECOOLING:** The removal of heat by sensible cooling of the supply air (directly or indirectly) that has been previously heated above the temperature to which the air is to be supplied to the conditioned space for proper control of the temperature of that space.

**RECOVERED ENERGY:** Energy utilized which would otherwise be wasted (i.e., not contribute to a desired end use) from an energy utilization system.

**REFRIGERATED WAREHOUSE:** A building that contains cold storage spaces or frozen storage spaces that have a total area exceeding 3,000 square feet.

**REHEAT:** The application of sensible heat to supply air that has been previously cooled below the temperature of the conditioned space by either mechanical refrigeration or the introduction of outdoor air to provide cooling.

**RENEWABLE ENERGY SOURCES:** Renewable energy sources of energy (excluding minerals) are derived from:
1. Incoming solar radiation, including but not limited to, natural daylighting and photosynthetic processes;
2. Energy sources resulting from wind, waves and tides, lake or pond thermal differences; and
3. Energy derived from the internal heat of the earth, including nocturnal thermal exchanges.

**RESET:** Adjustment of the set point of a control instrument to a higher or lower value automatically or manually to conserve energy.

**RESIDENTIAL:** The following two categories comprise all residential spaces for the purposes of this Code:
   a. **Single-family:** All spaces within the scope of Section R101.2 of the International Residential Code.
   b. **Multifamily:**
      i. All Group R Occupancy not falling under the scope of Section 101.2 of the International Residential Code including, but not limited to, dwelling units, hotel/motel guest rooms, dormitories, fraternity/sorority houses, hostels, prisons, and fire stations;
      ii. All sleeping areas in Group I Occupancy including, but not limited to, assisted living facilities, nursing homes, patient rooms in hospitals, prisons, and fire stations; and

**162**

iii. All sleeping areas in other occupancies including, but not limited to, fire stations.

**ROOF:** The upper portion of the building envelope, including opaque areas and fenestration, that is horizontal or tilted at an angle of less than 60 degrees from horizontal. For the purposes of determining building envelope requirements, the classifications are defined as follows:

a. **Attic and other roofs:** All other roofs, including roofs with insulation entirely below (inside of) the roof structure (i.e., attics, cathedral ceilings, and single-rafter ceilings), roofs with insulation both above and below the roof structure, and roofs without insulation but excluding metal building roofs.

b. **Metal building roof:** A roof that is:

i. Constructed with a metal, structural, weathering surface;

ii. Has no ventilated cavity; and

iii. Has the insulation entirely below deck (i.e., does not include composite concrete and metal deck construction nor a roof framing system that is separated from the superstructure by a wood substrate) and whose structure consists of one or more of the following configurations:

A. Metal roofing in direct contact with the steel framing members.

B. Insulation between the metal roofing and the steel framing members;

C. Insulated metal roofing panels installed as described in 1 or 2.

**ROOF WITH INSULATION ENTIRELY ABOVE DECK:** A roof with all insulation installed above (outside of) the roof structure and continuous (i.e., uninterrupted by framing members).

**ROOF/CEILING ASSEMBLY:** (See **Gross Roof/Ceiling Area.**)

**SEER - SEASONAL ENERGY EFFICIENCY RATIO:** The total cooling output of an air conditioner during its normal annual usage period, in Btu's, divided by the total electric energy input in watt-hours, during the same period, as determined by 10 CFR, Part 430.

**SEMI-HEATED SPACE:** Sub-category of **Heated Space.** (See **Heated Space.**)

**SEQUENCE:** A consecutive series of operations.

**SERVICE SYSTEMS:** All energy-using systems in a building that are operated to provide services for the occupants or processes housed therein, including HVAC, service water heating, illumination, transportation, cooking or food preparation, laundering or similar functions.

**SERVICE WATER HEATING:** Supply of hot water for domestic or commercial purposes other than comfort heating.

**SHADED:** Glazed area which is externally protected from direct solar radiation by use of devices permanently affixed to the structure or by an adjacent building, topographical feature, or vegetation.

**SHADING COEFFICIENT:** The ratio of solar heat gain occurring through non-opaque portions of the glazing, with or without integral shading devices, to the solar heat gain occurring through an equivalent area of unshaded, 1/8 inch thick, clear, double-strength glass.

**Note**: Heat gains to be compared under the same conditions. See Chapter 31 of Standard RS-1, listed in Chapter 7 of this Code.

**SHALL:** Denotes a mandatory code requirement.

**SINGLE FAMILY:** (See **Residential.**)

**SKYLIGHT:** (See **Fenestration.**)

**SLAB-BELOW-GRADE:** Any portion of a slab floor in contact with the ground which is more than 24 inches below the final elevation of the nearest exterior grade.

**SLAB-ON-GRADE, EXTERIOR:** Any portion of a slab floor in contact with the ground which is less than or equal to 24 inches below the final elevation of the nearest exterior grade.

**SMALL BUSINESS:** Any business entity (including a sole proprietorship, corporation, partnership or other legal entity) which is owned and operated independently from all other businesses, which has the purpose of making a profit, and which has fifty or fewer employees, or which has a million dollars or less per year in gross sales, of window products.

**SOLAR ENERGY SOURCE:** Source of natural daylighting and of thermal, chemical or electrical energy derived directly from conversion of incident solar radiation.

**SOLAR HEAT GAIN COEFFICIENT (SHGC):** The ratio of the solar heat gain entering the space through the glazing product to the incident solar radiation. Solar heat gain includes directly transmitted solar heat and absorbed solar radiation which is then reradiated, conducted or convected into the space.

**SPLIT SYSTEM:** Any heat pump or air-conditioning unit which is provided in more than one assembly requiring refrigeration piping installed in the field.

**STANDARD FRAMING:** All framing practices not defined as "intermediate" or "advanced" shall be considered standard. (See **Advanced Framed Ceiling, Advanced Framed Wall, Intermediate Framed Wall** and Section 1005.2 of this Code.)

**SUBSTANTIAL CONTACT:** A condition where adjacent building materials are placed in a manner that proximal surfaces are contiguous, being installed and supported as to eliminate voids between materials, without compressing or degrading the thermal performance of either product.

**SYSTEM:** A combination of central or terminal equipment or components and/or controls, accessories, interconnecting means and terminal devices by which

**163**

energy is transformed so as to perform a specific function, such as HVAC, service water heating or illumination.

**TAPERING:** Installation of a reduced level of ceiling insulation at the eaves, due to reduced clearance.

**THERMAL BY-PASS:** An area where the envelope surrounding the conditioned space is breached, or where an ineffective application compromises the performance of a thermal or infiltration barrier, increasing the structure's energy consumption by exposing finished surfaces to ambient conditions and additional heat transfer.

**THERMAL CONDUCTANCE (C):** Time rate of heat flow through a body (frequently per unit area) from one of its bounding surfaces to the other for a unit temperature difference between the two surfaces, under steady conditions (Btu/h•ft$^2$•°F).

**THERMAL RESISTANCE (R):** The reciprocal of thermal conductance (h•ft$^2$•°F/Btu).

**THERMAL TRANSMITTANCE (U):** The coefficient of heat transmission (air to air). It is the time rate of heat flow per unit area and unit temperature difference between the warm side and cold side air films (Btu/h•ft$^2$•°F).

**THERMAL TRANSMITTANCE, OVERALL (U$_0$):** The overall (average) heat transmission of a gross area of the exterior building envelope (Btu/h•ft$^2$•°F). The U$_0$-factor applies to the combined effect of the time rate of heat flows through the various parallel paths, such as glazing, doors and opaque construction areas, comprising the gross area of one or more exterior building components, such as walls, floors or roof/ceiling.

**THERMOSTAT:** An automatic control device actuated by temperature and designed to be responsive to temperature.

**TOTAL ON-SITE ENERGY INPUT:** The combination of all the energy inputs to all elements and accessories as included in the equipment components, including but not limited to, compressor(s), compressor sump heater(s), circulating pump(s), purge device(s), fan(s) and the HVAC system component control circuit.

**TRANSMISSION COEFFICIENT:** The ratio of the solar heat gain through a glazing system to that of an unshaded single pane of double strength window glass under the same set of conditions.

**TRANSVERSE JOINT:** The primary connection between two air distribution system fittings.

**U-FACTOR:** (See **Thermal Transmittance**.)

**U-VALUE:** (See **U-factor**.)

**UNITARY COOLING AND HEATING EQUIPMENT:** One or more factory-made assemblies which include an evaporator or cooling coil, a compressor and condenser combination, and may include a heating function as well. Where such equipment is provided in more than one assembly, the separate assemblies shall be designed to be used together.

**UNITARY HEAT PUMP:** One or more factory-made assemblies which include an indoor conditioning coil, compressor(s) and outdoor coil or refrigerant-to-water heat exchanger, including means to provide both heating and cooling functions. When such equipment is provided in more than one assembly, the separate assemblies shall be designed to be used together.

**VAPOR RETARDER:** A layer of low moisture transmissivity material (not more than 1.0 perm dry cup) placed over the warm side (in winter) of insulation, over the exterior of below grade walls, and under floors as ground cover to limit the transport of water and water vapor through exterior walls, ceilings and floors. Vapor retarding paint, listed for this application, also meets this definition.

**VAULTED CEILINGS:** All ceilings where enclosed joist or rafter space is formed by ceilings applied directly to the underside of roof joists or rafters.

**VENTILATION:** The process of supplying or removing air by natural or mechanical means to or from any space. Such air may or may not have been conditioned.

**VENTILATION AIR:** That portion of supply air which comes from outside (outdoors) plus any recirculated air that has been treated to maintain the desired quality of air within a designated space.

**VERTICAL GLAZING:** A glazing surface that has a slope of 60° or greater from the horizontal plane.

**WALL:** That portion of the building envelope, including opaque area and fenestration, that is vertical or tilted at an angle of 60 degrees from horizontal or greater. This includes above- and below-grade walls, between floor spandrels, peripheral edges of floors, and foundation walls. For purposes of determining building envelope requirements, the classifications are defined as follows:

a. **Above-grade wall:** A wall that is not a below-grade wall.

b. **Below-grade wall:** That portion of a wall in the building envelope that is entirely below the finish grade and in contact with the ground.

c. **Mass wall:** A wall with a heat capacity exceeding 7 Btu/ft$^2$°F or 5 Btu/ft$^2$°F, provided that the wall has a material unit weight not greater than 120 lb/ft$^3$.

d. **Metal building wall:** A wall whose structure consists of metal spanning members supported by steel structural members (i.e., does not include spandrel glass or metal panels in curtain wall systems).

e. **Steel-framed wall:** A wall with a cavity (insulated or otherwise) whose exterior surfaces are separated by steel framing members (i.e., typical steel stud walls and curtain wall systems).

f. **Wood-framed and other walls:** All other wall types, including wood stud walls.

**164**

Effective January 1, 2011

**WALLS (EXTERIOR):** Any member or group of members which defines the exterior boundaries or courts of a building and which have a slope of 60° or greater from the horizontal plane, and separates conditioned from unconditioned space.  Band joists between floors are to be considered a part of exterior walls.

**WASHINGTON STATE BUILDING CODE:**  The Washington State Building Code is comprised of the International Building Code; the International Residential Code, the International Mechanical Code; the International Fire Code; the Uniform Plumbing Code; the state regulations for barrier-free facilities, as designated in RCW 19.27.031; the state energy code; and any other codes so designated by the Washington state legislature as adopted and amended by the State Building Code Council.

**ZONE:** A space or group of spaces within a building with heating and/or cooling requirements sufficiently similar so that comfort conditions can be maintained throughout by a single controlling device.  Each dwelling unit in residential buildings shall be considered a single zone.

**165**

**166**

# CHAPTER 3
# DESIGN CONDITIONS

## SECTION 301 — DESIGN CRITERIA

**301.1 General:** The criteria of this chapter establish the design conditions upon which the minimum thermal design requirements of the building envelope and the design of the HVAC system are to be based.

**301.2 Heating and Cooling:** A building that is designed to be both heated and cooled shall meet the more stringent of the heating or cooling requirements as required in this Code when requirements of the exterior envelope differ.

## SECTION 302 — THERMAL DESIGN PARAMETERS

**302.1 Exterior Design Conditions:** The heating or cooling outdoor design temperatures shall be selected from Table 3-1.

**302.2 Interior Design Conditions**

**302.2.1 Indoor Design Temperature:** Indoor design temperature shall be 70°F for heating and 78°F for cooling.

    **EXCEPTION:** Other design temperatures may be used for equipment selection if it results in a lower energy usage.

**302.2.2 Humidification:** If humidification is provided during heating, it shall be designed for a maximum relative humidity of 30%. When comfort air conditioning is provided, the actual design relative humidity within the comfort envelope as defined in Standard RS-4, listed in Chapter 7, shall be selected for minimum total HVAC system energy use.

**302.3 Climate Zones:** All buildings shall comply with the requirements of the appropriate climate zone as defined herein.

**ZONE 1:** Climate Zone 1 shall include all counties not included in Climate Zone 2.

**ZONE 2:** Climate Zone 2 shall include: Adams, Chelan, Douglas, Ferry, Grant, Kittitas, Lincoln, Okanogan, Pend Oreille, Spokane, Stevens and Whitman counties.

## SECTION 303 — MECHANICAL VENTILATION

    The minimum requirements for ventilation shall comply with Section M1508 of the Washington State Residential Code (WAC 51-51).

### TABLE 3-1
### OUTDOOR DESIGN TEMPERATURES

| Location | Outdoor Design Temp Heating (°F) | Outdoor Design Temp Cooling (°F) | Location | Outdoor Design Temp Heating (°F) | Outdoor Design Temp Cooling (°F) | Location | Outdoor Design Temp Heating (°F) | Outdoor Design Temp Cooling (°F) |
|---|---|---|---|---|---|---|---|---|
| Aberdeen 20NNE | 25 | 83 | Connell 4NNW | 6 | 100 | John Day Dam | 19 | 100 |
| Anacortes | 24 | 72 | Cougar 5E | 25 | 93 | Kent | 21 | 85 |
| Anatone | -4 | 89 | Dallesport AP | 14 | 99 | Kirkland | 17 | 83 |
| Auburn | 25 | 84 | Darrington RS | 13 | 85 | La Grande | 23 | 88 |
| Battleground | 19 | 91 | Davenport | 5 | 92 | Leavenworth | -3 | 93 |
| Bellevue | 24 | 83 | Edmonds | 24 | 82 | Little Goose Dam | 22 | 101 |
| Bellingham 2N | 19 | 78 | Ellensburg AP | 2 | 90 | Long Beach 3NNE | 25 | 77 |
| Blain | 17 | 73 | Elma | 24 | 88 | Longview | 24 | 87 |
| Bremerton | 29 | 83 | Ephrata AP | 7 | 97 | Lower Granite Dam | 14 | 98 |
| Burlington | 19 | 77 | Everett Paine AFB | 21 | 79 | Lower Monument Dam | 18 | 103 |
| Chehalis | 21 | 87 | Forks 1E | 23 | 81 | Marysville | 23 | 79 |
| Chelan | 10 | 89 | Glacier RS | 13 | 82 | Metaline Falls | -1 | 89 |
| Cheney | 4 | 94 | Glenoma (Kosmos) | 18 | 89 | Methow 2W | 1 | 89 |
| Chesaw | -11 | 81 | Goldendale | 7 | 94 | Nespelem 2S | -4 | 93 |
| Clarkston | 10 | 94 | Grays River Hatchery | 24 | 86 | Newhalem | 19 | 89 |
| Cle Elum | 1 | 91 | Greenwater | 1.4 | 84 | Newport | -5 | 92 |
| Colfax 1NW | 2 | 94 | Grotto | 21 | 84 | Northport | 2 | 92 |
| Colville AP | -2 | 92 | Hoquiam AP | 26 | 79 | Oak Harbor | 16 | 74 |
| Concrete | 19 | 83 | Inchelium 2NW | 0 | 92 | Odessa | 7 | 100 |

**167**

WASHINGTON STATE ENERGY CODE

TABLE 3-1
OUTDOOR DESIGN TEMPERATURES (Continued)

| Location | Outdoor Design Temp Heating (°F) | Outdoor Design Temp Cooling (°F) | Location | Outdoor Design Temp Heating (°F) | Outdoor Design Temp Cooling (°F) | Location | Outdoor Design Temp Heating (°F) | Outdoor Design Temp Cooling (°F) |
|---|---|---|---|---|---|---|---|---|
| Olga 2SE | 24 | 71 | Raymond | 28 | 81 | Stevens Pass | 6 | 77 |
| Olympia AP | 17 | 85 | Redmond | 17 | 83 | Tacoma CO | 29 | 82 |
| Omak 2NW | 3 | 90 | Republic | -9 | 87 | Tatoosh Island | 31 | 63 |
| Oroville | 5 | 93 | Richland | 11 | 101 | Toledo AP | 17 | 84 |
| Othello | 9 | 98 | Ritzville | 6 | 99 | Vancouver | 22 | 88 |
| Packwood | 16 | 90 | Satus Pass | 10 | 90 | Vashon Island | 28 | 78 |
| Plain | -3 | 89 | Seattle: SeaTac AP | 24 | 83 | Walla Walla AP | 6 | 96 |
| Pleasant View | 16 | 98 | Sedro Woolley 1E | 19 | 78 | Waterville | 1 | 88 |
| Pomeroy | 3 | 95 | Sequim | 23 | 78 | Wellpinit | 1 | 93 |
| Port Angeles | 28 | 75 | Shelton | 23 | 85 | Wenatchee CO | 10 | 92 |
| Port Townsend | 25 | 76 | Smyrna | 8 | 102 | Whidbey Island | 11 | 71 |
| Prosser | 12 | 97 | Snohomish | 21 | 81 | Willapa Harbor | 26 | 81 |
| Puyallup | 19 | 86 | Snoqualmie Pass | 6 | 80 | Wilson Creek | 3 | 96 |
| Quilcene 2SW | 23 | 83 | Spokane AP | 4 | 92 | Winthrop 1WSW | -12 | 91 |
| Quinault RS | 25 | 84 | Spokane CO | 10 | 96 | Yakima AP | 11 | 94 |
| Rainier, Longmire | 15 | 85 | Stampede Pass | 7 | 76 | | | |
| Paradise RS | 8 | 71 | Stehekin 3 NW | 12 | 85 | | | |

**ABBREVIATIONS:**     AFB Air Force Base          AP Airport          CO City Office          RS Ranger Station
Typical: "4(miles)NE"

**168**

# CHAPTER 4
# BUILDING DESIGN BY SYSTEMS ANALYSIS

## SECTION 401 — SCOPE

**401.1 General:** This chapter establishes design criteria in terms of total energy use by a building, including all of its systems. Analysis of design for all single-family residential shall comply with Sections 402.1 through 402.6. In addition, the design shall comply with the additional energy efficiency requirements of Chapter 9.

## SECTION 402 — SYSTEMS ANALYSIS

**402.1 Special Requirements for Single-Family Residential:**

**402.1.1 Energy Budgets:** Proposed buildings designed in accordance with this section shall be designed to use no more energy from non-renewable sources for space heating, space cooling and domestic hot water heating than a standard building whose enclosure elements and energy consuming systems are designed in accordance with Section 502.2 of this Code for the appropriate climate zone and heating system type and cooling system type and whose mechanical system type is the same as the proposed building and which complies with Section 503 of this Code. Energy derived from renewable sources may be excluded from the total annual energy consumption attributed to the alternative building.

**402.1.2 Calculation of Energy Consumption:** The application for a building permit shall include documentation which demonstrates, using a calculation procedure as listed in Chapter 8, or an approved alternate, that the proposed building's annual space heating , space cooling and domestic hot water heating energy use does not exceed the annual space heating, space cooling and domestic hot water heating energy use of a standard building conforming to Chapter 5 of this Code for the appropriate climate zone.  The total calculated annual energy consumption shall be shown in units of kWh/ft$^2$-year or Btu/ft$^2$-year of conditioned area.

**402.1.3 Input Values:** The following standardized input values shall be used in calculating annual space heating budgets:

| Parameter | Value |
| --- | --- |
| **Thermostat** | |
| Thermostat set point, heating | 65°F |
| Thermostat set point, cooling | 78°F |
| Thermostat night set back | 65°F |
| Thermostat night set back period | 0 hours |
| **Internal Gain** | 3000 Btu/h |
| **Domestic Hot Water Heater Setpoint** | 120°F |
| **Domestic Hot Water Consumption** | 20 gallons per person per day |

| Parameter | Value |
| --- | --- |
| **Minimum Heat Storage** | Calculated using standard engineering practice for the actual building or as approved. |
| **Site Weather Data** | Typical meteorological year (TMY) or ersatz TMY data for the closest appropriate TMY site or other sites as approved. |
| **Heating and Cooling Equipment Efficiency** | Equipment shall comply with Section 1411 |

The standard building shall be modeled with glazing area distributed equally among the four cardinal directions. Parameter values that may be varied by the building designer to model energy saving options include, but are not limited to, the following:

1. Overall thermal transmittance, $U_o$, of building envelope or individual building components.

2. Heat storage capacity of building.

3. Glazing orientation; area; and solar heat gain coefficients (where Chapter 5 does not contain SHGC requirements, the standard design shall be modeled with glazing SHGC as determined by Tables 13-1 and 13-2. SHGC values shall be determined in accordance with Section 1312.2.).

4. Heating system efficiency.

Parameters values that may not be varied:

- Domestic hot water consumption

**402.1.4 Solar Shading and Access:** Building designs using passive solar features with 8% or more south facing equivalent glazing to qualify shall provide to the building official a sun chart or other approved documentation depicting actual site shading for use in calculating compliance under this section.  The building shall contain at least 45 Btu/°F for each square foot of south facing glass.

**402.1.5 Infiltration:** Infiltration levels used shall be set at 0.35 air changes per hour for thermal calculation purposes only.

**402.1.6 Heat Pumps:** The heating season performance factor (HSPF) for heat pumps shall be calculated using procedures consistent with Section 5.2 of the U.S. Department of Energy "Test Procedure for Central Air Conditioners, Including Heat Pumps," published in the December 27, 1979, Federal Register, Vol. 44, No. 24, 10 CFR 430.  Climate data as specified above, the

**169**

proposed buildings overall thermal performance value (Btu/°F) and the standardized input assumptions specified above shall be used to model the heat pump's HSPF.

**402.2 Energy Analysis:** Compliance with this chapter will require an analysis of the annual energy usage, hereinafter called an annual energy analysis.

> **EXCEPTION:** Chapters 5 and 6 of this Code establish criteria for different energy-consuming and enclosure elements of the building which will eliminate the requirement for an annual systems energy analysis while meeting the intent of this Code.

A building designed in accordance with this chapter will be deemed as complying with this Code if the calculated annual energy consumption is 8 percent less than a similar building (defined as a "standard design") whose enclosure elements and energy-consuming systems are designed in accordance with Chapter 5.

For an alternate building design to be considered similar to a "standard design," it shall utilize the same energy source(s) for the same functions and have equal floor area and the same ratio of envelope area to floor area, environmental requirements, occupancy, climate data and usage operational schedule.

**402.3 Design:** The standard design, conforming to the criteria of Chapter 5 and the proposed alternative design shall be designed on a common basis as specified herein.

The comparison shall be expressed as kBtu or kWh input per square foot of conditioned floor area per year at the building site.

