The Honorable Robert J. Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| BUILDING INDUSTRY ASSOCIATION OF WASHINGTON; AIR AMERICA INC.; AIREFCO INC.; BOA CONSTRUCTION CO., COMPLETE DESIGN INC.; CVH INC.; ENTEK CORP.; SADLER CONSTRUCTION INC.; TRACY CONSTRUCTION CO., | No.  3:10-CV-05373-RJB |
| Plaintiffs, | ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE FOR CONSOLIDATION OF DEFENDANTS' REPLY AND OPPOSITION BRIEFS, FOR EXCESS PAGES, AND FOR CONSOLIDATION OF NOTE DATES |
| v. | |
| WASHINGTON STATE BUILDING CODE COUNCIL, | |
| Defendant. | |
| NW ENERGY COALITION, SIERRA CLUB, WASHINGTON ENVIRONMENTAL COUNCIL, and NATURAL RESOURCES DEFENSE COUNCIL, | |
| Defendant/Intervenors. | |

THIS MATTER comes before the Court without oral argument on the Defendant and

Defendant-Intervenors' (collectively "the Defendants") Motion for Relief from Deadline and

for Consolidation of Defendants' Reply and Opposition Briefs, for Excess Pages, and for

ORDER GRANTING MOTION FOR
RELIEF FROM DEADLINE AND FOR
AMENDED RESPONSE SCHEDULE
AND NOTE DATE - No. 3:10-CV-05373-
RJB

1

ATTORNEY GENERAL OF WASHINGTON
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108
(360) 586-3636

Consolidation of Note Dates, and the Court, having considered the motion and reviewed the records and filed herein does hereby find and ORDER:

1. The Defendants' Motion for Relief from Deadline for Consolidation of Defendants' Reply and Opposition Briefs, for Excess Pages, and for Consolidation of Note Dates is hereby GRANTED.

2. The Defendants shall file a single consolidated document in opposition to the Plaintiffs' Motion.

3. The Defendants are allowed 45 pages for their combined reply and opposition.

4. The Defendants shall file their combined reply and opposition on January 10, 2011.

5. The Plaintiffs' Motion for Summary Judgment (Doc. 54) and the Defendants' Joint Motion for Summary Judgment (Doc. 48) are re-noted for January 21, 2011.

DATED this 23rd day of December, 2010.

ROBERT J. BRYAN
United States District Judge

Presented by:

ROBERT M. MCKENNA
Attorney General

s/ Ann C. Essko
ANN C. ESSKO, AAG WSBA No. 15472
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108
E-mail: AnnE@atg.wa.gov
Telephone: (360) 586-3633

ORDER GRANTING MOTION FOR
RELIEF FROM DEADLINE AND FOR
AMENDED RESPONSE SCHEDULE
AND NOTE DATE - No. 3:10-CV-05373-
RJB

2

ATTORNEY GENERAL OF WASHINGTON
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108
(360) 586-3636

1

s/  Sandra Adix

2

SANDRA ADIX, WSBA No. 22536
Assistant Attorney General

3

7141 Cleanwater Drive SW
PO Box 40109

4

Olympia WA 98504-0109
E-mail: SandraA@atg.wa.gov

5

Telephone: (360) 664-4965
Fax: (360) 586-3564

6

7

Attorneys for Defendant Washington State Building Code Council

8

s/  Amanda Goodin,  s/  Kristin Boyles (approved via e-mail)

AMANDA GOODIN, WSBA No. 41312

9

KRISTEN L. BOYLES, WSBA No. 23806
Earthjustice

10

705 Second Avenue, Suite 203

11

Seattle, WA 98104
(206) 343-7340 phone

12

(206) 343-1526 fax
agoodin@earthjustice.org

13

kboyles@earthjustice.org

14

Attorneys for Defendant-Intervenors NW Energy Coalition, Sierra Club, and Washington

15

Environmental Council

16

s/  Vivian Wang (approved via e-mail)

VIVIAN WANG, NYB No. 4748182

17

[Appearing Pro Hac Vice]

18

Attorney for Defendant-Intervenor Natural Resources Defense Council, Inc.
40 West 20th Street

19

New York, NY 10011
(212) 727-4417 phone

20

(212) 727-1773 fax
vwang@nrdc.org

21

22

s/  Noah Long (approved via e-mail)

NOAH LONG, CA No. 262571

23

[Appearing Pro Hac Vice]
Attorney for Defendant-Intervenor Natural Resources Defense Council, Inc.

24

111 Sutter Street, 20th Floor

25

San Francisco, CA 94014
(415) 875-6100 phone

26

nlong@nrdc.org

ORDER GRANTING MOTION FOR
RELIEF FROM DEADLINE AND FOR
AMENDED RESPONSE SCHEDULE
AND NOTE DATE - No. 3:10-CV-05373-
RJB

3

ATTORNEY GENERAL OF WASHINGTON
Government Operations Division
7141 Cleanwater Drive SW
PO Box 40108
Olympia, WA 98504-0108
(360) 586-3636