**402.4 Analysis Procedure:** The analysis of the annual energy usage of the standard and the proposed alternative building and system design shall meet the following criteria:

a.  The building heating/cooling load calculation procedure used for annual energy consumption analysis shall be detailed to permit the evaluation of effect of factors specified in Section 402.5.

b.  The calculation procedure used to simulate the operation of the building and its service systems through a full-year operating period shall be detailed to permit the evaluation of the effect of system design, climatic factors, operational characteristics and mechanical equipment on annual energy usage. Manufacturer's data or comparable field test data shall be used when available in the simulation of systems and equipment. The calculation procedure shall be based upon 8,760 hours of operation of the building and its service systems.

**402.5 Calculation Procedure:** The calculation procedure shall cover the following items:

a.  Design requirements--Environmental requirements as required in Chapter 3.

b.  Climatic data--Coincident hourly data for temperatures, solar radiation, wind and humidity of typical days in the year representing seasonal variation.

c.  Building data--Orientation, size, shape, mass, air, moisture and heat transfer characteristics.

d.  Operational characteristics--Temperature, humidity, ventilation, illumination, control mode for occupied and unoccupied hours.

e.  Mechanical equipment--Design capacity, part load profile.

f.  Building loads--Internal heat generation, lighting, equipment, number of people during occupied and unoccupied periods.

> **EXCEPTION:** Single-family residential shall comply with the calculation procedures in Chapter 8, or an approved alternate.

**402.6 Documentation:** Proposed alternative designs, submitted as requests for exception to the standard design criteria, shall be accompanied by an energy analysis comparison report. The report shall provide technical detail on the two building and system designs and on the data used in and resulting from the comparative analysis to verify that both the analysis and the designs meet the criteria of Chapter 4 of this Code.

**170**

# CHAPTER 5
# BUILDING DESIGN
# BY COMPONENT PERFORMANCE APPROACH

## SECTION 501 — SCOPE

**501.1 General:** Buildings that are heated or mechanically cooled shall be constructed so as to provide the required thermal performance of the various components. A building that is designed to be both heated and cooled shall meet the more stringent of the heating or cooling requirements as provided in this Code when requirements of the exterior envelope differ. In addition, the design shall comply with the additional energy efficiency requirements of Chapter 9.

## SECTION 502 — BUILDING ENVELOPE REQUIREMENTS

### 502.1 General

**502.1.1:** The stated U- or F-factor of any component assembly, listed in Table 5-1, such as roof/ceiling, opaque wall or opaque floor may be increased and the U-factor for other components decreased, provided that the total heat gain or loss for the entire building envelope does not exceed the total resulting from compliance to the U-factors specified in this section.

The U-factors for typical construction assemblies are included in Chapter 10. These values shall be used for all calculations. Where proposed construction assemblies are not represented in Chapter 10, values shall be calculated in accordance with Chapters 16 through 18 and 25 through 27 in Standard RS-1 listed in Chapter 7, using the framing factors listed in Chapter 10 where applicable.

For envelope assemblies containing metal framing, the U-factor shall be determined by one of the following methods:

1. Results of laboratory or field measurements.
2. Standard RS-1, listed in Chapter 7, where the metal framing is bonded on one or both sides to a metal skin or covering.
3. The zone method as provided in Chapter 25 of Standard RS-1, listed in Chapter 7.
4. Results of parallel path correction factors for effective framing/cavity R-values as provided in Table 10-5A: Effective R-Values for Metal Framing and Cavity Only for metal stud walls and roof/ceilings.

**502.1.2:** For consideration of thermal mass effects, see Section 402.4.

**502.1.3:** When return air ceiling plenums are employed, the roof/ceiling assembly shall:

a. For thermal transmittance purposes, not include the ceiling proper nor the plenum space as part of the assembly; and
b. For gross area purposes, be based upon the interior face of the upper plenum surface.

### 502.1.4 Insulation

**502.1.4.1 General:** All insulating materials shall comply with Sections 2603 and/or 719 of the International Building Code. Substantial contact of the insulation with the surface being insulated is required. All insulation materials shall be installed according to the manufacturer's instructions to achieve proper densities and maintain uniform R-values and shall be installed in a manner which will permit inspection of the manufacturer's R-value identification mark. To the maximum extent possible, insulation shall extend over the full component area to the intended R-value.

The thickness of roof/ceiling insulation that is either blown in or spray-applied shall be identified by inches of thickness, density and R-value markers installed at least one for every 300 square feet (28 m$^2$) through the attic and/or ceiling space. In attics, the markers shall be affixed to the trusses or joists and marked with the minimum initial installed thickness with numbers a minimum 1.0 inch (25 mm) in height. Each marker shall face the attic access. The thickness of installed attic insulation shall meet or exceed the minimum initial installed thickness shown by the marker.

**502.1.4.2 Insulation Materials:** All insulation materials including facings such as vapor barriers or breather papers installed within floor/ceiling assemblies, roof/ceiling assemblies, walls, crawl spaces, or attics shall have a flame spread rating of less than 25 and a smoke density not to exceed 450 when tested in accordance with ASTM E84-01.

> **EXCEPTIONS:** 1. Foam plastic insulation shall comply with Section 2603 of the International Building Code.
>
> 2. When such materials are installed in concealed spaces of Types III, IV and V construction, the flame spread and smoke developed limitations do not apply to facing, provided that the facing is installed in substantial contact with the unexposed surface of the ceiling, floor or wall finish.
>
> 3. Cellulose insulation shall comply with Section 719 of the International Building Code.

**502.1.4.3 Clearances:** Where required, insulation shall be installed with clearances according to manufacturer's specifications. Insulation shall be installed so that required ventilation is unobstructed. For blown or poured loose fill insulation, clearances shall be maintained through installation of a permanent retainer.

**502.1.4.4 Access Hatches and Doors:** Access doors from conditioned spaces to unconditioned spaces (e.g., attics and crawl spaces) shall be weatherstripped and insulated to a level equivalent to the insulation on the surrounding surfaces. Access shall be provided to all equipment which prevents damaging or compressing the insulation. A wood framed or equivalent baffle or retainer must be provided when loose fill insulation is installed, the purpose of which is to prevent the loose fill insulation from spilling into the

**171**

living space when the attic access is opened, and to provide a permanent means of maintaining the installed R-value of the loose fill insulation.

**502.1.4.5 Roof/Ceiling Insulation:** Where two or more layers of rigid board insulation are used in a roof assembly, the vertical joints between each layer shall be staggered. Open-blown or poured loose fill insulation may be used in attic spaces where the slope of the ceiling is not more than 3 feet in 12 and there is at least 30 inches of clear distance from the top of the bottom chord of the truss or ceiling joist to the underside of the sheathing at the roof ridge. When eave vents are installed, baffling of the vent openings shall be provided so as to deflect the incoming air above the surface of the insulation. Baffles shall be rigid material, resistant to wind driven moisture. Requirements for baffles for ceiling insulation shall meet the International Building Code Section 1203.2 for minimum ventilation requirements. When feasible, the baffles shall be installed from the top of the outside of the exterior wall, extending inward, to a point 6 inches vertically above the height of noncompressed insulation, and 12 inches vertically above loose fill insulation.

**502.1.4.6 Wall Insulation:** Insulation installed in exterior walls shall comply with the provisions of this section. All wall insulation shall fill the entire framed cavity. Exterior wall cavities isolated during framing shall be fully insulated to the levels of the surrounding walls. All faced insulation shall be face stapled to avoid compression.

> **EXCEPTION:** Framed cavity can be empty or partially filled provided:
>
> 1. The wall assembly calculations are performed along with a completed performance calculation for the whole building; and
>
> 2. Insulation installed in partially filled cavities is not included in the performance calculation.

**502.1.4.7 Floor Insulation:** Floor insulation shall be installed in a permanent manner in substantial contact with the surface being insulated. Insulation supports shall be installed so spacing is no more than 24 inches on center. Foundation vents shall be placed so that the top of the vent is below the lower surface of the floor insulation.

> **EXCEPTIONS:** 1. Insulation may be omitted from floor areas over heated basements, heated garages or underfloor areas used as HVAC supply plenums. When foundation walls are insulated, the insulation shall be attached in a permanent manner. The insulation shall not block the airflow through foundation vents when installed. When foundation vents are not placed so that the top of the vent is below the lower surface of the floor insulation, a permanently attached baffle shall be installed at an angle of 30° from horizontal, to divert air flow below the lower surface of the floor insulation.
>
> 2. Substantial contact with the surface being insulated is not required in enclosed floor/ceiling assemblies containing ducts where full depth insulation is installed between the duct and the exterior surface.

**502.1.4.8 Slab-On-Grade:** Slab-on-grade insulation shall be placed on the outside of the foundation or on the inside of the foundation wall. The insulation shall extend downward from the top of the slab for a minimum distance of 24 inches or downward to at least the bottom of the slab and then horizontally to the interior or exterior for the total distance of 24 inches. Above grade insulation shall be protected. A two-inch by 2-inch (maximum) nailer may be placed at the finished floor elevation for attachment of interior finish materials.

**502.1.4.9 Radiant Slabs:** The entire area of a radiant slab shall be thermally isolated from the soil with a minimum of R-10 insulation. The insulation shall be an approved product for its intended use. If a soil gas control system is present below the radiant slab, which results in increased convective flow below the radiant slab, the radiant slab shall be thermally isolated from the sub-slab gravel layer. R-10 radiant slab insulation is required for all compliance paths.

**502.1.4.10 Below-Grade Walls:** Below-grade exterior wall insulation used on the exterior (cold) side of the wall shall extend from the top of the below-grade wall to the top of the footing and shall be approved for below-grade use. Above-grade insulation shall be protected.

Insulation used on the interior (warm) side of the wall shall extend from the top of the below-grade wall to the below-grade floor level.

**502.1.5 Glazing and Door U-Factors:** Glazing and door U-factors shall be determined in accordance with Sections 502.1.5.1 and 502.1.5.2. All products shall be labeled with the NFRC certified or default U-factor. The labeled U-factor shall be used in all calculations to determine compliance with this Code. Sealed insulating glass shall conform to, or be in test for, ASTM E-774-81 class A.

**502.1.5.1 Standard Procedure for Determination of Glazing U-Factors:** U-factors for glazing shall be determined, certified and labeled in accordance with the National Fenestration Rating Council (NFRC) Product Certification Program (PCP), as authorized by an independent certification and inspection agency licensed by the NFRC. Compliance shall be based on the Residential Model Size. Product samples used for U-factor determinations shall be production line units or representative of units as purchased by the consumer or contractor. Products that are listed in the NFRC Certified Products Directory or certified to the NFRC Standard shall not use default values.

> **EXCEPTIONS:** 1. Glazing products without NFRC ratings may be assigned default U-factors from Table 10-6A for vertical glazing and from Table 10-6E for overhead glazing.
>
> 2. Units without NFRC ratings produced by a small business may be assigned default U-factors from Table 10-6A for garden windows, from Table 10-6B for other vertical glazing, and from Table 10-6E for overhead glazing.

**172**

**502.1.5.2 Standard Procedure for Determination of Door U-Factors:** All doors, including fire doors, shall be assigned default U-factors from Table 10-6C.

> **EXCEPTIONS:** 1. U-factors determined, certified and labeled in accordance with the National Fenestration Rating Council (NFRC) Product Certification Program (PCP), as authorized by an independent certification and inspection agency licensed by the NFRC.
>
> 2. The default values for the opaque portions of doors shall be those listed in Table 10-6C, provided that the U-factor listed for a door with a thermal break shall only be allowed if both the door and the frame have a thermal break.
>
> 3. One unlabeled or untested exterior swinging door with the maximum area of 24 square feet may be installed for ornamental, security or architectural purposes. Products using this exception shall not be included in the U-factor calculation requirements; however, glazing area shall be included in glazing area calculations.

**502.1.6 Moisture Control**

**502.1.6.1 Vapor Retarders:** Vapor retarders shall be installed on the warm side (in winter) of insulation as specified in the following cases.

> **EXCEPTION:** Vapor retarder installed with not more than 1/3 of the nominal R-value between it and the conditioned space.

**502.1.6.2 Floors:** Floors separating conditioned space from unconditioned space shall have a vapor retarder installed. The vapor retarder shall have a one perm dry cup rating or less (i.e. four mil [0.004 inch thick] polyethylene or kraft faced material).

**502.1.6.3 Roof/Ceilings:** Roof/ceiling assemblies where the ventilation space above the insulation is less than an average of 12 inches shall be provided with a vapor retarder. Faced batt insulation where used as a vapor retarder shall be face stapled. Single rafter joist vaulted ceiling cavities shall be of sufficient depth to allow a minimum one inch vented air space above the insulation.

> **EXCEPTION:** Unvented attic assemblies (spaces between the ceiling joists of the top story and the roof rafters) shall be permitted if all of the following conditions are met:
>
> 1. The unvented attic space is completely contained within the building thermal envelope.
>
> 2. No interior vapor retarders are installed on the ceiling side (attic floor) of the unvented attic assembly.
>
> 3. Where wood shingles or shakes are used, a minimum ¼ inch (6 mm) vented air space separates the shingles or shakes and the roofing underlayment above the structural sheathing.
>
> 4. Any air-impermeable insulation shall be a vapor retarder, or shall have a vapor retarder coating or covering in direct contact with the underside of the insulation.
>
> 5. Either items a, b or c shall be met, depending on the air permeability of the insulation directly under the structural roof sheathing.
>
> a. Air-impermeable insulation only. Insulation shall be applied in direct contact to the underside of the structural roof sheathing.

> b. Air-permeable insulation only. In addition to the air-permeable insulation installed directly below the structural sheathing, rigid board or sheet insulation shall be installed directly above the structural roof sheathing as specified per WA Climate Zone for condensation control:
> i. Climate Zone 1: R-10 minimum rigid board or air-impermeable insulation R-value.
> ii. Climate Zone 2: R-25 minimum rigid board or air-impermeable insulation R-value.
> c. Air-impermeable and air-permeable insulation. The air-impermeable insulation shall be applied in direct contact to the underside of the structural roof sheathing as specified per WA Climate Zone for condensation control. The air-permeable insulation shall be installed directly under the air impermeable insulation.
> i. Climate Zone 1: R-10 minimum rigid board or air-impermeable insulation R-value.
> ii. Climate Zone 2: R-25 minimum rigid board or air-impermeable insulation R-value.

**502.1.6.4:** Vapor retarders shall not be required in roof/ceiling assemblies where the ventilation space above the insulation averages 12 inches or greater.

**502.1.6.5:** Vapor retarders shall not be required where all of the insulation is installed between the roof membrane and the structural roof deck.

**502.1.6.6 Walls:** Walls separating conditioned space from unconditioned space shall have a vapor retarder installed. Faced batt insulation shall be face stapled.

> **EXCEPTION:** For Climate Zone 1, wood framed walls with a minimum of nominal R-5 continuous insulated sheathing installed outside of the framing and structural sheathing. For Climate Zone 2, wood framed walls with a minimum of nominal R-7.5 continuous insulated sheathing installed outside of the framing and structural sheathing. The interior cavity insulation for this exception shall be a maximum of nominal R-21.

**502.1.6.7 Ground Cover:** A ground cover of six mil (0.006 inch thick) black polyethylene or approved equal shall be laid over the ground within crawl spaces. The ground cover shall be overlapped 12 inches minimum at the joints and shall extend to the foundation wall.

> **EXCEPTION:** The ground cover may be omitted in crawl spaces if the crawl space has a concrete slab floor with a minimum thickness of 3-1/2 inches.

**502.2 Thermal Criteria for Single-Family Residential**

**502.2.1 UA Calculations:** The proposed UA as calculated using Equations 2 and 3 shall not exceed the target UA as calculated using Equation 1. For the purpose of determining equivalent thermal performance, the glazing area for the target UA shall be calculated using values in Table 5-1. The opaque door area shall be the same in the target UA and the proposed UA. When showing compliance with Table 9-1 using options 3a, 3b, or 3c, the proposed design shall be less than the target UA by the fraction noted in the table.

**173**

**EXCEPTION:** Log and solid timber walls that have a minimum average thickness of 3.5" and with space heat type other than electric resistance, are exempt from wall target UA and proposed UA calculations.

**502.2.2 Space Heat Type:** The following two categories comprise all space heating types:

1. **Electric Resistance:** Space heating systems which include baseboard units, radiant units and forced air units as either the primary or secondary heating system.

   **EXCEPTION:** Electric resistance systems for which the total electric heat capacity in each individual dwelling unit does not exceed the greater of:

   1. One thousand watts (1000 W) per dwelling unit, or;

   2. One watt per square foot ($1 \text{ W/ft}^2$) of the gross floor area.

2. **Other:** All gas, wood, oil and propane space heating systems, unless electric resistance is used as a secondary heating system, and all heat pump space heating systems.  (See EXCEPTION, Electric Resistance, Section 502.2.2 above.)

**502.3 Reserved.**

**502.4 Air Leakage**

**502.4.1 General:**  The requirements of this section shall apply to all buildings and structures, or portions thereof, and only to those locations separating outdoor ambient conditions from interior spaces that are heated or mechanically cooled.

**502.4.2 Doors and Windows, General:**  Exterior doors and windows shall be designed to limit air leakage into or from the building envelope.  Site-constructed doors and windows shall be sealed in accordance with Section 502.4.3.

**502.4.3 Seals and Weatherstripping:**
a.  Exterior joints around windows and door frames, openings between walls and foundation, between walls and roof and wall panels; openings at penetrations of utility services through walls, floors and roofs; and all other openings in the building envelope and all other openings in between units shall be sealed, caulked, gasketed or weatherstripped to limit air leakage.  Other exterior joints and seams shall be similarly treated, or taped, or covered with moisture vapor permeable housewrap.

b.  All exterior doors or doors serving as access to an enclosed unheated area shall be weatherstripped to limit leakage around their perimeter when in a closed position.

c.  Site built windows are exempt from testing but shall be made tight fitting.  Fixed lites shall have glass retained by stops with sealant or caulking all around.  Operating sash shall have weatherstripping working against overlapping trim and a closer/latch which will hold the sash closed.  The window frame to framing crack shall be made tight with caulking, overlapping membrane or other approved technique.

d.  Openings that are required to be fire resistive are exempt from this section.

**502.4.4 Recessed Luminaires:**  When installed in contact with the building envelope, recessed luminaires shall be Type IC rated and certified under ASTM E283 to have no more than 2.0 cfm air movement from the conditioned space to the ceiling cavity. The luminaires shall be tested at 75 Pascals or $1.57 \text{ lbs/ft}^2$ pressure difference and have a label attached, showing compliance with this test method. Recessed lighting fixtures shall be installed with a gasket or caulk between the fixture and ceiling to prevent air leakage.

**502.4.5 Building Air Leakage Testing:**  Building envelope air leakage control shall be considered acceptable when tested to have an air leakage less than 0.00030 Specific Leakage Area (SLA) when tested with a blower door at a press of 50 Pascals (0.2 inch w.g.). Testing shall occur at any time after rough in and after installation of penetrations of the building envelope, including penetrations for utilities, plumbing, electrical, ventilation, and combustion appliances and sealing thereof. When required by the building official, the test shall be conducted in the presence of department staff. The blower door test results shall be recorded on the certificate required in Section 105.4.

   **EXCEPTIONS:**  1. Additions less than 750 square feet.
   **2.** Once visual inspection has confirmed the presence of a gasket (see Section 502.4), operable windows and doors manufactured by small business shall be permitted to be sealed off at the frame prior to the test.

Specific Leakage Area (SLA) shall be calculated as follows:

$$\text{SLA} = (\text{CFM50} \times 0.055)/(\text{CFA} \times 144)$$

Where:

CFM50 = Blower door fan flow at 50 Pascal pressure difference

CFA = Conditioned Floor Area of the housing unit

During testing:

1. Exterior windows and doors, fireplace and stove doors shall be closed, but not sealed.

2. Dampers shall be closed, but not sealed; including exhaust, intake, makeup air, back draft, and flue dampers;

3. Interior doors connecting conditioned spaces shall be open; access hatches to conditioned crawl spaces and conditioned attics shall be open; doors connecting to unconditioned spaces shall be closed but not sealed;

4. Exterior openings for continuous operation ventilation systems and heat recovery ventilators shall be closed and sealed;

5. Heating and cooling system(s) shall be turned off;

6. HVAC ducts supply and return registers shall not be sealed.

**174**

Effective January 1, 2011

## SECTION 503 —MECHANICAL SYSTEMS

**503.1 General:** This section covers the determination of design requirements, system and component performance, control requirements, insulating systems and duct sealing. For all other duct construction requirements, refer to the State Mechanical Code (WAC 51-52).

**503.2 Calculations of Heating/Cooling Loads and System Sizing Limits:** The design parameters specified in Chapter 3 shall apply for all computations.

**503.2.1 Calculation Procedures:** Heating and cooling design loads for the purpose of sizing HVAC systems are required and shall be calculated in accordance with accepted engineering practice, including infiltration and ventilation.

**503.2.2 Space Heating and Space Cooling System Sizing Limits:** Mechanical systems for all buildings which provide space heating and/or space cooling shall be sized as required in IRC Section M1401.3.

> **EXCEPTIONS:** The following limited exemptions from the sizing limit shall be allowed; however, in all cases heating and/or cooling design load calculations shall be submitted.
>
> 1. For equipment which provides both heating and cooling in one package unit, including heat pumps with electric heating and cooling and gas-pack units with gas heating and electric cooling, compliance need only be demonstrated for the larger of the space heating or space cooling load for the selected system size.
>
> 2. Natural gas- or oil-fired space heating equipment whose total rated space heating output in any one dwelling unit is 40,000 Btu/h or less is exempt from the sizing limit.
>
> 3. Stand-by equipment may be installed if controls and other devices are provided which allow redundant equipment to operate only when the primary equipment is not operating.
>
> 4. Electric resistance heaters under 2 kW.

**503.3 Simultaneous Heating and Cooling:** Systems and equipment that provide simultaneous heating and cooling shall comply with the requirements in, as appropriate, Section 1422 or Section 1435.

**503.4 HVAC Equipment Performance Requirements:** All heating equipment shall meet the requirements of the National Appliance Energy Conservation Act (NAECA) and be so labeled. Equipment shall also comply with Section 1411.

**503.5 Reserved.**

**503.6 Balancing:** The HVAC system design shall provide a means for balancing air and water systems. Balancing the system shall include, but not be limited to, dampers, temperature and pressure test connections and balancing valves.

**503.7 Cooling with Outdoor Air (Economizer Cycle):** Systems and equipment that provide mechanical cooling shall comply with Section 1413 and, as appropriate, Section 1423 or 1433.

**503.8 Controls**

**503.8.1 Temperature Control:** The primary space conditioning system within each dwelling unit shall be provided with at least one programmable thermostat for the regulation of temperature. The thermostat shall allow for, at a minimum, a 5-2 programmable schedule (weekdays/weekends) and be capable of providing at least two programmable setback periods per day.

Each additional system provided within a dwelling unit shall be provided with at least one adjustable thermostat for the regulation of temperature. The thermostat shall allow for, at a minimum, a 5-2 programmable schedule (weekdays/weekends).

> **EXCEPTIONS:** 1. Systems controlled by an occupant sensor that is capable of shutting the system off when no occupant is sensed for a period of up to 30 minutes.
>
> 2. Systems controlled solely by a manually operated timer capable of operating the system for no more than two hours.

Each thermostat shall be capable of being set by adjustment or selection of sensors as follows:

**503.8.1.1:** When used to control heating only: 55°F to 75°F.

**503.8.1.2:** When used to control cooling only: 70°F to 85°F.

**503.8.1.3:** When used to control both heating and cooling, it shall be capable of being set from 55°F to 85°F and shall be capable of operating the system heating and cooling in sequence. The thermostat and/or control system shall have an adjustable deadband of not less than 10°F.

**503.8.2 Humidity Control:** If a system is equipped with a means for adding moisture to maintain specific selected relative humidities in space or zones, a humidistat shall be provided. Humidistats shall be capable of being set to prevent new energy from being used to produce space-relative humidity above 30%.

> **EXCEPTION:** Special uses requiring different relative humidities may be permitted when approved by the building official.

**503.8.3 Zoning for Temperature Control**

**503.8.3.1 One- and Two-Family Dwellings:** At least one thermostat for regulation of space temperature shall be provided for each separate system. In addition, a readily accessible manual or automatic means shall be provided to partially restrict or shut off the heating and/or cooling input to each zone or floor.

**503.8.3.2 Multifamily Dwellings:** For multifamily dwellings, each individual dwelling unit shall have at least one thermostat for regulation of space temperature. A readily accessible manual or automatic means shall be provided to partially restrict or shut off the heating and/or cooling input to each room.

**503.8.3.3 Control Setback and Shut-Off:** One- and Two-Family and individual Multifamily Dwelling units--The thermostat required in Section 503.8.3.1 or Section 503.8.3.2, or an alternate means such as a switch or clock, shall provide a readily accessible, manual or automatic means for reducing the energy required for heating and cooling during the periods of non-use or reduced need, such as, but not limited to, unoccupied periods and sleeping hours.  Lowering thermostat set points to reduce energy consumption of heating systems shall not cause energy to be expended to reach the reduced setting.

**503.8.3.4 Systems Serving Multiple Dwelling Units, Guest Rooms, and Common Areas:**  Systems that serve more than two dwelling units, guest rooms, and common areas shall comply with the control requirements in Sections 1412 and 1432, with the exceptions of Sections 1412.4.2 and 1432.1.

**503.8.3.5 Heat Pump Controls:**  Heat pumps with supplementary electric resistance heaters shall have controls complying with Section 503.8.1. In addition, controls shall meet the following requirements:

1.  Prevent supplementary heater operation when the heating load can be met by the heat pump alone; and

2.  The cut-on temperature for compression heating shall be higher than the cut-on temperature for supplementary heating, and the cut-off temperature for compressing heating shall be higher than the cut-off temperature for supplementary heating.

All heat pumps installed under this section shall include the capability to lock out the supplementary heat based on outdoor temperature. This control shall have a maximum setting of 40°F. At final inspection, the lock out control shall be set to 32°F or less.

> **EXCEPTION:** The controls may allow supplementary heater operation during defrost.

**503.9 Air Handling Duct System Insulation:** Ducts, plenums and enclosures installed in or on buildings shall be thermally insulated per Table 5-11.

> **EXCEPTIONS:** Duct insulation (except where required to prevent condensation) is not required in any of the following cases:
>
> 1.  When the heat gain or loss of the ducts, without insulation, will not increase the energy requirements of the building.
>
> 2.  Within the HVAC equipment.
>
> 3.  Exhaust air ducts.
>
> 4.  Supply or return air ducts installed in basements or cellars in one- and two-family dwellings.
>
> 5.  The insulation required on supply air ducts may be reduced to R-4 when installed in buffer spaces not intended for human occupancy such as insulated crawl spaces and enclosed attic spaces. The buffer space must be air sealed and insulation to the full value of conditioned spaces.

**503.10 Ducts**

**503.10.1** Installation of ducts in exterior walls, floors or ceilings shall not displace required envelope insulation. Building cavities may not be used as ducts.

**503.10.2 Leakage Testing:**  Ducts shall be leak tested in accordance with RS-33, using the maximum duct leakage rates specified in Section 503.10.3.

**503.10.3 Sealing:**  All ducts, air handlers, filter boxes, and building cavities used as ducts shall be sealed. Joints and seams shall comply with Section M1601.3 of the International Residential Code or Section 603.9 of the International Mechanical Code. Duct tightness testing shall be conducted to verify that the ducts are sealed. A signed affidavit documenting the test results shall be provided to the jurisdiction having authority by the testing agent. When required by the building official, the test shall be conducted in the presence of department staff. Duct tightness shall be verified by either of the following:

1. Post-construction test: Leakage to outdoors shall be less than or equal to 6 cfm per 100 square feet of conditioned floor area or a total leakage less than or equal to 8 cfm per 100 square feet of conditioned floor area when tested at a pressure differential of 0.1 inches w.g. (25 Pascals) across the entire system, including the manufacturer's air handler enclosure. All register boots shall be taped or otherwise sealed during the test.

2. Rough-in test:  Total leakage shall be less than or equal to 6 cfm per 100 square feet of conditioned floor area when tested at a pressure differential of 0.1 inches w.g. (25 Pascals) across the roughed-in system, including the manufacturer's air handler enclosure.  All register boots shall be taped or otherwise sealed during the test.  If the air handler is not installed at the time of the test, total leakage shall be less than or equal to 4 cfm per 100 square feet of conditioned floor area.

> **EXCEPTIONS:**  1. Duct tightness test is not required if the air handler and all ducts are located within conditioned space.
>
> 2. Duct tightness test is not required if the furnace is a nondirect vent type combustion appliance installed in an unconditioned space.  A maximum of six feet of connected ductwork in the unconditioned space is allowed.  All additional supply and return ducts shall be within the conditioned space.  Ducts outside the conditioned space shall be sealed with a mastic type duct sealant and insulated on the exterior with R-8 insulation for above grade ducts and R-5 water resistant insulation when within a slab or earth.

**503.10.4 Dampers:**  Requirements for automatic or manual dampers are found in Chapter 15 of the Washington State Residential Code (WAC 51-51).

**176**

Effective January 1, 2011

**503.11 Pipe Insulation:**  All piping shall be thermally insulated in accordance with Table 5-12.

> **EXCEPTION:**  Piping installed within unitary HVAC equipment.

Cold water pipes outside the conditioned space shall be insulated in accordance with the Washington State Plumbing Code (Chapter 51-56 WAC).

## SECTION 504 — DOMESTIC WATER SYSTEMS

**504.1 Scope:**  The purpose of this section is to provide criteria for design and equipment selection that will produce energy savings when applied to domestic water systems.

**504.2 Water Heaters, Storage Tanks and Boilers**

**504.2.1 Performance Efficiency:**  Domestic water heating equipment shall comply with the applicable efficiencies listed in Tables 14-1A through 14-1G. All electric water heaters in unheated spaces or on concrete floors shall be placed on an incompressible, insulated surface with a minimum thermal resistance of R-10.

For combination space and service water heaters with a principal function of providing space heat, the Combined Annual Efficiency (CAE) may be calculated by using ASHRAE Standard 124-1991. Storage water heaters used in combination space heat and water heat applications shall have either an Energy Factor (EF) or a Combined Annual Efficiency (CAE) of not less than the following:

|  | Energy Factor (EF) | Combined Annual Efficiency (CAE) |
|---|---|---|
| < 50 gallon storage | 0.58 | 0.71 |
| 50 to 70 gallon storage | 0.57 | 0.71 |
| > 70 gallon storage | 0.55 | 0.70 |

**504.2.2 Insulation:**  Heat loss from unfired hot-water storage tanks shall be limited to a maximum of 9.6 Btu/h/ft$^2$ of external tank surface area. The design ambient temperature shall be no higher than 65°F.

**504.2.3 Combination Service Water Heating/Space Heating Boilers:**  Service water heating equipment shall not be dependent on year round operation of space heating boilers.

> **EXCEPTIONS:**  1.  Systems with service/space heating boilers having a standby loss Btu/h less than:
>
> $$(13.3 \text{ pmd} + 400)/n$$
>
> determined by the fixture count method where:
> pmd = probable maximum demand in gallons/hour as determined in accordance with Chapter 49 of Standard RS-11.
> n = fraction of year when outdoor daily mean temperature exceeds 64.9°F.
>
> The standby loss is to be determined for a test period of 24 hours duration while maintaining a boiler water temperature of 90°F above an ambient of 60°F and a five foot stack on appliance.
>
> 2.  For systems where the use of a single heating unit will lead to energy savings, such unit shall be utilized.

**504.3 Automatic Controls:**  Service water heating systems shall be equipped with automatic temperature controls capable of adjustment from the lowest to the highest acceptable temperature settings for the intended use. Temperature setting range shall be set to 120°F or 49°C.

**504.4 Shutdown:**  A separate switch shall be provided to permit turning off the energy supplied to electric service water heating systems.  A separate valve shall be provided to permit turning off the energy supplied to the main burner(s) of all other types of service water heater systems.

**504.5 Swimming Pools**

**504.5.1 Controls:**  All pool heaters shall be equipped with readily accessible ON/OFF switch to allow shutting off the operation of the heater without adjusting the thermostat setting. Controls shall be provided to allow the water temperature to be regulated from the maximum design temperature down to 65°F.

**504.5.2 Residential Pool Pumps**

**504.5.2.1 Motor Efficiency:**  Pool pump motors may not be split-phase or capacitor start-induction run type.

**504.5.2.2 Two-Speed Capability:**

1. Pump motors:  Pool pump motors with a capacity of 1 hp or more shall have the capability of operating at two or more speeds with low speed having a rotation rate that is no more than one-half of the motor's maximum rotation rate.

2. Pump controls:  Pool pump motor controls shall have the capability of operating the pool pump with at least two speeds.  The default circulation speed shall be the lowest speed, with a high speed override capability being for a temporary period not to exceed one normal cycle.

**504.5.2.3 Portable Electric Spas:**  The standby power of portable electric spas shall not be greater than 5(V2/3) watts where V = the total volume, in gallons.

**504.5.3 Pool Covers:**  Heated swimming pools shall be equipped with a pool cover, approved by the building official.

**504.6 Pump Operation:**  Circulating water systems shall be controlled so that the circulation pump(s) can be conveniently turned off, automatically or manually, when the water system is not in operation.

**504.7 Pipe Insulation:**  Piping shall be thermally insulated in accordance with Section 503.11.

**504.8 Conservation of Water**

**504.8.1 Showers and Lavatories:**  Showers and lavatories used for other than safety reasons shall be equipped with flow control devices or specially manufactured shower-heads or aerators to limit the total water flow rate as set forth in Chapter 51-56 WAC, as measured with both hot and cold faucets turned on to their maximum flow.

**177**

## SECTION 505 — LIGHTING

**505.1 Interior Lighting:**  A minimum of 50 percent of all luminaires shall be high efficacy luminaires.

   **EXCEPTION:**  Lighting that complies with the Prescriptive Lighting Option in Section 1520 or the Lighting Power Allowance Option in Section 1530.

**505.2 Exterior Lighting:**  Luminaires providing outdoor lighting and permanently mounted to a residential building or to other buildings on the same lot shall be high efficacy luminaires.

   **EXCEPTIONS:**  1. Permanently installed outdoor luminaires that are not high efficacy shall be allowed provided they are controlled by a motion sensor(s) with integral photocontrol photosensor.

   2.  Permanently installed luminaires in or around swimming pools, water features.

**505.3 Linear Fluorescent Fixtures:**  Linear fluorescent fixtures must be fitted with T-8 or smaller lamps (but not T-10 or T-12 lamps).

## EQUATION 1 — SINGLE-FAMILY RESIDENTIAL TARGET UA

$$UA_T = U_WA_W + U_{BGW}A_{BGW} + U_{VG}A_{VG} + U_{OG}A_{OG} + U_FA_F + U_{RC}A_{RC} + U_DA_D + F_SP_S$$

**Where:**

$UA_T$ = the target combined thermal transmittance of the gross exterior wall, floor and roof/ceiling assembly area.

$U_W$ = the thermal transmittance value of the opaque above grade wall area found in Table 5-1.

$A_W$ = opaque above grade wall area.

$U_{BGW}$ = the thermal transmittance value of the below grade opaque wall area found in Table 5-1.

$A_{BGW}$ = opaque below grade wall area.

$U_{VG}$ = the thermal transmittance value of the vertical glazing area found in Table 5-1.

$A_{VG}$ = 15% of the total floor area of the conditioned space minus $A_{OG}$.

$U_{OG}$ = the thermal transmittance value of the overhead glazing area found in Table 5-1.

$A_{OG}$ = overhead glazing area (if the proposed $A_{OG}$ exceeds 15 percent, the target $A_{OG}$ shall be 15 percent of the total floor area of the conditioned space).

$U_F$ = the thermal transmittance value of the floor area found in Table 5-1.

$A_F$ = floor area over unconditioned space.

$U_{RC}$ = the thermal transmittance value of the roof/ceiling area found in Table 5-1.

$A_{RC}$ = roof/ceiling area.

$U_D$ = the thermal transmittance value of the opaque door area found in Table 5-1.

$A_D$ = opaque door area.

$F_S$ = concrete slab component F-factor found in Table 5-1.

$P_S$ = lineal ft. of concrete slab perimeter.

**179**

## EQUATION 2 — ALL OCCUPANCIES

$$U = \frac{1}{r_o + R_1 + R_2 ... r_i}$$

**Where:**

| | | |
|---|---|---|
| U | = | the thermal transmittance of the assembly. |
| $r_o$ | = | outside air film resistance. |
| $r_o$ | = | 0.17 for all exterior surfaces. |
| $r_i$ | = | inside air film resistance. |
| $r_i$ | = | 0.61 for interior horizontal surfaces, heat flow up. |
| $r_i$ | = | 0.92 for interior horizontal surfaces, heat flow down. |
| $r_i$ | = | 0.68 for interior vertical surfaces. |
| R | = | $\frac{1}{C} = \frac{X}{K}$ = measure of the resistance to the passage of heat for each element. |
| C | = | conductance, the heat flow through a specific material of specific thickness. |
| K | = | insulation value of a material per inch. |
| X | = | the thickness of the material in inches. |

## EQUATION 3 — SINGLE-FAMILY RESIDENTIAL
## PROPOSED UA

$$UA = U_W A_W + U_{BGW} A_{BGW} + U_{VG} A_{VG} + U_{OG} A_{OG} + U_F A_F + U_{RC} A_{RC} + U_D A_D + F_S P_S$$

**Where:**

| | | |
|---|---|---|
| $UA$ | = | the combined thermal transmittance of the gross exterior wall, floor and roof/ceiling assembly area. |
| $U_W$ | = | the thermal transmittance of the opaque wall area. |
| $A_W$ | = | opaque wall area. |
| $U_{BGW}$ | = | the thermal transmittance value of the below grade opaque wall area. |
| $A_{BGW}$ | = | opaque below grade wall area. |
| $U_{VG}$ | = | the thermal transmittance value of the vertical glazing area. |
| $A_{VG}$ | = | vertical glazing area, including windows in exterior doors. |
| $U_{OG}$ | = | the thermal transmittance value of the overhead glazing area. |
| $A_{OG}$ | = | overhead glazing area. |
| $U_F$ | = | the thermal transmittance of the floor area. |
| $A_F$ | = | floor area over unconditioned space. |
| $U_{RC}$ | = | the thermal transmittance of the roof/ceiling area. |
| $A_{RC}$ | = | roof/ceiling area. |
| $U_D$ | = | the thermal transmittance value of the opaque door area. |
| $A_D$ | = | opaque door area. |
| $F_S$ | = | concrete slab component F-factor. |
| $P_S$ | = | lineal ft. of concrete slab perimeter. |

**NOTE:** Where more than one type of wall, window, roof/ceiling, door and skylight is used, the U and A terms for those items shall be expanded into sub-elements as:

$$U_{W1} A_{W1} + U_{W2} A_{W2} + U_{W3} A_{W3} + ...etc.$$

## EQUATION 4 — RESERVED

## EQUATION 5 — RESERVED

**181**

**TABLE 5-1**
**TARGET COMPONENT VALUES FOR SINGLE-FAMILY RESIDENTIAL**

| Component | Climate Zone | |
|---|---|---|
| | 1 | 2 |
| Glazing % Floor Area | 15% | 15% |
| Vertical Glazing U-Factor | U = 0.30 | U = 0.30 |
| Overhead Glazing U-Factor | U = 0.50 | U = 0.50 |
| Doors | U = 0.200 | U = 0.200 |
| Ceilings | U = 0.027 | U = 0.027 |
| Walls | U = 0.056 | U = 0.056 |
| Floors | U = 0.029 | U = 0.029 |
| Slab on Grade | F = 0.36 | F = 0.36 |
| **Below Grade** | | |
| Wall R-Value | R-21 | R-21 |
| 2' Depth: Walls<br>     Slab | U = 0.042<br>F = 0.59 | U = 0.042<br>F = 0.59 |
| 3.5' Depth: Walls<br>     Slab | U = 0.041<br>F = 0.64 | U = 0.041<br>F = 0.64 |
| 7' Depth: Walls<br>     Slab | U = 0.037<br>F = 0.57 | U = 0.037<br>F = 0.57 |

Log and solid timber walls that have a minimum average thickness of 3.5" in spaces with space heating by "other fuels" are exempt from wall target UA and proposed UA calculations.

**TABLE 5-2 RESERVED**

**TABLE 5-3 RESERVED**

**TABLE 5-4 RESERVED**

**TABLE 5-5 RESERVED**

**TABLE 5-6  RESERVED**

**TABLE 5-7 RESERVED**

**TABLE 5-8 RESERVED**

**TABLE 5-9 RESERVED**

**TABLE 5-10 RESERVED**

**TABLE 5-11**
**INSULATION OF DUCTS**

| Duct Location | Climate Zone | Single Family Residential Heating or Cooling Ducts |
|---|---|---|
| On roof or on exterior of building | 1 | E and W |
| | 2 | D and W |
| Attic, garage, crawl space, in walls[1], in floor/ceiling[1] | 1 | E |
| | 2 | E |
| Within the conditioned space or in heated basements | | None Required |
| In cement slab or in ground | | B |

**Note:** Where ducts are used for both heating and cooling, the minimum insulation shall be as required for the most restrictive condition.

1    Insulation may be omitted on that portion of a duct which is located within a wall or floor/ceiling space where both sides of this space are exposed to conditioned air and where this space is not ventilated or otherwise exposed to unconditioned air.    ⇐

**INSULATION TYPES:**  Minimum densities and out-of-package thickness.

A.   0.5-inch 1.5 to 2 lb/cu. ft. duct liner, mineral or glass fiber blanket or equivalent to provide an installed total thermal resistance of at least R-2.

B.   2-inch 0.60 lb/cu. ft. mineral or glass fiber blanket, 1.5-inch 1.5 to 2 lb/cu. ft. duct liner, mineral or glass fiber blanket. 1.5-inch 3 to 7 lb/cu. ft. mineral or glass fiber board or equivalent to provide an installed total thermal resistance of at least R-5.

C.   3-inch 0.60 lb/cu. ft. mineral or glass fiber blanket, 2-inch 1.5 to 2 lb/cu. ft. duct liner, mineral or glass fiber blanket. 2-inch 3 to 7 lb/cu. ft. mineral or glass fiber board or equivalent to provide an installed total thermal resistance of at least R-7.

D.   4-inch 0.60 lb/cu. ft. mineral or glass fiber blanket, 3-inch 1.5 to 2 lb/cu. ft. duct liner, mineral or glass fiber blanket. 3-inch 3 to 7 lb/cu. ft. mineral or glass fiber board or equivalent to provide an installed total thermal resistance of at least R-10.

E.   3.5-inch 0.60 lb/cu. ft. mineral or glass fiber blanket, 2.5-inch 1.5 to 2 lb/cu. ft. duct liner, mineral or glass fiber board or equivalent to provide an installed total thermal resistance of at least R-8.    ⇐

W.   Approved weatherproof barrier.

**183**

**TABLE 5-12**
**MINIMUM PIPE INSULATION THICKNESS[1]**

| Fluid Design Operating Temp. Range, ºF | Insulation Conductivity | | Nominal Pipe or Tube Size (in.) | | | | |
|---|---|---|---|---|---|---|---|
| | Conductivity Range Btu ● in./(h ● ft² ● °F) | Mean Rating Temp. ºF | <1 | 1 to <1-1/2 | 1-1/2 to <4 | 4 to <8 | > 8 |
| **Heating Systems (Steam, Steam Condensate and Hot water)[2]** | | | | | | | |
| ≥350 | 0.32-0.34 | 250 | 3.0 | 3.5 | 3.5 | 4.5 | 4.5 |
| 251-350 | 0.29-0.32 | 200 | 2.0 | 3.0 | 3.5 | 3.5 | 3.5 |
| 201-250 | 0.27-0.30 | 150 | 2.0 | 2.0 | 2.5 | 2.5 | 2.5 |
| 141-200 | 0.25-0.29 | 125 | 1.5 | 1.5 | 1.5 | 2.0 | 2.0 |
| 105-140 | 0.22-0.28 | 100 | 1.0 | 1.0 | 1.5 | 1.5 | 1.5 |
| **Domestic and Service Hot Water Systems** | | | | | | | |
| ≥105 | 0.22-0.28 | 100 | 1.0 | 1.0 | 1.5 | 1.5 | 1.5 |
| **Cooling Systems (Chilled Water, Brine and Refrigerant)** | | | | | | | |
| 40-60 | 0.22-0.28 | 100 | 1.0 | 1.0 | 1.5 | 1.5 | 1.5 |
| ≤40 | 0.22-0.28 | 100 | 1.0 | 1.5 | 1.5 | 1.5 | 2.0 |

1. For insulation outside the stated conductivity range, the minimum thickness (T) shall be determined as follows:

$$T = r\{(1 + t/r)K/k - 1\}$$

Where

- T = Minimum insulation thickness (in.)
- r = Actual outside radius of pipe (in.)
- t = Insulation thickness from Table 5-12 for applicable fluid temperature and pipe size
- K = Conductivity of alternate material at the mean rating temperature indicated for the applicable fluid temperature, Btu ● in/(h ● ft² ● °F)
- k = The upper value of the conductivity range listed in Table 5-12 for the applicable fluid temperature

2.   Piping insulation is not required between the control valve and coil on Runouts when the control valve is located within 4 feet of the coil and the pipe size is 1 inch or less.

**TABLE 5-13  RESERVED**

# CHAPTER 6
## BUILDING DESIGN
## BY PRESCRIPTIVE REQUIREMENTS APPROACH

## SECTION 601 — SCOPE

**601.1 General:**  This chapter establishes design criteria in terms of prescribed requirements for building construction.

The provisions of this chapter are applicable to all Single-Family residential dwellings.  Spaces shall comply with all the requirements of Chapter 5 except for the modifications herein specified. In addition, the design shall comply with the additional energy efficiency requirements of Chapter 9.

For duplexes and townhouses, compliance shall be shown on a dwelling-unit by dwelling-unit basis. Averaging is not allowed.

For wood frame assemblies, the building envelope requirements of this chapter may be met by installing one of the prescriptive packages in Table 6-1 or 6-2.  Installed components shall meet the requirements of Section 602. Compliance with nominal R-values shall be demonstrated for the thermal resistance of the added insulation in framing cavities and/or insulated sheathing only and shall not include the thermal transmittance of other building materials or air films, but shall permit interruption by occasional framing members.  Other than wood frame assemblies with continuous insulation uninterrupted by framing shall also be allowed to comply with nominal R-values.

For metal assemblies, compliance shall be demonstrated in accordance with Chapter 4 or Chapter 5 based on the assemblies in Chapter 10.  Compliance with nominal R-values is not allowed, unless the full nominal R-value of the insulation is installed either inside or outside of the framing and is uninterrupted by framing.

## SECTION 602 — BUILDING ENVELOPE REQUIREMENTS FOR SINGLE-FAMILY RESIDENTIAL

**602.1 Roof/Ceiling:**  Ceilings below vented attics and single-rafter, joist-vaulted ceilings shall be insulated to not less than the nominal R-value specified for ceilings in Table 6-1 or 6-2 as applicable.

**602.2 Exterior Walls Both Above and Below Grade:** Above grade exterior walls shall be insulated to not less than the nominal R-value specified in Table 6-1 or 6-2 as applicable.  The following walls should be considered to meet R-21 without additional documentation:

1.  2 x 6 framed and insulated with R-21 fiberglass batts.

2.  2 x 4 framed and insulated with R-15 fiberglass batts plus R-4.0 foam sheathing.

3.  2 x 4 framed and insulated with R-13 fiberglass batts plus R-5.0 foam sheathing.

4.  2 x 6 framed and insulated to full depth with spray applied or blown insulation having a minimum R-value of 3.6 per inch of thickness.

**602.3 Exterior Walls (Below-Grade):**  Below-grade exterior walls surrounding conditioned space shall be insulated to not less than the nominal R-value specified for below-grade walls in Table 6-1 or 6-2 as applicable.

**602.4 Slab-on-Grade Floors:**  Slab-on-grade floors shall be insulated along their perimeter to not less than the nominal R-values specified for slab-on-grade floors in Table 6-1 or 6-2 as applicable.  Slab insulation shall be installed in compliance with Section 502.1.4.8.  See Chapter 5, Section 502.1.4.9, for additional requirements for radiant slab heating.

**602.5 Floors Over Unconditioned Space:**  Floors over unconditioned spaces, such as vented crawl spaces, unconditioned basements, and parking garages shall be insulated to not less than the nominal R-value shown for floors over unconditioned spaces in Table 6-1 or 6-2.

**602.6 Exterior Doors:**  Doors shall comply with Sections 602.6.1 and 602.6.2.

> **EXCEPTIONS:** 1. Glazed doors whose area and U-factor are included in the calculations for compliance with the requirements for glazing in Section 602.7 shall be exempt from the door U-factor requirements prescribed in Table 6-1 or 6-2.
>
> **2.**  One unlabeled or untested exterior swinging door with the maximum area of 24 square feet may be installed per unit for ornamental, security, or architectural purposes. Products using this exception shall not be included in either the U-factor or glazing area calculation requirements.

**602.6.1 Exterior Door Area:**  For half-lite and full-lite doors, the glazing area shall be included in calculating the allowed total glazing area in Section 602.7.1.

**602.6.2 Exterior Door U-Factor:**  Doors, including fire doors, shall have a maximum area weighted average U-factor not exceeding that prescribed in Table 6-1 or 6-2.

**602.7 Glazing**

**602.7.1 Glazing Area:**  The total glazing area as defined in Chapter 2 shall not exceed the percentage of gross conditioned floor area specified in Table 6-1 or 6-2.  This area shall also include any glazing in doors.

**602.7.2 Glazing U-Factor:**  The total glazing area as defined in Chapter 2 shall have an area weighted average U-factor not to exceed that specified in Table 6-1 or 6-2. U-factors for glazing shall be determined in accordance with Section 502.1.5.  These areas and U-factors shall also include any doors using the exception of Section 602.6.

## 185

If the U-factors for all vertical and overhead glazing products are below the appropriate U-factor specified, then no calculations are required.  If compliance is to be achieved through an area weighted calculation, then the areas and U-factors shall be included in the plans submitted with a building permit application.

> **EXCEPTION:**  Double glazed garden windows with a wood or vinyl frame shall be exempt from the U-factor calculations but shall have its area tripled and shall be included in the percentage of the total glazing area as allowed for in Table 6-1 or 6-2.  The maximum area (before tripling) allowed for the total of all garden windows is 1% of the floor area or 20 square feet, whichever is less.

**602.8 Air Leakage for Single-Family Residential:**  The minimum air leakage control measures shall be as specified in Section 502.4 as applicable, including building envelope air leakage testing.

## SECTION 603 — BUILDING MECHANICAL SYSTEMS FOR SINGLE-FAMILY RESIDENTIAL

**603.1** Spaces that are heated by air-to-air, ground-to-air or water-to-air heat pumps shall comply with Table 6-1 or 6-2.  System sizing shall be determined by an analysis consistent with Section 503.2 of this Code. All mechanical equipment efficiencies shall comply with standards as stated in Section 503 of this Code.



## SECTION 604 — DOMESTIC WATER SYSTEMS.

Domestic water systems, including plumbing fixtures and appliances, shall comply with Section 504.

## SECTION 605 — LIGHTING

Lighting shall comply with Section 505.

**186**

**TABLE 6-1**
**PRESCRIPTIVE REQUIREMENTS[0,1] FOR SINGLE-FAMILY RESIDENTIAL**
**CLIMATE ZONE 1**

| Option | Glazing Area[10]: % of Floor | Glazing U-Factor | | Door[9] U-Factor | Ceiling[2] | Vaulted Ceiling[3] | Wall[12] Above Grade | Wall● int[4] Below Grade | Wall● ext[4] Below Grade | Floor[5] | Slab[6] on Grade |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Vertical | Overhead[11] | | | | | | | | |
| **I.** | 13% | 0.34 | 0.50 | 0.20 | R-49 or R-38 adv | R-38 | R-21 int[7] | R-21 TB | R-10 | R-30 | R-10 2' |
| **II.*** | 25% | 0.32 | 0.50 | 0.20 | R-49 or R-38 adv | R-38 | R-21 int[7] | R-21 TB | R-10 | R-30 | R-10 2' |
| **III.** | Unlimited | 0.30 | 0.50 | 0.20 | R-49 or R-38 adv | R-38 | R-21 int[7] | R-21 TB | R-10 | R-30 / U=0.029 | R-10 2' |

* Reference Case

0.  Nominal R-values are for wood frame assemblies only or assemblies built in accordance with Section 601.1.

1.  Minimum requirements for each option listed.  For example, if a proposed design has a glazing ratio to the conditioned floor area of 15%, it shall comply with all of the requirements of the 25% glazing option (or higher).  Proposed designs which cannot meet the specific requirements of a listed option above may calculate compliance by Chapters 4 or 5 of this Code.

2.  Requirement applies to all ceilings except single rafter or joist vaulted ceilings complying with note 3.  'Adv' denotes Advanced Framed Ceiling.

3.  Requirement applicable only to single rafter or joist vaulted ceilings.

4.  Below grade walls shall be insulated either on the exterior to a minimum level of R-10 continuous, or on the interior as a framed wall.  Exterior insulation installed on below grade walls shall be a water resistant material, manufactured for its intended use, and installed according to the manufacturer's specifications.  See Section 602.2.

5.  Floors over crawl spaces or exposed to ambient air conditions.

6.  Required slab perimeter insulation shall be a water resistant material, manufactured for its intended use, and installed according to manufacturer's specifications.  See Section 602.4. For slabs inside a foundation wall, the insulation shall be installed to provide a thermal break (TB) between the slab edge and the foundation. Monolithic slabs shall include insulation, installed outside the foundation wall, and shall extend downward from the top of the slab for a minimum distance of 24 inches or downward and then horizontally for a minimum combined distance of 24 inches. Monolithic slabs shall also include R-10 insulation under the non-load-bearing portions of the slab.

7.  Int. denotes standard framing 16 inches on center with headers insulated with a minimum of R-10 insulation.

8.  Reserved.

9.  Doors, including all fire doors, shall be assigned default U-factors from Table 10-6C.

10.  Where a maximum glazing area is listed, the total glazing area (combined vertical plus overhead) as a percent of gross conditioned floor area shall be less than or equal to that value.  Overhead glazing with U-factor of U=0.35 or less is not included in glazing area limitations.

11.  Overhead glazing shall have U-factors determined in accordance with NFRC 100 or as specified in Section 502.1.5.

12.  Log and solid timber walls with a minimum average thickness of 3.5" are exempt from this insulation requirement.

**TABLE 6-2**
**PRESCRIPTIVE REQUIREMENT S[0,1] FOR SINGLE-FAMILY RESIDENTIAL**
**CLIMATE ZONE 2**

| Option | Glazing Area[10]: % of Floor | Glazing U-Factor | | Door[9] U-Factor | Ceiling[2] | Vaulted Ceiling[3] | Wall[12] Above Grade | Wall int[4] Below Grade | Wall ext[4] Below Grade | Floor[5] | Slab[6] on Grade |
| | | Vertical | Overhead[11] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **I.** | 12% | 0.32 | 0.50 | 0.20 | R-49 or R-38 adv | R-38 | R-21 int[7] | R-21 TB | R-12 | R-30 | R-10 2' |
| **II.*** | 15% | 0.32 | 0.50 | 0.20 | R-49 or R-38 adv | R-38 | R-19 + R-5 | R-21 TB | R-12 | R-30 | R-10 2' |
| **III.** | Unlimited | 0.30 | 0.50 | 0.20 | R-49 or R-38 adv | R-38 | R-19 + R-5 | R-21 TB | R-12 | R-30 | R-10 2' |

\*    Reference Case

0.   Nominal R-values are for wood frame assemblies only or assemblies built in accordance with Section 601.1.

1.   Minimum requirements for each option listed.  For example, if a proposed design has a glazing ratio to the conditioned floor area of 13%, it shall comply with all of the requirements of the 15% glazing option (or higher).  Proposed designs which cannot meet the specific requirements of a listed option above may calculate compliance by Chapters 4 or 5 of this Code.

2.   Requirement applies to all ceilings except single rafter or joist vaulted ceilings complying with note 3.  'Adv' denotes Advanced Framed Ceiling.

3.   Requirement applicable only to single rafter or joist vaulted ceilings.

4.   Below grade walls shall be insulated either on the exterior to a minimum level of R-12 continuous, or on the interior as a framed wall.  Exterior insulation installed on below grade walls shall be a water resistant material, manufactured for its intended use, and installed according to the manufacturer's specifications.  See Section 602.2.

5.   Floors over crawl spaces or exposed to ambient air conditions.

6.   Required slab perimeter insulation shall be a water resistant material, manufactured for its intended use, and installed according to manufacturer's specifications.  See Section 602.4. For slabs inside a foundation wall, the insulation shall be installed to provide a thermal break (TB) between the slab edge and the foundation. Monolithic slabs shall include insulation, installed outside the foundation wall, and shall extend downward from the top of the slab for a minimum distance of 24 inches or downward and then horizontally for a minimum combined distance of 24 inches. Monolithic slabs shall also include R-10 insulation under the non-load-bearing portions of the slab.

7.   Int. denotes standard framing 16 inches on center with headers insulated with a minimum of R-10 insulation.

8.   Reserved.

9.   Doors, including all fire doors, shall be assigned default U-factors from Table 10-6C.

10.  Where a maximum glazing area is listed, the total glazing area (combined vertical plus overhead) as a percent of gross conditioned floor area shall be less than or equal to that value.  Overhead glazing with U-factor of U=0.35 or less is not included in glazing area limitations.

11.  Overhead glazing shall have U-factors determined in accordance with NFRC 100 or as specified in Section 502.1.5.

12.  Log and solid timber walls with a minimum average thickness of 3.5" are exempt from this insulation requirement.

**188**

# CHAPTER 7
## STANDARDS

## SECTION 701 — STANDARDS

The following standards shall apply to Chapters 1 through 20.  The standards and portions thereof, which are referred to in various parts of this Code shall be part of the Washington State Energy Code and are hereby declared to be a part of this Code.

| CODE<br>STANDARD<br>NO. | TITLE AND SOURCE | |
|---|---|---|
| RS-1 | 2005 ASHRAE Fundamentals Handbook. | |
| RS-2 | Super Good Cents Technical Reference (Builder's Field Guide) | |
| RS-3: | (Reserved.) | ⇐ |
| RS-4 | ASHRAE Standard 55-2004 Thermal Environmental Conditions for Human Occupancy. | |
| RS-5 | 2006 ASHRAE Refrigeration Handbook | |
| RS-6 | (Reserved.) | |
| RS-7 | SMACNA, HVAC Duct Construction Standards, Metal and Flexible, 2005. | ▍ |
| RS-8: | (Reserved.) | ⇐ |
| RS-9 | ASHRAE/IESNA Standard 90.1-2007, Energy Standard for Buildings Except Low-Rise Residential Buildings. | |
| RS-10 | 2008 ASHRAE Systems and Equipment Handbook. | |
| RS-11 | 2007 ASHRAE HVAC Applications Handbook. | ▍ |
| RS-12 – RS-28: | (Reserved.) | |
| RS-29 | Nonresidential Building Design by Systems Analysis. | |
| RS-30 | Title 10, Code of Federal Regulations (CFR), Part 430 (March 14, 1988). | |
| RS-31 | National Fenestration Rating Council (NFRC) Standard 100-2004. | |
| RS-32 | Seattle EnvStd 2006 | |
| RS-33 | Duct Testing Standard for New and Existing Construction, WSU Extension Energy Program Publication #WSUEEP 09-008. | ▍ |
| RS-34 | Optional Acceptance Requirements for Nonresidential Buildings, SBCC 2009. | |

**189**

## ACCREDITED AUTHORITATIVE AGENCIES

**ANSI** refers to the American National Standards Institute, Inc., 11 West 42nd Street, New York, NY  10036
Phone (212) 642-4900  Fax (212) 398-0023, Internet www.ansi.org

**AHRI** refers to the Air-Conditioning, Heating and Refrigeration Institute, 4301 N. Fairfax Dr., Suite 425, Arlington, VA  22203
Phone (703) 524-8800  Fax (703) 528-3816, Internet www.ari.org

**ASHRAE** refers to the American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc., 1791 Tullie Circle, N.E., Atlanta, GA  30329
Phone (404) 636-8400  Fax (404) 321-5478, Internet www.ashrae.org

**ASTM** refers to the American Society for Testing and Materials, 100 Barr Harbor Drive, West Conshohocken, PA  19428-2959
Phone (610) 832-9585  Fax (610) 832-9555, Internet www.astm.org

**CTI** refers to the Cooling Tower Institute, 530 Wells Fargo Drive, Suite 218, Houston, TX 77090
Phone (281) 583-4087  Fax (281) 537-1721, Internet www.cti.org

**IESNA** refers to the Illuminating Engineering Society of North America, 120 Wall Street, Floor 17, New York, NY  10005-4001
Phone (212) 248-5000  Fax (212) 248-5017, Internet www.iesna.org

**NFRC** refers to the National Fenestration Rating Council, Inc., 8484 Georgia Avenue, Suite 320, Silver Spring, Maryland  20910
Phone (301) 589-1776  Fax (301) 589-3884, Internet www.nfrc.org

**SBCC** refers to the Washington State Building Code Council, PO Box 42525, Olympia, WA 98504-2525
Phone (360) 725-2990  Fax (360) 586-9383, Internet www.sbcc.wa.gov

**SMACNA** refers to the Sheet Metal and Air Conditioning Contractors National Association, Inc., 4201 Lafayette Center Drive, P.O. Box 221230, Chantilly, VA  20153-1230
Phone (703) 803-2980  Fax (703) 803-3732, Internet www.smacna.org

WSU refers to the Washington State University Energy Extension Program, 905 Plum Street SE, Bldg #3, PO Box 43165, Olympia, WA 98506-3166
Phone (360) 956-2000  Fax (360) 956-2217, Internet www.energy.wsu.edu

# CHAPTER 8
## SUGGESTED SOFTWARE FOR CHAPTER 4
## SYSTEMS ANALYSIS APPROACH

The simulation program shall be tested according to ANSI/ASHRAE Standard 140 and the results shall be furnished by the software provider.

The following is a list of suggested software, but not limited to:

**DOE 2.1E**
Energy Science Technology Software Center (ESTSC)
PO Box 1220
Oakridge, TN 37831-1020
(423) 576-2606

**DOE 2.2 (EQuest)**
James J. Hirsch & Associates
Building Performance Analysis Software & Consulting
12185 Presilla Road
Camarillo, CA 93012-9243
(805) 532-1045

**ENERGYPLUS**
Kathy Ellington
Lawrence Berkley National Laboratory (LBNL)
Building 90, Room 3147
Berkeley, CA 94720-0001
(510) 486-5711

**191**

*This page intentionally left blank*

**192**

# CHAPTER 9
## ADDITIONAL SINGLE-FAMILY RESIDENTIAL ENERGY EFFICIENCY REQUIREMENTS

**901 Additional Residential Energy Efficiency Requirements.** Dwelling units permitted under this Code shall comply with all provisions of Chapter 5 of this Code and develop one credit from Table 9-1.

**EXCEPTION:** Buildings complying using Chapter 4 Building Design by Systems Analysis shall meet this provision of this section by demonstrating that the proposed building energy use is 8 percent less than the target building energy use.

## TABLE 9-1
## ENERGY CREDITS (DEBITS)

| OPTION | DESCRIPTION | CREDIT(S) |
|---|---|---|
| 1a | HIGH EFFICIENCY HVAC EQUIPMENT 1: <br> Gas, propane or oil-fired furnace or boiler with minimum AFUE of 92%, <br> **or** <br> Air-source heat pump with minimum HSPF of 8.5. | 1.0 |
| 1b | HIGH EFFICIENCY HVAC EQUIPMENT 2: <br> Closed-loop ground source heat pump; <br> with a minimum COP of 3.3. | 2.0 |
| 1c | HIGH EFFICIENCY HVAC EQUIPMENT 3: <br> DUCTLESS SPLIT SYSTEM HEAT PUMPS, ZONAL CONTROL: <br> In home where the primary space heating system is zonal electric heating, a ductless heat pump system shall be installed and provide heating to at least one zone of the housing unit. | 1.0 |
| 2 | HIGH EFFICIENCY HVAC DISTRIBUTION SYSTEM:[1] <br> All heating and cooling system components installed inside the conditioned space.  All combustion equipment shall be direct vent or sealed combustion. <br> Locating system components in conditioned crawl spaces is not permitted under this option. <br> Electric resistance heat is not permitted under this option. <br> Direct combustion heating equipment with AFUE less than 80% is not permitted under this option. | 1.0 |
| 3a | EFFICIENT BUILDING ENVELOPE 1: <br> Prescriptive compliance is based on Table 6-1, Option III with the following modifications:  Window U .= 0.28 floor R-38, slab on grade R-10 full, below grade slab R-10 full. <br> **or** <br> Component performance compliance: Reduce the Target UA from Table 5-1 by 5%, as determined using EQUATION 1. | 0.5 |
| 3b | EFFICIENT BUILDING ENVELOPE 2: <br> Prescriptive compliance is based on Table 6-1, Option III with the following modifications:  Window U .= 0.25 and wall R-21 plus R-4 and R-38 floor, slab on grade R-10 full, below grade slab R-10 full, and R-21 plus R-5 below grade basement walls. <br> **or** <br> Component performance compliance: Reduce the Target UA from Table 5.1 by 15%, as determined using EQUATION 1. | 1.0 |

**193**

| 3c | **SUPER-EFFICIENT BUILDING ENVELOPE 3:**<br>Prescriptive compliance is based on Table 6-1, Option III with the following modifications:  Window U .= 0.22 and wall R-21 plus R-12 and R-38 floor, slab on grade R-10 full, below grade slab R-10 full and R-21 plus R-12 below grade basement walls and R-49 advanced ceiling and vault.<br>**or**<br>Component performance compliance: Reduce the Target UA from Table 5.1 by 30%, as determined using EQUATION 1. | 2.0 |
|----|----|----|
| 4a | **AIR LEAKAGE CONTROL AND EFFICIENT VENTILATION:**<br>Envelope leakage reduced to SLA of 0.00020 building envelope tightness shall be considered acceptable when tested air leakage is less than specific leakage area of 0.00020 when tested with a blower door at a pressure difference of 50 PA.  Testing shall occur after rough in and after installation of penetrations of the building envelope, including penetrations for utilities, plumbing, electrical, ventilation, and combustion appliances.<br>**and**<br>All whole house ventilation requirements as determined by Section M1508 of the Washington State Residential Code shall be met with a heat recovery ventilation system in accordance with Section M1508.7 of that Code. | 0.5 |
| 4b | **ADDITIONAL AIR LEAKAGE CONTROL AND EFFICIENT VENTILATION:**<br>Envelope leakage reduced to SLA of 0.00015 building envelope tightness shall be considered acceptable when tested air leakage is less than specific leakage area of 0.00015 when tested with a blower door at a pressure difference of 50 PA.  Testing shall occur after rough in and after installation of penetrations of the building envelope, including penetrations for utilities, plumbing, electrical, ventilation, and combustion appliances.<br>**and**<br>All whole house ventilation requirements as determined by Section M1508 of the Washington State Residential Code shall be met with a heat recovery ventilation system in accordance with Section M1508.7 of that Code. | 1.0 |
| 5a | **EFFICIENT WATER HEATING:**<br>Water heating system shall include one of the following:<br>Gas, propane or oil water heater with a minimum EF of 0.62.<br>**or**<br>Electric Water Heater with a minimum EF of 0.93.<br>**and for both cases**<br>All showerhead and kitchen sink faucets installed in the house shall meet be rated at 1.75 GPM or less.  All other lavatory faucets shall be rated at 1.0 GPM or less.[2] | 0.5 |

| 5b | HIGH EFFICIENCY WATER HEATING:<br>Water heating system shall include one of the following:<br>Gas, propane or oil water heater with a minimum EF of 0.82.<br>**or**<br>Solar water heating supplementing a minimum standard water heater.  Solar water heating will provide a rated minimum savings of 85 therms or 2000 kWh based on the Solar Rating and Certification Corporation (SRCC) Annual Performance of OG-300 Certified Solar Water Heating Systems.<br>**or**<br>Electric heat pump water heater with a minimum EF of 2.0. | 1.5 |
|---|---|---|
| 6 | SMALL DWELLING UNIT 1:<br>Dwelling units less than 1500 square feet in floor area with less than 300 square feet of window + door area.  Additions to existing building that are less than 750 square feet of heated floor area. | 1.0 |
| 7 | LARGE DWELLING UNIT 1:<br>Dwelling units exceeding 5000 square feet of floor area shall be assessed a deduction for purposes of complying with Section 901 of this Code. | -1.0 |
| 8 | RENEWABLE ELECTRIC ENERGY:<br>For each 1200 kWh of electrical generation provided annually by on-site wind or solar equipment a 0.5 credit shall be allowed, up to 3 credits. Generation shall be calculated as follows:<br>For solar electric systems, the design shall be demonstrated to meet this requirement using the National Renewable Energy Laboratory calculator PVWATTs.  Documentation noting solar access shall be included on the plans.<br>For wind generation projects designs shall document annual power generation based on the following factors:<br>The wind turbine power curve; average annual wind speed at the site; frequency distribution of the wind speed at the site and height of the tower. | 0.5 |

Footnotes:

1. **Interior Duct Placement:** Ducts included as Option 2 of Table 9-1 shall be placed wholly within the heated envelope of the housing unit.  The placement shall be inspected and certified to receive the credits associated with this option.

　　EXCEPTION:  Ducts complying with this section may have up to 5% of the total linear feet of ducts located in the exterior cavities or buffer spaces of the dwelling.  If this exception is used the ducts will be tested to the following standards:

Post-construction test:  Leakage to outdoors shall be less than or equal to 1 CFM per 100 $ft^2$ of conditioned floor area when tested at a pressure differential of 0.1 inches w.g. (25 Pa) across the entire system, including the manufacturer's air handler enclosure.  All register boots shall be taped or otherwise sealed during the test.

2. **Plumbing Fixtures Flow Ratings.** Low flow plumbing fixtures (water closets and urinals) and fittings (faucets and showerheads) shall comply with the following requirements:

(a) Residential bathroom lavatory sink faucets:  Maximum flow rate - 3.8 L/min (1.0 gal/min) when tested in accordance with ASME A112.18.1/CSA B125.1.

(b) Residential kitchen faucets:  Maximum flow rate - 6.6 L/min (1.75 gal/min) when tested in accordance with ASME A112.18.1/CSA B125.1.

(c) Residential showerheads:  Maximum flow rate - 6.6 L/min (1.75 gal/min) when tested in accordance with ASME A112.18.1/CSA B125.1.

**195**

*This page intentionally left blank*

**196**

Effective January 1, 2011

# CHAPTER 10
# DEFAULT HEAT LOSS COEFFICIENTS

## SECTION 1001 — GENERAL

**1001.1 Scope:** The following defaults shall apply to Chapters 1 through 20. This chapter includes tables of seasonal average heat loss coefficients for specified nominal insulation. The heat loss coefficients may also be used for heating system sizing.

**1001.2 Description:** These coefficients were developed primarily from data and procedures from Standard RS-1, and taken specifically from Standard RS-2, listed in Chapter 7.

Coefficients not contained in this chapter may be computed using the procedures listed in these references if the assumptions in the following sections and Standard RS-2, listed in Chapter 7, are used, along with data from the sources referenced above.

**1001.3 Air Films:** Default R-values used for air films shall be as follows:

| R-Value | Condition |
|---------|-----------|
| 0.17 | All exterior surfaces |
| 0.61 | Interior horizontal surfaces, heat flow up |
| 0.92 | Interior horizontal surfaces, heat flow down |
| 0.68 | Interior vertical surfaces |

**1001.4 Compression of Insulation:** Insulation which is compressed shall be rated in accordance with Table 10-A or reduction in value may be calculated in accordance with the procedures in Standard RS-1, listed in Chapter 7.

## SECTION 1002 — BELOW-GRADE WALLS AND SLABS

**1002.1 General:** Table 10-1 lists heat loss coefficients for below-grade walls and floors.

Coefficients for below-grade walls are given as U-factors (Btu/h•ft$^2$•°F of wall area). Coefficients for below-grade slabs are listed as F-factors (Btu/h• ft•°F per lineal foot of slab perimeter).

Below-grade wall U-factors are only valid when used with the accompanying below-grade slab F-factor, and vice versa.

**1002.2 Component Description:** All below-grade walls are assumed to be 8 inch concrete. The wall is assumed to extend from the slab upward to the top of the mud sill for the distance specified in Table 10-1, with 6 inches of concrete wall extending above grade.

Interior insulation is assumed to be fiberglass batts placed in the cavity formed by 2x4 framing on 24 inch centers with 1/2 inch gypsum board as the interior finish material. Exterior insulation is assumed to be applied directly to the exterior of the below-grade wall from the top of the wall to the footing. The exterior case does not assume any interior framing or sheetrock.

In all cases, the entire wall surface is assumed to be insulated to the indicated nominal level with the appropriate framing and insulation application. Coefficients are listed for wall depths of 2, 3-1/2 and 7 feet below grade. Basements shallower than two feet should use on-grade slab coefficients.

Heat-loss calculations for wall areas above-grade should use above-grade wall U-factors, beginning at the mudsill.

**1002.3 Insulation Description:** Coefficients are listed for the following four configurations:

1. **Uninsulated:** No insulation or interior finish.

2. **Interior insulation:** Interior 2x4 insulated wall without a thermal break between concrete wall and slab.

3. **Interior insulation with thermal break:** Interior 2x4 insulated wall with R-5 rigid board providing a thermal break between the concrete wall and the slab.

4. **Exterior insulation:** Insulation applied directly to the exterior surface of the concrete wall.

**197**

**TABLE 10-A**
**R-VALUE OF FIBERGLASS BATTS COMPRESSED**
**WITHIN VARIOUS DEPTH CAVITIES**

Insulation R-Values at Standard Thickness

| Rated R-Value | | 82 | 71 | 60 | 49 | 38 | 30 | 22 | 21 | 19 | 15 | 13 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Standard Thickness, Inches | | 26.0 | 22.5 | 19.0 | 15.5 | 12" | 9.5 | 6.5 | 5.5 | 6 | 3.5 | 3.5 | 3.5 |
| Nominal Lumber Sizes, Inches | Actual Depth of Cavity, Inches | Insulation R-Values When Installed in a Confined Cavity | | | | | | | | | | | |
| Truss | 26.0 | 82 | — | — | — | — | — | — | — | — | — | — | — |
| Truss | 22.5 | — | 71 | — | — | — | — | — | — | — | — | — | — |
| Truss | 19.0 | — | — | 60 | — | — | — | — | — | — | — | — | — |
| Truss | 15.5 | — | — | — | 49 | — | — | — | — | — | — | — | — |
| Truss | 12.0 | — | — | — | — | 38 | — | — | — | — | — | — | — |
| 2x12 | 11.25 | — | — | — | — | 37 | — | — | — | — | — | — | — |
| 2x10 | 9.25 | — | — | — | — | 32 | 30 | — | — | — | — | — | — |
| 2x8 | 7.25 | — | — | — | — | 27 | 26 | 22 | 21 | 19 | — | — | — |
| 2x6 | 5.5 | — | — | — | — | — | 21 | 20 | 21 | 18 | — | — | — |
| 2x4 | 3.5 | — | — | — | — | — | — | 14 | — | 13 | 15 | 13 | 11 |
| | 2.5 | — | — | — | — | — | — | — | — | — | — | 9.8 | — |
| | 1.5 | — | — | — | — | — | — | — | — | — | — | 6.3 | 6.0 |

**TABLE 10-1**
**DEFAULT WALL U-FACTORS AND SLAB F-FACTORS FOR BASEMENTS**

| | Below Grade Wall U-factor | Below Grade Slab F-factor |
|---|---|---|
| **2 Foot Depth Below Grade** | | |
| Uninsulated | 0.350 | 0.59 |
| R-11 Interior | 0.066 | 0.68 |
| R-11 Interior w/tb | 0.070 | 0.60 |
| R-19 Interior | 0.043 | 0.69 |
| R-19 Interior w/tb | 0.045 | 0.61 |
| R-10 Exterior | 0.070 | 0.60 |
| R-12 Exterior | 0.061 | 0.60 |
| **3.5 Foot Depth Below Grade** | | |
| Uninsulated | 0.278 | 0.53 |
| R-11 Interior | 0.062 | 0.63 |
| R-11 Interior w/tb | 0.064 | 0.57 |
| R-19 Interior | 0.041 | 0.64 |
| R-19 Interior w/tb | 0.042 | 0.57 |
| R-10 Exterior | 0.064 | 0.57 |
| R-12 Exterior | 0.057 | 0.57 |
| **7 Foot Depth Below Grade** | | |
| Uninsulated | 0.193 | 0.46 |
| R-11 Interior | 0.054 | 0.56 |
| R-11 Interior w/tb | 0.056 | 0.42 |
| R-19 Interior | 0.037 | 0.57 |
| R-19 Interior w/tb | 0.038 | 0.43 |
| R-10 Exterior | 0.056 | 0.42 |
| R-12 Exterior | 0.050 | 0.42 |

**198**

## SECTION 1003 — ON-GRADE SLAB FLOORS

**1003.1 General:** Table 10-2 lists heat loss coefficients for heated on-grade slab floors, in units of Btu/h•°F per lineal foot of perimeter.

**1003.2 Component Description:** All on-grade slab floors are assumed to be 6 inch concrete poured directly onto the earth.  The bottom of the slab is assumed to be at grade line. Monolithic and floating slabs are not differentiated.

Soil is assumed to have a conductivity of 0.75 Btu/h•ft$^2$•°F.  Slabs 2 feet or more below grade should use basement coefficients.

**1003.3 Insulation Description:** Coefficients are provided for the following three configurations:

**Two Foot (or four foot) vertical:**  Insulation is applied directly to the slab exterior, extending downward from the top of the slab to a depth of 2 feet (or 4 feet) below grade.

**Two Foot (or four foot) horizontal:** Insulation is applied directly to the underside of the slab, and run horizontally from the perimeter inward for 2 feet (or 4 feet). The slab edge is exposed in this configuration.

**Note:** A horizontal installation with a thermal break of at least R-5 at the slab edge should use the vertical-case F-factors.

**Fully insulated slab:** Insulation extends from the top of the slab, along the entire perimeter, and completely covers the area under the slab.  Thicker perimeter insulation covers the slab edge and extends 2 feet under the slab.

### TABLE 10-2
### DEFAULT F-FACTORS FOR ON-GRADE SLABS

| Insulation type | R-0 | R-5 | R-10 | R-15 |
|---|---|---|---|---|
| **Unheated Slab** | | | | |
| Uninsulated slab | 0.73 | -- | -- | -- |
| 2 ft Horizontal (No thermal break) | -- | 0.70 | 0.70 | 0.69 |
| 4 ft Horizontal (No thermal break) | -- | 0.67 | 0.64 | 0.63 |
| 2 ft Vertical | -- | 0.58 | 0.54 | 0.52 |
| 4 ft Vertical | -- | 0.54 | 0.48 | 0.45 |
| Fully insulated slab | -- | -- | 0.36 | -- |
| **Heated Slab** | | | | |
| Uninsulated slab | 0.84 | -- | -- | -- |
| Fully insulated slab | -- | 0.74 | 0.55 | 0.44 |
| R-5 Center (With perimeter insulation) | -- | -- | 0.66 | 0.62 |
| R-10 Center (With perimeter insulation) | -- | -- | -- | 0.51 |
| 3 ft Vertical | -- | -- | 0.78 | -- |

**199**

## SECTION 1004 — FLOORS OVER UNCONDITIONED SPACE

**1004.1 General:** Tables 10-3, 10-4 and 10-4A list heat loss coefficients for floors over unconditioned spaces in units of Btu/h•ft$^2$•°F.

They are derived from procedures listed in Standard RS-1, listed in Chapter 7, assuming an average outdoor temperature of 45°F, an average indoor temperature of 65°F and a crawlspace area of 1350 ft$^2$ and 100 feet of perimeter. The crawlspace is assumed to be 2.5 feet high, with 24 inches below grade and 6 inches above grade.

**1004.2 Crawlspace Description:** Four configurations are considered: naturally ventilated crawlspace, mechanically vented crawlspace, heated plenum crawlspace and exposed floor.

**Naturally ventilated crawlspaces:** Assumed to have 3.0 air changes per hour, with at least 1.0 ft$^2$ of net-free ventilation in the foundation for every 300 ft$^2$ of crawlspace floor area. The crawlspace is not actively heated. Floors over unheated areas, such as garages, may only use those values which have R-0 perimeter insulation.

**Mechanically ventilated crawlspaces:** Assumed to have 1.5 air changes per hour, with less than 1.0 ft$^2$ of net-free ventilation in the foundation for every 300 ft$^2$ of crawlspace floor area. The crawlspace is not actively heated. Floors

over unheated basements may only use those values which have R-0 perimeter insulation.

**Heated plenum crawlspaces:** Assumed to have 0.25 air changes per hour, with no foundation vents. Heated supply air from central furnace is blown into a crawlspace and allowed to enter the living space unducted via holes cut into the floor.

**Exposed floors:** Assumes no buffer space, and a covering of 1/2 inch T1-11 on the exterior of the cavity exposed to the outside air or rigid insulation below a concrete floor, such as over parking garages.

**1004.3 Construction Description:** Floors are assumed to be either joisted floors framed on 16 centers, or post and beam on 4 foot by 8 foot squares. Insulation is assumed to be installed under the subflooring between the joists or beams with no space between the insulation and the subfloor. Insulation is assumed to be uncompressed. Exposed floors also include concrete with continuous rigid insulation assumed.

Perimeter insulation is assumed to extend from the top of the rim joist to the crawlspace floor and then inward along the ground (on top of the ground cover) for at least 24 inches.

Floor coverings are assumed to be light carpet with rubber pad.

### TABLE 10-3
### DEFAULT U-FACTORS FOR FLOORS OVER VENTED CRAWLSPACE OR UNHEATED BASEMENT

| Nominal R-value | | U-factor | |
|---|---|---|---|
| Floor | Perimeter | Post & Beam | Joists |
| 0 | 0 | 0.112 | 0.134 |
| | 11 | 0.100 | 0.116 |
| | 19 | 0.098 | 0.114 |
| | 30 | 0.093 | 0.107 |
| 11 | 0 | 0.052 | 0.056 |
| | 11 | 0.048 | 0.052 |
| 19 | 0 | 0.038 | 0.041 |
| | 11 | 0.036 | 0.038 |
| 22 | 0 | 0.034 | 0.037 |
| | 11 | 0.033 | 0.035 |
| 25 | 0 | 0.032 | 0.034 |
| | 11 | 0.031 | 0.033 |
| 30 | 0 | 0.028 | 0.029 |
| | 11 | 0.027 | 0.028 |
| 38 | 0 | 0.024 | 0.025 |
| | 11 | 0.024 | 0.024 |

### TABLE 10-4
### DEFAULT U-FACTORS FOR FLOORS OVER HEATED PLENUM CRAWLSPACES

| Nominal R-value Perimeter | U-factor |
|---|---|
| 11 | 0.085 |
| 19 | 0.075 |
| 30 | 0.069 |

**Note:** Crawlspaces used as heated plenums have approximately 30% higher heat loss rate than unvented crawlspaces with the same assumed ACH. Default U-factors in Table 10-4 reflect this higher rate of heat loss.

### TABLE 10-4A
### DEFAULT U-FACTORS FOR EXPOSED FLOORS

| Nominal R-value | U-factor | | |
|---|---|---|---|
| | Concrete | Wood Joist | Metal Joist |
| R-11 | 0.077 | 0.088 | 0.14 |
| R-15 | 0.059 | 0.076 | 0.12 |
| R-19 | 0.048 | 0.062 | 0.11 |
| R-21 | 0.043 | 0.057 | 0.11 |
| R-25 | 0.037 | 0.051 | 0.10 |
| R-30 | 0.031 | 0.040 | 0.09 |
| R-38 | 0.025 | 0.034 | 0.08 |

**200**

## SECTION 1005 — ABOVE-GRADE WALLS

**1005.1 General:** Table 10-5, 10-5A and 10-5B list heat loss coefficients for the opaque portion of above-grade wood stud frame walls, metal stud frame walls and concrete masonry walls (Btu/h•ft²•°F) respectively.  They are derived from procedures listed in Standard RS-1, listed in Chapter 7.  For intermediate floor slabs which penetrate the insulated wall, use the concrete wall U-factors in Table 10-5B.

Insulation is assumed to uniformly fill the entire cavity and to be installed as per manufacturer's directions.  All walls are assumed to be finished on the inside with 1/2 inch gypsum wallboard, and on the outside with either beveled wood siding over 1/2 inch plywood sheathing or with 5/8 inch T1-11 siding.  Insulated sheathing (either interior or exterior) is assumed to cover the entire opaque wall surface.

Metal building walls have a different construction and are addressed in Table 10-5A(3).

**1005.2 Framing Description:**  For wood stud frame walls, three framing types are considered and defined as follows:

**Standard:**  Studs framed on 16 inch centers with double top plate and single bottom plate.  Corners use three studs and each opening is framed using two studs.  Headers consist of double 2x or single 4x material with an air space left between the header and the exterior sheathing.  Interior partition wall/exterior wall intersections use two studs in the exterior wall.

**Standard framing weighting factors:**

| | |
|---|---|
| Studs and plates | 0.19 |
| Insulated cavity | 0.77 |
| Headers | 0.04 |

**Intermediate:**  Studs framed on 16 inch centers with double top plate and single bottom plate.  Corners use two studs or other means of fully insulating corners, and each opening is framed by two studs.  Headers consist of double 2x material with R-10 insulation between the header and exterior sheathing.  Interior partition wall/exterior wall intersections are fully insulated in the exterior wall.

**Intermediate framing weighting factors:**

| | |
|---|---|
| Studs and plates | 0.18 |
| Insulated cavity | 0.78 |
| Headers | 0.04 |

**Advanced:**  Studs framed on 24 inch centers with double top plate and single bottom plate.  Corners use two studs or other means of fully insulating corners, and one stud is used to support each header.  Headers consist of double 2x material with R-10 insulation between the header and exterior sheathing.  Interior partition wall/exterior wall intersections are fully insulated in the exterior wall.

**Advanced Framing Weighting Factors:**

| | |
|---|---|
| Studs and plates | 0.13 |
| Insulated cavity | 0.83 |
| Headers | 0.04 |

**1005.3 Component Description:**  Default coefficients for the following types of walls are listed: single-stud walls, strap walls, double-stud walls, log walls, stress-skin panels, metal stud walls, and metal building walls.

**Single-Stud Wall,** Tables 10-5(1) through 10-5(8)**:**  Assumes either 2x4 or 2x6 studs framed on 16 or 24 inch centers.  Headers are solid for 2x4 walls and double 2x for 2x6 walls, with either dead-air or rigid-board insulation in the remaining space.

**Strap Wall,** Table 10-5(9)**:**  Assumes 2x6 studs framed on 16 or 24 inch centers.  2x3 or 2x4 strapping is run horizontally along the interior surface of the wall to provide additional space for insulation.

**Double-Stud Wall,** Tables 10-5(10) and 10-5(11)**:**  Assumes an exterior structural wall and a separate interior, non-structural wall.  Insulation is placed in both wall cavities and in the space between the two walls.  Stud spacing is assumed to be on 24 inch centers for both walls.

**Log Wall,** Table 10-5(12).

**Stress-Skin Panel,** Table 10-5(13).

**Metal Stud Wall, Overall Assembly U-Factors,** Table 10-5A(1)**:**  Assumes metal studs spaced on 16 or 24 inch centers with insulation installed to fill wall cavities.  Continuous rigid board insulation is applied without creating uninsulated voids in the wall assembly.

**Metal Stud Wall, Effective R-Values for Metal Framing and Cavity Only,** Table 10-5A(2)**:**  These values may be used for the metal-framing/cavity layers in walls with metal studs spaced on 16- or 24-inch centers with insulation installed to fill wall cavities in lieu of using the zone method provided in Chapter 25 of Standard RS-1 listed in Chapter 7.

**Metal Building Wall,** Table 10-5A(3):  A wall whose structure consists of metal spanning panels supported by steel structural members (does not include spandrel glass or metal panels in curtain wall systems). The first nominal R-value is for insulation compressed between metal wall panels and the steel structure. For double-layer installations, the second nominal R-value of insulation is for insulation installed from the inside, covering the girts. For continuous insulation (e.g., insulation boards) it is assumed that the insulation boards are installed on the inside of the girts and uninterrupted by the framing members. Insulation exposed to the conditioned space or semiheated space shall have a facing, and all insulation seams shall be continuously sealed to provide a continuous air barrier.

**Concrete and Masonry Walls,** Table 10-5B(1).

**Peripheral Edges of Intermediate Concrete Floors,** Table 10-5B(2).

**201**

**TABLE 10-5**
**DEFAULT U-FACTORS FOR ABOVE-GRADE WALLS**

▌**TABLE 10-5(1)**
  **2 x 4 Single Wood Stud:  R-11 Batt**

NOTE:

Nominal Batt R-value:
R-11 at 3.5 inch thickness

Installed Batt R-value:
R-11 in 3.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | |
|---|---|---|---|---|
| | Lapped Wood | | T1-11 | |
| | STD | ADV | STD | ADV |
| 0 | 0.088 | 0.084 | 0.094 | 0.090 |
| 1 | 0.080 | 0.077 | 0.085 | 0.082 |
| 2 | 0.074 | 0.071 | 0.078 | 0.075 |
| 3 | 0.069 | 0.066 | 0.072 | 0.070 |
| 4 | 0.064 | 0.062 | 0.067 | 0.065 |
| 5 | 0.060 | 0.058 | 0.063 | 0.061 |
| 6 | 0.056 | 0.055 | 0.059 | 0.057 |
| 7 | 0.053 | 0.052 | 0.055 | 0.054 |
| 8 | 0.051 | 0.049 | 0.052 | 0.051 |
| 9 | 0.048 | 0.047 | 0.050 | 0.049 |
| 10 | 0.046 | 0.045 | 0.047 | 0.046 |
| 11 | 0.044 | 0.043 | 0.045 | 0.044 |
| 12 | 0.042 | 0.041 | 0.043 | 0.042 |

▌**TABLE 10-5(2)**
  **2 x 4 Single Wood Stud:  R-13 Batt**

NOTE:

Nominal Batt R-value:
R-13 at 3.63 inch thickness

Installed Batt R-value:
R-12.7 in 3.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | |
|---|---|---|---|---|
| | Lapped Wood | | T1-11 | |
| | STD | ADV | STD | ADV |
| 0 | 0.082 | 0.078 | 0.088 | 0.083 |
| 1 | 0.075 | 0.072 | 0.080 | 0.076 |
| 2 | 0.069 | 0.066 | 0.073 | 0.070 |
| 3 | 0.065 | 0.062 | 0.068 | 0.065 |
| 4 | 0.060 | 0.058 | 0.063 | 0.061 |
| 5 | 0.057 | 0.055 | 0.059 | 0.057 |
| 6 | 0.053 | 0.052 | 0.056 | 0.054 |
| 7 | 0.051 | 0.049 | 0.052 | 0.051 |
| 8 | 0.048 | 0.047 | 0.050 | 0.048 |
| 9 | 0.046 | 0.045 | 0.047 | 0.046 |
| 10 | 0.044 | 0.043 | 0.045 | 0.044 |
| 11 | 0.042 | 0.041 | 0.043 | 0.042 |
| 12 | 0.040 | 0.039 | 0.041 | 0.040 |

**202**

**TABLE 10-5(3)**
**2 x 4 Single Wood Stud:  R-15 Batt**

NOTE:

Nominal Batt R-value:
R-15 at 3.5 inch thickness

Installed Batt R-value:
R-15 in 3.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | |
| | Lapped Wood | | T1-11 | |
| | STD | ADV | STD | ADV |
|---|---|---|---|---|
| 0 | 0.076 | 0.071 | 0.081 | 0.075 |
| 1 | 0.069 | 0.065 | 0.073 | 0.069 |
| 2 | 0.064 | 0.061 | 0.068 | 0.069 |
| 3 | 0.060 | 0.057 | 0.063 | 0.059 |
| 4 | 0.056 | 0.053 | 0.059 | 0.056 |
| 5 | 0.053 | 0.051 | 0.055 | 0.052 |
| 6 | 0.050 | 0.048 | 0.052 | 0.050 |
| 7 | 0.047 | 0.046 | 0.049 | 0.047 |
| 8 | 0.045 | 0.044 | 0.047 | 0.045 |
| 9 | 0.043 | 0.042 | 0.044 | 0.043 |
| 10 | 0.041 | 0.040 | 0.042 | 0.041 |
| 11 | 0.039 | 0.038 | 0.041 | 0.039 |
| 12 | 0.038 | 0.037 | 0.039 | 0.038 |

**TABLE 10-5(4)**
**2 x 6 Single Wood Stud:  R-19 Batt**

NOTE:

Nominal Batt R-value:
R-19 at 6 inch thickness

Installed Batt R-value:
R-18 in 5.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | | | |
| | Lapped Wood | | | T1-11 | | |
| | STD | INT | ADV | STD | INT | ADV |
|---|---|---|---|---|---|---|
| 0 | 0.062 | 0.058 | 0.055 | 0.065 | 0.061 | 0.058 |
| 1 | 0.058 | 0.055 | 0.052 | 0.060 | 0.057 | 0.055 |
| 2 | 0.054 | 0.052 | 0.050 | 0.056 | 0.054 | 0.051 |
| 3 | 0.051 | 0.049 | 0.047 | 0.053 | 0.051 | 0.049 |
| 4 | 0.048 | 0.046 | 0.045 | 0.050 | 0.048 | 0.046 |
| 5 | 0.046 | 0.044 | 0.043 | 0.048 | 0.046 | 0.044 |
| 6 | 0.044 | 0.042 | 0.041 | 0.045 | 0.044 | 0.042 |
| 7 | 0.042 | 0.040 | 0.039 | 0.043 | 0.042 | 0.040 |
| 8 | 0.040 | 0.039 | 0.038 | 0.041 | 0.040 | 0.039 |
| 9 | 0.038 | 0.037 | 0.035 | 0.039 | 0.038 | 0.037 |
| 10 | 0.037 | 0.036 | 0.035 | 0.038 | 0.037 | 0.036 |
| 11 | 0.036 | 0.035 | 0.034 | 0.036 | 0.035 | 0.035 |
| 12 | 0.034 | 0.033 | 0.033 | 0.035 | 0.034 | 0.033 |

**203**

**TABLE 10-5(5)**
**2 x 6 Single Wood Stud:  R-21 Batt**

NOTE:

Nominal Batt R-value:
R-21 at 5.5 inch thickness

Installed Batt R-value:
R-21 in 5.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | | | |
|---|---|---|---|---|---|---|
| | Lapped Wood | | | T1-11 | | |
| | STD | INT | ADV | STD | INT | ADV |
| 0 | 0.057 | 0.054 | 0.051 | 0.060 | 0.056 | 0.053 |
| 1 | 0.054 | 0.051 | 0.048 | 0.056 | 0.053 | 0.050 |
| 2 | 0.050 | 0.048 | 0.045 | 0.052 | 0.050 | 0.047 |
| 3 | 0.048 | 0.045 | 0.043 | 0.049 | 0.047 | 0.045 |
| 4 | 0.045 | 0.043 | 0.041 | 0.047 | 0.045 | 0.043 |
| 5 | 0.043 | 0.041 | 0.040 | 0.044 | 0.042 | 0.041 |
| 6 | 0.041 | 0.039 | 0.038 | 0.042 | 0.041 | 0.039 |
| 7 | 0.039 | 0.038 | 0.036 | 0.040 | 0.039 | 0.037 |
| 8 | 0.038 | 0.036 | 0.035 | 0.039 | 0.037 | 0.036 |
| 9 | 0.036 | 0.035 | 0.034 | 0.037 | 0.036 | 0.035 |
| 10 | 0.035 | 0.034 | 0.033 | 0.036 | 0.035 | 0.033 |
| 11 | 0.033 | 0.033 | 0.032 | 0.034 | 0.033 | 0.032 |
| 12 | 0.032 | 0.031 | 0.031 | 0.033 | 0.032 | 0.031 |

**TABLE 10-5(6)**
**2 x 6 Single Wood Stud:  R-22 Batt**

NOTE:

Nominal Batt R-value:
R-22 at 6.75 inch thickness

Installed Batt R-value:
R-20 in 5.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | | | |
|---|---|---|---|---|---|---|
| | Lapped Wood | | | T1-11 | | |
| | STD | INT | ADV | STD | INT | ADV |
| 0 | 0.059 | 0.055 | 0.052 | 0.062 | 0.058 | 0.054 |
| 1 | 0.055 | 0.052 | 0.049 | 0.057 | 0.054 | 0.051 |
| 2 | 0.052 | 0.049 | 0.047 | 0.054 | 0.051 | 0.048 |
| 3 | 0.049 | 0.046 | 0.044 | 0.050 | 0.048 | 0.046 |
| 4 | 0.046 | 0.044 | 0.042 | 0.048 | 0.046 | 0.044 |
| 5 | 0.044 | 0.042 | 0.041 | 0.045 | 0.043 | 0.042 |
| 6 | 0.042 | 0.040 | 0.039 | 0.043 | 0.042 | 0.040 |
| 7 | 0.040 | 0.039 | 0.037 | 0.041 | 0.040 | 0.038 |
| 8 | 0.038 | 0.037 | 0.036 | 0.039 | 0.038 | 0.037 |
| 9 | 0.037 | 0.036 | 0.035 | 0.038 | 0.037 | 0.035 |
| 10 | 0.035 | 0.034 | 0.033 | 0.036 | 0.035 | 0.034 |
| 11 | 0.034 | 0.033 | 0.032 | 0.035 | 0.034 | 0.033 |
| 12 | 0.033 | 0.032 | 0.031 | 0.034 | 0.033 | 0.032 |

**204**

**TABLE 10-5(7)**
**2 x 6 Single Wood Stud:  Two R-11 Batts**

NOTE:

Nominal Batt R-value:
R-22 at 7 inch thickness

Installed Batt R-value:
R-18.9 in 5.5 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | | | |
|---|---|---|---|---|---|---|
| | Lapped Wood | | | T1-11 | | |
| | STD | INT | ADV | STD | INT | ADV |
| 0 | 0.060 | 0.057 | 0.054 | 0.063 | 0.059 | 0.056 |
| 1 | 0.056 | 0.053 | 0.051 | 0.059 | 0.056 | 0.053 |
| 2 | 0.053 | 0.050 | 0.048 | 0.055 | 0.052 | 0.050 |
| 3 | 0.050 | 0.048 | 0.046 | 0.052 | 0.049 | 0.047 |
| 4 | 0.047 | 0.045 | 0.044 | 0.049 | 0.047 | 0.045 |
| 5 | 0.045 | 0.043 | 0.042 | 0.046 | 0.045 | 0.043 |
| 6 | 0.043 | 0.041 | 0.040 | 0.044 | 0.043 | 0.041 |
| 7 | 0.041 | 0.040 | 0.038 | 0.042 | 0.041 | 0.039 |
| 8 | 0.039 | 0.038 | 0.037 | 0.040 | 0.039 | 0.038 |
| 9 | 0.038 | 0.037 | 0.036 | 0.039 | 0.038 | 0.036 |
| 10 | 0.036 | 0.035 | 0.034 | 0.037 | 0.036 | 0.035 |
| 11 | 0.035 | 0.034 | 0.033 | 0.036 | 0.035 | 0.034 |
| 12 | 0.034 | 0.033 | 0.032 | 0.034 | 0.034 | 0.033 |

**TABLE 10-5(8)**
**2 x 8 Single Stud:  R-25 Batt**

NOTE:

Nominal Batt R-value:
R-25 at 8 inch thickness

Installed Batt R-value:
R-23.6 in 7.25 inch cavity

| R-value of Foam Board | Siding Material/Framing Type | | | | | |
|---|---|---|---|---|---|---|
| | Lapped Wood | | | T1-11 | | |
| | STD | INT | ADV | STD | INT | ADV |
| 0 | 0.051 | 0.047 | 0.045 | 0.053 | 0.049 | 0.046 |
| 1 | 0.048 | 0.045 | 0.043 | 0.049 | 0.046 | 0.044 |
| 2 | 0.045 | 0.043 | 0.041 | 0.047 | 0.044 | 0.042 |
| 3 | 0.043 | 0.041 | 0.039 | 0.044 | 0.042 | 0.040 |
| 4 | 0.041 | 0.039 | 0.037 | 0.042 | 0.040 | 0.038 |
| 5 | 0.039 | 0.037 | 0.036 | 0.040 | 0.038 | 0.037 |
| 6 | 0.037 | 0.036 | 0.035 | 0.038 | 0.037 | 0.036 |
| 7 | 0.036 | 0.035 | 0.033 | 0.037 | 0.035 | 0.034 |
| 8 | 0.035 | 0.033 | 0.032 | 0.035 | 0.034 | 0.033 |
| 9 | 0.033 | 0.032 | 0.031 | 0.034 | 0.033 | 0.032 |
| 10 | 0.032 | 0.031 | 0.030 | 0.033 | 0.032 | 0.031 |
| 11 | 0.031 | 0.030 | 0.029 | 0.032 | 0.031 | 0.030 |
| 12 | 0.030 | 0.029 | 0.028 | 0.031 | 0.030 | 0.029 |

**TABLE 10-5(9)**
**2 x 6:  Strap Wall**

| | Siding Material/Frame Type | | | |
|---|---|---|---|---|
| | Lapped Wood | | T1-11 | |
| | STD | ADV | STD | ADV |
| R-19 + R-11 Batts | 0.036 | 0.035 | 0.038 | 0.036 |
| R-19 + R-8 Batts | 0.041 | 0.039 | 0.042 | 0.040 |

**205**

**TABLE 10-5(10)**
**2 x 6 + 2 x 4:  Double Wood Stud**

| Batt Configuration | | | Siding Material/Frame Type | | | |
| | | | Lapped Wood | | T1-11 | |
| Exterior | Middle | Interior | STD | ADV | STD | ADV |
|---|---|---|---|---|---|---|
| R-19 | -- | R-11 | 0.040 | 0.037 | 0.041 | 0.038 |
| R-19 | -- | R-19 | 0.034 | 0.031 | 0.035 | 0.032 |
| R-19 | R-8 | R-11 | 0.029 | 0.028 | 0.031 | 0.029 |
| R-19 | R-11 | R-11 | 0.027 | 0.026 | 0.028 | 0.027 |
| R-19 | R-11 | R-19 | 0.024 | 0.023 | 0.025 | 0.023 |
| R-19 | R-19 | R-19 | 0.021 | 0.020 | 0.021 | 0.020 |

**TABLE 10-5(11)**
**2 x 4 + 2 x 4:  Double Wood Stud**

| Batt Configuration | | | Siding Material/Frame Type | | | |
| | | | Lapped Wood | | T1-11 | |
| Exterior | Middle | Interior | STD | ADV | STD | ADV |
|---|---|---|---|---|---|---|
| R-11 | -- | R-11 | 0.050 | 0.046 | 0.052 | 0.048 |
| R-19 | -- | R-11 | 0.039 | 0.037 | 0.043 | 0.039 |
| R-11 | R-8 | R-11 | 0.037 | 0.035 | 0.036 | 0.036 |
| R-11 | R-11 | R-11 | 0.032 | 0.031 | 0.033 | 0.032 |
| R-13 | R-13 | R-13 | 0.029 | 0.028 | 0.029 | 0.028 |
| R-11 | R-19 | R-11 | 0.026 | 0.026 | 0.027 | 0.026 |

**TABLE 10-5(12)**
**Log Walls**

**NOTE:**
R-value of wood:
R-1.25 per inch thickness

Average wall thickness
90% average log diameter

| Average Log Diameter, Inches | U-factor |
|---|---|
| 6 | 0.148 |
| 8 | 0.111 |
| 10 | 0.089 |
| 12 | 0.074 |
| 14 | 0.063 |
| 16 | 0.056 |

**TABLE 10-5(13)**
**Stress Skin Panel**

**NOTE:**
R-value of expanded
polystyrene: R-3.85 per inch

Framing: 6%
Spline: 8%

| Panel Thickness, Inches | U-factor |
|---|---|
| 3 1/2 | 0.071 |
| 5 1/2 | 0.048 |
| 7 1/4 | 0.037 |
| 9 1/4 | 0.030 |
| 11 1/4 | 0.025 |

No thermal bridging between interior and exterior splines

**Metal Stud Walls:**  The nominal R-values in Table 10-5A may be used for purposes of calculating metal stud wall section U-factors in lieu of the ASHRAE zone calculation method as provided in Chapter 27 of Standard RS-1.

**206**

## TABLE 10-5A
### DEFAULT U-FACTORS FOR OVERALL ASSEMBLY METAL STUD WALLS, EFFECTIVE R-VALUES FOR METAL FRAMING AND CAVITY ONLY, AND DEFAULT METAL BUILDING U-FACTORS

### TABLE 10-5A(1)
### OVERALL ASSEMBLY U-FACTORS FOR METAL STUD WALLS

| Metal Framing | R-Value of Continuous Foam Board Insulation | Cavity Insulation | | | | | |
|---|---|---|---|---|---|---|---|
| | | R-0 | R-11 | R-13 | R-15 | R-19 | R-21 |
| 16" o.c. | R-0 (none) | 0.352 | 0.132 | 0.124 | 0.118 | 0.109 | 0.106 |
| | R-1 | 0.260 | 0.117 | 0.111 | 0.106 | 0.099 | 0.096 |
| | R-2 | 0.207 | 0.105 | 0.100 | 0.096 | 0.090 | 0.087 |
| | R-3 | 0.171 | 0.095 | 0.091 | 0.087 | 0.082 | 0.080 |
| | R-4 | 0.146 | 0.087 | 0.083 | 0.080 | 0.076 | 0.074 |
| | R-5 | 0.128 | 0.080 | 0.077 | 0.074 | 0.071 | 0.069 |
| | R-6 | 0.113 | 0.074 | 0.071 | 0.069 | 0.066 | 0.065 |
| | R-7 | 0.102 | 0.069 | 0.066 | 0.065 | 0.062 | 0.061 |
| | R-8 | 0.092 | 0.064 | 0.062 | 0.061 | 0.058 | 0.057 |
| | R-9 | 0.084 | 0.060 | 0.059 | 0.057 | 0.055 | 0.054 |
| | R-10 | 0.078 | 0.057 | 0.055 | 0.054 | 0.052 | 0.051 |
| | R-11 | 0.072 | 0.054 | 0.052 | 0.051 | 0.050 | 0.049 |
| | R-12 | 0.067 | 0.051 | 0.050 | 0.049 | 0.047 | 0.047 |
| | R-13 | 0.063 | 0.049 | 0.048 | 0.047 | 0.045 | 0.045 |
| | R-14 | 0.059 | 0.046 | 0.045 | 0.045 | 0.043 | 0.043 |
| | R-15 | 0.056 | 0.044 | 0.043 | 0.043 | 0.041 | 0.041 |
| | R-20 | 0.044 | 0.036 | 0.036 | 0.035 | 0.034 | 0.034 |
| 24" o.c | R-0 (none) | 0.338 | 0.116 | 0.108 | 0.102 | 0.094 | 0.090 |
| | R-1 | 0.253 | 0.104 | 0.098 | 0.092 | 0.086 | 0.083 |
| | R-2 | 0.202 | 0.094 | 0.089 | 0.084 | 0.079 | 0.077 |
| | R-3 | 0.168 | 0.086 | 0.082 | 0.078 | 0.073 | 0.071 |
| | R-4 | 0.144 | 0.079 | 0.075 | 0.072 | 0.068 | 0.066 |
| | R-5 | 0.126 | 0.073 | 0.070 | 0.067 | 0.064 | 0.062 |
| | R-6 | 0.112 | 0.068 | 0.066 | 0.063 | 0.060 | 0.059 |
| | R-7 | 0.100 | 0.064 | 0.062 | 0.059 | 0.057 | 0.055 |
| | R-8 | 0.091 | 0.060 | 0.058 | 0.056 | 0.054 | 0.052 |
| | R-9 | 0.084 | 0.057 | 0.055 | 0.053 | 0.051 | 0.050 |
| | R-10 | 0.077 | 0.054 | 0.052 | 0.050 | 0.048 | 0.048 |
| | R-11 | 0.072 | 0.051 | 0.049 | 0.048 | 0.046 | 0.045 |
| | R-12 | 0.067 | 0.048 | 0.047 | 0.046 | 0.044 | 0.043 |
| | R-13 | 0.063 | 0.046 | 0.045 | 0.044 | 0.042 | 0.042 |
| | R-14 | 0.059 | 0.044 | 0.043 | 0.042 | 0.041 | 0.040 |
| | R-15 | 0.056 | 0.042 | 0.041 | 0.040 | 0.039 | 0.038 |
| | R-20 | 0.044 | 0.035 | 0.034 | 0.034 | 0.033 | 0.032 |

FOOTNOTE:
Continuous foam board insulation: Continuous insulation assumes no thermal bridging of insulation by framing or z-furring through applied foam board. Zone calculation method as provided in RS-1 must be used for thermally bridged foam board insulation.

**207**

WASHINGTON STATE ENERGY CODE

**TABLE 10-5A(2)**
**EFFECTIVE R-VALUES FOR METAL FRAMING AND CAVITY ONLY**

|  | Cavity | | Insulation | | |
|---|---|---|---|---|---|
|  | **Nominal Depth, Inches** | **Actual Depth, Inches** | **Nominal R-Value** | **Effective R-Value** | |
|  |  |  |  | **16" O.C.** | **24" O.C.** |
| **Air Cavity** | Any | Any | R-0.91 (air) | 0.79 | 0.91 |
| **Wall** | 4 | 3-1/2 | R-11 | 5.5 | 6.6 |
|  | 4 | 3-1/2 | R-13 | 6.0 | 7.2 |
|  | 4 | 3-1/2 | R-15 | 6.4 | 7.8 |
|  | 6 | 5-1/2 | R-19 | 7.1 | 8.6 |
|  | 6 | 5-1/2 | R-21 | 7.4 | 9.0 |
|  | 8 | 7-1/4 | R-25 | 7.8 | 9.6 |
| **Roof** |  | Insulation is uncompressed | R-11 | 5.5 | 6.1 |
|  |  |  | R-19 | 7.0 | 9.1 |
|  |  |  | R-30 | 9.3 | 11.4 |

**TABLE 10-5A(3)**
**DEFAULT METAL BUILDING WALL U-FACTORS**

| Insulation System | Rated R-Value of Insulation | Overall U-Factor for Entire Base Wall Assembly | Overall U-Factor for Assembly of Base Wall Plus Continuous Insulation (Uninterrupted by Framing) | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | **R-6.5** | **R-13** | **R-19.5** | **R-26** | **R-32.5** | **R-39** |
| **Single Layer of Mineral Fiber** | | | | | | | | |
|  | None | 1.180 | 0.136 | 0.072 | 0.049 | 0.037 | 0.030 | 0.025 |
|  | R-10 | 0.186 | 0.084 | 0.054 | 0.040 | 0.032 | 0.026 | 0.023 |
|  | R-11 | 0.185 | 0.084 | 0.054 | 0.040 | 0.032 | 0.026 | 0.023 |
|  | R-13 | 0.162 | 0.079 | 0.052 | 0.039 | 0.031 | 0.026 | 0.022 |
|  | R-16 | 0.155 | 0.077 | 0.051 | 0.039 | 0.031 | 0.026 | 0.022 |
|  | R-19 | 0.147 | 0.075 | 0.050 | 0.038 | 0.030 | 0.025 | 0.022 |

**Concrete Masonry Walls:** The nominal R-values in Table 10-5B may be used for purposes of calculating concrete masonry wall section U-factors in lieu of the ASHRAE isothermal planes calculation method as provided in Chapter 27 of Standard RS-1.

**TABLE 10-5B(1)**
**DEFAULT U-FACTORS FOR CONCRETE AND MASONRY WALLS**

**8" Concrete Masonry**

| WALL DESCRIPTION | CORE TREATMENT | | | |
|---|---|---|---|---|
|  | Partial Grout with Ungrouted Cores | | | Solid Grout |
|  | Empty | Loose-fill insulated | | |
|  |  | Perlite | Vermiculite | |
| Exposed Block, Both Sides | 0.40 | 0.23 | 0.24 | 0.43 |
| R-5 Interior Insulation, Wood Furring | 0.14 | 0.11 | 0.12 | 0.15 |
| R-6 Interior Insulation, Wood Furring | 0.14 | 0.11 | 0.11 | 0.14 |
| R-10.5 Interior Insulation, Wood Furring | 0.11 | 0.09 | 0.09 | 0.11 |
| R-8 Interior Insulation, Metal Clips | 0.11 | 0.09 | 0.09 | 0.11 |
| R-6 Exterior Insulation | 0.12 | 0.10 | 0.10 | 0.12 |
| R-10 Exterior Insulation | 0.08 | 0.07 | 0.07 | 0.08 |
| R-9.5 Rigid Polystyrene Integral Insulation, Two Webbed Block | 0.11 | 0.09 | 0.09 | 0.12 |

**208**

**12" Concrete Masonry**

| WALL DESCRIPTION | CORE TREATMENT | | | |
|---|---|---|---|---|
| | Partial Grout with Ungrouted Cores | | | Solid Grout |
| | Empty | Loose-fill insulated | | |
| | | Perlite | Vermiculite | |
| Exposed Block, Both Sides | 0.35 | 0.17 | 0.18 | 0.33 |
| R-5 Interior Insulation, Wood Furring | 0.14 | 0.10 | 0.10 | 0.13 |
| R-6 Interior Insulation, Wood Furring | 0.13 | 0.09 | 0.10 | 0.13 |
| R-10.5 Interior Insulation, Wood Furring | 0.11 | 0.08 | 0.08 | 0.10 |
| R-8 Interior Insulation, Metal Clips | 0.10 | 0.08 | 0.08 | 0.09 |
| R-6 Exterior Insulation | 0.11 | 0.09 | 0.09 | 0.11 |
| R-10 Exterior Insulation | 0.08 | 0.06 | 0.06 | 0.08 |
| R-9.5 Rigid Polystyrene Integral Insulation, Two Webbed Block | 0.11 | 0.08 | 0.09 | 0.12 |

**8" Clay Brick**

| WALL DESCRIPTION | CORE TREATMENT | | | |
|---|---|---|---|---|
| | Partial Grout with Ungrouted Cores | | | Solid Grout |
| | Empty | Loose-fill insulated | | |
| | | Perlite | Vermiculite | |
| Exposed Block, Both Sides | 0.50 | 0.31 | 0.32 | 0.56 |
| R-5 Interior Insulation, Wood Furring | 0.15 | 0.13 | 0.13 | 0.16 |
| R-6 Interior Insulation, Wood Furring | 0.15 | 0.12 | 0.12 | 0.15 |
| R-10.5 Interior Insulation, Wood Furring | 0.12 | 0.10 | 0.10 | 0.12 |
| R-8 Interior Insulation, Metal Clips | 0.11 | 0.10 | 0.10 | 0.11 |
| R-6 Exterior Insulation | 0.12 | 0.11 | 0.11 | 0.13 |
| R-10 Exterior Insulation | 0.08 | 0.08 | 0.08 | 0.09 |

**6" Concrete Poured or Precast**

| WALL DESCRIPTION | CORE TREATMENT | | | |
|---|---|---|---|---|
| | Partial Grout with Ungrouted Cores | | | Solid Grout |
| | Empty | Loose-fill insulated | | |
| | | Perlite | Vermiculite | |
| Exposed Concrete, Both Sides | NA | NA | NA | 0.61 |
| R-5 Interior Insulation, Wood Furring | NA | NA | NA | 0.16 |
| R-6 Interior Insulation, Wood Furring | NA | NA | NA | 0.15 |
| R-10.5 Interior Insulation, Wood Furring | NA | NA | NA | 0.12 |
| R-8 Interior Insulation, Metal Clips | NA | NA | NA | 0.12 |
| R-6 Exterior Insulation | NA | NA | NA | 0.13 |
| R-10 Exterior Insulation | NA | NA | NA | 0.09 |

**Notes for Default Table 10-5B(1)**  1.  Grouted cores at 40" x 48" on center vertically and horizontally in partial grouted walls.
   2.  Interior insulation values include 1/2" gypsum board on the inner surface.
   3.  Furring and stud spacing is 16" on center.  Insulation is assumed to fill furring space and is not compressed.
   4.  Intermediate values may be interpolated using this table.  Values not contained in this table may be computed using the procedures listed in Standard RS-1.

**209**

**TABLE 10-5B(2)**
**PERIPHERAL EDGES OF INTERMEDIATE CONCRETE FLOORS**

| Slab Edge Treatment | Average Thickness of Wall Above and Below | | | |
|---|---|---|---|---|
| | 6 inches | 8 inches | 10 inches | 12 inches |
| Exposed Concrete | 0.816 | 0.741 | 0.678 | 0.625 |
| R-5 Exterior Insulation | 0.161 | 0.157 | 0.154 | 0.152 |
| R-6 Exterior Insulation | 0.138 | 0.136 | 0.134 | 0.132 |
| R-7 Exterior Insulation | 0.122 | 0.120 | 0.118 | 0.116 |
| R-8 Exterior Insulation | 0.108 | 0.107 | 0.106 | 0.104 |
| R-9 Exterior Insulation | 0.098 | 0.097 | 0.095 | 0.094 |
| R-10 Exterior Insulation | 0.089 | 0.088 | 0.087 | 0.086 |
| R-11 Exterior Insulation | 0.082 | 0.081 | 0.080 | 0.079 |
| R-12 Exterior Insulation | 0.076 | 0.075 | 0.074 | 0.074 |
| R-13 Exterior Insulation | 0.070 | 0.070 | 0.069 | 0.068 |
| R-14 Exterior Insulation | 0.066 | 0.065 | 0.065 | 0.064 |
| R-15 Exterior Insulation | 0.062 | 0.061 | 0.061 | 0.060 |

## SECTION 1006 — DEFAULT U-FACTORS FOR GLAZING AND DOORS

**1006.1 Glazing and Doors Without NFRC Certification:**  Glazing and doors that do not have NFRC Certification shall be assigned the following U-factors.

**TABLE 10-6**
**OTHER THAN SINGLE-FAMILY RESIDENTIAL:**
**DEFAULT U-FACTORS FOR VERTICAL GLAZING, OVERHEAD GLAZING AND OPAQUE DOORS**

**VERTICAL GLAZING**

| | U-Factor | | |
|---|---|---|---|
| | Any Frame | Aluminum w/Thermal Break | Wood/ Vinyl/ Fiberglass Frame |
| Single | 1.45 | 1.45 | 1.45 |
| Double | 0.90 | 0.85 | 0.75 |
| 1/2 Inch Air, Fixed/Operable | 0.75/0.90 | 0.70/0.84 | 0.60/0.72 |
| 1/2 Inch Air, Low-e$^{(0.40)}$, Fixed/Operable | 0.70/0.84 | 0.60/0.72 | 0.50/0.60 |
| 1/2 Inch Air, Low-e$^{(0.10)}$, Fixed/Operable | 0.65/0.78 | 0.44/0.66 | 0.45/0.54 |
| 1/2 Inch Argon, Low-e$^{(0.10)}$, Fixed/Operable | 0.60/0.72 | 0.50/0.60 | 0.40/0.48 |
| Triple | 0.75 | 0.55 | 0.50 |
| 1/2 Inch Air, Fixed/Operable | 0.55/0.66 | 0.50/0.60 | 0.45/0.54 |
| 1/2 Inch Air, Low-e$^{(0.20)}$, Fixed/Operable | 0.50/0.60 | 0.45/0.54 | 0.40/0.48 |
| | | | |
| 1/2 Inch Air, 2 Low-e$^{(0.10)}$, Fixed/Operable | 0.45/0.54 | 0.35/0.42 | 0.30/0.36 |
| 1/2 Inch Argon, Low-e$^{(0.10)}$, Fixed/Operable | 0.40/0.48 | 0.30/0.36 | 0.25/0.30 |

The category for aluminum frame with a thermal break is as defined in footnote 7 to Table 10-6A.

**210**

**OVERHEAD GLAZING: SLOPED GLAZING (INCLUDING FRAME)**

| | U-Factor | | |
|---|---|---|---|
| | **Any Frame** | **Aluminum w/Thermal Break** | **Wood/Vinyl/ Fiberglass Frame** |
| Single | 1.74 | 1.74 | 1.74 |
| Double | 1.08 | 1.02 | 0.90 |
| 1/2 Inch Air, Fixed | 0.90 | 0.84 | 0.72 |
| 1/2 Inch Air, Low-e$^{(0.40)}$, Fixed | 0.84 | 0.72 | 0.60 |
| 1/2 Inch Air, Low-e$^{(0.10)}$, Fixed | 0.78 | 0.66 | 0.54 |
| 1/2 Inch Argon, Low-e$^{(0.10)}$, Fixed | 0.72 | 0.60 | 0.48 |
| Triple | 0.90 | 0.66 | 0.60 |
| 1/2 Inch Air, Fixed | 0.66 | 0.60 | 0.54 |
| 1/2 Inch Air, Low-e$^{(0.20)}$, Fixed | 0.60 | 0.54 | 0.48 |
| 1/2 Inch Air, 2 Low-e$^{(0.10)}$, Fixed | 0.54 | 0.42 | 0.36 |
| 1/2 Inch Argon, 2Low-e$^{(0.10)}$, Fixed | 0.48 | 0.36 | 0.30 |

This default table is applicable to sloped glazing only. (Sloped glazing is a multiple-lite glazed system [similar to a curtain wall] that is mounted at a slope greater than 15° from the vertical plane.) Other overhead glazing shall use the defaults in Table 10-6E.

**OPAQUE DOORS**

| | **U-Factor** |
|---|---|
| Uninsulated Metal | 1.20 |
| Insulated Metal (Including Fire Door and Smoke Vent) | 0.60 |
| Wood | 0.50 |
| Other Doors | See Table 10-6C |

**NOTES:**

Where a gap width is listed (i.e.:  1/2 inch), that is the minimum allowed.

Where a low-emissivity emittance is listed (i.e.:  0.40, 0.20, 0.10), that is the maximum allowed.

Where a gas other than air is listed (i.e.:  Argon), the gas fill shall be a minimum of 90%.

Where an operator type is listed (i.e.:  Fixed), the default is only allowed for that operator type.

Where a frame type is listed (i.e.:  Wood/Vinyl), the default is only allowed for that frame type. Wood/Vinyl frame includes reinforced vinyl and aluminum-clad wood.

WASHINGTON STATE ENERGY CODE

**TABLE 10-6A**
**GROUP R OCCUPANCY:**
**DEFAULT U-FACTORS FOR VERTICAL GLAZING**

| Description[1,2,3,4] | | | Frame Type[5,6] | | |
|---|---|---|---|---|---|
| | | | Aluminum | Aluminum Thermal Break[7] | Wood / Vinyl |
| **Windows** | Single | | 1.20 | 1.20 | 1.20 |
| | Double, < 1/2" | Clear | 0.92 | 0.75 | 0.63 |
| | | Clear + Argon | 0.87 | 0.71 | 0.60 |
| | | Low-e | 0.85 | 0.69 | 0.58 |
| | | Low-e + Argon | 0.79 | 0.62 | 0.53 |
| | Double, ≥ 1/2" | Clear | 0.86 | 0.69 | 0.58 |
| | | Clear + Argon | 0.83 | 0.67 | 0.55 |
| | | Low-e | 0.78 | 0.61 | 0.51 |
| | | Low-e + Argon | 0.75 | 0.58 | 0.48 |
| | Triple, | Clear | 0.70 | 0.53 | 0.43 |
| | | Clear + Argon | 0.69 | 0.52 | 0.41 |
| | | Low-e | 0.67 | 0.49 | 0.40 |
| | | Low-e + Argon | 0.63 | 0.47 | 0.37 |
| **Garden Windows** | Single | | 2.60 | n.a. | 2.31 |
| | Double | Clear | 1.81 | n.a. | 1.61 |
| | | Clear + Argon | 1.76 | n.a. | 1.56 |
| | | Low-e | 1.73 | n.a. | 1.54 |
| | | Low-e + Argon | 1.64 | n.a. | 1.47 |

1.   <1/2" = a minimum dead air space of less than 0.5 inches between the panes of glass.
     ≥1/2" = a minimum dead air space of 0.5 inches or greater between the panes of glass.
     Where no gap width is listed, the minimum gap width is 1/4".

2.   Any low-e (emissivity) coating (0.1, 0.2 or 0.4).

3.   U-factors listed for argon shall consist of sealed, gas-filled insulated units for argon, $CO_2$, $SF_6$, argon/$SF_6$ mixtures and Krypton.

4.   "Glass block" assemblies may use a U-factor of 0.51.

5.   Insulated fiberglass framed products shall use wood/vinyl U-factors.

6.   Aluminum clad wood windows shall use the U-factors listed for wood/vinyl windows.

7.   Aluminum Thermal Break = An aluminum thermal break framed window shall incorporate the following minimum design characteristics:
     a)   The thermal conductivity of the thermal break material shall be not more than 3.6 Btu-in/h/ft$^2$/°F;
     b)   The thermal break material must produce a gap in the frame material of not less than 0.210 inches; and,
     c)   All metal framing members of the products exposed to interior and exterior air shall incorporate a thermal break meeting the criteria in a) and b) above.

**212**

**TABLE 10-6B**
**ALL OCCUPANCIES:**
**SMALL BUSINESS COMPLIANCE TABLE**
**DEFAULT U-FACTORS FOR VERTICAL GLAZING**

| Vertical Glazing Description | | | | Frame Type | | |
|---|---|---|---|---|---|---|
| Panes | Low-e[1] | Spacer | Fill | Any Frame | Aluminum Thermal Break[2] | Wood/Vinyl/ Fiberglass |
| Double[3] | A | Any | Argon | 0.48 | 0.41 | 0.32 |
| | B | Any | Argon | 0.46 | 0.39 | 0.30 |
| | C | Any | Argon | 0.44 | 0.37 | 0.28 |
| | C | High Performance | Argon | 0.42 | 0.35 | Deemed to comply[5] |
| Triple[4] | A | Any | Air | 0.50 | 0.44 | 0.26 |
| | B | Any | Air | 0.45 | 0.39 | 0.22 |
| | C | Any | Air | 0.41 | 0.34 | 0.20 |
| | Any double low-e | Any | Air | 0.35 | 0.32 | 0.18 |

**FOOTNOTES TO TABLE 10-6B**

1.  Low-eA (emissivity) shall be 0.24 to 0.16.
    Low-eB (emissivity) shall be 0.15 to 0.08.
    Low-eC (emissivity) shall be 0.07 or less.
2.  Aluminum Thermal Break = An aluminum thermal break framed window shall incorporate the following minimum design characteristics:
    a) The thermal conductivity of the thermal break material shall be not more than 3.6 Btu-in/h/ft$^2$/°F;
    b) The thermal break material must produce a gap in the frame material of not less than 0.210 inches; and
    c) All metal framing members of the products exposed to interior and exterior air shall incorporate a thermal break meeting the criteria in a and b above.
3.  A minimum air space of 0.375 inches between panes of glass is required for double glazing.
4.  A minimum air space of 0.25 inches between panes of glass is required for triple glazing.
5.  Deemed to comply glazing shall not be used for performance compliance.

**213**

**TABLE 10-6C**
**GROUP R OCCUPANCY:**
**DEFAULT U-FACTORS FOR DOORS**

| Door Type | No Glazing | Single Glazing | Double Glazing with ¼ in. Airspace | Double Glazing with ½ in. Airspace | Double Glazing with e=0.10, ½ in. Argon |
|---|---|---|---|---|---|
| **SWINGING DOORS (Rough opening – 38 in. x 82 in.)** | | | | | |
| **Slab Doors** | | | | | |
| Wood slab in wood frame[a] | 0.46 | | | | |
| 6% glazing (22 in. x 8 in. lite) | – | 0.48 | 0.47 | 0.46 | 0.44 |
| 25% glazing (22 in. x 36 in. lite) | – | 0.58 | 0.48 | 0.46 | 0.42 |
| 45% glazing (22 in. x 64 in. lite) | – | 0.69 | 0.49 | 0.46 | 0.39 |
| More than 50% glazing | Use Table 10-6A | | | | |
| Insulated steel slab with wood edge in wood frame[a] | 0.16 | | | | |
| 6% glazing (22 in. x 8 in. lite) | – | 0.21 | 0.20 | 0.19 | 0.18 |
| 25% glazing (22 in. x 36 in. lite) | – | 0.39 | 0.28 | 0.26 | 0.23 |
| 45% glazing (22 in. x 64 in. lite) | – | 0.58 | 0.38 | 0.35 | 0.26 |
| More than 50% glazing | Use Table 10-6A | | | | |
| Foam insulated steel slab with metal edge in steel frame[b] | 0.37 | | | | |
| 6% glazing (22 in. x 8 in. lite) | – | 0.44 | 0.42 | 0.41 | 0.39 |
| 25% glazing (22 in. x 36 in. lite) | – | 0.55 | 0.50 | 0.48 | 0.44 |
| 45% glazing (22 in. x 64 in. lite) | – | 0.71 | 0.59 | 0.56 | 0.48 |
| More than 50% glazing | Use Table 10-6A | | | | |
| Cardboard honeycomb slab with metal edge in steel frame[b] | 0.61 | | | | |
| **Style and Rail Doors** | | | | | |
| Sliding glass doors/French doors | Use Table 10-6A | | | | |
| **Site-Assembled Style and Rail Doors** | | | | | |
| Aluminum in aluminum frame | – | 1.32 | 0.99 | 0.93 | 0.79 |
| Aluminum in aluminum frame with thermal break | – | 1.13 | 0.80 | 0.74 | 0.63 |

a.  Thermally broken sill (add 0.03 for non-thermally broken sill)
b.  Non-thermally broken sill
c.  Nominal U-factors are through the center of the insulated panel before consideration of thermal bridges
around the edges of the door section and due to the frame.

⇐

**214**

| Revolving Doors | |
|---|---|
| **Size (W x H)** | **U-Factor** |
| 3-wing | |
|    8 ft x 7 ft | 0.79 |
|    10 ft x 8 ft | 0.80 |
| 4-wing | |
|    7 ft x 6.5 ft | 0.63 |
|    7 ft x 7.5 ft | 0.64 |
| Open | |
|    82 in x 84 in | 1.32 |

| Double-Skin Steel Emergency Exit Doors | | |
|---|---|---|
| **Core Insulation** | **3 ft x 6 ft 8 in** | **6 ft x 6 ft 8 in** |
| 1-3/8 in. thickness | | |
|    Honeycomb kraft paper | 0.57 | 0.52 |
|    Mineral wool, steel ribs | 0.44 | 0.36 |
|    Polyurethane foam | 0.34 | 0.28 |
| 1-3/4 in. thickness | | |
|    Honeycomb kraft paper | 0.57 | 0.54 |
|    Mineral wool, steel ribs | 0.41 | 0.33 |
|    Polyurethane foam | 0.31 | 0.26 |
| 1-3/8 in. thickness | | |
|    Honeycomb kraft paper | 0.60 | 0.55 |
|    Mineral wool, steel ribs | 0.47 | 0.39 |
|    Polyurethane foam | 0.37 | 0.31 |
| 1-3/4 in. thickness | | |
|    Honeycomb kraft paper | 0.60 | 0.57 |
|    Mineral wool, steel ribs | 0.44 | 0.37 |
|    Polyurethane foam | 0.34 | 0.30 |

**215**

WASHINGTON STATE ENERGY CODE

| Double-Skin Steel Garage and Aircraft Hangar Doors | | | | | |
|---|---|---|---|---|---|
| Insulation[e] | One-piece tilt-up[a] | | Sectional tilt-up[b] | Aircraft hangar | |
| | 8 ft. x 7 ft. | 16 ft. x 7 ft. | 9 ft. x 7 ft. | 72 ft. x 12 ft.[c] | 240 ft. x 50 ft.[d] |
| 1-3/8 in. thickness | | | | | |
|   EPS, steel ribs | 0.36 | 0.33 | 0.34-0.39 | | |
|   XPS, steel ribs | 0.33 | 0.31 | 0.31-0.36 | | |
| 2 in. thickness | | | | | |
|   EPS, steel ribs | 0.31 | 0.28 | 0.29-0.33 | | |
|   XPS, steel ribs | 0.29 | 0.26 | 0.27-0.31 | | |
| 3 in. thickness | | | | | |
|   EPS, steel ribs | 0.26 | 0.23 | 0.25-0.28 | | |
|   XPS, steel ribs | 0.24 | 0.21 | 0.24-0.27 | | |
| 4 in. thickness | | | | | |
|   EPS, steel ribs | 0.23 | 0.20 | 0.23-0.25 | | |
|   XPS, steel ribs | 0.21 | 0.19 | 0.21-0.24 | | |
| 6 in. thickness | | | | | |
|   EPS, steel ribs | 0.20 | 0.16 | 0.20-0.21 | | |
|   XPS, steel ribs | 0.19 | 0.15 | 0.19-0.21 | | |
| 4 in. thickness | | | | | |
|   Non-insulated | | | | 1.10 | 1.23 |
|   Expanded polystyrene | | | | 0.25 | 0.16 |
|   Mineral wool, steel ribs | | | | 0.25 | 0.16 |
|   Extruded polystyrene | | | | 0.23 | 0.15 |
| 6 in. thickness | | | | | |
|   Non-insulated | | | | 1.10 | 1.23 |
|   Expanded polystyrene | | | | 0.21 | 0.13 |
|   Mineral wool, steel ribs | | | | 0.23 | 0.13 |
|   Extruded polystyrene | | | | 0.20 | 0.12 |
| Uninsulated | | | | | |
|   All products | 1.15 | | | | |

a.  Values are for thermally broken or thermally unbroken doors.
b.  Lower values are for thermally broken doors; upper values are for doors with no thermal break.
c.  Typical size for a small private airplane (single-engine or twin).
d.  Typical hangar door for a midsize commercial jet airliner.
e.  EPS is extruded polystyrene, XPS is expanded polystyrene.


**TABLE 10-6D
GROUP R OCCUPANCY:  DEFAULT U-FACTORS FOR GLAZED DOORS
(SEE TABLE 10-6C)**

**216**

**TABLE 10-6E**
**GROUP R OCCUPANCY:**
**DEFAULT U-FACTORS FOR OVERHEAD GLAZING**

| Glazing Type | Frame Type | | | |
|---|---|---|---|---|
| | Aluminum Without Thermal Break | Aluminum With Thermal Break | Reinforced Vinyl/ Aluminum-Clad Wood or Vinyl | Wood or Vinyl-Clad Wood/ Vinyl without Reinforcing |
| Single Glazing | | | | |
| glass | U-1.58 | U-1.51 | U-1.40 | U-1.18 |
| acrylic/polycarb | U-1.52 | U-1.45 | U-1.34 | U-1.11 |
| Double Glazing | | | | |
| air | U-1.05 | U-0.89 | U-0.84 | U-0.67 |
| argon | U-1.02 | U-0.86 | U-0.80 | U-0.64 |
| Double Glazing, $e$=0.20 | | | | |
| air | U-0.96 | U-0.80 | U-0.75 | U-0.59 |
| argon | U-0.91 | U-0.75 | U-0.70 | U-0.54 |
| Double Glazing, $e$=0.10 | | | | |
| air | U-0.94 | U-0.79 | U-0.74 | U-0.58 |
| argon | U-0.89 | U-0.73 | U-0.68 | U-0.52 |
| Double Glazing, $e$=0.05 | | | | |
| air | U-0.93 | U-0.78 | U-0.73 | U-0.56 |
| argon | U-0.87 | U-0.71 | U-0.66 | U-0.50 |
| Triple Glazing | | | | |
| air | U-0.90 | U-0.70 | U-0.67 | U-0.51 |
| argon | U-0.87 | U-0.69 | U-0.64 | U-0.48 |
| Triple Glazing, $e$=0.20 | | | | |
| air | U-0.86 | U-0.68 | U-0.63 | U-0.47 |
| argon | U-0.82 | U-0.63 | U-0.59 | U-0.43 |
| Triple Glazing, $e$=0.20 on 2 surfaces | | | | |
| air | U-0.82 | U-0.64 | U-0.60 | U-0.44 |
| argon | U-0.79 | U-0.60 | U-0.56 | U-0.40 |
| Triple Glazing, $e$=0.10 on 2 surfaces | | | | |
| air | U-0.81 | U-0.62 | U-0.58 | U-0.42 |
| argon | U-0.77 | U-0.58 | U-0.54 | U-0.38 |
| Quadruple Glazing, $e$=0.10 on 2 surfaces | | | | |
| air | U-0.78 | U-0.59 | U-0.55 | U-0.39 |
| argon | U-0.74 | U-0.56 | U-0.52 | U-0.36 |
| krypton | U-0.70 | U-0.52 | U-0.48 | U-0.32 |

1. U-factors are applicable to both glass and plastic, flat and domed units, all spacers and gaps.
2. Emissivities shall be less than or equal to the value specified.
3. Gap fill shall be assumed to be air unless there is a minimum of 90% argon or krypton.
4. Aluminum frame with thermal break is as defined in footnote 2 to Table 10-6B.

**217**

## SECTION 1007 -- CEILINGS

**1007.1 General:** Table 10-7 lists heat loss coefficients for the opaque portion of exterior ceilings below vented attics, vaulted ceilings and roof decks in units of Btu/h•ft²•°F of ceiling.

They are derived from procedures listed in Standard RS-1, listed in Chapter 7. Ceiling U-factors are modified for the buffering effect of the attic, assuming an indoor temperature of 65°F and an outdoor temperature of 45°F.

**Metal Framed Ceilings:** The nominal R-values in Table 10-5A(2): Effective R-Values for Metal Framing and Cavity Only may be used for purposes of calculating metal framed ceiling section U-factors in lieu of the ASHRAE zone calculation method as provided in Chapter 27 of Standard RS-1.

Metal building roofs have a different construction and are addressed in Table 10-7F.

**1007.2 Component Description:** The four types of ceilings are characterized as follows:

**Ceilings Below a Vented Attic:** Attic insulation is assumed to be blown-in, loose-fill fiberglass with a K-value of 2.6 h•ft²•°F/Btu per inch. Full bag count for specified R-value is assumed in all cases. Ceiling dimensions for flat ceiling calculations are 45 by 30 feet, with a gabled roof having a 4/12 pitch. The attic is assumed to vent naturally at the rate of 3 air changes per hour through soffit and ridge vents. A void fraction of 0.002 is assumed for all attics with insulation baffles. Standard-framed, unbaffled attics assume a void fraction of 0.008.

Attic framing is either standard or advanced. Standard framing assumes tapering of insulation depth around the perimeter with resultant decrease in thermal resistance. An increased R-value is assumed in the center of the ceiling due to the effect of piling leftover insulation. Advanced framing assumes full and even depth of insulation extending to the outside edge of exterior walls. Advanced framing does not change from the default value.

U-factors for flat ceilings below vented attics with standard framing may be modified with the following table:

| Roof Pitch | U-factor for Standard Framing | |
|---|---|---|
| | R-30 | R-38 |
| 4/12 | 0.036 | 0.031 |
| 5/12 | 0.035 | 0.030 |
| 6/12 | 0.034 | 0.029 |
| 7/12 | 0.034 | 0.029 |
| 8/12 | 0.034 | 0.028 |
| 9/12 | 0.034 | 0.028 |
| 10/12 | 0.033 | 0.028 |
| 11/12 | 0.033 | 0.027 |
| 12/12 | 0.033 | 0.027 |

Vented scissors truss attics assume a ceiling pitch of 2/12 with a roof pitch of either 4/12 or 5/12. Unbaffled standard framed scissors truss attics are assumed to have a void fraction of 0.016.

**Vaulted Ceilings:** Insulation is assumed to be fiberglass batts installed in roof joist cavities. In the vented case, at least 1.5 inches between the top of the batts and the underside of the roof sheathing is left open for ventilation in each cavity. A ventilation rate of 3.0 air changes per hour is assumed. In the unvented or dense pack case, the ceiling cavity is assumed to be fully packed with insulation, leaving no space for ventilation.

> **EXCEPTION:** Where polyurethane foam meets the requirements of Section 502.1.6.3 or 1313.2, the cavity shall be filled to the depth to achieve R-value requirements.

**Roof Decks:** Rigid insulation is applied to the top of roof decking with no space left for ventilation. Roofing materials are attached directly on top of the insulation. Framing members are often left exposed on the interior side.

**Metal Truss Framing:** Overall system tested values for the roof/ceiling U₀ for metal framed truss assemblies from approved laboratories shall be used, when such data is acceptable to the building official.

Alternatively, the U₀ for roof/ceiling assemblies using metal truss framing may be obtained from Tables 10-7A, 10-7B, 10-7C, 10-7D, and 10-7E.

**Steel Truss Framed Ceiling,** Table 10-7A.

**Steel Truss Framed Ceiling with R-3 Sheathing,** Table 10-7B.

**Steel Truss Framed Ceiling with R-5 Sheathing,** Table 10-7C.

**Steel Truss Framed Ceiling with R-10 Sheathing,** Table 10-7D.

**Steel Truss Framed Ceiling with R-15 Sheathing,** Table 10-7E.

**Metal Building Roof,** Table 10-7F: The base assembly is a roof where the insulation is compressed when installed beneath metal roof panels attached to the steel structure (purlins). Additional assemblies include continuous insulation, uncompressed and uninterrupted by framing.

**Single Layer.** The rated R-value of insulation is for insulation installed perpendicular to and draped over purlins and then compressed when the metal roof panels are attached. A minimum R-3 (R-0.5) thermal spacer block between the purlins and the metal roof panels is required, unless compliance is shown by the overall assembly U-factor.

**218**

**Double Layer.** The first rated R-value of insulation is for insulation installed perpendicular to and draped over purlins. The second rated R-value of insulation is for unfaced insulation installed above the first layer and parallel to the purlins and then compressed when the metal roof panels are attached. A minimum R-3 (R-0.5) thermal spacer block between the purlins and the metal roof panels is required, unless compliance is shown by the overall assembly U-factor.

**Continuous Insulation.** For continuous insulation (e.g., insulation boards or blankets), it is assumed that the insulation is installed below the purlins and is uninterrupted by framing members. Insulation exposed to the conditioned space or semiheated space shall have a facing, and all insulation seams shall be continuously sealed to provide a continuous air barrier.

**Liner System (Ls).** A continuous membrane is installed below the purlins and uninterrupted by framing members. Uncompressed, unfaced insulation rests on top of the membrane between the purlins. For multilayer installations, the last rated R-value of insulation is for unfaced insulation draped over purlins and then compressed when the metal roof panels are installed. A minimum R-3 (R-0.5) thermal spacer block between the purlins and the metal roof panels is required, unless compliance is shown by the overall assembly U-factor.

**Filled Cavity.** The first rated R-value of insulation is for faced insulation installed parallel to the purlins. The second rated R-value of insulation is for unfaced insulation installed above the first layer, parallel to and between the purlins and compressed when the metal roof panels are attached. The facer of the first layer of insulation is of sufficient width to be continuously sealed to the top flange of the purlins and to accommodate the full thickness of the second layer of insulation. A supporting structure retains the bottom of the first layer at the prescribed depth required for the full thickness of the second layer of insulation being installed above it. A minimum R-5 (R-0.9) thermal spacer block between the purlins and the metal roof panels is required, unless compliance is shown by the overall assembly U-factor.

**U-factors for Metal Building Roofs.** U-factors for metal building roofs shall be taken from Table 10-7F, provided the average purlin spacing is at least 52 in. and the R-value of the thermal spacer block is greater than or equal to the thermal spacer block R-value indicated in Table 10-7F for the assembly. It is not acceptable to use the U-factors in Table 10-7F if additional insulated sheathing is not continuous.

**Roofs with Insulation Entirely Above Deck (uninterrupted by framing)**, Table 10-7G: The base assembly is continuous insulation over a structural deck. Added insulation is continuous and uninterrupted by framing. For the insulation, the first column lists the R-value for continuous insulation with a uniform thickness; the second column lists the comparable area-weighted average R-value for continuous insulation provided that the insulation thickness is never less than R-5 (except at roof drains) and that the slope is no greater than 1/4 inch per foot.

**219**

**TABLE 10-7**
**DEFAULT U-FACTORS FOR CEILINGS**

| | Standard Frame | Advanced Frame |
|---|---|---|
| **Ceilings Below Vented Attics** | | |
| **Flat** | **Baffled** | |
| R-19 | 0.049 | 0.047 |
| R-30 | 0.036 | 0.032 |
| R-38 | 0.031 | 0.026 |
| R-49 | 0.027 | 0.020 |
| R-60 | 0.025 | 0.017 |
| **Scissors Truss** | | |
| R-30  (4/12 roof pitch) | 0.043 | 0.031 |
| R-38  (4/12 roof pitch) | 0.040 | 0.025 |
| R-49  (4/12 roof pitch) | 0.038 | 0.020 |
| R-30  (5/12 roof pitch) | 0.039 | 0.032 |
| R-38  (5/12 roof pitch) | 0.035 | 0.026 |
| R-49  (5/12 roof pitch) | 0.032 | 0.020 |
| **Vaulted Ceilings** | **16" O.C.** | **24" O.C.** |
| **Vented** | | |
| R-19  2x10 joist | 0.049 | 0.048 |
| R-30  2x12 joist | 0.034 | 0.033 |
| R-38  2x14 joist | 0.027 | 0.027 |
| **Unvented** | | |
| R-30  2x10 joist | 0.034 | 0.033 |
| R-38  2x12 joist | 0.029 | 0.027 |
| R-21 + R-21  2x12 joist | 0.026 | 0.025 |
| **Roof Deck** | **4x Beams, 48" O.C.** | |
| R-12.5 2"   Rigid insulation | 0.064 | |
| R-21.9 3.5" Rigid insulation | 0.040 | |
| R-37.5 6"   Rigid insulation | 0.025 | |
| R-50   8"   Rigid insulation | 0.019 | |

### TABLE 10-7A
### STEEL TRUSS[1] FRAMED CEILING U$_O$

| Cavity R-value | Truss Span (ft) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 |
| 19 | 0.1075 | 0.0991 | 0.0928 | 0.0878 | 0.0839 | 0.0807 | 0.0780 | 0.0757 | 0.0737 | 0.0720 | 0.0706 | 0.0693 | 0.0681 |
| 30 | 0.0907 | 0.0823 | 0.0760 | 0.0710 | 0.0671 | 0.0638 | 0.0612 | 0.0589 | 0.0569 | 0.0552 | 0.0538 | 0.0525 | 0.0513 |
| 38 | 0.0844 | 0.0759 | 0.0696 | 0.0647 | 0.0607 | 0.0575 | 0.0548 | 0.0525 | 0.0506 | 0.0489 | 0.0474 | 0.0461 | 0.0449 |
| 49 | 0.0789 | 0.0704 | 0.0641 | 0.0592 | 0.0552 | 0.0520 | 0.0493 | 0.0470 | 0.0451 | 0.0434 | 0.0419 | 0.0406 | 0.0395 |

### TABLE 10-7B
### STEEL TRUSS[1] FRAMED CEILING U$_O$ WITH R-3 SHEATHING

| Cavity R-value | Truss Span (ft) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 |
| 19 | 0.0809 | 0.0763 | 0.0728 | 0.0701 | 0.0679 | 0.0661 | 0.0647 | 0.0634 | 0.0623 | 0.0614 | 0.0606 | 0.0599 | 0.0592 |
| 30 | 0.0641 | 0.0595 | 0.0560 | 0.0533 | 0.0511 | 0.0493 | 0.0478 | 0.0466 | 0.0455 | 0.0446 | 0.0438 | 0.0431 | 0.0424 |
| 38 | 0.0577 | 0.0531 | 0.0496 | 0.0469 | 0.0447 | 0.0430 | 0.0415 | 0.0402 | 0.0392 | 0.0382 | 0.0374 | 0.0367 | 0.0361 |
| 49 | 0.0523 | 0.0476 | 0.0441 | 0.0414 | 0.0393 | 0.0375 | 0.0360 | 0.0348 | 0.0337 | 0.0328 | 0.0319 | 0.0312 | 0.0306 |

### TABLE 10-7C
### STEEL TRUSS[1] FRAMED CEILING U$_O$ WITH R-5 SHEATHING

| Cavity R-value | Truss Span (ft) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 |
| 19 | 0.0732 | 0.0697 | 0.0670 | 0.0649 | 0.0633 | 0.0619 | 0.0608 | 0.0598 | 0.0590 | 0.0583 | 0.0577 | 0.0571 | 0.0567 |
| 30 | 0.0564 | 0.0529 | 0.0502 | 0.0481 | 0.0465 | 0.0451 | 0.0440 | 0.0430 | 0.0422 | 0.0415 | 0.0409 | 0.0403 | 0.0399 |
| 38 | 0.0501 | 0.0465 | 0.0438 | 0.0418 | 0.0401 | 0.0388 | 0.0376 | 0.0367 | 0.0359 | 0.0351 | 0.0345 | 0.0340 | 0.0335 |
| 49 | 0.0446 | 0.0410 | 0.0384 | 0.0363 | 0.0346 | 0.0333 | 0.0322 | 0.0312 | 0.0304 | 0.0297 | 0.0291 | 0.0285 | 0.0280 |

### TABLE 10-7D
### STEEL TRUSS[1] FRAMED CEILING U$_O$ WITH R-10 SHEATHING

| Cavity R-value | Truss Span (ft) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 |
| 19 | 0.0626 | 0.0606 | 0.0590 | 0.0578 | 0.0569 | 0.0561 | 0.0555 | 0.0549 | 0.0545 | 0.0541 | 0.0537 | 0.0534 | 0.0531 |
| 30 | 0.0458 | 0.0437 | 0.0422 | 0.0410 | 0.0401 | 0.0393 | 0.0387 | 0.0381 | 0.0377 | 0.0373 | 0.0369 | 0.0366 | 0.0363 |
| 38 | 0.0394 | 0.0374 | 0.0359 | 0.0347 | 0.0337 | 0.0330 | 0.0323 | 0.0318 | 0.0313 | 0.0309 | 0.0305 | 0.0302 | 0.0299 |
| 49 | 0.0339 | 0.0319 | 0.0304 | 0.0292 | 0.0283 | 0.0275 | 0.0268 | 0.0263 | 0.0258 | 0.0254 | 0.0251 | 0.0247 | 0.0245 |

### TABLE 10-7E
### STEEL TRUSS[1] FRAMED CEILING U$_O$ WITH R-15 SHEATHING

| Cavity R-value | Truss Span (ft) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 | 32 | 34 | 36 |
| 19 | 0.0561 | 0.0550 | 0.0541 | 0.0535 | 0.0530 | 0.0526 | 0.0522 | 0.0519 | 0.0517 | 0.0515 | 0.0513 | 0.0511 | 0.0509 |
| 30 | 0.0393 | 0.0382 | 0.0373 | 0.0367 | 0.0362 | 0.0358 | 0.0354 | 0.0351 | 0.0349 | 0.0347 | 0.0345 | 0.0343 | 0.0341 |
| 38 | 0.0329 | 0.0318 | 0.0310 | 0.0303 | 0.0298 | 0.0294 | 0.0291 | 0.0288 | 0.0285 | 0.0283 | 0.0281 | 0.0279 | 0.0278 |
| 49 | 0.0274 | 0.0263 | 0.0255 | 0.0249 | 0.0244 | 0.0239 | 0.0236 | 0.0233 | 0.0230 | 0.0228 | 0.0226 | 0.0225 | 0.0223 |

1. Assembly values based on 24 inch on center truss spacing; 11 Truss member connections penetrating insulation (4 at the eaves, 7 in the interior space); ½ inch drywall ceiling; all truss members are 2x4 "C" channels with a solid web.

2. Ceiling sheathing installed between bottom chord and drywall.

**TABLE 10-7F**
**DEFAULT U-FACTORS FOR METAL BUILDING ROOFS**

| Insulation System | Rated R-Value of Insulation | Overall U-Factor for Entire Base Roof Assembly | Overall U-Factor for Assembly of Base Roof Plus Continuous Insulation (uninterrupted by framing) Rated R-Value of Continuous Insulation | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | R-6.5 | R-13 | R-19.5 | R-26 | R-32.5 | R-39 |
| **Standing Seam Roofs with Thermal Spacer Blocks[a,b]** | | | | | | | | |
| Single Layer | None | 1.280 | 0.137 | 0.073 | 0.049 | 0.037 | 0.030 | 0.025 |
| | R-10 | 0.115 | 0.066 | 0.046 | 0.035 | 0.029 | 0.024 | 0.021 |
| | R-11 | 0.107 | 0.063 | 0.045 | 0.035 | 0.028 | 0.024 | 0.021 |
| | R-13 | 0.101 | 0.061 | 0.044 | 0.034 | 0.028 | 0.024 | 0.020 |
| | R-16 | 0.096 | 0.059 | 0.043 | 0.033 | 0.027 | 0.023 | 0.020 |
| | R-19 | 0.082 | 0.053 | 0.040 | 0.031 | 0.026 | 0.022 | 0.020 |
| Double Layer | R-10 .+ R-10 | 0.088 | 0.056 | 0.041 | 0.032 | 0.027 | 0.023 | 0.020 |
| | R-10 .+ R-11 | 0.086 | 0.055 | 0.041 | 0.032 | 0.027 | 0.023 | 0.020 |
| | R-11 .+ R-11 | 0.085 | 0.055 | 0.040 | 0.032 | 0.026 | 0.023 | 0.020 |
| | R-10 .+ R-13 | 0.084 | 0.054 | 0.040 | 0.032 | 0.026 | 0.023 | 0.020 |
| | R-11 .+ R-13 | 0.082 | 0.053 | 0.040 | 0.032 | 0.026 | 0.022 | 0.020 |
| | R-13 .+ R-13 | 0.075 | 0.050 | 0.038 | 0.030 | 0.025 | 0.022 | 0.019 |
| | R10 .+ R-19 | 0.074 | 0.050 | 0.038 | 0.030 | 0.025 | 0.022 | 0.019 |
| | R-11 .+ R-19 | 0.072 | 0.049 | 0.037 | 0.030 | 0.025 | 0.022 | 0.019 |
| | R-13 .+ R-19 | 0.068 | 0.047 | 0.036 | 0.029 | 0.025 | 0.021 | 0.019 |
| | R-16 .+ R-19 | 0.065 | 0.046 | 0.035 | 0.029 | 0.024 | 0.021 | 0.018 |
| | R-19 .+ R-19 | 0.060 | 0.043 | 0.034 | 0.028 | 0.023 | 0.020 | 0.018 |
| Liner System | R-19 .+ R-11 | 0.035 | | | | | | |
| | R-25 .+ R-11 | 0.031 | | | | | | |
| | R-30 .+ R-11 | 0.029 | | | | | | |
| | R-25 .+ R-11 .+ R-11 | 0.026 | | | | | | |
| **Filled Cavity with Thermal Spacer Blocks[c]** | | | | | | | | |
| | R-10 .+ R-19 | 0.057 | 0.042 | 0.033 | 0.027 | 0.023 | 0.020 | 0.018 |
| **Standing Seam Roofs without Thermal Spacer Blocks** | | | | | | | | |
| Liner System | R-19 .+ R-11 | 0.040 | | | | | | |
| **Thru-Fastened Roofs without Thermal Spacer Blocks** | | | | | | | | |
| Single Layer | R-10 | 0.184 | | | | | | |
| | R-11 | 0.182 | | | | | | |
| | R-13 | 0.174 | | | | | | |
| | R-16 | 0.157 | | | | | | |
| | R-19 | 0.151 | | | | | | |
| Liner System | R-19 .+ R-11 | 0.044 | | | | | | |

(Multiple R-values are listed in order from inside to outside)

a.   A standing seam roof clip that provides a minimum 1.5 in. distance between the top of the purlins and the underside of the metal roof panels is required.

b.   A minimum R-3 thermal spacer block is required.

c.   A minimum R-5 thermal spacer block is required.

**222**

**TABLE 10-7G**
**ASSEMBLY U-FACTORS FOR ROOFS WITH INSULATION ENTIRELY ABOVE DECK**
**(UNINTERRUPTED BY FRAMING)**

| Rated R-Value of Insulation Alone: Minimum Throughout, Unsloped | Rated R-Value of Insulation Alone:  Average (R-5 minimum), Sloped (1/4 inch per foot maximum) | Overall U-Factor for Entire Assembly |
|---|---|---|
| R-0 | Not Allowed | U-1.282 |
| R-1 | Not Allowed | U-0.562 |
| R-2 | Not Allowed | U-0.360 |
| R-3 | Not Allowed | U-0.265 |
| R-4 | Not Allowed | U-0.209 |
| R-5 | Not Allowed | U-0.173 |
| R-6 | R-7 | U-0.147 |
| R-7 | R-8 | U-0.129 |
| R-8 | R-9 | U-0.114 |
| R-9 | R-10 | U-0.102 |
| R-10 | R-12 | U-0.093 |
| R-11 | R-13 | U-0.085 |
| R-12 | R-15 | U-0.078 |
| R-13 | R-16 | U-0.073 |
| R-14 | R-18 | U-0.068 |
| R-15 | R-20 | U-0.063 |
| R-16 | R-22 | U-0.060 |
| R-17 | R-23 | U-0.056 |
| R-18 | R-25 | U-0.053 |
| R-19 | R-27 | U-0.051 |
| R-20 | R-29 | U-0.048 |
| R-21 | R-31 | U-0.046 |
| R-22 | R-33 | U-0.044 |
| R-23 | R-35 | U-0.042 |
| R-24 | R-37 | U-0.040 |
| R-25 | R-39 | U-0.039 |
| R-26 | R-41 | U-0.037 |
| R-27 | R-43 | U-0.036 |
| R-28 | R-46 | U-0.035 |
| R-29 | R-48 | U-0.034 |
| R-30 | R-50 | U-0.032 |
| R-35 | R-61 | U-0.028 |
| R-40 | R-73 | U-0.025 |
| R-45 | R-86 | U-0.022 |
| R-50 | R-99 | U-0.020 |
| R-55 | R-112 | U-0.018 |
| R-60 | R-126 | U-0.016 |

**223**

## SECTION 1008 -- AIR INFILTRATION

**1008.1 General:** Tables 10-8 and 10-8A list effective air change rates and heat capacities for heat loss due to infiltration for Single-Family Residential.

The estimated seasonal average infiltration rate in air changes per hour (ACH) is given for standard air-leakage control (see Section 502.4 of this Code for air leakage requirements for Single-Family Residential). The effective air change rate shall be used in calculations for compliance under either the Component Performance or Systems Analysis approaches.

Heat loss due to infiltration shall be computed using the following equation:

$$Q_{infil} = ACH_{eff} * HCP$$

Where:

$Q_{infil}$ = Heat loss due to air infiltration.

$ACH_{eff}$ = The effective air infiltration rate in Table 10-8.

$HCP$ = The Heat Capacity Density Product for the appropriate elevation or climate zone as given below.

### TABLE 10-8
### ASSUMED EFFECTIVE AIR CHANGES PER HOUR

| Air-Leakage Control Package | Air Changes per Hour | |
|---|---|---|
| | Natural | Effective |
| Standard | 0.35 | 0.35 |

### TABLE 10-8A
### DEFAULT HEAT CAPACITY/DENSITY PRODUCT FOR AIR

| Zone | Average Elevation | Heat Capacity/ Density |
|---|---|---|
| 1 | Mean Sea Level | 0.0180 Btu/h•°F |
| 2 | 2000 | 0.0168 Btu/h•°F |
| 3 | 3000 | 0.0162 Btu/h•°F |

## SECTION 1009 — MASS

**1009.1 General:** Tables 10-9 and 10-10 list default mass values for concrete masonry construction. Calculations are based on standard ASHRAE values for heat-storage capacity as listed in Standard RS-1, Chapter 26.

Thermal capacity of furniture is ignored, as is heat storage beyond the first 4 inches of mass thickness. All mass is assumed to be in direct contact with the conditioned space. Concrete separated from the heated volume by other materials must multiply the listed concrete mass value by the result of the following formula:

Ln(R-value) x (-0.221) + 0.5

Where:

Ln = Natural log

R-value = R-value of material covering concrete

**Note:** All default values for covered concrete slabs have been adjusted according to this procedure.

**1009.2 Mass Description:** Mass is divided into two types: structural and additional.

**Structural Mass:** Includes heat-storage capacity of all standard building components of a typical residential structure, including floors, ceilings and interior and exterior walls in Btu/ft$^2$•°F of floor area. It also assumes exterior wall, interior wall and ceiling surface area approximately equals three times the floor area.

**Additional Mass:** Includes any additional building material not part of the normal structure, which is added specifically to increase the building's thermal-storage capability. This category includes masonry fireplaces, water or trombe walls and extra layers of sheetrock. Coefficients are in Btu/ft$^2$•°F of surface area of material exposed to conditioned space. The coefficient for water is in Btu/°F•gallon.

**1009.3 Component Description:** Light frame assumes 1 inch thick wood flooring with 5/8 inch sheetrock on ceilings and interior walls, and walls consisting of either 5/8 inch sheetrock or solid logs. Slab assumes a 4 inch concrete slab on or below grade, with 5/8 inch sheetrock on exterior and interior walls and ceiling, and with separate values for interior or exterior wall insulation. Adjustments for slab covering is based on R-value of material. Additional mass values are based on the density multiplied by the specific heat of the material adjusted for listed thickness.

**224**

**TABLE 10-9**
**HEAT CAPACITY**

|  | **Partial Grout** | **Solid Grout** |
|---|---|---|
| 8" CMU | 9.65 | 15.0 |
| 12" CMU | 14.5 | 23.6 |
| 8" Brick | 10.9 | 16.4 |
| 6" Concrete | NA | 14.4 |

**TABLE 10-10**
**DEFAULT MASS VALUES**

| Structural Mass M-value | Btu/ft$^2$•°F floor area |
|---|---|
| **Light Frame:** | |
| Joisted/post & beam floor, sheetrock walls and ceilings | 3.0 |
| Joisted/post & beam floor, log walls, sheetrock ceilings | 4.0 |
| **Slab With Interior Wall Insulation:** | |
| Slab, no covering or tile, sheetrock walls and ceilings | 10.0 |
| Slab, hardwood floor covering, sheetrock walls and ceilings | 7.0 |
| Slab, carpet and pad, sheetrock walls and ceilings | 5.0 |
| **Slab With Exterior Wall Insulation:** | |
| Slab, no covering or tile, sheetrock walls and ceilings | 12.0 |
| Slab, hardwood floor covering, sheetrock walls and ceilings | 9.0 |
| Slab, carpet and pad, sheetrock walls and ceilings | 7.0 |
| **Additional Mass M-Value:** | **Btu/ft$^2$•°F surface area** |
| Gypsum wallboard, ½ inch thickness | 0.54 |
| Gypsum wallboard, 5/8 inch thickness | 0.68 |
| Hardwood floor | 1.40 |
| Concrete/Brick, 4 inch thickness | 10.30 |
| Concrete/Brick, 6 inch thickness | 15.40 |
|  | **Btu/°F•gallon** |
| Water, 1 gallon | 8.0 |

**225**

*This page intentionally left blank*